| | |
|---|---|
| IN RE: BOSTON UNIVERSITY COVID-19 REFUND LITIGATION<br><br><br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MASTER FILE NO. 1:20-cv-10827-RGS<br><br>ORAL ARGUMENT REQUESTED |

## DEFENDANT'S MOTION TO DISMISS THE CONSOLIDATED COMPLAINT

Defendant Trustees of Boston University[1] hereby moves, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss all counts in the Consolidated Complaint of Plaintiffs Julia Dutra, Gabriella Dube, Shakura Cox, Valaauina Silulu, Natalia Silulu, Olivia Bornstein, and Venus Tran, filed on behalf of themselves and all others similarly situated in the above-captioned action. For the reasons set forth in the accompanying memorandum of law, Boston University respectfully requests that the Court grant this Motion to Dismiss in its entirety and dismiss the Complaint.

## REQUEST FOR ORAL ARGUMENT

Boston University respectfully requests oral argument in connection with its Motion to Dismiss the Complaint.

---

[1] "Trustees of Boston University" is the official corporate name of the defendant Boston University.

DATED:  October 7, 2020          Respectfully submitted,

                                       QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                       By */s/ Kathleen M. Sullivan*
                                       Kathleen M. Sullivan (BBO No. 551053)
                                       Shon Morgan (*pro hac vice*)
                                       Crystal Nix-Hines (*pro hac vice*)
                                       865 South Figueroa Street, 10th Floor
                                       Los Angeles, California 90017-2543
                                       Telephone:     (213) 443-3000
                                       Facsimile:      (213) 443-3100
                                       kathleensullivan@quinnemanuel.com
                                       shonmorgan@quinnemanuel.com
                                       crystalnixhines@quinnemanuel.com

                                       Harvey Wolkoff (BBO No.532880)
                                       Phillip A. Syers (BBO#699241)
                                       111 Huntington Ave., Suite 520
                                       Boston, MA 02199-3600
                                       Telephone:     (612) 712-7100
                                       Facsimile:      (612) 712-7200
                                       harveywolkoff@quinnemanuel.com

                                       *Attorneys for Defendant,*
                                       *Boston University*

## LOCAL RULE 7.1 CERTIFICATION

      I certify that defendant complied with the provisions of Local Rule 7.1 by conferring with counsel for Plaintiffs on October 7, 2020.  The parties were unable to agree with respect to the issues raised in defendant's motion to dismiss, and are thus at an impasse and require the Court's assistance to resolve the dispute.

Dated:  October 7, 2020

                                       */s/ Kathleen M. Sullivan*
                                       Kathleen M. Sullivan

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document filed today through the Court's CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:  October 7, 2020

                                            */s/ Kathleen M. Sullivan*
                                            Kathleen M. Sullivan