# Exhibit 3

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

-----------------------------------x

IN RE: BOSTON UNIVERSITY COVID-19

REFUND LITIGATION Master File No.

No. 1:20-cv-10827-RGS

-----------------------------------x

THIS DOCUMENT RELATES TO:

ALL ACTIONS

-----------------------------------x

C O N F I D E N T I A L

REMOTE VIDEOTAPED DEPOSITION of TRUSTEES OF BOSTON UNIVERSITY, pursuant to Rule 30(b)(6), with designee JEAN MORRISON, and individually,

Boston, Massachusetts

Reporter: MaryJo O'Connor, RDR, RMR

Job No: 5205318

Thursday, May 5, 2022

10:06 a.m. EDT

REMOTE VIDEOTAPED DEPOSITION of TRUSTEES OF BOSTON UNIVERSITY, pursuant to Rule 30(b)(6), with designee JEAN MORRISON, and individually, held via Zoom videoconference in Boston, Massachusetts, pursuant to notice, before MaryJo O'Connor, Registered Diplomat Reporter, Registered Merit Reporter and Notary Public in and for the Commonwealth of Massachusetts.

A P P E A R A N C E S

ATTORNEYS FOR PLAINTIFF:

(Attending remotely)

HECHT PARTNERS LLP

125 Park Avenue, 25th Floor
New York, New York 10017
(212) 851-6821

BY: THEO BRUENING, ESQ.
tbruening@hechtpartners.com
CONOR BREW McDONOUGH, Ph.D., ESQ.
cmcdonough@hechtpartners.com
KATHRYN LEE BOYD, ESQ.
lboyd@hechtpartners.com

- and -

(Attending remotely)

BURSOR & FISHER, P.A.

701 Brickell Avenue, Suite 1420
Miami, Florida 33131
(305) 330-5512

BY: SARAH N. WESTCOT, ESQ.
swestcot@bursor.com

A P P E A R A N C E S, Continued

- and -

(Attending remotely)
ANASTOPOULO LAW FIRM, LLC
32 Ann Street
Charleston, South Carolina 29403
(843) 614-8888
BY: PAUL DOOLITTLE, ESQ.
pauld@akimlawfirm.com

ATTORNEYS FOR DEFENDANT:
(Attending remotely)
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
(213) 443-3000
BY: CRYSTAL NIX-HINES, ESQ.
crystalnixhines@quinnemanuel.com
KAREN BOBROW, ESQ.
karenbobrow@quinnemanuel.com

A P P E A R A N C E S, Continued

ALSO PRESENT:

Chris Hanlon, Video Technician

Lisa Tenerowicz, Esq., Boston University

was. But, as is often the case, sometimes there is a need to allow for your attorney to interpose an objection after my question, so we'll develop a rhythm I'm sure. But after I ask a question, you should allow your attorney time to interpose an objection if she wishes to make one, after which you can answer. The only time that you would not be required to answer is if your attorney instructs you not to. But otherwise, unless that's true, I need you to answer the questions that I ask.

If there is any question that's not clear, please let me know and I'll try to rephrase it. It's very important that you understand the questions that I'm asking.

Does that make sense?

A. Yes.

Q. And is there any reason that you would not be able to provide candid or honest testimony today?

A. Candid or what?

Q. Full or honest testimony today?

A. No.

Q. And are you taking any medication

that might impact your ability to understand the questions or provide answers to the questions?

A. No.

Q. Okay. Thank you.

I would like to ask a little about your role at Boston University. What is your title?

A. I'm university provost and chief academic officer.

Q. And how long have you held those positions?

A. Eleven years.

Q. And I should ask, is that one role or is that two positions?

A. It's one role.

Q. Okay. And what job responsibilities do you have in that position?

A. I'm responsible for oversight of the university's academic programs and affairs.

Q. And can you elaborate about what that involves?

A. Yes. It includes oversight of all the schools and colleges on the Charles River

Campus. It includes oversight of the major functions that intersect with the academic mission, such as global programs, research, enrollment and student affairs.

Q. You mentioned the Charles River Campus. What is that?

A. The Charles River Campus is the physical campus that is located along the Charles River in Boston that houses all of the undergraduate schools and colleges and some of the graduate-only schools and colleges.

Q. Understood. Thank you.

Do you have any direct reports?

A. I have 32 direct reports.

Q. And do you have any supervisors or individuals to whom you answer?

A. Yes. Yes, I answer to the president of the university.

Q. And who is that?

A. Robert A. Brown.

Q. I'd like to talk a little bit about your responsibilities we were just discussing. Does your role span both an administrative role and an academic role?

Does the budget committee, then, evaluate the fee proposals independently?

MS. NIX-HINES: Objection. Vague.

A. We consider the recommendation of the committee. We do not do a similar investigation on assessment.

Q. Understood. Thank you.

And then the fees are then set by the approval of this budget committee?

A. Correct.

Q. Appreciate it. Thank you.

How long have you been serving on the budget committee?

A. For eleven years.

Q. And so were you on the budget committee when the fees and the tuition were determined for the spring semester of 2020?

A. Yes.

Q. And that decision, I understand, would have been made in March of 2019; is that correct?

A. Correct.

Q. On a day-to-day basis, who do you typically work most closely with in your

professional capacity?

MS. NIX-HINES: Objection. Vague.

A. On a day-to-day basis with the vice presidents and associate provosts, and associate provosts who report to me, the deans of the schools and colleges, the president of the university, and at variable times, the other senior vice presidents who report to the president. But day-to-day, it's my staff, the deans, and the president.

Q. Do you have an understanding of the process by which BU students register for classes?

A. Broadly, yes.

Q. Can you describe that understanding?

A. We have an online system where the students when it is their turn, there is -- students have time frames in which they are able to register based on a priority system. And when they are slotted to register, they can go in to the Student Link and select their classes.

Q. You mentioned Student Link. Is

that the website that you referred to?

A. Yes.

Q. How do students access Student Link?

A. Through the Internet.

Q. Do you need a password or other credentials to log in?

A. Yes. You would -- a student would require their student ID to get in to the system. You couldn't get in to the system and register without being a student.

Q. When you say "being a student," what do you mean by that?

A. Meaning that you are enrolled and have a Boston University student ID.

Q. And you mentioned that students can register for courses using the Student Link system. Boston University offers in-person instruction, and it also offers online-only courses of instruction; is that correct?

A. Correct.

Q. And are students enrolled in the in-person and -- or online-only programs both able to use Student Link to register for

classes?

A. I believe they all use the Student Link process.

Q. When a student logs in to the Student Link system to register, you mentioned that there was an order in which that was going to be happening, maybe a priority I think was your word. Can you elaborate on what that process entails?

A. Speaking only to undergraduates, there is a priority system based on what year you are, and that determines, you know, who gets to go first. And oftentimes the more senior you are, the higher your priority. And your seniority -- your seniority -- as your seniority decreases, you're later in the registra- -- access to registration.

Q. And you mentioned that you were speaking now just about the undergraduate registration process. What differs for non-undergraduate student registrations?

MS. NIX-HINES: Objection. Vague.

A. I don't believe the same prioritization system is in place for graduate

Q. And the next column over is "Rm," which I believe is room; is that correct?
A. Yes.
Q. And what does that refer to?
A. The specific room in the building.
Q. And then proceeding to the next column, "Day," that's an indication of which days of the week that particular class convenes, correct?
A. Correct.
Q. And then there is also a "Start," and a "Stop" time indicated.
A. Correct.
Q. And that indicates for each course when that particular course begins and ends on the given day; is that correct?
A. Yes.
Q. And so it's correct that this table is presenting students with information about the name of the course, the professor, where it is located, and which building, and what days of the week and what times it meets?
A. Correct.
Q. Okay. I think we've discussed

earlier that there are some students at Boston University who take online-only instruction, correct?

A. Correct.

Q. Do you know if the online-only students are presented with the similar sort of information when they do Student Link?

MS. NIX-HINES: Objection. Vague.

A. I don't know.

Q. For students who are enrolled in person in spring 2020, do you know if this Student Link information would have given any reason to believe the classes indicated in the table, it would seem, would be moved online entirely?

MS. NIX-HINES: Objection. Vague. Compound. Calls for speculation.

A. The information that is portrayed here shows what is planned for the semester. And this looks like a typical undergraduate.

Q. So the student viewing this page would understand the classes for that semester would be at the dates, times, and locations indicated, correct?

MS. NIX-HINES: Objection --

A. Correct.

MS. NIX-HINES: Objection. Calls for speculation.

Q. For students who enrolled in spring of 2020, what did BU do to communicate that transition to online-only education was going to occur as a result of the pandemic?

MS. NIX-HINES: Could we read the question back, please.

(Record read as requested.)

MR. McDONOUGH: I'll withdraw the question.

Q. Ms. Morrison, looking at the information in front of you, there is no indication here that any of these classes will be moved online; is that correct?

MS. NIX-HINES: Objection. Vague. What time period are we talking about?

A. No.

Q. Do you have any reason to believe that in the spring of 2020, students who are enrolled for spring of 2020 would have been presented with information that in this

Q. Do you have any reason to believe that students who were enrolled in the spring 2020 for in-person courses would have been shown where -- by the Student Link system where their courses would be meeting, on what days, and what buildings and rooms on campus?

MS. NIX-HINES: Objection. Vague. Compound. It's very hard to understand.

A. When students registered for spring of 2020, they would have seen -- seen information like this.

Q. And for students who were enrolled in the semester in person, they would have been told what buildings and what rooms their classes would meet?

A. Correct.

Q. Do you have any reason to believe that the information in that presentation to the students enrolled through Student Link would have indicated that those courses would be moved online when the students registered?

MS. NIX-HINES: Objection. Vague. Compound.

Q. Let me rephrase that.

At the time the students registered for classes who were enrolled in the spring of 2020, do you have any reason to believe that this registration page would have shown -- would have informed them that the courses would be moved online?

MS. NIX-HINES: Same objection. Calls for speculation.

Q. You can answer.

A. Can you repeat the question one more time?

MR. McDONOUGH: Can I have the question read back.

(Record read as requested.)

A. No.

MS. NIX-HINES: Conor, I believe we've been going for over an hour. We should probably give the folks a little break.

MR. McDONOUGH: That seems reasonable to me. We can go off the record. Do you want to reconvene in, like, ten minutes?

MS. NIX-HINES: Sure.

VIDEO TECHNICIAN: This is the videographer. The time is 11:42. We're going off the record.

(Proceedings recessed at 11:42 a.m., and reconvened at 12:01 p.m.)

VIDEO TECHNICIAN: The time is 12:01. We're back on the record continuing media file two.

BY MR. McDONOUGH:

Q. Ms. Morrison, we were previously looking at Exhibit 13. And I want to just ask you, you said you were familiar with the -- you were familiar with the registration process at BU for courses. You are generally familiar with the process for course registration that was used for students who enrolled for the spring of 2020, correct?

A. Yes.

MS. NIX-HINES: Objection. Vague. Compound.

A. Yes.

Q. So if you -- well, if you could go to page 10 of Exhibit 13. Let me know when

in an emergency.
Q. But why a local address?
MS. NIX-HINES: I did not hear that question. You dropped off.
Q. Why does it have to be a local address?
A. That refers to where the student lives in Boston, whether on campus or off campus, so that we have -- we have their living address.
MS. NIX-HINES: Are you speaking? I don't hear anything.
MR. McDONOUGH: No. I'm sorry. I'm forming the question.
MS. NIX-HINES: Okay.
BY MR. McDONOUGH:
Q. When you said the students live either on or off campus, students who are giving these local addresses, they live local to BU; is that correct?
A. Generally, yes.
Q. Do you know of any exceptions to that? And actually, I can --
A. It's difficult for us to verify,

so we assume that we are provided the information. And I don't -- I don't know whether -- so I don't have the information to know whether there are exceptions or not.

Q. Are there any official known exceptions other than students providing information that might not be totally accurate?

MS. NIX-HINES: Objection. Vague.

A. Not that I know of.

Q. Are students expected to attend classes in order to receive credit?

A. Yes.

Q. Was that true for students who enrolled in the spring of 2020?

A. In -- are we -- what kind of students?

Q. For students who were enrolled in the spring semester of 2020 for in-person classes, were they expected to attend that class in person?

A. Yes.

Q. Was that attendance a condition of their receiving course credit?

A. It varies from class to class how

the professor -- how the professor might explicitly count attendance. But, yes, the expectation is that it is in person that a student attends class.

MR. McDONOUGH: I'm going to put up what is going to be a new exhibit, I guess, 14. It will be Tab 24, please.

(Document marked for identification as Morrison Exhibit 14)

A. Are we going to try the system again?

Q. You'll be looking at the same page. You need to refresh it.

A. Which page? I'm not -- I'm not sure. Because for the last two, I have been e-mailed a PDF.

COURT REPORTER: It's the same page that you accessed. Just hit the Refresh up at the browser.

A. But I was just looking at the PDF. There is no -- do you want me to go back to the...

Q. Back to the provisional Exhibit Share folder.

receives full payment."

Did I read that correctly?

MS. NIX-HINES: And feel free to read the whole document.

Q. I'm just asking if I read that sentence correctly.

A. Yes, you read that sentence correctly.

Q. So for students who enrolled in the spring 2020 semester, is it correct that their course registrations were completed once they paid their full -- once they paid the tuition and fees that were owed?

A. Can you repeat the question? Please?

MR. McDONOUGH: Can I have the question read back.

(Record read as requested.)

MS. NIX-HINES: Objection. Vague.

A. Well, the registration would have been complete once they completed the registration, which requires the payment of the account.

Q. So for students who enrolled in

the spring 2020 semester, would those students be permitted to attend courses if they had not yet paid tuition or fees for that semester?

A. They would not have been permitted to register.

Q. All right. I think we're done with this exhibit.

So I'd like to ask you -- we were talking about payment of tuition and fees. I'd like to ask you a little more about the fees.

Earlier you say that you were part of the budget committee that approves fees set by the university for enrolled students in the next academic year; is that correct?

A. Yes.

Q. And does BU communicate to its students who, for example for students who enrolled in the 2020 semester, did BU communicate to such students what those fees are?

A. Yes.

Q. How does it do that?

A. There is a website that includes all of the fees and how -- with a description

of how they are used.

Q. And why is a description provided as to how they are used?

A. To -- to -- to inform -- inform students and their families of how the -- how the funds are used.

Q. Understood. And are there mandatory fees that all students who were registered for -- excuse me, who were enrolled in the spring 2020 semester are required to pay?

A. Yes.

Q. Do you have an understanding of what those fees are?

A. Generally, yes.

Q. What is that understanding?

A. There are a couple of them. There is health and wellness fee. There is a community service fee. There is a student activities fee. Those are the three major mandatory fees.

MR. McDONOUGH: So I want to bring up an exhibit. Bear with me here. This will be Exhibit 6, previously marked.

(Document previously marked for identification as Exhibit 6)

MS. NIX-HINES: I'd like to request a five-minute break, please.

MR. McDONOUGH: Let me just get a quick answer to the question about this exhibit first, and then we can stop.

BY MR. McDONOUGH:

Q. Can you now see Exhibit 6 in the browser window?

A. Yes.

Q. So you had mentioned that BU informs, for example, students who are enrolled in the spring semester of 2020, about the nature of the fees using a website. And is Exhibit 6 the version of that website that would have been in operation as of late 2019?

MS. NIX-HINES: Objection. Vague. Calls for speculation.

A. The timestamp and date stamp on this screenshot is that this is from 2022. And the descriptions and uses may change, and they may well have changed from 2020 to 2022.

Q. So I'll note that this is, again,

excuse me, its fees. Does BU provide any other description to students, other than what is set forth in this particular website?

MS. NIX-HINES: Objection. Compound upon compound. Vague.

Q. I'll rephrase the question.

Does BU provide any other description of the fees that would have been charged to students in the spring of 2020 -- who are enrolled for the spring 2020 semester beyond what is described in this document?

MS. NIX-HINES: Objection. Vague.

A. On the individual websites of, for example, Student Health Services, there may be additional descriptive information.

Q. And is it important for these descriptions to be accurate as to what the students are paying for?

A. Yes.

Q. I'd like to go back to the first fee we were discussing, the "Community Service Fee," which is on page 2 of Exhibit 6. Are you there?

A. Yes.

Q. And students who were enrolled in the spring 2020 semester would have been charged the community service fee, correct?

A. Correct.

Q. So what is this fee?

A. Well, it's what it says. It says under the description, it is a fee that supports requests from student groups to support the activities that the students would like to engage in, and that the student Allocations Board is the primary way that the fees are -- that the funds are distributed to student groups.

Q. And how do those funds get distributed?

A. Do you mean how do the dollars flow, or how are the decisions made about the allocations?

Q. We'll start with the second part. How are the decisions made about the allocations?

A. The student Allocations Board are a group of students who are given the responsibility and the authority to make the

decisions. They work closely with the Dean of Students' offices. Student groups submit requests for funding, and the student group, the Allocations Board makes the decisions.

Q. And are these student groups, does the university provide facilities for these student groups?

A. If they need them.

Q. And would they need them to, say, meet for various events or other aspects of the student group's activities?

A. It depends. Some yes; some no.

Q. What would be a student group that needed facilities to conduct their activities?

MS. NIX-HINES: Objection. Vague. Calls for speculation.

A. The student dance group. They would need a studio in which to dance.

Q. And where would that studio be located?

A. It could be virtually anywhere on the Charles River Campus.

Q. And was the provision of such facilities of student groups in effect through

description of the many remote options that were added in response to the global pandemic.

Q. So as to the fees that were presented to students in 2019 when they were enrolling for spring 2020 -- this, what we see here, is the description of the fees, for the health and wellness fee for students who enroll in the spring 2020 semester; is that right?

MS. NIX-HINES: Objection. Compound. She has already stated that she cannot use a 2022 document to comment on 2019.

A. Again, what I see is the date stamp of '22 on the PDF.

Q. Well, again, this is a capture of the website as it appeared in 2019 on BU's website.

MS. NIX-HINES: Objection. She cannot accept your factual representations.

Q. Is there anything about the description, as you see it here, that you believe would be inaccurate --

MS. NIX-HINES: Objection. Vague.

Calls for speculation.

Q. -- for the students who enrolled in the spring 2020 semester?

MS. NIX-HINES: Could you read back the whole question, please.

(Record read as requested.)

A. Yes --

MS. NIX-HINES: Objection. Vague. Compound. Calls for speculation. And as she has already indicated, she can't use a 2022 document to comment on 2019.

Q. You can answer.

A. Yes, it falls short of describing the additional services that we added in spring of 2020 for remote access in response to the global pandemic.

Q. It mentions the Student Health Services clinic at 881 Commonwealth Avenue.

A. Yes.

Q. What is that?

A. That is the location where the university's student health, the aggregate of the entities that comprise student health, are physically located.

Q. And would students who are enrolled in the spring 2020 semester have been able to go physically to that health services building?
A. Yes.
Q. Would they have been able to obtain services there that are supported by the health and wellness fee?
A. Yes.
Q. It says -- the fee mentions -- the fee description mentions the Fitness & Recreation Center.
Do you see that?
A. Yes.
Q. And what is the Fitness & Recreation Center?
A. It is a gym that has exercise equipment, classroom locations for athletic -- athletic classes, the pool. It's essentially the university's gym.
Q. And prior to March 2020, would students who are enrolled in the spring 2020 semester have been able to access and use the facilities that you just mentioned?

A. Yes.
Q. For students who enrolled in the online-only courses at BU, are they also allowed access to the Fitness & Recreation Center?
A. I don't know.
Q. Do you know who would?
A. Yes.
Q. Who is that?
A. Peter Smokowski, associate vice president for operations. That's probably partly right.
Q. What would the "partly" be?
A. The details of the title.
Q. I see. Do you know if students who enroll in online-only programs at BU are charged a health and wellness fee?
A. I don't know.
Q. Do you know who would know?
A. The dean of Metropolitan College, Tanya Zlateva.
Q. I want to also now direct you to, I think it's on page -- just at the top of page 6 of the PDF where it says "Sports Pass."

programs and activities in the George Sherman Union you just mentioned; is that right?
A. Yes. And some of them after the university had to move the classes online was -- some of those activities continued remotely, where groups might continue to meet over Zoom. It was really at the student's discretion.
Q. And what is the East Campus Student Service Center?
A. That's the 100 Bay State Road. That's where the -- there is a dining hall, and that's where the ERC is. That's where there are a lot of activities in support of students.
Q. And prior to March 2020, would students who had been -- who paid the student service fee, they could have accessed the programs and services and activities at those facilities?
A. Absolutely. And after that when we went remote, as many of those activities as could be moved remotely were.
Q. Which programs were not?
MS. NIX-HINES: Objection. Vague.

A. Which were not?
Q. You had said that those programs which moved remotely were. My question is: Which programs did not move remotely?
A. Well, obviously, the in-person meetings with tutors and advisors. Those -- the in-person couldn't continue, but those were moved remotely.
The dining services, there is a big dining hall in that building. Obviously, the dining was not a -- not a service that could continue when students physically left.
Q. And do you know if students who enroll in the online-only programs at BU are charged the student services fee?
A. I don't know.
Q. Do you know who would know?
A. The dean of Metropolitan College.
Q. And do you know whether those online-only students would have access to the George Sherman Union and the other facilities that you mentioned in this description here?
A. Yes. If an online-only student has a BU ID number and a card, they would have

access to on-campus activities.

Q. When you say "they would have accessed on-campus activities," I guess I'm asking specifically about the facilities that are listed here.

A. The in-person tutoring and the in-person career services, no, those students would not have access to that.

Q. That's only something available to the students enrolled for in-person classes?

A. Correct.

Q. Okay. Before we entered into discussion of Exhibit 6, we were talking about the course registration process. And I'd like to know, did BU ever communicate during the course registration process for students who were enrolled in the spring 2020 semester that if the campus were to transition to online-only learning that the fees, the mandatory fees that we just discussed, would still be charged in full?

MS. NIX-HINES: Objection. Vague. Compound. Calls for speculation.

Q. You can answer.

A. We did not envision moving in-person classes to remote before the beginning of the fall 2019 semester. The global pandemic was -- the subsequent closure of campus was not something that had framed our communications to our students.

Q. So BU did not communicate that which you -- BU did not communicate that it would be charging the full -- during the course registration process -- sorry.

Effectively that is a no, BU did not communicate during the course registration process for students enrolled in the spring 2020 semester that the tuition -- excuse me, the fees that we just mentioned would be charged in full even though the school would be transitioned to online-only learning, right?

MS. NIX-HINES: Objection.

Numerous compounds. Misstates her testimony.

A. No. But neither did we communicate that there would be a global pandemic that would shut campus.

Q. I'd like to transition to talking

about the structure of BU's schools. You're generally familiar with the structural organization of BU and the various colleges and schools comprising the university?

MS. NIX-HINES: Objection. Vague.

A. Yes.

Q. And, for example, there is a medical school, a dental school, College of Arts and Sciences?

A. Yes, there are those things.

MR. McDONOUGH: I'd like to put up what is Tab 2.

MS. NIX-HINES: Which exhibit please?

MR. McDONOUGH: It's going to be Exhibit 15.

(Document marked for identification as Morrison Exhibit 15)

Q. Do you see that?

MS. NIX-HINES: I have it.

A. Yes, I have it.

Q. BU provides descriptions of its courses in what you call the bulletin; is that correct?

A. Yes.

Q. Are you familiar with the bulletin and the types of information it presents?

A. Yes.

Q. And BU makes available online archives of previous versions from previous years of the bulletin; is that right?

A. Yes.

Q. So Exhibit 15 is the version of the archives for the academic year 2019 to 2020. Do you see the URL at the very bottom of the first page?

MS. NIX-HINES: Objection. She needs time to review the entire document.

A. (Document review.) Okay.

Q. So would you look at the very bottom of page 1. Do you see the website address there?

A. Yes.

Q. Do you see that this is taken from BU's archive for the academic year 2019/2020?

A. Yes.

Q. And this is the version of the

Did I read that correctly?
A. Absolutely. It would describe the program before the global pandemic hit.
Q. And students who had paid tuition and enrolled in the spring 2020 semester in the bachelor's program for the College of Arts and Sciences could have participated in these kind of programs; is that correct?
A. Well, the travel, international travel, was closed down during the second half of the semester, spring semester 2020, so nobody could travel to Florence, Italy, or Greece.
So those specific -- specific examples were not possible. However, wherever the learning outcome of that experience could be achieved in another way, the faculty worked to establish opportunities that would allow the learning outcomes to be achieved.
Q. My question is a little different which is: Prior to 2020, students who had been enrolled for the spring 2020 semester and had been current on their accounts and enrolled in the College of Arts and Sciences bachelor's

degree program, they could have participated in these programs; that is correct?

MS. NIX-HINES: Objection. Compound.

A. Yes. If they had been admitted into the program and were making acceptable academic progress, certainly.

Q. And I think you mentioned that the core curriculum here is not available to online-only students, and those students would not be able to participate -- would not be eligible to participate in these core-sponsored programs, correct?

A. This is an undergraduate program in the College of Arts and Sciences. It's a wholly residential part of the offerings around undergraduate education. We don't have mirror-image online comparable programs.

Q. And during the course registration process for students who enrolled in the College of Arts and Sciences bachelor's degree program for the spring of 2020, were those students informed that should these programs go online or become otherwise unavailable that

CONFIDENTIAL



they would still have to pay full tuition?

MS. NIX-HINES: Objection. Asked and answered. Calls for speculation.

A. We had no expectation that either of those two things would be -- would happen, and had not specifically articulated that. And, in fact, we did everything within our power to ensure that our students were able to continue their academic progress and complete the semester in the courses that they signed up for with the faculty that they signed up for. Meeting the learning goals of the courses as defined by the faculty.

Q. So I understand that's a no?

MS. NIX-HINES: Objection. Misstates her testimony.

MR. McDONOUGH: Can I have the question read back.

A. Can you ask the question again?

(Record read as requested.)

A. I can't stick with my answer?

Q. Is it a "yes" or a "no" is my question.

MS. NIX-HINES: Objection. Vague.

Q. Then there is a "Required Core Courses"?

A. Yes.

Q. And then there is "Upper-Level Electives"?

A. Yes.

Q. So for students who are graduating -- or to graduate with a neuroscience degree from this program, students have to meet each of these three requirements; is that right?

A. Correct.

Q. And if you look at the "Upper-Level Electives, Group 1: Cellular & Molecular," do you see that?

A. Yes.

Q. These appear to be listings of class numbers; is that right?

A. Yes. Yes.

Q. And one of the -- the second entry appears to say "NE 322," and I believe there is an asterisk next to it; is that correct?

A. Yes.

Q. And under the "Required Core

Courses" header in italics, it says "Courses marked with an asterisk contain a lab component."

Do you see that?

A. Yes.

Q. And do you have an understanding of what these sorts of lab components are?

A. It's going -- it's going to vary by course, but it's the same kinds of things we discussed with respect to chemistry.

Q. So for students who are enrolled in the spring 2020 semester for courses that have a lab requirement and offered that semester, they would have expected to be able to participate as part of getting their degree, correct?

A. Yes. And, in fact, they would have participated. The labs and classes were held as anticipated for the first half of the spring 2020 semester. So the students did, in fact, get much of the laboratory experiences that were anticipated by this.

And so when -- after Spring Break, once it became impossible for us to continue to

hold in-person laboratory experience, the students had had half of the material that was already laid out and designed to meet the learning outcomes. And so they'd had much of that experience.

MR. McDONOUGH: And so I would like to turn to Exhibit 22, which is going to be Tab 31.

(Document marked for identification as Morrison Exhibit 22)

Q. Let me know when you have that open.

A. Okay.

Q. Do you recognize this document?

A. It appears to be from the bulletin.

Q. And what is this document?

A. It is the summary of the College of Arts and Sciences course listings of courses in experimental psychology.

Q. And this is from the 2019 to 2020 year?

A. That is what the masthead says.

Q. Any reason to doubt that?

"Experiments are performed on rodents and resulting data are analyzed."

Did I read that correctly?

A. Yes, you read that correctly.

Q. And if you look at the blue box on the right side, just to the right of the paragraph where it says in bold "Offered" --

A. Mm-hmm.

Q. -- and it says, "Either sem" --

A. Yes.

Q. -- that is an indication that this course was going to be offered either in the fall or spring semester -- fall of 2019 or spring 2020 semester?

A. Correct.

Q. So this would have a course that, as you mentioned, students can participate in and then -- that were enrolled in person for the 2020 spring semester and were pursuing this major?

A. Correct. And this is another example of a laboratory course where the students would have had the first half of the

semester where I presume they would have begun their work on rodents, then gathering the kind of data that they gather on the rodents. But that then once the university had to go to remote education, that in-person work on rodents would have had to have ceased, but they would have been able to then continue with the data that had been created and work on the -- work on analyzing that data. And this would have allowed those students to meet the learning outcomes that were defined on the previous page.

Q. So we've been talking about a series of degree programs and schools that were listed in BU's bulletin, or the version from 2019/2020.

A. Mm-hmm.

Q. And the bulletin is the way that BU communicates its course offerings to students; is that correct?

A. Correct.

Q. So for all of the programs that we discussed in these examples from the 2019/2020 bulletin, did BU ever communicate during the

course registration process that the students that were enrolled in the spring 2020 semester, that these in-person classes and laboratory experiences, fieldwork, and so on, that might be transferred online or otherwise become modified to a different modality, but that full tuition would still be required?

MS. NIX-HINES: Objection. Vague. Compound. Asked and answered multiple times.

A. We had no way to foresee that a global pandemic the likes of which our nation or the globe had never seen before. And when the pandemic was upon us, we followed every single regulation, requirement that the federal, state, and city government placed upon us. And nonetheless, we provided to our students experiences and opportunities that allowed them to continue with their courses, to continue to meet the learning objectives, so that students did not have to disrupt their educational pathway. And we worked very, very hard to minimize the disruption.

The students earned the credits

when the pandemic was upon us, we followed every single regulation, requirement that the federal, state, and city government placed upon us. And nonetheless, we provided to our students experiences and opportunities that allowed them to continue with their courses, to continue to meet the learning objectives, so that students did not have to disrupt their educational pathway. And we worked very, very hard to minimize the disruption.

The students earned the credits and learned the information that we said was what we would offer. And they did so through the Herculean efforts of faculty. And the students. The students had to work every bit as hard to get it done as well.

But the students were afforded with the same faculty that they signed up for in synchronous engagement with the same material that they had signed

up for.)

MS. NIX-HINES: There is no basis to strike that answer. She is responding to your question, which you have asked numerous times in numerous different ways throughout the deposition, and she's given you her response that reflects her perspective on the transition to remote learning.

MR. McDONOUGH: The motion to strike stands.

Q. Is that answer a no?

MS. NIX-HINES: Is what answer a no?

COURT REPORTER: There is a pending question.

MS. NIX-HINES: Could you read that pending question.

(Record read as follows: QUESTION: Did BU ever communicate to the students enrolled in the spring 2020 semester that the classes and the courses and degree programs that we've been talking about in these excerpts,

that those could be transitioned online and full tuition would still be required?)

MS. NIX-HINES: I renew my objections. Asked and answered multiple times.

Q. So is that a "yes" or "no"?

A. There is no rational reason why we -- why we would have done that.

Q. So no?

A. There is no rational reason why we would have done that. So, no.

MR. McDONOUGH: I'm going to request a quick bio break once again, if that's all right with everyone.

MS. NIX-HINES: Come back in ten minutes?

MR. McDONOUGH: Ten minutes is fine.

VIDEO TECHNICIAN: Thank you, Counsel. The time is 3:31. We're going off the record. This will end media file five.