# Exhibit 7

**From:** Grossi, Joseph P
**Sent:** Monday, March 18, 2019 11:58 AM
**To:** Delva, Jorge; Tran, Tiffany
**CC:** Collins, Laura V
**Subject:** FY-2020 Tuition and Fee Approvals
**Attachments:** FY20 Chart of Rates summary.pdf; FY-20 Approved Rates SSW.pdf

Dear Dean Delva,

Please find attached 2 documents. The first provides selected approved rates of more common interest to the community. The second provides details of approved rates for your particular areas of responsibility. One item I would like to point out is that the University has eliminated the on-line program technology fee effective with Summer Sessions 2019. Also, you will note that the approved rates correspond with those included in your initial submission. It was felt that this would be the most advantageous option to as SSW transitions away from marketing partners.

Please let me know if you have any questions.

Thank you,
Joe



EXHIBIT
11

**BOSTON UNIVERSITY**
**SELECTED TUITION, FEES, ROOM & BOARD RATES**
**FY 2019-20**

| ACADEMIC YEAR TUITION RATES | 2018-19 | 2019-20 | |
|---|---|---|---|
| Full-time (fall & spring) | $ 52,816 | $ 54,720 | per year |
| Part-time (fall & spring) | $ 1,651 | $ 1,710 | per credit |
| ---------EXCEPTIONS--------- | | | |
| College of Fine Arts (CFA) | | | |
| Opera Institute | $ 27,000 | $ 29,000 | per year |
| Theater & Visual Arts MFA | $ 26,434 | $ 27,386 | per year |
| School of Music Graduate Programs (7.0 - 11.5 credits per semester) | $ 22,000 | $ 23,700 | per year plus Applied Music Fee if applicable |
| School of Music - Performance Diploma - Continuing Students | $ 825 | $ 855 | per credit |
| Graduate Evening Music Education and Art Education | $ 825 | $ 855 | per credit |
| All on-line courses | $ 825 | $ 855 | per credit |
| Metropolitan College (MET) | | | |
| Part-time, courses numbered 100-599 | $ 465 | $ 480 | per credit |
| Part-time, courses numbered 600-999 | $ 880 | $ 905 | per credit |
| Part-time, Military Graduate Programs | $ 695 | $ 710 | per credit |
| MET International Graduate Certificate Programs | $ 13,760 | $ 14,080 | per semester |
| MET International Advanced Graduate Certificate Programs | $ 17,280 | $ 17,700 | per semester |
| MET International Undergraduate Certificate Programs | $ 9,000 | $ 9,300 | per semester |
| School of Education (SED) | | | |
| Graduate evening courses | $ 825 | $ 855 | per credit |
| Off-campus extension courses | $ 413 | $ 428 | per credit |
| School of Law (LAW) | | | |
| Full-time | $ 53,820 | $ 55,700 | per year |
| Part-time | | | |
| Graduate Banking and Financial Law Program | $ 2,243 | $ 2,321 | per credit |
| Graduate Tax Law Program | $ 2,243 | $ 2,321 | per credit |
| On-line Graduate Tax Program | $ 2,243 | $ 2,321 | per credit |
| Executive LLM Program | $ 2,960 | $ 3,064 | per credit |
| Other | $ 1,682 | $ 1,741 | per credit |
| School of Social Work (SSW) | | | |
| Full-time students | $ 34,112 | $ 35,136 | per year |
| Part-time students | $ 1,066 | $ 1,098 | per credit |
| Off-campus extension courses | $ 706 | $ 727 | per credit |
| On-line MSW courses | $ 825 | $ 850 | per credit |
| School of Theology (STH) | | | |
| DMin & Other Graduate Programs - Full-time | $ 20,704 | $ 21,280 | per year |
| Other Graduate Programs (excluding DMin & Thd/PhD) - Part-time | $ 863 | $ 887 | per credit - based on 3 credits |
| DMin - Part-time | $ 647 | $ 665 | per credit |
| ThD/PhD students entering Fall 2014 or later - Full-time | $ 52,816 | $ 54,720 | per year |
| ThD/PhD students entering Fall 2014 or later - Part-time | $ 1,651 | $ 1,710 | per credit |
| Goldman School of Dental Medicine (SDM) | | | |
| D.M.D. Program | $ 77,250 | $ 80,000 | per year |
| Post-Doctoral Program | $ 79,000 | $ 82,000 | per year |
| School of Medicine (MED) | | | |
| M.D. Program | $ 60,864 | $ 62,872 | per year |
| Questrom School of Business (QST) | | | |
| MBA - Full-time | $ 53,994 | $ 55,480 | per year |
| MBA - Part-time | $ 1,687 | $ 1,734 | per credit |
| BU Academy | | | |
| Tuition | $ 44,286 | $ 46,168 | per year |
| University Fee - BU Academy Students only | $ 680 | $ 680 | per year |

3/15/2019

| FEES | | 2018-19 | | 2019-20 | |
|---|---|---|---|---|---|
| STUDENT SERVICES FEE - Charles River Campus Only | | | | | |
| Full-time Undergraduate students | $ | 296 | $ | 307 | per semester |
| Full-time Graduate students | $ | 166 | $ | 172 | per semester |
| Part-time Undergraduate & Graduate students | $ | 60 | $ | 60 | per semester |
| COMMUNITY SERVICE FEE | | | | | |
| Full-time Undergraduate students - Charles River Campus | $ | 58 | $ | 60 | per semester |
| HEALTH & WELLNESS FEE - CRC & BUMC | | | | | |
| Full-time Undergraduate & Graduate students | $ | 212 | $ | 219 | per semester |
| MEDICAL INSURANCE | | | | | |
| BU Student Basic | $ | 2,250 | | TBD | per year |
| BU Student Plus | $ | 2,973 | | TBD | per year |
| APPLICATION FEE | | | | | |
| Undergraduate | $ | 80 | $ | 80 | per application |
| Metropolitan College & School of Law | $ | 85 | $ | 85 | per application |
| Questrom graduate applicants | $ | 125 | $ | 125 | per application |
| School of Medicine | $ | 110 | $ | 110 | per application |
| School of Dental Medicine | $ | 75 | $ | 75 | per application |
| Other graduate applications | $ | 95 | $ | 95 | per application |
| APPLIED MUSIC FEE * | | | | | |
| Half-hour Lessons (14 lessons) | $ | 925 | $ | 925 | per semester |
| Half-hour Lessons with Graduate Assistant (14 lessons) | $ | 600 | $ | 600 | per semester |
| One-hour Lessons (14 lessons) | $ | 1,850 | $ | 1,850 | per semester |
| One-hour Lessons with Graduate Assistant (14 lessons) | $ | 1,200 | $ | 1,200 | per semester |
| Part-time students | $ | 825 | $ | 855 | per credit |
| (* This additional fee does NOT apply to full-time undergraduate CFA music students with Applied Music in their curriculum) | | | | | |
| CLINICAL AFFILIATION FEE (SAR) | | | | | |
| Neurological Residency Program | $ | 1,400 | $ | 1,400 | per semester |
| Physical Therapy | | | | | |
| Charged in the spring semester of the first 2 years | $ | 1,651 | $ | 1,710 | per semester |
| Charged in the final semester of the program | $ | 3,302 | $ | 3,420 | per semester |
| Occupational Therapy | | | | | |
| Charged in the final semester of the on-campus program | $ | 3,302 | $ | 3,420 | per semester |
| CONTINUING STUDY FEE | $ | 3,302 | $ | 3,420 | per semester |
| ---------EXCEPTIONS--------- | | | | | |
| College of Fine Arts (CFA) | $ | 1,651 | $ | 1,710 | per semester |
| School of Theology (STH) - excluding DMin & ThD/PhD | $ | 863 | $ | 887 | per semester |
| School of Theology (STH) - DMin & ThD/PhD entering prior to Fall 2014 | $ | 647 | $ | 665 | per semester |
| School of Theology (STH) - ThD/PhD entering Fall 2014 or later | $ | 1,651 | $ | 1,710 | per semester |
| MED MS Program in Dermatology | $ | 3,804 | $ | 3,930 | per semester |
| Non-BU External Program Fee (assessed to BU students in Non-affiliated Study Abroad Programs; Fall & Spring only) | $ | 600 | $ | 600 | per semester |
| LAW SCHOOL IN-ABSENTIA FEE | $ | 5,382 | $ | 5,570 | per leave |
| LABORATORY FEES (Non-Computer Science Courses) | | | | | |
| MET | $ | 200 | $ | 200 | per course |
| Summer Term | $ | 200 | $ | 200 | per course |
| ORIENTATION PROGRAM FEE | | | | | |
| Entering Freshmen and Transfers | $ | 300 | $ | 310 | one time fee |
| Parents (Summer Orientation) | $ | 145 | $ | 150 | one time fee |
| Parents (Winter Orientation) | $ | 75 | $ | 150 | one time fee |
| Children | $ | 100 | $ | 100 | one time fee |
| DOCTORAL DISSERTATION FEE | $ | 115 | $ | 115 | per dissertation |
| MASTERS THESIS FEE | $ | 25 | $ | 25 | per thesis |
| ON-LINE PROGRAM TECHNOLOGY FEE | $ | 60 | $ | - | per credit hour |
| Part-time students (fall & spring) | | | | | per semester |

3/15/2019

| SUMMER TUITION RATES | 2018-19 | 2019-20 | |
|---|---|---|---|
| Courses numbered 100-599 | $ 680 | $ 700 | per credit |
| Courses numbered 600-999 | $ 1,593 | $ 1,651 | per credit |
| ---EXCEPTIONS TO ABOVE SUMMER RATES--- | | | |
| Metropolitan College graduate courses | $ 860 | $ 880 | per credit |
| College of Fine Arts all Music Education courses | $ 680 | $ 700 | per credit |
| School of Education all on-campus courses | $ 680 | $ 700 | per credit |
| School of Education off-campus extension courses | $ 398 | $ 413 | per credit |
| College of Engineering courses numbered 500-999 | $ 1,593 | $ 1,651 | per credit |
| School of Social Work all on-campus courses | $ 1,040 | $ 1,066 | per credit |
| School of Social Work off-campus extension courses | $ 692 | $ 706 | per credit |
| School of Theology Doctor of Ministry (DMin) courses | $ 628 | $ 647 | per credit |
| School of Theology Non-DMin Masters Programs courses | $ 838 | $ 863 | per credit |

| ROOM & BOARD | | | |
|---|---|---|---|
| RESIDENCE CHARGE - ROOM (fall & spring)<br>Most rooms (multiple occupancy) | $ 10,390 | $ 10,680 | per year |
| BOARD PLANS (Residence or Contract)<br>Most plans | $ 5,330 | $ 5,480 | per plan |
| STANDARD COMPOSITE ROOM & BOARD<br>(Combines the rate of $10,390 for most multiple occupancy rooms with the rate of $5,330 for most board plans) | $ 15,720 | $ 16,160 | per year |

3/15/2019

**School of Social Work (SSW)**
**AY 2019 - 2020 Approved Rates**

| Rate Name | Rate Type | Assessment Type | Rate Period | FY 2018 | FY 2019 | FY 2020 | Status | Approval Note |
|---|---|---|---|---|---|---|---|---|
| SSW Full-time Tuition Rate | Tuition | per year | FALL/SPRG | 33,280 | 34,112 | 35,136 | Approved | Submission of $35,135 revised to $35,136 as the rate needs to be evenly divisible by 2. |
| SSW Part-time Tuition Rate | Tuition | per credit | FALL/SPRG | 1,040 | 1,066 | 1,098 | Approved | |
| SSW Off-campus Extension Tuition Rate | Tuition | per credit | FALL/SPRG | 692 | 706 | 727 | Approved | |
| MSW On-Line Tuition Rate | Tuition | per credit | FALL/SPRG | 785 | 825 | 850 | Approved | |
| SSW Summer Session On-campus Tuition Rate | Tuition | per credit | SUM | 1,000 | 1,040 | 1,066 | Approved | |
| SSW Summer Session Off-campus Extension Tuition Rate | Tuition | per credit | SUM | 665 | 692 | 706 | Approved | |
| SSW Summer Session Online Tuition Rate | Tuition | per credit | SUM | 0 | 785 | 825 | Approved | |
| Tuition Deposit | Fee | per occurrence | FALL/SPRG | 300 | 300 | 300 | Approved | |
| Graduate Program Fee - Full-time only | Fee | per semester | FALL | 20 | 20 | 20 | Approved | |