# Exhibit 8

BOSTON UNIVERSITY



# Tuition & Fees

## Boston University Online Program Tuition Rates

For online students enrolling at Boston University, there is a fall semester (September through December, comprising both Fall 1 and Fall 2 online sessions), a spring semester (January through May, comprising both Spring 1 and Spring 2 online sessions), and a Summer 1 semester and a Summer 2 semester. Online students who study on a part-time basis each semester or during Summer Term (undergraduate: 1-12 credits; graduate: 1-11.5 credits) are charged the University's online per-credit tuition and fee charges as noted. Online students who exceed these per-semester credit limits will be charged the University's full-time tuition rates. Full-time students may not be charged the student services fee for certain semesters. **Please note, when dropping a course the $60 student services fee may be non-refundable depending on when the course is dropped.**



EXHIBIT 10

## Fall 2019 - Summer 2020

| Cost/Credit Hour* | Student Services Fee/Semester |
|---|---|
| College of Fine Arts – School of Music – Master & Doctor in Music Education | |
| $855 | $60 |
| College of Fine Arts – School of Visual Arts – Master of Arts in Art Education | |
| $855 | $60 |
| Graduate Medical School – Graduate Certificate in Clinical Investigation | |
| $985 | $60 |
| Graduate Medical School – Undergraduate Genetics Courses | |
| $480 | $60 |
| Metropolitan College – Undergraduate Degree Completion Program | |
| $480 | $60 |
| Metropolitan College – Master of Criminal Justice | |
| $905* | $60 |
| Metropolitan College – Master of Science in (Specialty) Management | |
| $905* | $60 |
| Metropolitan College – Master of Science in Computer Information Systems | |
| $905* | $60 |
| Metropolitan College – Master of Science in Health Communication | |
| $905 | $60 |
| Metropolitan College – Master of Science in Software Development | |
| $905* | $60 |

| Cost/Credit Hour* | Student Services Fee/Semester |
|---|---|
| Metropolitan College – Virtual Gastronomy | |
| $905 | $60 |
| School of Social Work – Master of Social Work | |
| $850 | $60 |
| Sargent College – Doctor of Occupational Therapy | |
| $895 (after scholarship) | $60 |

**Metropolitan College graduate courses numbered 100-599 have a per credit tuition rate of $480.*

## Fall 2018 - Summer 2019

| Cost/Credit Hour* | Technology Fee/Credit Hour** | Student Services Fee/Semester |
|---|---|---|
| College of Fine Arts – School of Music – Master & Doctor in Music Education | | |
| $825 | $60 | $60 |
| College of Fine Arts – School of Visual Arts – Master of Arts in Art Education | | |
| $825 | $60 | $60 |
| Graduate Medical School – Graduate Certificate in Clinical Investigation | | |
| $985 | $60 | $60 |
| Graduate Medical School – Undergraduate Genetics Courses | | |
| $465 | $60 | $60 |
| Metropolitan College – Undergraduate Degree Completion Program | | |
| $465 | $60 | $60 |

| Cost/Credit Hour* | Technology Fee/Credit Hour** | Student Services Fee/Semester |
| --- | --- | --- |
| Metropolitan College – Master of Criminal Justice | | |
| $880 | $60 | $60 |
| Metropolitan College – Master of Science in (Specialty) Management | | |
| $880* | $60 | $60 |
| Metropolitan College – Master of Science in Computer Information Systems | | |
| $880* | $60 | $60 |
| Metropolitan College – Master of Science in Health Communication | | |
| $880 | $60 | $60 |
| Metropolitan College – Master of Science in Software Development | | |
| $880* | $60 | $60 |
| Metropolitan College – Virtual Gastronomy | | |
| $880 | $60 | $60 |
| School of Social Work – Master of Social Work | | |
| $825 | $60 | $60 |
| Sargent College – Doctor of Occupational Therapy | | |
| $895 (after scholarship) | $60 | $60 |

**Metropolitan College graduate courses numbered 100-599 have a per credit tuition rate of $465.*

***Note: A technology fee was assigned to most online courses at Boston University prior to the 2019-2020 academic year.*

## Apply to a Program

To browse Boston University's wide selection of online programs and choose the one that's right for you, please visit the Programs page.

## Take a Tour

Take a course tour to learn more about Boston University's online courses. Learn more »