# Exhibit 9

**Boston University** Student Accounting Services

881 Commonwealth Avenue
Boston, Massachusetts 02215

BOSTON UNIVERSITY

## Student Account - Natalie Ruth Silulu

Student Id: [redacted]

**SPRING 2020** **AUGUST 4, 2020**

| Date | Description | Charges | Credits |
|---|---|---|---|
| 08/04/2020 | **PREVIOUS SEMESTER (S) BALANCE** | | **$610.00** |
| 08/04/2020 | **SPRING 2020** | | |
| 11/11/2019 | TUITION | 27,360.00 | |
| 11/11/2019 | COMMUNITY SERVICE FEE | 60.00 | |
| 11/11/2019 | STUDENT SERVICES FEE | 307.00 | |
| 11/11/2019 | HEALTH & WELLNESS FEE | 219.00 | |
| 11/05/2019 | RESIDENCE CHARGE - ROOM | 6,040.00 | |
| 04/13/2020 | RESIDENCE CHARGE - ROOM | | 2,596.14 |
| 11/05/2019 | RESIDENCE DINING PLAN | 2,740.00 | |
| 04/13/2020 | RESIDENCE DINING PLAN | | 1,073.00 |
| 11/05/2019 | GILBERT (MASS) MATCHING GRANT | | 1,250.00 |
| 11/12/2019 | STUDENT SCHOLARSHIP | | 13,350.00 |
| 01/19/2020 | FEDERAL PELL GRANT | | 2,472.00 |
| 11/05/2019 | STUDENT SCHOLARSHIP - HOUSING | | 1,700.00 |
| 03/18/2020 | MASSACHUSETTS STATE GRANT | | 700.00 |
| 01/13/2020 | FEDERAL SUB. STAFFORD LOAN | | 1,732.00 |
| 01/13/2020 | FEDERAL UNSUB. STAFFORD LOAN | | 990.00 |
| 01/13/2020 | FEDERAL PLUS LOAN | | 13,180.00 |
| 11/05/2019 | MASS NO INTEREST LOAN | | 1,500.00 |
| 03/20/2020 | ELECTRONIC REFUND | 658.00 | |
| 04/15/2020 | ELECTRONIC REFUND | 4,016.13 | |
| 06/26/2020 | ELECTRONIC REFUND | 600.00 | |
| 01/24/2020 | CONVENIENCE POINTS PURCHASE | 25.00 | |
| 02/10/2020 | CONVENIENCE POINTS PURCHASE | 25.00 | |
| 02/23/2020 | CONVENIENCE POINTS PURCHASE | 25.00 | |
| 03/03/2020 | CONVENIENCE POINTS PURCHASE | 25.00 | |
| 04/13/2020 | DINING POINTS REFUND | | 346.99 |
| 06/25/2020 | HOUSING GUAR PAYMENT REBATE | | 600.00 |
| | **SPRING 2020 SUBTOTAL** | **$610.00** | |
| | **CURRENT BALANCE** | **$0.00** | |

- Please visit bu.edu/studentaccountingservices/ for information on billing, payment options and refund policies.