# Exhibit 10

**Boston University** Student Accounting Services
881 Commonwealth Avenue
Boston, Massachusetts 02215

BOSTON UNIVERSITY

## Student Account - Venus Tran

[redacted]

| SPRING 2020 | | | JULY 30, 2020 |
|---|---|---|---|
| **Date** | **Description** | **Charges** | **Credits** |
| 07/30/2020 | **PREVIOUS SEMESTER (S) BALANCE** | | **$4,183.00** |
| 07/30/2020 | **SPRING 2020** | | |
| 11/11/2019 | TUITION | 27,360.00 | |
| 11/11/2019 | COMMUNITY SERV/PROGRAM FEE | 150.00 | |
| 11/11/2019 | HEALTH & WELLNESS FEE | 219.00 | |
| 01/02/2020 | FEDERAL UNSUB. STAFFORD LOAN | | 10,142.00 |
| 01/02/2020 | FEDERAL PLUS LOAN | | 21,545.00 |
| 01/10/2020 | ELECTRONIC REFUND | 8,141.00 | |
| 03/10/2020 | CONVENIENCE POINTS PURCHASES | 50.00 | |
| | **SPRING 2020 SUBTOTAL** | **$4,233.00** | |
| | **CURRENT BALANCE** | **$50.00** | |

TRAN_000005

- Please visit bu.edu/studentaccountingservices/ for information on billing, payment options and refund policies.