# Exhibit 11

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: BOSTON UNIVERSITY COVID-19 REFUND LITIGATION | **MASTER FILE NO. 1:20-cv-10827-RGS** |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**NOTICE OF RULE 30(B)(6 DEPOSITION OF DEFENDANT TRUSTEES OF BOSTON UNIVERSITY**

**PLEASE TAKE NOTICE** that pursuant to FRCP 30(b)(6), Plaintiffs Olivia Bornstein, Julia Dutra, Gabriella Dube, Shakura Cox, Natalie Silulu, Valaauina Silulu, and Venus Tran ("Plaintiffs"), by and through their undersigned counsel, will take the deposition upon oral examination on Monday, March 7, 2022 beginning at 9:00am ET, before a Notary Public or other person authorized by law to administer oaths, of the person(s) designated by Defendant Trustees of Boston University with respect to the topics set forth in Exhibit A to this notice. The deposition will be conducted remotely by videoconference, and will be recorded by stenographic and audiovisual means. Real-time transcription of the deposition can be made available upon request to the If applicable, access credentials for the remote deposition are be provided ahead of the deposition. The deposition will continue from day-to-day until completed, and Plaintiffs reserve the right to seek relief from the Court in the event that the designated deponent is not properly prepared to testify on behalf of Defendant with respect to each of the identified topics. [signature page follows]



EXHIBIT
1

Dated: February 3, 2022

/s/ Conor B. McDonough

**HECHT PARTNERS LLP**

125 Park Avenue, 25th Floor
New York, NY 10017
T: (212) 851-6821
Conor Brew McDonough (BBO# 704410)
cmcdonough@hechtpartners.com
Kathryn Lee Boyd (*Pro Hac Vice*)
lboyd@hechtpartners.com
Shira Lauren Feldman (*Pro Hac Vice*)
sfeldman@hechtpartners.com

Attorneys for Plaintiff Olivia Bornstein, individually and on behalf of all others similarly situated

**ANASTOPOULO LAW FIRM, LLC**

Blake G. Abbott (*Pro Hac Vice*)
Roy T. Willey IV (*Pro Hac Vice*)
Eric M. Poulin (*Pro Hac Vice*)
32 Ann Street
Charleston, SC 29403
Telephone: (843) 614-8888
Email: Blake@akimlawfirm.com
Roy@akimlawfirm.com
Eric@akimlawfirm.com

-with-

**STANZLER LEVINE, LLC**

Richard E. Levine
65 William Street, Suite 205
Wellesley, MA 02481
Telephone: (617) 482-3198
Email: RLevine@stanzlerlevine.com

Attorneys for Plaintiff Julia Dutra, individually and on behalf of all others similarly situated

**HAGENS BERMAN SOBOL SHAPIRO LLP**

Steve W. Berman (*Pro Hac Vice*)

1301 Second Avenue, Suite 2000
Seattle, WA 98101
(206) 623-7292
steve@hbsslaw.com

Daniel J. Kurowski (*Pro Hac Vice*)
Whitney K. Siehl (*Pro Hac Vice*)
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
(708) 628-4949
dank@hbsslaw.com
whitneys@hbsslaw.com

Attorneys for Plaintiff Shakura Cox, individually and on behalf of all others similarly situated

**FORREST, LAMOTHE, MAZOW, MCCULLOUGH, YASI & YASI, P.C.**

Michael C. Forrest
mforrest@forrestlamothe.com
2 Salem Green, Suite 2
Salem, MA 01970
(617) 231-7829

-with-

**BURSOR & FISHER, P.A.**

Joseph I. Marchese (*Pro Hac Vice*)
jmarchese@bursor.com
888 Seventh Ave.
New York, New York 10019
(646) 837-7150

L. Timothy Fisher (*Pro Hac Vice*)
ltfisher@bursor.com
1990 N. California Blvd., Ste. 940
Walnut Creek, CA 94596
(925) 300-4455

Sarah N. Westcot (*Pro Hac Vice*)
701 Brickell Ave.
Suite 1420
Miami, FL 33121
(305) 330-5512

Attorneys for Plaintiff Venus Tran, individually and on behalf of all others similarly situated

**LICHTEN & LISS-RIORDAN, P.C.**

Harold L. Lichten
729 Boylston St, Suite 2000
Boston, MA 02116
(617) 994-5800
hlichten@llrlaw.com

-with-

**BERGER MONTAGUE PC**

Patrick F. Madden (*Pro Hac Vice*)
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: scarson@bm.net
Email: pmadden@bm.net

E. Michelle Drake (*Pro Hac Vice*)
43 SE Main Street, Suite 505
Minneapolis, MN 5514
Tel: (612) 594-5933
Email: emdrake@bm.net

Attorneys for Plaintiffs Valaauina Silulu and Natalie Silulu, individually and on behalf of all others similarly situated

**EXHIBIT A**

**DEFINITIONS**

The following definitions apply to the Rule 30(b(6) topics set forth below:

1. The term "Defendant" means the Trustees of Boston University, including, without limitation, ANY person or entity acting on any of its behalf including Boston University ("BU") and any agents, employees, predecessor entities, or other representatives.

2. The term "Educational Program" means a degree program and/or course of instruction offered by BU.

3. The term "Senior Administration" means (collectively and/or individually) any and all offices and associated personnel having involvement with and/or authority over the analysis and/or determinations of tuition, fees, campus operations, academic programming, promotional and marketing materials, course catalogs, bulletins, student handbooks, policies, including but not limited to the offices of the President, Provost, Dean of Admissions, Dean of Students, Student Accounting Services, Planning and Business Affairs, Registrar, Enrollment and Student Administration, Information Services, External Affairs, and Public Relations and Social Media.

4. The term "this matter" means the above-captioned litigation in the U.S. District Court for the District of Massachusetts, including all matters consolidated therein.

5. Unless otherwise specified, these topics cover the timeframe of July 1, 2015 to the present.

**RULE 30(b)(6) TOPICS**

1. Defendant's decisions and plans to transition to remote learning as a result of the COVID-19 pandemic.

2. Defendant's costs of operation from 2018-the present.

3. Any differences in costs incurred by Defendant to provide classes online and on-campus, as well as hybrid classes, during the Spring 2020 term.

4. The net financial gains or losses to Defendant as a result of changing operations due to COVID-19.

5. Defendant's spending on infrastructure and other items related to the provision of an on-campus, in-person education prior to the changing of on-campus operations as a result of COVID-19.

6. All facilities, services and events that were closed, suspended, or for which Defendant did not otherwise provide access to students as a result of campus closures or restrictions during the Spring 2020 term to the present.

7. Any changes to academic and non-academic staffing and compensation resulting from the changing of on-campus operations in connection with COVID-19.

8. Defendant's decision or plans regarding tuition and fees as they relate to the COVID-19 pandemic and/or the transition to remote learning.

9. Defendant's gross incomes and net incomes from tuition fees from Fall 2018 to the present.

10. Defendant's gross incomes and net incomes from mandatory student fees from Fall 2018 to the present.

11. Defendant's expenditure of mandatory student fees, including those charged from Fall 2018 to the present.

12. Information surrounding how Defendant trained, prepared, and supported professors, instructors, counselors, tutors, teaching assistants, or other academic staff to provide the online instruction that occurred following the changing of on-campus operations during the Spring 2020 term.

13. Defendant's promotional, marketing, enrollment and/or enrollment materials, including materials describing BU's on-campus experience/student life on campus, as well as materials such as handbooks, course catalogs and/or bulletins regarding the courses and/or degree programs offered by Defendant.

14. Defendant's analysis and determination of tuition and fees for online-only educational programs.

15. Defendant's analysis and determination of tuition and fees for all courses, educational, and/or degree program that BU offers, both on-campus and online-only, including but not limited to those courses and programs offered during Spring 2020 semester.

16. Defendant's endowment, including bylaws, governing documents or other information regarding the governance, maintenance, and utilization of said endowment.

17. Defendant's request for, and receipt, expense, use, allocation, or reservation of all funds under the CARES Act, or any other coronavirus-related state, local, and/or federal government program.

18. The organizational hierarchy of Defendant, including but not limited to senior administrators, and the reporting structure for administrative, fiscal, and budgetary functions.

19. All agendas, minutes, action items, resolutions, memoranda, and other documents relating to any or all Senior Administration or Trustees of Boston University meetings that occurred during the Spring 2020 semester to the present.

20. All documents related to any Plaintiff's acceptance, registration, and attendance at BU, including any Plaintiff's applications to and correspondence with your admissions office, and/or any Plaintiff's billing, academic, scholarship and disciplinary records.

21. All communications between Defendant and any Plaintiff in this matter, including, but not limited to emails, relating to COVID-19 and the transition from in-person learning to remote learning concerning the Spring 2020 semester to the present.

22. Any request(s), relating to COVID-19 and the transition from in-person learning to remote learning concerning the Spring 2020 semester to the present, for a refund or reimbursement of tuition and/or fees by any Plaintiff in this matter.

23. Any request(s), relating to COVID-19 and the transition from in-person learning to remote learning concerning the Spring 2020 semester to the present, for a refund or reimbursement of tuition and/or fees by any students who were enrolled at BU as of Spring 2020 semester.

24. The history, specific details, and resolution of any formal and informal complaints relating to requests by any BU students for a refund of monies paid for the Spring 2020 semester.

25. All contracts and agreements that Defendant contends exist between Defendant and any Plaintiff.

26. Any reservation of rights asserted by Defendant as it relates to claims for refunds of tuition and fees at issue in this matter.

27. Defendant's policies and procedures relied on in this matter regarding the preservation, collection, and search of documents from all custodians identified in Defendant's initial disclosures and other written discovery responses, any custodians identified during

depositions in this litigation, and Defendant's process(es) and/or methodology(ies) used to identify documents responsive to Plaintiffs' discovery requests served in this matter.

28. The custodians of all documents (including electronically stored information) identified in Defendant's initial disclosures and other written discovery responses, any documents Defendant produces, and/or identified during depositions in this matter.

29. Defendant's insurance policies that may cover any liability of Defendant found in this matter.

30. All information and facts Defendant intends to rely upon to support any claim or defense Defendant may assert in any dispositive motion or at trial in this matter.