# Exhibit 12

The Wayback Machine - http://web.archive.org/web/20191227155838/http://www.bu.edu:80/academics/policies/registration/

**Home**
**Policies**Registration

# Registration

An officially registered student is one who is registered for classes and who has settled all charges with Student Accounting Services.

Candidates for admission to degree programs may not register until they receive a formal statement of acceptance. Students accepted to the University register according to instructions provided by their school or college.

Continuing students register for courses in October or November for the spring semester and March or April for the fall semester. Eligible continuing students may access the Student Link (a web-based system) to register for courses for the semester.

The student's account is charged tuition and fees based on the student's status and class selection. Students can view their student account and make payment online using the Student Link. Students may also give access to their student account details to their parents, guardian, or other third party by selecting the "ShareLink" feature on the Student Link and following the instructions.

Official registration is complete when Student Accounting Services receives full payment. Students registering after the published Registrar **dates** may be subject to additional fees.

## Related Bulletin Pages

- **Abbreviations and Symbols**

**Absence for Religious Reasons**
**Adding or Dropping a Course**
**Attendance**
**Childbirth and Adoption Accommodation for Full-Time PhD Students**
**Cross-Registration**
**Postdoctoral Scholars**
**Registration**
**Student Bereavement**
**Suspension or Dismissal**
**Vacation Policy for PhD Students**
**Veterans Information**
**Withdrawal, Leave of Absence, and Reinstatement**
**Academic Load**
**Academic Progress and Graduation**
**Academic Residency Requirement**
**Academic Standing**
**Advanced Credit Guide**
**Advanced Placement Credit**
**Auditing Courses**
**Course Scheduling for the Charles River Campus**
**Cross-Listing Boston University Courses**
**Policy on D Grades for Undergraduate Students**
**Declaring or Changing a Major**
**Undergraduate Degree Definitions & Credit Overlap Policies**



EXHIBIT
14

**Dual Degree Program**
**Examinations**
**Grade Grievances for Undergraduate Students in Boston University Courses**
**Grades and Course Credits**
**Incomplete Coursework**
**Intra-University Transfer**
**Pass/Fail Courses for Undergraduate Students**
**Policy on Missing Grades**
**Repeated Courses for Undergraduate Students**
**Transfer Credits from Non-Boston University International Programs**
**Transfer of Undergraduate Credit from US Institutions**
**Address Changes**
**FERPA**
**Name Changes or Corrections**
**Student Retention Information**
**Transcripts**
**Academic Conduct Code**
**Conflicts of Interest**
**Intellectual Property Policy**
**Protection of Minors**
**Student Work Hours for Employment at Boston University**
**Complaint Procedures in Cases of Alleged Unlawful Discrimination or Harassment**
**Disability Accommodation**
**Equal Opportunity/Affirmative Action Policy**
**Sexual Misconduct/Title IX Policy**
**Student Grievance Procedure in Cases of Alleged Disability Discrimination**
**Emeritus Faculty**
**Access to Electronic Information**
**Network Security Monitoring**

## Terms of Use

Note that this information may change at any time. **Read the full terms of use**.

## Accreditation

Boston University is accredited by the **New England Commission of Higher Education** (NECHE).