# Exhibit 17

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
-----------------------------------x
In Re:
BOSTON UNIVERSITY COVID-19
REFUND LITIGATION
Master File No. 1:20-cv-10827-RGS
-----------------------------------x
THIS DOCUMENT RELATES TO:
ALL ACTIONS
-----------------------------------x
May 13, 2022
1:05 p.m.

C O N F I D E N T I A L

Remote Videotaped Deposition of CHRISTINE PAAL, located in Boston, Massachusetts, taken via Zoom before Dawn Matera, a Certified Shorthand Reporter and Notary Public of the State of New York.

A P P E A R A N C E S

HECHT PARTNERS LLP
Attorneys for Plaintiffs
125 Park Avenue, 25th Floor
New York, New York 10017
(212)851-6821
By: CONOR McDONOUGH, Ph.D., ESQ.
cmcdonough@hechtpartners.com
THEO BRUENING, ESQ.
tbruening@hechtpartners.com
KATHRYN LEE BOYD, ESQ.
lboyd@hechtpartners.com

-and-

ANASTOPOULO LAW FIRM, LLC
418 River Street
Greenville, South Carolina 29601

By: BLAKE G. ABBOTT, ESQ.
blake@akimlawfirm.com

QUINN EMANUEL URQUHART & SULLIVAN LLP
Attorneys for Defendant
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
(213)443-3000
By: MARINA LEV, ESQ.
marinalev@quinnemanuel.com

Also Present:
LISA TENEROWICZ, ESQ., Boston University
PHIL GLAUBERSON, Video Technician

~oOo~

A. Yes. I did have a major role in the registration process.
Q. Can you describe that role?
A. Yes. The registration process starts with course scheduling. We work with the schools and colleges. That was done in August of 2019. My classroom scheduling staff then schedules the classes in the available classrooms and in the end of September the schedule is released to the community. That's faculty advisors, staff in the colleges, faculty and students. The students then have approximately a month to meet with their advisors and plan their schedule.
There is a function on the student portal that is called Student Link that allows students to plan a schedule. Students are then invited to register, and it is by their status and their class year. So graduate students are registered first. The control mechanism is through our mainframe computer system and their ID number. Their registration takes place near

Halloween every year. That particular year it was October 26th. And then the classes register by their longevity at the campus. So seniors next. And so on down to first year students.

So registration is generally completed prior to Thanksgiving. And the students have a payment date in December. However, the registration is not locked. Our system is very flexible. So the day students are given to register opens registration, registration continues throughout the entire period and students may add and drop classes, and they very, very often do right up through the beginning of February, past the start of the semester.

So it is a long, it's a long process and students have a great deal of flexibility, even after they have paid, there is still two months of their being able to update their schedule.

Q. In your role as registrar, I think you had mentioned that your responsibilities for managing the course

registration process applied to all of the programs and schools at Boston University; is that correct?

A. I do oversee the individual schools and colleges that are on the medical campus to manage their own registration because they register their students by hand.

Q. I see. Are you responsible for the registration process that students at Metropolitan College use to register for online-only classes?

A. The students at Metropolitan College are part of the registration process at Boston University. We do not -- the modality does not influence that.

Q. So registering for online-only classes and registering for in-person only classes via the system that you just described, there is no difference between the experience for online-only versus in-person students?

A. I'm sorry, that was unclear to me.

MS. LEV: Give me a beat to object, please.
Objection, vague.
Q. Is the system that the students who register for online classes use the same system that students registering for in-person classes use?
MS. LEV: Objection, vague.
What kinds of students? Undergrad, graduate?
Q. You can answer.
A. There is one registration system for the students except for the students whose schools choose to register them themselves. We all access the mainframe, but the students who are online register in the same way as the students who are in person so long as their school and college wants them to register that way. Those decisions are made at that level.
Q. And for those schools at Boston University that use alternative means, you mentioned one of them would be the medical school, are there other schools

that use a different system to register their students for courses?

A. They do not use a different system. They may use different means and have staff register the students manually rather than the students register themselves.

Q. I think you mentioned that Student Link is the system that you referred to by which students at the university can register for classes?

A. Student Link is a portal. It is the web front face to the underlying computer system. And students do access their registration through the Student Link.

Q. And I think you mentioned that there was at least a period through which students are registering for classes, in this instance during the fall of 2019 for classes offered in the spring of 2020; is that right?

A. That is correct. The registration takes place after students have had time to meet with their advisors

after the schedule is released and visible to the community. And then registration commences, generally, around Halloween and finishes generally before Thanksgiving each cycle for the spring registration.
Q. And does the period to register finish, as you say, on or around the same date for students registering for in-person classes as well as students registering for online-only classes?
A. The class modality does not govern the registration process outside of any other -- the schools may decide to use different processes. But from an infrastructure standpoint, and that's what I control, the modality does not govern the registration. It opens and it continues through, as I mentioned, after the payment date and into the start of the semester. So they have time to begin their registration and then they may continue registering and updating those schedules through the start of the semester. And there was a date set for

the faculty at which they may no longer join a class.

Q. Understood. And is that date set any different for in-person classes as opposed to online-only classes?

A. The date is set in regards to the length of the class, so that students are not joining more than two weeks after the class starts and faculty may designate a different time. But in general, it is not the modality that governs it, it is the length of the class so that students are not missing too much of a shorter class.

Q. You mentioned that the Student Link is the portal that accesses the computing system which BU relies on for course registration. Is there a name used to describe the tool that students use to register for their classes?

A. There is not a special name. It's web registration via the Student Link.

Q. So if I use the term "web reg," is that term familiar to you?

A. That term is familiar to me, yes. It is an abbreviation.

Q. So web reg is a term that refers to the tool that BU students can use to register for classes via Student Link?

MS. LEV: Objection. Mischaracterizes.

A. It's not a tool. It's merely a name.

Q. And what is it the name of?

A. The web reg? I'm sorry.

Q. Yes, what does the web reg refer to?

A. It refers to the process of a student carrying out their registration. It's simply truly an abbreviation for web registration, and it distinguishes it from someone in an office in a college or school registering the students.

Q. Understood.

A. Really that was the derivation to highlight that a student is registering themselves.

Q. And in your capacity as

or agreed to any policies other than the ones that you just described in order to register for their courses?

MS. LEV: Objection to the extent it cause for speculation.

A. They do not at the point of registration.

Q. And that was true for students enrolled in courses offered in spring of 2020?

A. That is true.

Q. I want to introduce what has been marked as Exhibit 39. It will take a second to populate, but let me know when you see that.

(Exhibit 39, Document reflecting registration-current schedule, was so marked for identification, as of this date.)

A. I am seeing a registration-current schedule.

Q. So that's the right exhibit.

A. There are three pages.

Q. Yes, three pages. So looking at -- feel free to look at the other

pages. But what I would like to do first is just looking at the URL that's shown in the screenshot, starting with BU.EDU, does this look like the Student Link system that is used to register for courses?

A. It does.

Q. And the current page, on page 1, this is a page that appears to show current schedule registration; is that right?

A. It is showing -- I am seeing a spring 2022 registration and a summer one 2022 registration.

Q. And it shows a list of classes along with, for example, the building and room as well as the date and time that the courses meet; is that correct?

A. That is correct.

Q. Would students who were enrolled in spring 2020 courses be shown the same sort of information looking at their registered schedule?

MS. LEV: Objection, vague.

A. This registration is completed

for a specific student because I can see there is a status, the red lettering under status of withdrawn or Reg. This is particular to one individual. The common elements in a schedule show the semester, the class name and number, the section number.

So for example under class, it's CAS CH102 A3. The CAS is College of Arts and Sciences. CH 102 is Chemistry 102. A3 is the A3 section. It will display the credits, which are four. The title of the class, which is Gen Chem 2. The instructor, who is Professor Chen. The type of class, which is a lecture. The building location in this case is filled in as Sci 109. The Sci is hyperlinked because it will show the location of the building. Dates of meeting, Monday, Wednesday, Friday. The start time, 4:40 p.m., the stop time, 5:30 p.m. And additional notes to let the students know what other obligations the class might have or specifics around class registration type.

in person for the spring of 2020?
A. It would have been, yes.
Q. And that was also true for students enrolling in the online-only programs through Metropolitan College?
A. The functionality is there regardless of modality.
Q. And if you turn to the third page, can you describe what's being shown on this page?
A. This page is again from a particular student who has logged in and then selected their registration for courses they have selected for summer 2 2022. They have selected CAS BI 107 B1, which is a lecture for Biology 1 for summer 2, and CAS BI 107 B2, which is the lab. And the prompt indicates that they must register for both a lecture and a lab section. So if the student decides these are the courses they want, they would -- and the arrow is embedded on the add classes to schedule to indicate that is how a student would add the classes to their schedule.

Q. And the information on this page also includes, for a given class, the type of class, the building and room, as well as the time and date that the class meets; is that correct?

A. Yes, that information is consistent across semesters.

Q. And would those categories of information be presented to the students looking at this page as it existed at the time that they were enrolling for in-person classes in spring of 2020?

A. The same type of page would have existed. Of course the header would have been spring of 2020. But that is the primary difference.

Q. I think you noted at the bottom there is that button that is add classes to schedule?

A. Yes.

Q. When a student has indicated through the page the courses they wish to add to this schedule and they click that button, does that complete their registration for that semester?

MS. LEV: Objection. Asked and answered and mischaracterizes her previous testimony.

You can answer.

A. That would not complete their registration. As you can see, this is for summer 2 2022, which starts in July. It would be the beginning of their registration. The student can make changes throughout the months of May and June, for example.

Q. For students who are enrolling for courses in the spring of 2020, did this button exist on this page as it existed at that time?

A. Yes. The same --

MS. LEV: Just a second. You've got to let me object. Just a moment.

Objection. Vague.

With that, you can answer.

A. The structure of the page is, was identical in the spring of 2020 as it is now.

Q. And so for students who were enrolling in courses through this system