# Exhibit 20

Back2BU

Latest COVID-19 Information



EXHIBIT
5

BU Student Accounting Services

# Tuition & Fees



For current tuition rates, please visit the tuition and fees page.

# Applied Music Fee

This fee is assessed to part-time and full-time equivalent College of Fine Arts music students, students electing applied music beyond curriculum requirements, and students from other schools and colleges. The tuition charge for full-time students in the School of Music includes the Applied Music Fee for instruction required in the curriculum.

# Clinical Affiliation Fee

This is a mandatory fee for clinical experience administration (Sargent College students).

# Community Service Fee

This mandatory fee is charged to full-time Undergraduate students.

Under the direction of the Dean of Students, funds collected through the Community Service Fee are allocated directly to support student organizations, both online and in-person programs, and services, and are carried over year to year.

# Community Service/Program Fee

This mandatory fee varies by school and may change on a semester basis. A portion of this fee is allocated to the student's individual school/college for sponsored activities and services that contribute to the enrichment and spirit of college life. (See the Records Office at individual schools for details.)

# Continuing Student Fee

This fee is assessed to graduate students who have completed their course requirements, while they are completing other degree requirements such as examinations, research, and thesis or dissertation work. Payment of this fee entitles the student to appropriate access to University libraries, research laboratories, academic staff, and other academic facilities for the purpose of completing degree requirements.

# Convenience Points

Convenience Points can be purchased in increments of $25 at the Terrier Card Office on the lower level of the George Sherman Union (775 Commonwealth Avenue). Points can be paid for by check. During the academic year, points may be charged to the student's account and billed at a later date. Points purchased as a charge to the student's account will be limited to $1,500 per semester during the academic year. This includes initial and additional points purchased. During the academic year, additional Convenience Points can also be purchased through the Student Link, as a charge to the student's account. (To pay by cash, the student should go to Student Accounting Services, 881 Commonwealth Avenue, lower level, and then bring the receipt to the Terrier Card Office.) Convenience Points can be used at all on-campus dining locations, for University-approved pizza delivery, at the Campus Convenience stores, Barnes & Noble at Boston University, athletic concessions, most vending machines, laundry machines, and photocopying services.

# External Program Fee

This is an administrative fee charged to all students seeking to transfer credit earned on an external study abroad program. This mandatory fee supports the process of administering the external study abroad process with services that include assistance with program and destination selection, program application support, transfer course selection and approval, post-program credit evaluation and credit transfer and assistances with any credit transfer issues or discrepancies that might arise.

# Health & Wellness Fee

Updated 7/23/2020:

Proceeds from this mandatory fee are directly allocated to support student health services and wellness activities, which include Telehealth visits and online wellness and prevention programming. While continuing to provide these services, the University is committing additional resources to offset the expenses of COVID-19 testing for students, which include establishing and operating a lab and collection sites, contact tracing, and working with students who have symptoms. The proceeds from the mandatory fee also help offset the cost of student Health Services clinic at 881 Commonwealth Avenue as well as the Fitness & Recreation Center and their satellite operations. Wellness & prevention services promote physical and emotional well-being among students through comprehensive programming, peer health support, connection to resources, sharing accurate and relevant health information, and providing consultation and care for students struggling with substance misuse. Holistic services provided minimize the risk of illness, injury, and harm all while establishing a foundation for students to optimize their capacity to learn, reach their potential, and achieve their goals both inside and outside of the classroom.

# Health Insurance Charge

Health Insurance is required for all full-time, three-quarter-time, and international students. These students are automatically enrolled in the Student Health Insurance Plan (SHIP), and a charge is added to their student accounts. Plan information is available at [www.aetnastudenthealth.com/bu](www.aetnastudenthealth.com/bu).

# Lab Fee

This is a required fee for some courses for the use of facilities and/or materials in conjunction with coursework. Charges vary, and all questions should be directed to the individual schools.

# Late Fee

Late payment fees may be assessed to all students who settle their accounts after the published deadline. Late fees vary depending on full- or part-time status and date of settlement. For assistance in settling your Student Account, please refer to About Your Bill. If you have any questions or concerns regarding late fees, please contact us at 617-353-2264 or studenta@bu.edu.

# Library Fine

These fines are charged by the various libraries on campus from which the student has borrowed materials. Fine amounts vary, and information should be obtained directly from the particular library.

# Program Fee

This is a fee charged in place of tuition and in some cases housing for students who are on Study Abroad or Internship Programs. (Please note: tuition remission covers the tuition portion only.)

# Returned Payment Fee

If an electronic payment or check payment has been returned for non-payment, a $25 returned payment fee may be assessed. The reason for the returned payment may be insufficient funds, frozen or closed account, non-transaction account, or unauthorized payment. Please ensure that there are sufficient funds in your bank account or contact your bank for further information before resubmitting your payment.

# Sports Pass

The Boston University Department of Athletics is dedicated to excellence in athletics, academics, and community. Over the long history of the department, our student-athletes have represented BU formidably, achieving and maintaining a high level of excellence both on and off the field while at the same time displaying commitment, integrity and sportsmanship. Athletics is a core part of the campus experience at Boston University.

Year after year, the Boston University men's ice hockey team finishes among the top teams in the nation and the program, which competes in Hockey East, captured its fifth national title in 2009. The women's ice hockey team, which stepped onto the ice for the first time as a varsity program in 2005, has built on the rich ice hockey tradition at BU, having already reached the NCAA title game twice.

The men's and women's basketball, and lacrosse teams are regularly among the Northeast elite and have combined to capture numerous conference titles. All four of those squads now compete in the Patriot League.

Agganis Arena conveniently offers an online ticket pickup system for students. Students can download their ticket through Account Manager. To learn more, visit How to Claim Your Sports Pass Tickets.

Take advantage of this opportunity to make the most of your Boston University experience. Be excited, be passionate, be a fan!

# Student Health Charge

Full-time Charles River Campus students can usually use facilities at Student Health Services at no cost. There is, however, a nominal charge for certain services and tests that are not covered by the University. Questions should be directed to Student Health Services at 617-353-3575.

# Student Services Fee

Proceeds from this mandatory fee are directly allocated to student support services and technology resources.

# Technology Fee

The Technology Fee is assessed to support the infrastructure needs of courses in certain programs.

# Tuition Overload Charge

All students taking 12–18 credits (with the exception of certain Metropolitan College students) are charged the basic full-time tuition rate for their school or college of registration. Each credit over the 18 basic credits carries a charge of the standard per-credit rate. Seniors who receive authorization from their school may be eligible to take a course overload without additional cost (see individual schools for details). If your tuition and/or fees do not correspond to the courses you have selected, contact the Registrar's Office. If the Registrar confirms that an adjustment to your charges will occur, note the change on the bottom portion of your invoice and enclose payment for the adjusted balance due.

# Undergraduate Orientation Fee

A one-time mandatory fee is assessed to all incoming freshman and transfer students. The fee covers all orientation programs, materials, and publications. New students have the option of attending an academic orientation session in the summer or fall prior to the start of classes in order to complete course registration and to become familiar with the campus. Fall Welcome or Winter Orientation programs and materials are also offered to new students at the beginning of each semester. Questions should be directed to the Orientation Office at 617-353-3555.

## Student Accounting Services →

Student Accounting Services

Your Student Account

Payment Deadlines

Tuition & Fees

Payment Options

Payment Plans

Other Deductions

Resources

Contact Us

## Important Information

Policy Regarding Release of Information to Parents and Guardians

Boston University Search Directory Contact BU Today