# Exhibit 21

The Wayback Machine - http://web.archive.org/web/20200119104424/http://www.bu.edu:80/s...

BU Student Accounting Services

# Tuition & Fees



For current tuition rates, please visit the tuition and fees page.

## Applied Music Fee

This fee is assessed to part-time and full-time equivalent College of Fine Arts music students, students electing applied music beyond curriculum requirements, and students from other schools and colleges. The tuition charge for full-time students in the School of Music includes the Applied Music Fee for instruction required in the curriculum.

## Athletic Department Charge

This is a charge for athletic equipment that has not been returned to the Case Athletic Center. For more information call 617-353-4637.



EXHIBIT 6

# Clinical Affiliation Fee

This is a mandatory fee for clinical experience administration (Sargent College students).

# Community Service Fee

This mandatory fee is charged to full-time Undergraduate students **on the Charles River Campus**.

Under the direction of the Dean of Students, 100% of revenue collected through this fee is allocated directly to support student programs, which foster and engage the community. The Student Allocations Board, Programming Council and Residence Hall Associations/Student Government distribute the majority of these funds to approximately 500 student groups and organizations. Any student program funds not used by the end of a current fiscal year may be carried over to the subsequent year with the approval of the Dean of Students.

# Community Service/Program Fee

This mandatory fee varies by school and may change on a semester basis. A portion of this fee is allocated to the student's individual school/college for sponsored activities and services that contribute to the enrichment and spirit of college life. (See the Records Office at individual schools for details.)

# Continuing Student Fee

This fee is assessed to graduate students who have completed their course requirements, while they are completing other degree requirements such as examinations, research, and thesis or dissertation work. Payment of this fee entitles the student to appropriate access to University libraries, research laboratories, academic staff, and other academic facilities for the purpose of completing degree requirements.

# Convenience Points

Convenience Points can be purchased in increments of $25 at the Terrier Card Office on the lower level of the George Sherman Union (775 Commonwealth Avenue). Points can be paid for by check. During the academic year, points may be charged to the student's account and billed at a later date. Points purchased as a charge to the student's account will be limited to $1,500 per semester during the academic year. This includes initial and additional points purchased. During the academic year, additional Convenience Points can also be purchased through the Student Link, as a charge to the student's account. (To pay by cash, the student should go to Student Accounting Services, 881 Commonwealth Avenue, lower level, and then bring the receipt to the Terrier Card Office.) Convenience Points can be used at all on-campus dining locations, for University-approved pizza delivery, at the Campus Convenience stores, Barnes & Noble at Boston University, athletic concessions, most vending machines, laundry machines, and photocopying services.

# External Program Fee

This is an administrative fee charged to all students seeking to transfer credit earned on an external study abroad program. This mandatory fee supports the process of administering the external study abroad process with services that include assistance with program and destination selection, program application support, transfer course selection and approval, post-program credit evaluation and credit transfer and assistances with any credit transfer issues or discrepancies that might arise.

# George Sherman Union Fee

*Eliminated as of Fall 2013 semester.*

The George Sherman Union fee is charged each semester to all full-time graduate students on the main campus. This fee helps to finance the maintenance and operational costs of the GSU building.

# Health & Wellness Fee

Proceeds from this mandatory fee help offset the cost of student Health Services clinic at 881 Commonwealth Avenue as well as the Fitness & Recreation Center and their satellite

operations. Wellness & prevention services promote physical and emotional well-being among students through comprehensive programming, peer health support, connection to resources, sharing accurate and relevant health information, and providing consultation and care for students struggling with substance misuse. Holistic services provided minimize the risk of illness, injury, and harm all while establishing a foundation for students to optimize their capacity to learn, reach their potential, and achieve their goals both inside and outside of the classroom.

# Health Insurance Charge

Health Insurance is required for all full-time, three-quarter-time, and international students. These students are automatically enrolled in the Student Health Insurance Plan (SHIP), and a charge is added to their student accounts. Plan information is available at www.aetnastudenthealth.com/bu.

# Health Services Fee

*Eliminated as of Fall 2013 semester. Replaced by Health & Wellness Fee.*

This is a mandatory fee charged to all Charles River Campus graduate students on a per-semester basis to defray the costs of services at the Student Health Clinic located on campus.

# Lab Fee

This is a required fee for some courses for the use of facilities and/or materials in conjunction with coursework. Charges vary, and all questions should be directed to the individual schools.

# Late Fee

Late payment fees may be assessed to all students who settle their accounts after the published deadline. Late fees vary depending on full- or part-time status and date of settlement. For assistance in settling your Student Account, please refer to About Your Bill. If you have any questions or concerns regarding late fees, please contact us at 617-353-2264 or

studenta@bu.edu.

# Library Fine

These fines are charged by the various libraries on campus from which the student has borrowed materials. Fine amounts vary, and information should be obtained directly from the particular library.

# Program Fee

This is a fee charged in place of tuition and in some cases housing for students who are on Study Abroad or Internship Programs. (Please note: tuition remission covers the tuition portion only.)

# Registration Fee

*Will continue to be assessed for Summer 1 – 2013 and Summer 2 – 2013.*
*Eliminated as of Fall 2013 semester.*

This fee is assessed to all part-time students on a per-semester basis.

# ResNet Fee

*Eliminated as of Fall 2013 semester.*

Students assigned to on-campus residences will be automatically subscribed to ResNet. Subscribing to ResNet provides fully functional access to high-speed network ports in rooms and throughout the residences, use of the PCs and printers in the ResNet labs, and access to password-protected resources from within the residences. Password-protected resources include campus e-mail, courseware, Student Link functions such as online class registration, and other personal communication and information services. Without a ResNet subscription, you will be unable to use computers in the ResNet labs, to register and use your personal

computer on ResNet, or to gain access to password-protected resources from ResNet, such as those itemized above.

# Sports Pass

The Sports Pass will automatically be charged to your Student Account if you are a full-time undergraduate or graduate student at Boston University. The Sports Pass will allow you admission to all home events for ice hockey, basketball, lacrosse and soccer – over 70 games and a value of over $600.

The Boston University Department of Athletics is dedicated to excellence in athletics, academics, and community. Over the long history of the department, our student-athletes have represented BU formidably, achieving and maintaining a high level of excellence both on and off the field while at the same time displaying commitment, integrity and sportsmanship. Athletics is a core part of the campus experience at Boston University.

Year after year, the Boston University men's ice hockey team finishes among the top teams in the nation and the program, which competes in Hockey East, captured its fifth national title in 2009. The women's ice hockey team, which stepped onto the ice for the first time as a varsity program in 2005, has built on the rich ice hockey tradition at BU, having already reached the NCAA title game twice.

The men's and women's basketball, lacrosse and soccer teams are regularly among the Northeast elite and have combined to capture numerous conference titles. All six of those squads now compete in the Patriot League.

Sports Pass holders can pick up their tickets the Monday before each game as well as receive advance notice and ticket offers for games, concerts and other events in Boston University's Agganis Arena.

Take advantage of this opportunity to make the most of your Boston University experience. Be excited, be passionate, be a fan!

For individualized information regarding your Sports Pass, or to cancel your Sports Pass, visit the Student Link. To cancel your Sports Pass after September 1, please bring your BU ID card

to the Agganis Arena Ticketing Office to ensure your Sports Pass has not been used. Please note that only Boston University students with a Kerberos password will be able to view personal information on the Student Link. To obtain a Kerberos password, please contact Information Technology at 111 Cummington Street, 617-353-2780.

# Student Health Charge

Full-time Charles River Campus students can usually use facilities at Student Health Services at no cost. There is, however, a nominal charge for certain services and tests that are not covered by the University. Questions should be directed to Student Health Services at 617-353-3575.

# Student Services Fee

Proceeds from this mandatory fee are allocated to support student service operations and technology resources across campus including, but not limited to, services at the George Sherman Union, East Campus Student Service Center, Residence Halls and other such student support spaces as well as campus network services.

# Technology Fee

The Technology Fee is assessed to support the infrastructure needs of courses in certain programs.

# Tuition Overload Charge

All students taking 12–18 credits (with the exception of certain Metropolitan College students) are charged the basic full-time tuition rate for their school or college of registration. Each credit over the 18 basic credits carries a charge of the standard per-credit rate. Seniors who receive authorization from their school may be eligible to take a course overload without additional cost (see individual schools for details). If your tuition and/or fees do not correspond to the courses you have selected, contact the Registrar's Office. If the Registrar confirms that an adjustment to your charges will occur, note the change on the bottom portion of your invoice and enclose payment for the adjusted balance due.

# Undergraduate Orientation Fee

A one-time mandatory fee is assessed to all incoming freshman and transfer students. The fee covers all orientation programs, materials, and publications. New students have the option of attending an academic orientation session in the summer or fall prior to the start of classes in order to complete course registration and to become familiar with the campus. Fall Welcome or Winter Orientation programs and materials are also offered to new students at the beginning of each semester. Questions should be directed to the Orientation Office at 617-353-3555.

# Undergraduate Student Fee

*Eliminated as of Fall 2013 semester.*

This fee is a mandatory charge for all full-time undergraduate students each semester and is allocated to support the student's school or college for sponsored activities and services, the Student Health Services, and the George Sherman Union.

# Important Information

Policy Regarding Release of Information to Parents and Guardians