# Exhibit 22

From: Brown, Robert A
Sent: Mon 3/30/2020 2:05 PM (GMT-00:00)
To: Horgan, Jennifer
Cc: Brown, Robert A
Bcc:
Subject: FW: Letter from MFA candidates of SVA
Attachments: SVA MFA Candidate letter to Present and Dean.pdf

Jennifer,

Please give to Jean.

Best,

Bob

**From:** "Horgan, Jennifer" <jhorgan@bu.edu>
**Date:** Monday, March 30, 2020 at 9:56 AM
**To:** RAB <rabrown@bu.edu>
**Subject:** FW: Letter from MFA candidates of SVA

Good morning,
Please see the letter below received at president@bu.edu. Would you like me to share this with Jean Morrison?
Jennifer

**From:** MFA Candidates BU SVA <mfacandidates.busva@gmail.com>
**Date:** Monday, March 30, 2020 at 9:35 AM
**To:** BU President's Office <president@bu.edu>, "Dean, Cfa" <cfadean@bu.edu>
**Subject:** Letter from MFA candidates of SVA

Good Morning —

We hope this letter finds you well, healthy and safe.

Attached to this email, please find a PDF letter, addressed to Boston University President, Robert Brown, & College of Fine Art, Dean Harvey Young.

It contains an important message from the Master of Fine Art SVA student body.



EXHIBIT
30

This letter contains signatures which are meant to be seen only by the recipients of this email. We trust these signatures will not be shared with faculty, or other personnel.

Sharing these names with any other person(s), other than those included in this initial email, is against the wishes of the senders of this email.
The SVA faculty have already received this letter a couple of days ago, with the signatures concealed for anonymity.

Thank you very much for your time and consideration.
We are hoping you are well in this troubling time —

Best regards,

MFA candidates of Boston University's School of Visual Arts

March 26th, 2020

Dear President Robert Brown & Dean Harvey Young,

During this unprecedented time of widespread confusion and panic amid the COVID-19 crisis, we, the undersigned students of Boston University's School of Visual Arts (SVA), appreciate and acknowledge the university's efforts to address the ever-evolving situation. We especially would like to acknowledge the efforts put forth by our faculty, with whom we have been in remote contact with the past two weeks following spring break. We received great response to these new and difficult circumstances by our faculty, and do not seek to minimize their efforts. Nevertheless, we as a group are responding to our specific, unpredicted disruption to our 2019-2020 academic year.

Facing the ramifications of this disruption, both immediately and in months and years to come, we are deeply concerned. Events following this disruption have both tangible and intangible effects on: our studio spaces, facility access, professional development, investment made for halted research and projects, financial security, housing, standard of living, our health, both physical and mental, immigration status and career prospects. For some of us, this is our final academic year before launching into a freshly unstable economy and environment.

Moreover, these events have severely crippled, and in some respects now nullify, the high quality and breadth of education that SVA offered its enrolling students — the education that each of us chose to pursue and make great sacrifices for. Considering these facts moving forward, we believe financial reimbursement is a critical element in the university's plan of action.

While we continue to adjust to the curricular restructuring within each of our departments, and hope to more actively contribute in doing so, we deserve fair compensation for the deeply compromised experience and status of our MFA degrees. This is not including the effects beyond the scope of our MFA experience, including the personally precarious positions these closures have thrust us into.

As our peers at Yale stated: "Unprecedented times demand unprecedented solutions."

In light of the resounding support the university and its faculty have offered us in the past two weeks, it is our opinion that the university will likewise support our financial concerns addressed in this letter, as our first collective response to how we see this crisis ought to be handled fairly. We implore the university to take our concerns and reimbursement seriously as it continues to formulate responses.

We request reimbursement for the following reasons:

1. **All studios and facilities were closed with limited notice, indefinitely.**

SVA is unable to keep studios and facilities running and available, without risking the further spread of COVID-19 — which would endanger the safety of our communities. These closures have drastically limited what we are able to produce, halted our investments in ongoing research, development and production, and with the immediacy of closures, made certain materials and resources unavailable to retrieve. The democratic nature of our cohort enjoying equal access to space, tools, resources and facilities is no longer applicable. As a result, we will spend much or all of the remaining semester simply adapting and adjusting our practices under these new conditions.

Many schools were quick to reimburse students for their loss of dorms during closures. Studios are just as critical as housing for a studio-driven program. Studios are similar to laboratories, and work done remotely in many instances can not translate.

The loss of access to Boston University's outstanding resources — (of which, there is a partial list following the signees of this letter) — has a detrimental effect on all of our practices. Of course, the greatest impact is felt by those who rely on costly equipment and spaces which only the university can provide, and other resources the university offers to those who elect to enroll in this program. We deserve financial compensation for this devastating loss of resources, with a detailed plan for fund dispersal.

Additionally, the rapid move to off campus workspaces, spaces which are needed for the continuation of research and education, has financially impacted us in ways that we were not prepared for. Last-second moving expenses, travel, and the building out of new spaces are no small expense. This includes consideration of materials which were lost in the chaos, and those who were unable to return after spring break to retrieve their projects and materials. Many of the spaces in which we must now work are sub-par compared to the amenities offered by the university (amenities which we are still paying for). In a studio-focused program

this has a direct impact on our research, and physical ability to make work that relies on studio spaces, wood shops and other facilities, and therefore the quality of our overall education.

Moreover, most of us were proud to state that we selected Boston University as our MFA program of choice based on the generous studio spaces, tight-knit community experience, collaborative potential, hands-on visits, workshops and facilities offered by the School of Visual Arts and other colleges within the university, which is well-renowned as a research university of many disciplines.

2. **Boston University's SVA can no longer deliver its own fundamental pedagogical promises.**

As an institution, the SVA cannot uphold its institutional mission to "promote the discipline in its varied manifestations ... At its core, the program is studio-driven, with rigorous expectations about each student's commitment to their own artistic practice.... The program supplements this emphasis on the studio with critical dialogue, in the form of studio visits, critiques, weekly seminars, lectures, field trips and workshops. Graduate students develop close working relationships with both faculty and peers, forging a tight-knit community ... Frequent visits from major figures in the contemporary art world, as well as regular trips within New England, New York City, and beyond, bolster this sense of community ... intensive studio climate support each student's journey."
"Studio activity is considered the core of the two-year graduate program. All students are expected to demonstrate a deep commitment to their practice by maintaining regular studio habits."
"The Tuesday Night Lecture Series brings guest speakers to the studios on a regular basis ... and are invited to socialize afterwards with the graduate students in a more informal context."
"The Contemporary Perspectives Lecture Series brings established artists per year to campus to deliver lectures on their work and interact with the graduate students." Graduate studio practice comprises 36 out of the 60 credits applied toward graduation.

The reason why many of us chose Boston University's SVA MFA program is to take part in this described studio environment, experience and community. To create work together, to collaborate, to develop our observations and sensitivity to each other's work, interact meaningfully in person with faculty and visitors, to showcase our works in public exhibitions — just to name a few resources — which are either no longer possible or deeply compromised under these conditions. These also include career building opportunities like certain hands-on and student-interfacing TA and GA opportunities which cannot be recreated online, because they prepare us for technical skills and methods of caring for art facilities and workshops.

Currently, as we have experienced in the past two weeks, the proposed solutions for online learning and critiques via Zoom are poorly suited for our education — and inequitable to those with disabilities and those with very limited resources available to them. Moreover, many of us have had visits while we were still adjusting to the current circumstances, and continue to adjust to the circumstances at hand. These visits were not studio visits, but by necessity were "check-ins". While this sort of remote learning presents challenges to every discipline and department, the visual arts depend on forms of observation, experience, and interaction that can only operate in person. Being with work in-person and in the studio space where it is being made with the artist is the core value of this program, and the greatest opportunity for advancement of the work.

**We value the continued conversation with both our faculty and peers remotely. We also acknowledge our faculty have taken on responsibilities far beyond those they initially agreed to, and those they anticipated. However, despite their best efforts, intentions and morale support, our faculty does not have the means to facilitate a productive working and learning environment that is commensurate with the one originally promised to us when we decided to enroll.**

In conclusion, we implore the university to present a plan for financial reimbursement at the closure of our studios and facilities, notwithstanding the extent of our participation in online learning, or plans for delaying access to resources, events and opportunities.

While we appreciate the efforts in planning to hold thesis exhibitions and commencement during later parts of the year, not all of us can participate in these activities, as we have pre-existing plans to not be residing in the Boston area, or for other reasons, cannot return or send work due to costs. Therefore, these opportunities in their delay are lost to us. While this delay may work for some, it will not work for all, and will be costly for those of us who will not be residing in Boston during the re-scheduled dates of these events. When making the decision to enroll in this program, there was an expectation of a time-frame for us to logistically work within while residing in Boston. This given amount of time has now been extended beyond many of our means. Likewise, offering extended studio access through the summer or fall is not a solution for all of us either, and an action that should be addressed separate from above concerns.

We expect the university to do everything within its means to mitigate the profound loss of professional opportunities that no amount of financial compensation can remedy.

Boston University's SVA has a commitment to fostering a community of conscientious artists, while providing a generative space for collaboration, critique and artistic production and research. All of us chose a communal studio MFA experience over a low-residency program. All of us have made tremendous sacrifices, financial, personal and otherwise, to participate in this once-in-a-life-time experience that cannot be recreated online, despite everyone's most appreciated best efforts.

Like you, we are absolutely devastated our academic year will not conclude as imagined. We value transparency and empathy from the university, while understanding all of us are grappling to find ground during this pandemic. Like our peers in other MFA programs, it is our hope this letter will be a fruitful point of departure — that it will lead to productive conversations and equitable solutions for all of us.

Thank you for your attention and consideration of our needs and requests. We look forward to hearing from you.

Sincerely,

Arney, Davis (MFA '21 Painting)
Bailey, Bridget (MFA '21 Painting)
Benfield, Ana Karina (MFA '20 Graphic Design)
Benitez, Jana (MFA '20 Painting)
Berlin, Anna (MFA '20 Painting)
Bo, Yiwei (MFA '21 Graphic Design)
Butt, Mahnoor (MFA '21 Graphic Design)
Chauhan, Meera (MFA '21 Painting)
Chen, Yike (MFA '21 Graphic Design)
Clement, Liza (MFA '20 Painting)
Corcoran, Liam (MFA '21 Painting)
Elliott, Sarah (MFA '21 Painting)

Fretwell, Danielle (MFA '21 Painting)
Gao, Erdian (MFA '20 Graphic Design)
García Llorente, Ania (MFA '20 Sculpture)
Gemperlein-Schirm, Kateri (MFA '21 Graphic Design)
Godine, Hana (MFA '20 Painting)
Greene, Georganna (MFA '21 Painting)
Hainebach, Yoav (MFA '20 Painting)
Harwood, Kelley (MFA '20 Painting)
Hasegawa, Taiyo (MFA '21 Graphic Design)
Hwang, Byori (MFA '21 Graphic Design)
Jones, Landon (MFA '21 Painting)
Kilburn, Jennifer (MFA '20 Sculpture)
Kimbar, Baylee (MFA '20 Graphic Design)
King, Maggie (MFA '20 Painting)
Lee, Yinghsuan (MFA '20 Graphic Design)
Li, Huishi (MFA '21 Graphic Design)
Li, Shuofei (MFA '20 Graphic Design)
Lian, Jiaqin (MFA '20 Graphic Design)
MacMillan, Julian (MFA '20 Painting)
Malinowski, Kaitlyn (MFA '21 Painting)
Martínez Lozano, Anissa Laura (MFA '20 Graphic Design)
Miller, Shantel (MFA '21 Painting)
Milligan, Bradley (MFA '21 Painting)
Mottaghi, Marjaneh (MFA '20 Painting)
Mukherjee, Sohini (MFA '21 Graphic Design)
Nolan, Kelly Nicole (MFA '20 Graphic Design)
Parikh, Julian (MFA '20 Graphic Design)
Patil, Ashwini Ashok (MFA '20 Graphic Design)
Richards, Josh (MFA '20 Painting)
Rombach, A.J. (MFA '21 Painting)
Rondeau, Josh (MFA '21 Painting)
Rosenberg, Michael (MFA '21 Graphic Design)

Shah, Anvi (MFA '21 Painting)
Sikora, Mack (MFA '20 Painting)
Suggs, Charles (MFA '20 Painting)
Sullivan, Joan (MFA '21 Painting)
Tucker, Mosheh (MFA '21 Painting)
Valamanesh, Farinaz (MFA '20 Graphic Design)
Vander Ark, Madison (MFA '20 Painting)
Walsh, Diana (MFA '20 Painting)
Wang, Wenqing (MFA '20 Graphic Design)
Wang, Yizhen (MFA '20 Graphic Design)
Wu, Chang (MFA '20 Sculpture)
Wypasek, Krystyn (MFA '20 Graphic Design)
Xu, Xiwen (MFA '20 Graphic Design)
Xu, Yuanwei (MFA '21 Graphic Design)
Yun, Chen Wei (MFA '20 Graphic Design)
Zheng, Kun (MFA '21 Graphic Design)
Zhong, Sharon (MFA '20 Graphic design)
Zou, Sizhi (MFA '20 Graphic Design)

**The following is a partial list of resources, equipment, facilities, and opportunities, that students no longer have access to:**

Studios
The Ramp Storage
Spray booths
Projectors
Large format and small scanners
Desk workspaces
Woodshop
Lumber
Drills and bits
Hammers
Tape measures

Various saws such as mitre and band saws
Workbenches
Vacuums
Clamps
Nail guns
Hand-tools
Safety equipment including goggles and masks
Toxic disposal
Slop sinks
Eye wash basins
Welding equipment
Welding safety equipment such as leather body coverage
Desktop computers
Adobe Suite (for those who cannot access this remotely for lack of wifi or computers)
Binding equipment
Perfect binding machine
Staple machine
Laser Printers
Wide-format printers
Letterpress machines
Fine art papers (where applicable with classes such as bookmaking)
Dark room
Photography lighting kits,
Photography backdrop,
Pedestals,
Ceramic Wedging Tables,
Extruders,
Slab rollers,
Pottery wheels,
Kilns,
Pugmill
Digital scales
Ceramic tool sets
Photography chemicals
Printmaking chemicals
Printmaking presses large and small
Print flatteners
Film scanners
Guillotines and paper trimmers
Etching presses and materials

Lithography presses and materials
Silkscreen exposure units and materials
Light tables
Papermaking basins and equipment
Nitrile and vinyl gloves
Flat Files
Ventilation
Carts and dollies
Ladders and step stools
Large and small elevators
Exhibition spaces
Galleries
Loans of photography equipment
Loans of recording equipment (microphones)
Loans of video and projection equipment
Secure Wi-Fi networks
EPIC center resources such as laser cutters, 3D-printers, router cutters, et cetera
Boston University's libraries and collections including artist book collections and research materials
Gym facilities
Thesis exhibitions
Commencement
Studio visits with faculty
Studio visits with visiting artists
Group critiques
Installation reviews and reviews of interactive work
Spaces to document work
Storage of work, and access to stored work