# Exhibit 23

From: [redacted]
Sent: Tue 5/19/2020 4:24 PM (GMT-00:00)
To: Horgan, Jennifer; Office of the President
Cc:
Bcc:
Subject: Re: A Message from Boston University President Robert Brown

Dear Dr. Robert Brown and associated staff,

I would like to first thank you for writing back on this matter, especially as the tuition deadline approaches.

I am a Physician Assistant student at the end of my clinical and third year of training. What that means, is that for the past year I have been rotating through different medical specialities to learn. That is, the bulk of my education this past year has not come from coursework, rather from clinical experiences. The reason I am asking for a tuition reduction from the university is due to the fact that during the COVID pandemic and school closure I was pulled from my clinical rotations and left without a sufficient replacement for clinical learning. The BU Physician Assistant Program bases all of its learning in the second and third years on clinical rotations - meaning that our learning day to day has depended on in-hospital and in-clinical experiences.

The difference between the PA program and other programs within Boston University is the nature of our learning. To become proficient Physician Assistants, our education depends on the limited amount of clinical experiences we have. Furthermore, our program has not provided any replacement in the form of remote courses led by "high-quality faculty." From March 15th up until May 11th, we as Physician Assistant students were instructed to undertake a "self-study elective," without any guided coursework from a Professor. As of May 11th, my program has recently enrolled it's students in a "Public Health Elective," which has thus far been an interesting course to keep us busy, but has not provided us with any sort of medical based learning that our clinical rotations would have offered.

My classmates and I have only one semester left starting in June. At this point we have forfeited 3 clinical rotations of the 5 we had left, leaving us with only 2 clinical rotations to complete in the Summer semester. What I am asking for is a fair adjustment in tuition (or an increase in the PA scholarship to compensate tuition) for the Summer semester to accurately reflect the loss of clinical and medical based learning in these last 3 months.

Sincerely,

[redacted]

On Mon, May 18, 2020 at 3:35 PM Horgan, Jennifer <jhorgan@bu.edu> wrote:

Dear [redacted]



EXHIBIT
35

I am writing in response to your email in which you request discounted tuition rates for classes taught remotely during Boston University's Summer sessions.

We are not offering tuition reductions or waiving fees that are necessary to support our continued delivery of instruction and student services for Summer 2020. When we were forced to move to remote teaching due to the COVID-19 pandemic, our faculty and staff quickly embraced the challenge of delivering the quality of education that is expected of Boston University. Over the previous two months, we have made significant emergency investments in information technology systems enhancements and Internet bandwidth. Any savings the University might see from the COVID-19 standstill are unrelated to program delivery. Our cost infrastructure, as well as faculty and staff salaries, remain the same. Courses are being taught by the same high-quality faculty with the same staff support, albeit in remote mode. With the stipulation that we now work within a new and different set of constraints, we continue to provide a rigorous full-time academic experience, award credits, and confer degrees which have the same value as they have always had.

I appreciate that students, like many others in Boston and beyond, have experienced disruptions due to the COVID-19 pandemic. We are committed to providing emergency financial support to students who have unexpected expenses from the impact of the coronavirus pandemic on University operations. Details of our commitment can be found in this *BU Today* article, which also includes a link to the online application form.

I wish that you could have had the typical spring and summer semesters in Boston, but unfortunately the pandemic prevented that from being possible.

I am looking forward to the time when all our students can return to campus. Thank you for writing.

Please be safe and well.

Sincerely,

Robert A. Brown

President

**Boston University** Office of the President

One Silber Way

Boston, Massachusetts 02215

president@bu.edu

BOSTON UNIVERSITY

--

[redacted]