# Exhibit 24

Back2BU

Latest COVID-19 Information

Skip to Main Content



EXHIBIT
23

Skip to Main Content

BU Office of the Provost

FULL MENU

# Spring 2020 Credit to Accounts

***From Dr. Jean Morrison, University Provost and Chief Academic Officer***

I am writing to let you know our decisions about room and board, as well as tuition charges, as a result of the COVID-19 pandemic and our move to remote teaching and learning for the spring 2020 semester. We recognize that this semester has been a time of unprecedented disruptions that, quite understandably, have produced questions and concerns. I hope the following information is helpful.

**Room and Board Charges**

Undergraduate student accounts will be credited by April 15, 2020, with unused portions of on-campus room and board charges calculated as described below. Students will be eligible for a refund only to the extent that their overall student account is settled and results in a credit balance. Financial aid awards will not be reduced as a result of these refund calculations.

If these prorated amounts result in a credit balance on a student's account, the credit can be applied toward a future semester, and no further action is required. For those students who are graduating, or for continuing students who wish to request the refund of a credit balance, the process for making that request can be found at www.bu.edu/studentaccountingservices/resources/refunds/.

- **Room Charges**

  Residence license agreements for the spring 2020 semester began on Friday, January 17, 2020, and were to end Sunday, May 10, 2020, for a total of 114 bed nights. Undergraduate residence halls were officially closed on Sunday, March 22, 2020. Students who left undergraduate housing on or before that date will receive a prorated room credit as of March 22, 2020, based on the room type and the number of bed nights remaining.

- **Board Charges**

  Skip to Main Content

  Board service for the spring sem anuary 18, 2020, and was to end on Saturday, May 9, 2020, for a total of 16 weeks. The meal plan credit will have two components: dining points and missed meals. As of March 22, 2020, there were seven board service weeks

remaining in the spring semester. Given that students did not have the opportunity to use dining points after March 22, 2020, 100% of their remaining dining point balances (as of their departure date) will be credited to their student accounts. Credited missed meals will be dependent on the meal plan and will also be calculated based on departure date.

- **Study Abroad Residential Charges**
  Students will receive a prorated credit to their student accounts based on the date that the residential portion of a study abroad program was canceled.

**Spring Semester Tuition**

Since classes are continuing for the remainder of the semester via remote instruction, there will be no credits to student accounts related to spring 2020 tuition charges.

**Mandatory Fees**

There will be no adjustments or account credits for mandatory fees. Under the direction of the Dean of Students, funds collected through the Community Service Fee are allocated directly to support student organizations, programs, and services. Funds not used by the end of this academic year will be carried over to the subsequent year and used to augment future allocations beginning in the fall.

Proceeds from the Student Services Fee and the Health & Wellness Fee are directly allocated to support student health services, wellness activities, student support services, and technology resources across campus. While it is true that some services, activities, and programs for students have been curtailed due to the current COVID-19 situation, many health, wellness, and student support areas have required an influx of resources to address and mitigate the impact of COVID-19 on students, necessitating a reallocation of resources.

I encourage you to visit the Boston University COVID-19 Information website for updates about COVID-19 and its consequences for our community. I appreciate your patience as we work through the challenges that have arisen. Our faculty and staff are working hard to deliver quality instruction and to do what is necessary, consistent with the guidance we receive from public officials, to ensure the safety and wellness of all members of our community.

Please stay safe and be well.

Skip to Main Content

Spring 2020 Credit to Accounts – 4.3.20

# Spring 2020 Credit to Accounts

*Posted* 2 years ago *in* Administration, Announcements, Students

View all posts

## CATEGORIES

Administration
Announcements
Faculty
Remarks
Special Initiatives
Students

**Boston University** Office of the Provost

One Silber Way, 8th Floor, Boston MA 02215

617-353-2230

617-353-6580

provost@bu.edu

Skip to Main Content