UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: BOSTON UNIVERSITY COVID-19 REFUND LITIGATION | MASTER FILE NO. 1:20-cv-10827-RGS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## DECLARATION OF JULIA DUTRA

I, JULIA DUTRA, submit the following declaration under penalty of perjury and declare the following statements to be truthful and accurate to the best of my recollection at the time:

1. I am over the age of 18 years, am a resident of New Jersey, and submit this declaration in support of this action so that students like me can recover a partial refund from Defendant Trustees of Boston University ("Defendant," the "University" or "BU") of tuition and/or mandatory fees paid for the Spring 2020 semester.

2. I provide this declaration to supplement the other materials and documents that have been shared during the course of discovery in this action.

3. During the Spring 2020 semester, I was enrolled as a full-time undergraduate student at BU.

4. I registered for courses for the Spring 2020 semester in fall 2019, using BU's online registration system, Student Link, which is also known as "WebReg."

5. Through WebReg and other materials, including BU's 2019-2020 Student Bulletin and website, BU represented that the courses for which I registered for the Spring 2020 semester would be held in-person and on-campus, on specific days, at specific times, and in specific locations.

6. For example, for the courses for which I registered, WebReg listed the specific buildings and classrooms on-campus at which those courses would be held.

7. After registering, I received a bill from BU for tuition and mandatory fees, including the Community Service Fee, Health & Wellness Fee, and Student Services Fee, in amounts corresponding to my enrolled courses (*i.e.*, full-time, in-person undergraduate).

8. Before the start of the Spring 2020 semester, I made arrangements to pay this bill, using money from student loans I took out.

9. When I registered for courses for the Spring 2020 semester, I expected that the courses for which I registered would in fact be held in-person and on-campus for the full duration of the semester and that I would be expected to attend those courses in person.

10. Additionally, I expected that I would have access to the on-campus facilities, services, and resources that BU had represented the mandatory Community Service Fee, Health & Wellness Fee, and Student Services Fee would cover.

11. For example, prior to my registration for the Spring 2020 semester, BU had stated on its website that the Health & Wellness Fee would, in part, help offset the cost of the Fitness & Recreation Center.

12. I understood, when I registered for courses for the Spring 2020 semester and thereafter paid the corresponding mandatory fees charged by BU, that I would have access throughout the Spring 2020 semester to the Fitness & Recreation Center—and other facilities and resources—on BU's campuses in Boston.

13. In previous semesters at BU, prior to Spring 2020, I had similarly registered for courses that BU had communicated would be held-in person via the same disclosures, *inter alia,* in WebReg, in particular designating classrooms and buildings. I had thereafter gone on to attend

those courses in-person and on-campus for the full duration of each semester prior to Spring 2020, as BU had indicated and as I had expected.

14. In previous semesters at BU, prior to Spring 2020, I had also had access to BU's campus facilities and resources for the full duration of the semester, as BU had indicated and as I had expected.

15. At no point during the registration and billing process for the Spring 2020 semester did BU communicate that it might suspend in-person instruction and transition me into online instruction, and yet still retain my full tuition payments.

16. At no point during the registration and billing process for the Spring 2020 semester did BU communicate that it might close campus, and yet still retain my full mandatory fee payments.

17. At the beginning of the Spring 2020 semester, my professors indicated to me that I was expected to attend my courses in person and that failure to attend the courses in person could affect my grades.

18. For roughly the first half of the Spring 2020 semester, I attended my courses in-person on BU's campuses in Boston.

19. For roughly the first half of the Spring 2020 semester, I had access to BU's physical facilities and in-person services and resources.

20. Beginning in mid-March 2020, however, BU (1) closed its campuses and (2) shifted me, and other students, into online instruction for the remainder of the semester.

21. Accordingly, for approximately half of the Spring 2020 semester, I did not receive the in-person instruction nor have access to the campus resources and facilities that, at the time of

registration and payment for Spring 2020, I had expected to receive for the full duration of the semester.

22. To date, I have not received any refund from BU for tuition and/or mandatory fees paid for in-person courses for the Spring 2020 semester.

Respectfully submitted,

Date: 06/03/2022

JULIA DUTRA