# Exhibit 27

**Boston University** Student Accounting Services

25 Buick Street, Suite 130
Boston, Massachusetts 02215

BOSTON UNIVERSITY

## Student Account - Julia Dutra

AMOUNT DUE SUMMARY

Choose a Semester | Go

| | Date Due | Amount Due | Charges | Credits |
|---|---|---|---|---|
| Amount Due as of | June 14, 2021 | No Payment Due | | |
| Summer2 2017 | | $0.00 | | |
| Fall 2018 | | $380.00 CR | | |
| **Item** | **Posted Date** | | **Charges** | **Credits** |
| TUITION | 06/14/2018 | | 26,408.00 | |
| ORIENTATION FEE | 06/14/2018 | | 300.00 | |
| SPORTS PASS | 06/14/2018 | | 130.00 | |
| COMMUNITY SERVICE FEE | 06/14/2018 | | 58.00 | |
| STUDENT SERVICES FEE | 06/14/2018 | | 296.00 | |
| HEALTH & WELLNESS FEE | 06/14/2018 | | 212.00 | |
| HEALTH INSURANCE-BASIC PLAN | 06/14/2018 | | 2,205.00 | |
| HEALTH INSURANCE WAIVED | 07/11/2018 | | | 2,205.00 |
| RESIDENCE CHARGE - ROOM | 07/02/2018 | | 5,195.00 | |
| RESIDENCE DINING PLAN | 07/02/2018 | | 2,665.00 | |
| STUDENT SCHOLARSHIP | | | | 7,600.00 |
| STUDENT SCHOLARSHIP | 07/02/2018 | | | 7,100.00 |
| STUDENT SCHOLARSHIP | 07/02/2018 | | | 500.00 |
| STUDENT SCHOLARSHIP - HOUSING | 07/02/2018 | | | 1,700.00 |
| OUTSIDE AGENCY AWARD | 09/04/2018 | | | 570.00 |
| FEDERAL SUB. STAFFORD LOAN | 08/27/2018 | | | 1,715.00 |
| FEDERAL UNSUB. STAFFORD LOAN | 08/27/2018 | | | 990.00 |
| EPAY-CHECK PAYMENT | | | | 8,609.00 |
| EPAY-CHECK PAYMENT | 08/04/2018 | | | 8,000.00 |
| EPAY-CHECK PAYMENT | 08/05/2018 | | | 609.00 |
| CHECK PAYMENT | 07/16/2018 | | | 14,000.00 |
| ENROLLMENT DEPOSIT-VISA | 04/22/2018 | | | 650.00 |
| CONVENIENCE POINTS PURCHASE | | | 150.00 | |
| CONVENIENCE POINTS PURCHASE | 09/19/2018 | | 25.00 | |
| CONVENIENCE POINTS PURCHASE | 09/30/2018 | | 25.00 | |
| CONVENIENCE POINTS PURCHASE | 10/13/2018 | | 25.00 | |
| CONVENIENCE POINTS PURCHASE | 10/30/2018 | | 25.00 | |
| CONVENIENCE POINTS PURCHASE | 11/18/2018 | | 25.00 | |
| CONVENIENCE POINTS PURCHASE | 12/19/2018 | | 25.00 | |
| STUDENT HEALTH CHARGE | 10/30/2018 | | 40.00 | |
| SEMESTER SUBTOTAL | | $380.00 CR | | |
| Spring 2019 | | $330.00 | | |
| **Item** | **Posted Date** | | **Charges** | **Credits** |
| TUITION | 11/12/2018 | | 26,408.00 | |
| COMMUNITY SERVICE FEE | 11/12/2018 | | 58.00 | |
| STUDENT SERVICES FEE | 11/12/2018 | | 296.00 | |
| HEALTH & WELLNESS FEE | 11/12/2018 | | 212.00 | |
| RESIDENCE CHARGE - ROOM | 11/02/2018 | | 5,195.00 | |
| RESIDENCE DINING PLAN | 11/02/2018 | | 2,665.00 | |
| STUDENT SCHOLARSHIP | | | | 7,[illegible]0.00 |

EXHIBIT
40

| Item | Posted Date | Subtotal | Charges | Credits |
|---|---|---|---|---|
| STUDENT SCHOLARSHIP | 11/12/2018 | | | 7,100.00 |
| STUDENT SCHOLARSHIP | 11/12/2018 | | | 500.00 |
| STUDENT SCHOLARSHIP - HOUSING | 11/02/2018 | | | 1,700.00 |
| FEDERAL SUB. STAFFORD LOAN | 01/14/2019 | | | 1,714.00 |
| FEDERAL UNSUB. STAFFORD LOAN | 01/14/2019 | | | 990.00 |
| SALLIE MAE LOAN | 01/11/2019 | | | 22,425.00 |
| EPAY-CHECK PAYMENT | | | | 125.00 |
| EPAY-CHECK PAYMENT | 01/17/2019 | | | 25.00 |
| EPAY-CHECK PAYMENT | 03/06/2019 | | | 25.00 |
| EPAY-CHECK PAYMENT | 04/28/2019 | | | 25.00 |
| EPAY-CHECK PAYMENT | 05/20/2019 | | | 25.00 |
| EPAY-CHECK PAYMENT | 06/02/2019 | | | 25.00 |
| CONVENIENCE POINTS PURCHASE | | | 50.00 | |
| CONVENIENCE POINTS PURCHASE | 03/06/2019 | | 25.00 | |
| CONVENIENCE POINTS PURCHASE | 04/28/2019 | | 25.00 | |
| SEMESTER SUBTOTAL | | $330.00 | | |
| Summer1 2019 | | $50.00 | | |
| **Item** | **Posted Date** | | **Charges** | **Credits** |
| CONVENIENCE POINTS PURCHASE | | | 50.00 | |
| SEMESTER SUBTOTAL | | $50.00 | | |
| Fall 2019 | | $0.00 | | |
| **Item** | **Posted Date** | | **Charges** | **Credits** |
| TUITION | 06/11/2019 | | 27,360.00 | |
| SPORTS PASS | 06/11/2019 | | 130.00 | |
| COMMUNITY SERVICE FEE | 06/11/2019 | | 60.00 | |
| STUDENT SERVICES FEE | 06/11/2019 | | 307.00 | |
| HEALTH & WELLNESS FEE | 06/11/2019 | | 219.00 | |
| HEALTH INSURANCE-BASIC PLAN | 06/11/2019 | | 2,466.00 | |
| HEALTH INSURANCE WAIVED | 06/15/2019 | | | 2,466.00 |
| SPORTS PASS REJECTION | 06/15/2019 | | | 130.00 |
| RESIDENCE CHARGE - ROOM | 06/12/2019 | | 6,040.00 | |
| RESIDENCE DINING PLAN | 06/12/2019 | | 2,740.00 | |
| STUDENT SCHOLARSHIP | | | | 8,600.00 |
| STUDENT SCHOLARSHIP | 06/24/2019 | | | 7,600.00 |
| STUDENT SCHOLARSHIP | 07/19/2019 | | | 1,000.00 |
| STUDENT SCHOLARSHIP - HOUSING | 06/24/2019 | | | 1,700.00 |
| FEDERAL SUB. STAFFORD LOAN | 08/26/2019 | | | 2,227.00 |
| FEDERAL UNSUB. STAFFORD LOAN | 08/26/2019 | | | 990.00 |
| SALLIE MAE LOAN | 08/26/2019 | | | 8,609.00 |
| HOUSING GUARANTEE PAYMENT | 02/11/2019 | | | 600.00 |
| EPAY-CHECK PAYMENT | | | | 150.00 |
| EPAY-CHECK PAYMENT | 08/30/2019 | | | 25.00 |
| EPAY-CHECK PAYMENT | 09/25/2019 | | | 25.00 |
| EPAY-CHECK PAYMENT | 10/06/2019 | | | 25.00 |
| EPAY-CHECK PAYMENT | 10/22/2019 | | | 25.00 |
| EPAY-CHECK PAYMENT | 11/06/2019 | | | 25.00 |
| EPAY-CHECK PAYMENT | 12/09/2019 | | | 25.00 |
| CHECK PAYMENT | 07/29/2019 | | | 14,000.00 |
| CONVENIENCE POINTS PURCHASE | | | 150.00 | |
| CONVENIENCE POINTS PURCHASE | 08/30/2019 | | 25.00 | |
| CONVENIENCE POINTS PURCHASE | 09/25/2019 | | 25.00 | |
| CONVENIENCE POINTS PURCHASE | 10/06/2019 | | 25.00 | |
| CONVENIENCE POINTS PURCHASE | 10/22/2019 | | 25.00 | |
| CONVENIENCE POINTS PURCHASE | 11/06/2019 | | 25.00 | |

BU_000008 DUTRA_000008

| Item | Posted Date | Subtotal | Charges | Credits |
|---|---|---|---|---|
| CONVENIENCE POINTS PURCHASE | 12/06/2019 | | 25.00 | |
| SEMESTER SUBTOTAL | | $0.00 | | |
| Spring 2020 | | $4,559.79 CR | | |
| Item | Posted Date | | Charges | Credits |
| TUITION | 11/11/2019 | | 27,360.00 | |
| COMMUNITY SERVICE FEE | 11/11/2019 | | 60.00 | |
| STUDENT SERVICES FEE | 11/11/2019 | | 307.00 | |
| HEALTH & WELLNESS FEE | 11/11/2019 | | 219.00 | |
| RESIDENCE CHARGE - ROOM | | | 3,443.86 | |
| RESIDENCE CHARGE - ROOM | 11/05/2019 | | 6,040.00 | |
| RESIDENCE CHARGE - ROOM | 04/13/2020 | | | 2,596.14 |
| RESIDENCE DINING PLAN | | | 1,742.11 | |
| RESIDENCE DINING PLAN | 11/05/2019 | | 2,740.00 | |
| RESIDENCE DINING PLAN | 04/13/2020 | | | 997.89 |
| STUDENT SCHOLARSHIP | | | | 10,600.00 |
| STUDENT SCHOLARSHIP | 11/12/2019 | | | 2,000.00 |
| STUDENT SCHOLARSHIP | 11/12/2019 | | | 1,000.00 |
| STUDENT SCHOLARSHIP | 11/12/2019 | | | 7,600.00 |
| STUDENT SCHOLARSHIP - HOUSING | 11/05/2019 | | | 1,700.00 |
| FEDERAL SUB. STAFFORD LOAN | 01/13/2020 | | | 2,227.00 |
| FEDERAL UNSUB. STAFFORD LOAN | 01/13/2020 | | | 990.00 |
| SALLIE MAE LOAN | 01/10/2020 | | | 21,209.00 |
| EPAY-CHECK PAYMENT | | | | 25.00 |
| EPAY-CHECK PAYMENT | 12/06/2019 | | | 25.00 |
| EPAY-CHECK PAYMENT | 12/09/2019 | | 25.00 | |
| EPAY-CHECK PAYMENT | 02/11/2020 | | | 25.00 |
| CONVENIENCE POINTS PURCHASE | 02/11/2020 | | 25.00 | |
| DINING POINTS REFUND | 04/13/2020 | | | 965.76 |
| SEMESTER SUBTOTAL | | $4,559.79 CR | | |
| Fall 2020 | | $4,559.79 | | |
| Item | Posted Date | | Charges | Credits |
| TUITION | 06/23/2020 | | 28,427.00 | |
| COMMUNITY SERVICE FEE | 06/23/2020 | | 62.00 | |
| STUDENT SERVICES FEE | 06/23/2020 | | 319.00 | |
| HEALTH & WELLNESS FEE | 06/23/2020 | | 228.00 | |
| HEALTH INSURANCE-BASIC PLAN | 06/23/2020 | | 2,789.00 | |
| HEALTH INSURANCE WAIVED | 07/16/2020 | | | 2,789.00 |
| RESIDENCE CHARGE - ROOM | 06/29/2020 | | 9,160.00 | |
| STUDENT SCHOLARSHIP | | | | 10,600.00 |
| STUDENT SCHOLARSHIP | 07/19/2020 | | | 9,600.00 |
| STUDENT SCHOLARSHIP | 10/05/2020 | | | 1,000.00 |
| STUDENT SCHOLARSHIP - HOUSING | 07/19/2020 | | | 1,800.00 |
| FEDERAL SUB. STAFFORD LOAN | 08/24/2020 | | | 2,721.00 |
| FEDERAL UNSUB. STAFFORD LOAN | 08/24/2020 | | | 990.00 |
| HOUSING GUARANTEE PAYMENT | 02/28/2020 | | | 600.00 |
| EPAY-CHECK PAYMENT | | | | 3,000.21 |
| EPAY-CHECK PAYMENT | 07/30/2020 | | | 2,925.21 |
| EPAY-CHECK PAYMENT | 09/07/2020 | | | 25.00 |
| EPAY-CHECK PAYMENT | 10/13/2020 | | | 25.00 |
| EPAY-CHECK PAYMENT | 12/22/2020 | | | 25.00 |
| CHECK PAYMENT | 07/28/2020 | | | 14,000.00 |
| CONVENIENCE POINTS PURCHASES | | | 75.00 | |
| CONVENIENCE POINTS PURCHASES | 09/07/2020 | | 25.00 | |
| CONVENIENCE POINTS PURCHASES | 10/13/2020 | | 25.00 | |

BU_000009 DUTRA_000009

| | | | | |
|---|---|---|---|---|
| CONVENIENCE POINTS PURCHASES | 12/18/2020 | | 25.00 | |
| SEMESTER SUBTOTAL | | $4,559.79 | | |
| Spring 2021 | | $0.00 | | |
| **Item** | **Posted Date** | | **Charges** | **Credits** |
| TUITION | 12/01/2020 | | 28,427.00 | |
| COMMUNITY SERVICE FEE | 12/01/2020 | | 62.00 | |
| STUDENT SERVICES FEE | 12/01/2020 | | 319.00 | |
| HEALTH & WELLNESS FEE | 12/01/2020 | | 228.00 | |
| RESIDENCE CHARGE - ROOM | 11/09/2020 | | 9,160.00 | |
| STUDENT SCHOLARSHIP | | | | 15,600.00 |
| STUDENT SCHOLARSHIP | 12/01/2020 | | | 9,600.00 |
| STUDENT SCHOLARSHIP | 12/01/2020 | | | 1,000.00 |
| STUDENT SCHOLARSHIP | 12/09/2020 | | | 5,000.00 |
| STUDENT SCHOLARSHIP - HOUSING | 11/24/2020 | | | 1,800.00 |
| FEDERAL SUB. STAFFORD LOAN | 01/18/2021 | | | 2,721.00 |
| FEDERAL UNSUB. STAFFORD LOAN | 01/18/2021 | | | 990.00 |
| NEW JERSEY CLASS LOAN | 02/23/2021 | | | 17,084.61 |
| EPAY-CHECK PAYMENT | | | | 50.39 |
| EPAY-CHECK PAYMENT | 02/25/2021 | | | 25.39 |
| EPAY-CHECK PAYMENT | 04/28/2021 | | | 25.00 |
| CONVENIENCE POINTS PURCHASES | | | 50.00 | |
| CONVENIENCE POINTS PURCHASES | 02/25/2021 | | 25.00 | |
| CONVENIENCE POINTS PURCHASES | 04/28/2021 | | 25.00 | |
| SEMESTER SUBTOTAL | | $0.00 | | |
| Subtotal | | $0.00 | | |
| Fall 2021 | August 5, 2021 | $33,092.00 | | |
| **Item** | **Posted Date** | | **Charges** | **Credits** |
| TUITION | 06/08/2021 | | 29,280.00 | |
| SPORTS PASS | 06/08/2021 | | 130.00 | |
| COMMUNITY SERVICE FEE | 06/08/2021 | | 64.00 | |
| STUDENT SERVICES FEE | 06/08/2021 | | 329.00 | |
| HEALTH & WELLNESS FEE | 06/08/2021 | | 235.00 | |
| HEALTH INSURANCE-BASIC PLAN | 06/08/2021 | | 3,054.00 | |
| SEMESTER SUBTOTAL | | $33,092.00 | | |

- Fall 2021 semester bills may not include items in process such as financial aid awards and loans which have not been finalized. Please return to view your student account in early July for updates. Continue to monitor your Student Link and BU email.
- Please note: Published tuition and fees will apply for all modes of instruction. Tuition and fees will not be refunded in the event the mode of instruction changes for any part of the academic year.
- Please visit Student Accounting Services for additional information on billing, refund policies and payment options.
- **To View Account Details--click on the blue triangle ( ) in the "Amount Due Summary" box above. OR - Select a semester from the "Choose a Semester" drop-down for a print-friendly version**.

Generated Mon Jun 14 15:23:42 2021

Copyright ©, Boston University
Information Services and Technology