# Exhibit 28

From: Brown, Robert A
Sent: Tue 4/14/2020 8:10 PM (GMT-00:00)
To: Horgan, Jennifer
Cc:
Bcc:
Subject: Re: Partial Tuition Reimbursement

Jennifer,

This is fine.

Best,

Bob

Robert A. Brown
President
Boston University

On Apr 14, 2020, at 3:45 PM, Horgan, Jennifer <jhorgan@bu.edu> wrote:

Bob,
There are a few remaining tuition refund requests. A draft for your review is below.
Jennifer

Dea FERPA

I am writing to respond to your email of March 28. I regret that it has taken me some time to answer.

I know that you are displeased with our decision to not issue a credit to student accounts for tuition and fee charges for the spring 2020 semester. Our transition to remote teaching and learning was not an inexpensive undertaking or one undertaken without extensive deliberation. Moreover, the courses are being taught by the same high-quality faculty with the same staff support, albeit in remote mode. This is not the type of mass online education that you may be thinking of. Our faculty and staff quickly embraced the challenge of delivering a quality of education that will justify your receiving a Boston University degree and are acting in the best of faith under trying circumstances. We continue to work diligently to ensure that the University operates smoothly through this challenging period and that we are well positioned for the time when we can resume normal operations.

I understand how difficult it can be for many families to finance a private college education, especially if there are mitigating circumstances caused by COVID-19. I encourage you to be in touch with our Financial Assistance Team if your family is experiencing difficulties.
I wish that students could have remained on campus and taken classes in person with our dedicated faculty. I encourage you to read this article to see how one faculty member has adapted his classes to the new demands of remote instruction and student engagement. We are all in this together.

I am looking forward to the time when you and your fellow students can return to campus. Thank you for writing.

Please be safe and well.
Sincerely,
Robert A. Brown
President

On 3/28/20, 4:22 PM, FERPA wrote:

Dear President Brown,

Firstly, I would like to thank you for postponing commencement, transitioning to online learning, and implementing an optional credit/no credit system. I feel that Boston University has handled this pandemic wisely.

I am writing to ask for a partial tuition reimbursement for the spring semester for all undergraduates. While we are still receiving quality instruction (and our professors are doing an impeccable job transitioning to online learning), we are not able to access resources that are part of the reason why we elected to attend such an prestigious and expensive private university. For many classes, hands-on learning in the classroom is vital and BU provides extensive labs and resources to attain a more well-rounded education. To no fault of BU, we no longer have access to some of these resources. We are unable to access all resources that cannot simply be scanned and uploaded to blackboard.

Due to this, I believe that students should be given a partial tuition reimbursement. To pay full tuition for online learning is to say that online learning gives students equal access to resources and opportunities as in-person learning does.

Again, I would like to thank you for all the steps that have been taken thus far to ensure that the Boston University community feels safe and heard.

Best,
FERPA