# Exhibit 29

Back2BU

Latest COVID-19 Information

QUESTIONS? ASK BUZZ



EXHIBIT
26

QUESTIONS? ASK BUZZ


QUESTIONS? ASK BUZZ

Me

BU Office of the University Registrar

# TUITION & FEES

Rates for tuition and fees, and room and board. Rates for tuition and fees, and room and board. **Tuition and fees will not be refunded in the event the mode of instruction changes for any part of the academic year.**

2022-2023

2021-2022

2020-2021

2019-2020

QUESTIONS? ASK BUZZ

2018-2019

2017-2018

2016-2017

2015-2016

2014-2015

2013-2014

Tuition & fee rates for online classes can be found on the Distance Education website.

Questions regarding an individual student's tuition and fees should be directed to the Records Department at 617-353-3612; you can also review the explanation of fees for more information.

Questions regarding an individual student's bill should be directed to Student Accounting Services.

** Degree seeking students should contact their individual College or School for advice on changing from full-time to part-time status. (Not all schools allow part-time status). Student athletes should contact the Athletic Department before moving to part-time status. International students should contact the International Students and Scholars Office (ISSO) before moving to part-time status.

## REGISTRATION

QUESTIONS? ASK BUZZ

Abbreviations & Codes

Boston Area Consortia (Cross Registration)

Class Schedule

Dates & Times

Financial Obligation

Requirements for Registration

Summer Term

Tuition & Fees

Withdrawals and Leaves of Absence

**OFFICE OF THE UNIVERSITY REGISTRAR**

881 Commonwealth Ave. Boston, MA 02215 Phone: 617-353-3612 Fax: 617-358-1689
Email: registrar@bu.edu

Contact Us

QUESTIONS? ASK BUZZ