# Exhibit 30

Attendance Policy:

Back2BU Latest COVID-19 Information >



# Attendance

Students are expected to attend each class session unless they have a valid reason for being absent. Students may be required at any time to account for undue irregularity in attendance, either by personal explanation to their faculty advisor or dean or by written statement from a parent or another authority. Any student who has been excessively absent from a course may be required to withdraw from that course without credit. Students who expect to be absent from class for more than five days should notify their dean promptly.

Students absent from classes more than two days for illness should be under a doctor's care. Students who are absent five days or more for illness should present to Student Health Services a certificate of fitness from their physician or be examined at the University Clinic.

Related Bulletin Pages

- Abbreviations and Symbols



Compliance Requirements:

## COMPLIANCE

Contact

- Review your compliance with University requirements.
- Compliance is a requirement to access all services of the University.

You are currently compliant with all University requirements.

| Compliant? | Description | Message |
|---|---|---|
| Y | *Alcohol Education Training* | Our records indicate that you completed Part 1 of AlcoholEdu Training. |
| Y | *BU Alert phone number* | We have a current BU Alert contact phone number for you on file. Boston University requires all students to provide/confirm a BU Alert contact phone number every semester (by March 1 and September 1). You last updated your information on May 23, 2021. |
| Y | *Local Address* | We have a current local address for you on file. Boston University requires all students to provide/confirm a local address every semester (by August 1 and January 1). You last updated your information on May 23, 2021. |
| Y | *Undergraduate Sexual Misconduct Prevention Training* | Our records indicate that you completed Part 1 of the Undergraduate Sexual Misconduct Prevention Training. |
| N/A | *Graduate Sexual Misconduct Prevention Training* | Your current status does not require that you complete the Graduate Sexual Misconduct Prevention Training. |
| N/A | *Mass Motor Vehicle Law* | Status does not require acknowledgement of the Mass Motor Vehicle Law. |
| N/A | *Medical Immunization Status* | Your current student status does not require that you provide immunization information to Boston University. You can **review and print a copy of your immunizations records here.** For more information and assistance with immunization requirements, please contact **BU Student Health Services**. |
| N/A | *Student Account Status* | **Your student account** is not settled for the Summer 2 2021 semester. Your student account must be settled before you will be allowed to move in to your on-campus residence. Please visit the **Student Accounting Services** website for **payment deadlines** and additional payment information. |

Add Drop Dates for impact on refund:

## SPRING 2020

The last day to officially take a leave of absence or withdraw from the University is Wednesday, **April 15, 2020**.

| Standard Courses on the Charles River Campus (except EOP, LAW, MET, and SSW students) | |
|---|---|
| Dates | Refund |
| On or Before January 20, 2020 | 100% tuition and fees |
| January 21 – February 3, 2020 | 80% tuition only |
| February 4 – February 10, 2020 | 60% tuition only |
| February 11 – February 18, 2020 | 40% tuition only |
| February 19 – February 25, 2020 | 20% tuition only |
| As of February 26, 2020 | 0% |

| Metropolitan College (MET) Students* | |
|---|---|
| Dates | Refund |
| On or Before January 20, 2020 | 100% tuition and fees |
| January 21 – February 3, 2020 | 100% tuition only |
| February 4 – February 18, 2020 | 50% tuition only |
| As of February 19, 2020 | 0% |

*This schedule applies to most MET students dropping any standard course or withdrawing from the semester. It excludes all Online Programs.

Add Drop Dates for impact on Transcript:

## SPRING 2020

Boston University has adopted a special grading policy for the Spring 2020 semester as announced by University Provost Jean Morrison.
As a result, designation of courses as Pass/Fail for Undergraduate Students is not available for Spring 2020.

| | |
|---|---|
| September 25, 2019 | Class Schedule Available |
| September 26, 2019 | Registration Planner Available |
| October 27, 2019 | Registration Begins for Select Groups |
| January 21, 2020 | Classes Begin |
| January 27, 2020 | Official Registration Deadline for Continuing New and Transfer Students ( Non- MET only) |
| February 3, 2020 | Last Day to Add Standard Courses<br>Official Registration Deadline for Standard Courses for MET Students<br>Last Day for Undergraduate Students to Change Standard Courses from Credit to Audit Status |
| February 17, 2020 | Presidents' Day Holiday, Classes Suspended |
| February 18, 2020 | Substitute Monday Schedule of Classes |
| February 25, 2020 | Last Day to Drop Standard Courses (without a "W" grade)<br>Last Day for Graduate Students to Change Standard Courses from Credit to Audit Status |
| March 7 – March 15, 2020 | Spring Recess, Classes Suspended |
| March 16, 2020 | Classes Resume |
| April 3, 2020 | Last Day to DROP Standard Courses (with a "W" grade) |
| April 15, 2020 | Last Day to Officially Take a Leave of Absence or Withdraw from the University |
| April 20, 2020 | Patriots' Day Holiday, Classes Suspended |
| April 22, 2020 | Substitute Monday Schedule of Classes |
| April 30, 2020 | Last Day of Classes |
| May 1 – May 4, 2020 | Study Period |
| May 5, 2020 | Final Exams Begin |
| May 9, 2020 | Final Exams End |
| TBD | Commencement Weekend |

Tuition & Fees (Look at 2019-2020 compared to 2020-2021)
[ HYPERLINK "https://www.bu.edu/reg/registration/tuition-fees/" ]

Student Hand Book
[ HYPERLINK "https://www.bu.edu/students/policies/handbooks/" ]

Student Support System News Letter:

[ HYPERLINK "https://www.bu.edu/back2bu/campus-life-undergraduates/student-health-safety/student-well-being-safety/" ]

10 Reasons to go to BU: CAMPUS !!!
[ HYPERLINK "https://www.bu.edu/admissions/why-bu/facts-and-rankings/10-reasons/" ]

Day in a Life @BU all stories emphasis campus/physcial location

[ HYPERLINK "http://www.bu.edu/admissions/why-bu/student-life/day-in-life/" ]