# Exhibit 31

BOSTON UNIVERSITY

# **Boston University** Self-Study Report

Submitted to the New England Commission of Higher Education

September 13, 2019

**Standard One: Mission and Purposes**

***Description***

Since its founding in 1839, Boston University has been committed to generating new knowledge across the disciplines that benefits society, and to meeting the diverse needs of its students. Today BU is a leading private research university with more than 33,000 undergraduate and graduate students enrolled in 17 schools and colleges that offer more than 300 fields of study.

Boston University is a vibrant, changing place, and one that for the past decade has been defined and guided by two principal documents: its mission statement and its strategic plan. BU's mission statement, approved by the Board of Trustees in February 2009, reflects the University's central conviction that higher education should be accessible to all, and that the pursuit of learning is enhanced by direct engagement with both the local community and the larger world. That conviction, applied in combination with the goals outlined in our strategic plan, provides a yardstick with which the University measures its efficacy as an institution of higher education. All newly proposed academic programs, for example, must align with the University's mission and with the strategic plan.

***Appraisal***

The University's strategic plan, *Choosing to Be Great*, adopted in 2007 and revised in 2014, with its call for "One BU," is the primary force that has defined the initiatives and shaped the considerable progress that BU has enjoyed in recent years. That includes the creation of a regular process of Academic Program Review (APR) to assess overall quality and effectiveness of the University's academic programs. The development of that process, now part of BU's approach to planning and evaluation, was led by University Provost and Chief Academic Officer Jean Morrison, who joined the administration in 2011. In 2013, the University also developed a process by which faculty assess student achievement against the learning goals they set for a particular degree. The University advanced its mission with a broad initiative to use digital technology with the formation of the Council on Educational Technology & Learning Innovation (CETLI) in October 2012, membership in edX in May 2013, and the launch of the Digital Learning Initiative in fall 2013. In fall 2018, BU launched its first University-wide undergraduate education program, the BU Hub. Led by Associate Provost Elizabeth Loizeaux, the Hub marks a sea change in BU's articulation of general education. The Hub requires students, through coursework and innovative learning experiences, to develop the following essential capacities: philosophical, aesthetic, and historical interpretation; scientific and social inquiry; quantitative reasoning; diversity, civic engagement, and global citizenship; and communication; and to further develop their intellectual toolkit with expertise in teamwork, creativity, research and information literacy, critical thinking, and life skills. It is the fulfillment of the University's long-standing commitment to prepare students to flourish in their professional, civic, and personal lives. Other recent progress includes our merger with Wheelock College in June 2018, which resulted in the formation of the Wheelock College of Education & Human Development at Boston University. That new entity combined our School of Education with faculty and staff from Wheelock College, two institutions built on similar traditions of outreach and engagement.

Much of the progress outlined in the strategic plan, the University's first real long-distance roadmap, has been realized. Boston University now stands among the highest-quality large private research universities in America. In 2012, we were invited to join the Association of American Universities, and we annually direct more than $400 million in externally sponsored research.

The students enrolled at BU are increasingly diverse, academically accomplished, and ambitious. For the fall 2018 freshman class, we received more than 64,000 applications for 3,300 positions, and in 2017, our undergraduate six-year graduation rate approached 87%, the highest in our history.

In 2017, with help from generous alumni, BU opened the 75,000-square-foot state-of-the-art Joan & Edgar Booth Theatre and CFA Production Center and the nine-story Kilachand Center for Integrated Life Sciences

& Engineering. In October 2018, the University announced its plan to build a new 17-story Data Sciences Center, which will bring mathematics and statistics and computer science departments under one roof.

BU's endowment has passed the $2 billion milestone, and our Moody's bond rating has climbed to Aa3. The University's financial health is excellent.

***Projection***

Boston University today is in a very different place from where it was in 2005, when Robert A. Brown became President. We arrived at that place by following a Strategic Plan designed to carry us forward in a rapidly changing world. Last year, in recognition of this continual change, President Brown called for the development of a new strategic plan, charging University leadership to define a vision for Boston University in 2030. The President has asked that the plan address three questions that directly link to the mission statement in the context of the world around us.

1. *How do we educate Boston University students to live, succeed, and lead in this changing world?*
2. *What will Boston University's role be—through our research, scholarship, and service—in shaping our society as demographic and technological changes occur?*
3. *How do we best organize the University to execute on the commitments that come from our answers to the first two questions and thereby optimize our value to our students and society?*

Reasoning that the University is stronger, more intellectually vibrant, and more able to adapt to the changing world if disciplines are integrated and interconnected with one another, the President has proposed that BU strive to become the "most integrated major research university in the country, one that seamlessly connects programs and people across our schools and colleges to create innovative programs and contribute to the solution of the challenges facing society."

President Brown has invited the BU community to imagine an institution where faculty whose interests are boundless want to work, where ambitious and imaginative students want to study, and where flexible and porous disciplinary boundaries enable the University to shape and reshape its future in a changing world.

With that charge, Boston University looks forward to another decade of progress.

*Mission Statement*

*Boston University is an international, comprehensive, private research university, committed to educating students to be reflective, resourceful individuals ready to live, adapt, and lead in an interconnected world. Boston University is committed to generating new knowledge to benefit society.*

*We remain dedicated to our founding principles: that higher education should be accessible to all and that research, scholarship, artistic creation, and professional practice should be conducted in the service of the wider community—local and international. These principles endure in the University's insistence on the value of diversity, in its tradition and standards of excellence, and in its dynamic engagement with the city of Boston and the world.*

*Boston University comprises a remarkable range of undergraduate, graduate, and professional programs built on a strong foundation of the liberal arts and sciences. With the support and oversight of the Board of Trustees, the University, through our faculty, continually innovates in education and research to ensure that we meet the needs of students in an ever-changing world.*

## Standard Two: Planning and Evaluation

Boston University's culture is shaped by rigorous and data-driven systematic planning, evaluation, and assessment. We constantly monitor all aspects of the University to ensure that our planning efforts are effective and deliver expected outcomes. This commitment to informed decision-making underpins the University's capacity to evolve and innovate and directs its drive toward greater excellence and interconnectedness.

Boston University's first 10-year strategic plan, *Choosing to be Great*[*], has served as the essential guide for decision-making across the institution since 2007, enabling BU to better evaluate and align priorities toward our goals and our mission. Plans for each of our academic units, as well as the major administrative and service units, have been mapped to the strategic plan. In spring 2014, the University launched a reflective mid-point review, examining what had been accomplished, what remained to be done, and what priorities needed to be updated.

In 2018, BU initiated a process to develop a new strategic plan with a focus on creating a vision for the University in 2030. When President Brown announced the launch of the new strategic planning process, he noted that as a large private university with a relatively small endowment, we cannot do everything, and that we need a "purposeful plan that defines priorities, informs resource allocation, and elicits philanthropic support." The President emphasized his goal of greater integration across the University, which would require less focus on individual departments and more consideration of the institution as a whole. That new emphasis will influence a wide range of planning activities, including faculty hiring, capital planning, and decision-making regarding our technology infrastructure.

### Planning

#### *Description and Appraisal*

*2030 Strategic Plan*

The first stage of the strategic planning process, completed in summer 2018, developed a white paper summarizing our accomplishments since 2007 and assessing current strengths and weaknesses. A task force of faculty and staff chaired by Provost Morrison will use the white paper and community feedback to develop a vision and set priorities for BU in 2030. This vision will be aligned with operating and capital budgets and submitted to the Board of Trustees in spring 2020. All of the core functions across the University conduct ongoing, focused planning. The new Strategic Plan will build on the planning of these units over the last five years.

During the 2018–2019 academic year, the Strategic Planning Task Force hosted 42 community listening sessions, providing an opportunity for students, faculty, and staff to weigh in on the new strategic plan. The task force will synthesize the data gathered in those sessions and elsewhere and apply its findings to the 2030 strategic plan.

Two subcommittees of the Strategic Planning Task Force have been formed to develop plans for two key areas: digital learning and the University Libraries. These plans will be incorporated into the institutional strategic plan.

The strategic planning process will incorporate the thoughts and findings of several other University-wide task forces and committees. For example, a task force on data sciences, co-led by the Associate Provost for Graduate Affairs and the Director of the Hariri Institute for Computing, has issued recommendations about how BU might organize and prioritize its efforts around data sciences. After the 2030 Strategic Plan has

---

[*]Each link found in the narrative corresponds to a document in the workroom.

been ratified by the Board of Trustees, the schools, colleges, and major administrative units will update their strategic plans to align with the institution's roadmap for the future.

*Undergraduate Enrollment*

Boston University has adopted a strategic enrollment plan designed to ensure the academic and financial stability of the institution. Undergraduate enrollment targets are set in close consultation with the President and University Provost, the undergraduate deans, and the leadership team from Enrollment & Student Administration. Responsibility for the development and implementation of BU's undergraduate enrollment strategy rests with the Enrollment Strategy Group, which is chaired by the Vice President for Enrollment & Student Administration and includes senior leadership from Admissions, Financial Aid, Enrollment Services Operations, and Analytical Services & Institutional Research.

The primary goal is to enroll undergraduates who will excel academically, contribute to the dynamic educational environment of the University, enhance the diversity of our community, and contribute to society. Over the past five years, the University has been strategically reducing the size of the freshman class, with an enrollment target of 3,100 freshmen by fall 2019. Given the reduction of approximately 700 first-year fall semester students during this five-year period, the University has worked to develop additional enrollment pathways, such as increasing the number of transfer students, to help maintain the financial and academic viability of the institution.

Over the past five years, BU Admissions has had great success executing its plans. While reducing the size of the fall freshman class is among the primary goals of the University's strategic plan, it has been equally important for BU Admissions to simultaneously improve the quality of admitted students and the socioeconomic diversity of the class. Key metrics include:

1. Freshman applications increased 22% from 57,705 in 2013 to 64,482 in 2018.
2. The admit rate decreased from 37% in 2013 to 22% in 2018.
3. The average best composite test score (including both SAT and converted ACT) for enrolled freshmen increased 52 points from 1369 in 2013 to 1421 in 2018.
4. The average GPA for enrolled freshmen increased from 3.59 in 2013 to 3.71 in 2018.
5. International students now represent 23.3% of the freshman class. This is an increase from 20.6% of the class in 2013.
6. Underrepresented minority students now make up 17.6% of the freshman class, up from 16% of the class in 2013.
7. The percentage of Pell eligible students has increased from 13% in 2013 to 17.4% in 2018.

Analytical Services & Institutional Research is a key partner in enrollment planning, providing predictive regression analysis to support planning and decision-making and determine enrollment results. The University's recently developed Academic Data Warehouse, a business intelligence tool, provides access to valuable historical data to further assist with enrollment modelling.

*Graduate Enrollment*

The Office of the Provost, in close consultation and partnership with the schools and colleges and the Budget & Planning office, oversees the graduate enrollment planning process. Under the leadership of the Associate Provost for Graduate Affairs, the Assistant Provost for Graduate Enrollment Management, and the Provost of the Boston University Medical Campus (for medical and dental programs), the University sets enrollment targets for all graduate degree levels and modalities (PhD, professional doctorate, master's, certificate, and graduate non-degree). In addition to engaging with standing committees, including the Graduate Council, the Graduate Admission Working Group, and the Graduate Enrollment Strategy Group, the Provost's office meets formally at least once each year with each school and college to discuss progress toward their enrollment goals and to discuss the successes and challenges of each graduate program.

With help from several tools, including the Academic Data Warehouse, the University consults historical data to inform future graduate enrollment decisions. In 2017, Boston University started using Burning Glass[†] data and insight to inform decision-making when launching new master's and professional graduate programs.

Boston University considers information in the following areas when forming realistic graduate enrollment goals: (1) academic mission and the University's strategic plan; (2) faculty expertise and research areas; (3) recommendations from Academic Program Review (discussed more fully below); (4) job market demand; (5) revenue potential and/or expense; and (6) competitive landscape. The University's graduate enrollment planning and evaluation process considers the goals and strategic objectives of each school and college and aligns growth in graduate programs with the initiatives of the academic deans and the expertise of our faculty.

Because Boston University is a tuition-dependent institution, graduate enrollment targets must accurately reflect expected enrollment and gross tuition. BU sets ambitious but realistic targets that extend out three fiscal years. It also monitors the current fiscal year's goals on a weekly and monthly basis via reports from the Academic Data Warehouse and discussions with academic and enrollment leaders in each school and college. The University understands that external factors may influence enrollment in any discipline at any time.

Boston University has experienced significant growth in its graduate and professional programs in the last four years. As called for in the current Strategic Plan, "we have launched a major effort to enhance recruitment in our graduate professional programs and to incentivize academic units to innovate in graduate professional education and increase enrollment."[‡] Boston University set a goal of increasing graduate FTE enrollments (not including BU Medical Campus or MET) by 15% from Fiscal 2015 through Fiscal 2018. The actual FTE growth was 19%.

*Budget and Finance*

Boston University is centrally budgeted for all the schools and colleges on the Charles River Campus, allowing it to strategically allocate continuing funding and reserves to institutional priorities. There are four main processes in the University's annual budget cycle: (1) analysis of prior year operating results; (2) quarterly confirmation process of current year; (3) multiple-year (5/10) long-term forecasting; and (4) the development of the following year's detailed budget. Each of these processes evaluates individual unit budgetary goals and objectives. Each includes a thorough assessment of the key budget drivers: undergraduate enrollment and net tuition, graduate enrollment and net tuition, auxiliary operations, sponsored research, debt, utilities, salaries, and benefits. Contingency reserves for these main budget drivers are included in the planning of the University's budget. The bottom line generated by these forecasts supports the development of the University's capital budget and its five-year capital plan. The capital budget and plan forecast "sources" (equity, debt, philanthropy) to adequately fund new construction projects and required plant maintenance or "uses."

Information obtained during the annual budget cycle shapes decision-making related to the capital budget and plan. The Budget, Planning, and Business Affairs offices maintain a master schedule of sources and uses pertaining to all capital projects. The Budget, Planning, and Business Affairs offices work with the appropriate stakeholders (primarily from areas within Campus and Planning and Operations) to obtain cash flow projections for major projects, in addition to validating all capital project forecasts. Capital budget funding needs may also influence the designation of year-end operating reserves.

[†] From the Burning Glass website: "Burning Glass Technologies is an analytics software company that provides real-time data on job growth, skills in demand, and labor market trends."

[‡] From President Brown's "State of the University, Fall 2014"

The budgeting process informs University leadership decision-making regarding the adequacy and appropriate allocation of University resources. The University understands that effective and long-term financial forecasts are essential to support strategic thinking and planning with regard to operations, cash flow, and the balance sheet.

Every year since 2004, the University has generated a surplus, whose allocation is based on University priorities, investments in academic and research initiatives (including capital projects), and additions to reserves. These operating reserves, along with increased philanthropy, endowment growth through gifts and investment performance, and monetization of real estate net assets, have resulted in an increase in net assets of $2.8 billion in the 10 years since 2008, with over $1 billion of that increase contributed in the past two years.

The Treasury and Debt Management Office, under the Chief Financial Officer and Treasurer, provides balance sheet and cash forecasting, updated regularly, with actual results for the most recent five years and forecasts for the next three years. This analysis provides critical forward-looking information in support of intermediate and long-term cash management, including the structure of the University's debt portfolio.

As part of BU's first Strategic Plan in 2007, the University has diversified its revenue sources, reducing its dependence on any one source of revenue and increasing resources provided by philanthropy, endowment, and research. Progress toward this goal is reflected in the nearly 100% increase of the University's endowment, from $1.1 billion in 2008 to $2.1 billion in 2018, with endowment support of operations up 112% over the same period. Contributions, both operating and non-operating, increased by 150% during the same period, outpacing the increase in student charges (primarily net tuition and room and board), which grew 51% over the same period.

Moody's upgrade of Boston University's credit rating in November 2017 from A1 to Aa3 marked the institution's third such upgrade since 2004. In affirming that rating in August 2018, Moody's cited the University's careful fiscal management and strong culture of continuous improvement and reinvestment; long-term strategic planning incorporating well-articulated goals; good financial modeling and benchmarking; and a seasoned senior leadership team.

*Development & Alumni Relations Engagement*

Development & Alumni Relations (DAR) works to maximize philanthropic support for the University's highest long-term priorities and to inform and engage alumni, parents, and friends in the life of the institution. DAR's strategies are guided by BU's strategic plan, as interpreted by the President, University Provost, deans, and faculty and approved by the Trustees. The importance of DAR's mission was described in a February 2009 self-study, in which enhanced fundraising was described as a tool that could:

1. Help to fund the priorities in the Strategic Plan developed between 2006 and 2007—an overall cost of $1.8 billion, of which the President hoped 42% would come from donor gifts and new endowment income.
2. Help to increase faculty compensation to more competitive levels, aiding the recruitment and retention of faculty.
3. Provide additional financial assistance to sustain and expand undergraduate diversity.
4. Expand existing programs and add new ones, consistent with the strategic plan.
5. Renovate and upgrade existing spaces and add new ones.

To realize this ambitious agenda, in 2010 BU began the "quiet phase" of a $1 billion comprehensive campaign, the first such campaign in the University's history. For the first time, BU's Trustees and Overseers were asked to make significant financial contributions; the $104 million they initially pledged constituted the campaign's nucleus funds and made possible the 2012 public launch of the "Choose to be

Great" campaign. Advisory boards were created at the school and college level. One out of every six dollars raised during the campaign so far has come from the members of these advisory boards.

Because the campaign enjoyed early success, in 2015 its goal was raised to $1.5 billion. Major facilities in support of the undergraduate experience were funded and built. DAR has supported the renovation of existing spaces and the development of new spaces, including critically needed buildings at the Schools of Medicine and Law. It has endowed programs within those new spaces and enabled the creation of almost 70 new professorships and almost 300 new scholarships.

Efforts to increase philanthropic support for the University continue to enjoy remarkable success. In fact, 2018 was the most successful fundraising year in BU's history, with a record $158.5 million in cash received and $252.8 million in gifts and pledges recorded. Generous support for undergraduate financial aid enabled the University to substitute grants for loans in many aid packages, enhancing the economic diversity of the incoming freshman class. Gifts from alumni and friends continued to help transform BU's physical infrastructure, contributing to the creation of a new theater facility, a laboratory for campus-wide student innovation, and a new alumni center on the Charles River Campus. As of June 30, 2018, the campaign total had already exceeded its goal of $1.5 billion—positioning the University for a very strong finish to the campaign in September 2019 and setting the stage for future fundraising initiatives.

*Faculty Hiring*

Boston University's Strategic Plan serves as a general guide for faculty hiring, but the University periodically reassesses and realigns expectations. For example, the 2007 Strategic Plan called for adding 100 new faculty slots in the College of Arts & Sciences. This followed a period of enrollment growth, and it provided a positive initiative for the reputation of the University, as well as a way to seed many long-standing departments with new, outstanding scholars. Over the next 10 years, BU did add a significant number of faculty, but because enrollments at the College of Arts & Sciences were level or declining, it no longer needed to grow the faculty of that college. As the University became more disciplined in its approach to filling vacant slots, the deans were empowered to move slots to the areas of greatest need within their colleges.

Student enrollment trends (by discipline) play an important role in planning faculty recruitment, and there are often nuances to be considered. For example, the number of undergraduate students majoring in History has shown a steady decline, yet many non-History majors take courses in History, and many History faculty teach in affiliated departments and programs. Consequently, while the University doesn't see a pressing need to expand the number of History faculty, it continues to explore the "right size" of the department. Hiring faculty, especially those with tenure, is a 40-year commitment, so the University must view hiring initiatives with a long-term lens and constantly reassess its hiring strategy.

No faculty search is begun without approval from the University Provost, Associate Provost for Faculty Affairs, and Associate Provost for Budget & Planning, all of whom consider the strength of the department, enrollment trends, and synergies with other departments and schools, as well as other factors mentioned in a request for additional faculty from a dean. An assessment is then made across all the proposed searches in the school or college to ensure the dean has prioritized the searches in accordance with the University's Strategic Plan as well as with plans for each school or college.

BU's recruitment of key senior faculty has, among other things, helped the University win a $20 million five-year award from the National Science Foundation to establish an Engineering Research Center in 2017. This initiative connects researchers at multiple institutions and has several industrial partners for technology development, workforce development, and outreach to underserved populations.

*Salaries and Benefits*

Increasingly competitive compensation packages have improved the University's ability to attract and retain high-quality faculty and staff. Employee salaries and benefits accounted for more than 50% of the University's operating expenses in 2018. Employee benefit programs represent just under $250 million, including roughly $68 million in health care costs. Human Resources regularly evaluates and develops long-term strategies relating to salaries and benefits.

BU understands that administrative support of the faculty and leadership is critically important. It also believes that its method of benchmarking administrative staff salaries to ensure competitiveness with the market is unnecessarily complex. The University's current position structure lacks common definitions, aligns one employee with one position, and requires benchmarking for individual positions rather than jobs. There is a one-to-one ratio for an employee to a position; a structure with multiple employees to a job would simplify the benchmarking process.

In 2017, an advisory group began an initiative to design a new administrative staff compensation/job structure that covers many administrative staff positions. The project is intended to design a structure that provides common definition for staff roles, gives BU the ability to benchmark salaries for jobs in the external market, allows for comparison across the various academic and administrative units, and provides career paths for staff. Administrative staff positions are currently mapped to a new job structure that aligns with the goals noted above. Approximately 4,000 positions have been mapped to 290 new jobs within job families and sub-families.

*Technology*

BU's central technology organization, Information Services & Technology (IS&T), developed the Technology Plan for 2015–2020 to guide the evolution of technology infrastructure and services at BU, both by IS&T and local/specialized technology support teams. The Technology Plan is community driven and aligned with the University's 2007 Strategic Plan. The Technology Plan was developed using the following guiding principles:

1. Focus on enterprise technology goals, the achievement of which can be leveraged by all or most BU schools, colleges, and/or administrative areas.
2. Identify opportunities for technology to help establish or enhance BU's leadership position in targeted areas of research and education.
3. Identify and propose mitigation for key technology risks to BU operations.
4. Respond to major trends in higher education and technology services.
5. Provide goals that are specific, measurable and achievable within the five-year time frame of the plan.

The development of the plan started with the BU technology governance committees. Leaders held community discussion sessions with faculty, staff and students, and administrative areas on the following topics: the student experience, teaching and learning, research and scholarship, administrative efficiency and effectiveness, and technology service excellence. Based on input from these discussions, the governance committees formulated the goals and initiatives of the Technology Plan. The Vice President of IS&T presented the draft plan to the Technology Executive Steering Committee and key campus groups and secured approval of the final plan from University leadership.

*Facilities/Infrastructure*

Boston University has three campuses in Boston, eight other primary locations in the United States, and various international locations. The University manages 15 million gross square feet of space in Boston and 275,000 gross square feet of space at its other domestic and international locations.

The planning, design, construction and operation of University facilities in support of the University's academic, research and student life programs are informed by a process involving strategic planning, institutional master planning, and space/capital budget planning. The Strategic Plan serves as a guide for short- and long-term space and programmatic needs of the University, which are translated into campus development initiatives.

Proposed institutional projects planned for the three Boston campuses are explained in more detail in Boston University's institutional master plans (IMP), as required by and filed with the City of Boston. The University has three IMPs in effect covering its Charles River (2013–2023), Fenway (2017–2020), and Medical Campuses (2010–2020). The Boston University Medical Campus IMP is filed jointly with the Boston Medical Center.

The planning, design, and construction of University capital and annual projects is coordinated through an internal process managed by University senior leadership, departments, and committees that vet and approve space use, project program, scope of work, schedule, and capital requirements. The Office of the Provost, Budget & Planning, the office of Business Affairs, and Campus Planning & Operations work closely with senior leadership, schools, colleges, and departments in the renovation and renewal of University properties.

*Climate Action Plan*

The BU Climate Action Plan was created in 2016 in response to a charge from the Board of Trustees for an action plan on climate change that would be integrated into the University's Strategic Plan. The Climate Action Task Force, made up of faculty, staff, graduate students, and undergraduates, was charged with developing a five-point plan that would address the challenges of climate change through its educational programs, research, operations, finance, and community engagement, and engage a broader community in this discussion.

The Task Force had four working groups (Energy, Supply Chain and Waste, Transportation, and Climate Preparedness) each of which prepared a specific work plan, including briefings from stakeholders within the University community, data collection and analysis, and an outline for a final report. The Task Force developed a synthesis report, which described its recommendations to the University community, to University leadership, and ultimately to the Board of Trustees.

A large part of the Task Force's initial work documented the fossil fuel emissions under BU's direct control and identified technological and policy options that might reduce those emissions. An initial survey of the University's resilience and preparedness on both Charles River and Medical Campuses assessed the degree to which the University was vulnerable to disruptive flooding and/or heat wave events.

The Task Force held public outreach sessions on the Charles River Campus, the Medical Campus, and with undergraduate organizations with a special interest in sustainability. Feedback from these sessions was considered, and several possible emissions scenarios for the University were created, allowing the Task Force to evaluate several options before making its final recommendations. Throughout this process, there were bimonthly briefings for senior University leadership.

Ultimately, the Task Force recommended that the Board of Trustees adopt the "BU Bold" scenario, which envisions reducing the direct emissions of the University to net zero by 2040 through a combination of end-use efficiency measures, the purchase of renewable energy in a power purchasing agreement, and judicious use of existing maintenance and operations schedules. The Task Force also recommended a more complete vulnerability analysis, guidance for new construction, and the creation of an academic initiative to enhance the integration of climate change and broader sustainability issues into all aspects of BU's curriculum. The Climate Action Plan has been integrated into the University's Strategic Plan.

In January 2018, the Board of Trustees approved the plan, and BU began its implementation. Much work remains to be done, including better quantification and understanding of the University's Scope 3 (indirect) emissions, and what might be done to reduce them. A series of pilot studies over the next several years will begin to determine which courses of action the University will pursue. Because costs will change as technologies evolve, the plan will be revised every five years.

**Evaluation**

***Description and Appraisal***

The systematic and recurring review of academic programs and administrative functions at Boston University is an essential part of our ongoing effort to promote critical reflection, self-assessment, and strategic planning.

Boston University has made excellent progress developing processes for planning and evaluation for academic programs. At the time of our interim report in 2014, these systems had recently been put in place and, thus, had few meaningful results. By 2019, the Program Learning Outcomes Assessment (PLOA), Academic Program Review, electronic Curriculum Approval Process, and Academic Data Warehouse are well-established systems providing crucial information to guide the planning and evaluation of academic programs and educational effectiveness at Boston University.

*Academic Program Evaluation*

Since 2013, Boston University has engaged faculty and leaders in the schools and colleges in a robust process of assessing learning outcomes at the program level to appraise the quality of academic programs and to ensure that Boston University is realizing its educational objectives. The process gives the faculty tools to evaluate and revise curricula, plan and design new programs, and, as appropriate, eliminate programs that are no longer needed.

University Graduate and Undergraduate Working Groups made up of faculty representatives guide the planning and implementation of the assessment process, which includes a review of results and recommendations for necessary resources. Each program is asked to submit an assessment plan, identifying learning outcomes for each degree program and assigning direct and indirect measures to assess each program over time. The assessment plans ask departments to identify those who will review results, how and when results will be discussed with faculty, and who will ensure that recommended actions are taken. Programs report annually on their assessment activities via a roles-based assessment management system. The system makes it possible to share assessment plans, annual reports, evidence, and results across the University. Programs also share results and useful approaches at an annual BU Assessment Symposium and on the PLOA website, a central repository for information about and approaches to assessment.

Curriculum proposals frequently cite the impact of outcomes assessment on changes to the curriculum, and annual assessment reports document meaningful improvements. See Standard Eight for further discussion of Program Learning Outcomes Assessment.

Boston University's formal practice of Academic Program Review (APR), launched in 2011, provides systematic, comprehensive analysis of the strengths and weaknesses of departments, schools, and academic programs. The APR is intended to help academic units:

1. Perform a critical self-assessment and articulate the future direction of the unit;
2. Obtain an external review of the overall quality and strength of its faculty, curriculum, and resources;
3. Assess the future potential of the units and priorities for improvement; and
4. Develop agreement and an action plan for building excellence.

The information gathered by the review helps to foster academic excellence within the unit, identify methods for improving quality, and provide critical guidance for administrative decisions. At the outset, 55 units were slated for review on an eight-year cycle. To date, 46 APRs have been completed. The review committee for each APR includes an experienced BU faculty member from outside the unit, a member of the BU Board of Overseers, and three distinguished faculty with relevant disciplinary experience from outside Boston University. The results of the review are discussed by the University-wide faculty Committee on Academic Program Review (CAPR) and the Office of the Provost. They are communicated formally to the unit that is reviewed as well as to the Dean, presented to the Academic Affairs Committee of the Board of Trustees, and discussed in depth by the Board of Overseers. A post-review meeting is held within one to two months of the University Provost's receipt of documents from the review, and a formal memo summarizes the meeting, follow-up tasks, and continuing discussions on the issues identified. The dean(s) is responsible for updating the University Provost on progress toward the goals identified.
At least two examples demonstrate the value of APR. One review led to a decision to disband the Archaeology department, which was the only free-standing Archaeology department at a major university in the United States. The APR persuaded administrators that the students and the discipline were better served through other departments and programs. In another case, BU launched a new mechanism for faculty hiring across the Charles River and Medical Campuses that allows for true joint positions, with a faculty member's laboratory located on the Medical Campus and their teaching expectations and salary split between departments on both campuses. This was a response, at least in part, to the APRs' revelation of challenges presented by the Medical Campus's financial model when it came to hiring faculty who require large start-up packages and laboratory renovations.

Because the Academic Program Review has positively impacted the quality of academic programs, the next Strategic Plan will rely heavily on the reviews for evaluation of the quality and impact of our academic programs. The University has nearly completed its first cycle of Academic Program Reviews and is preparing to begin the second cycle, incorporating changes to the process based on findings from the first cycle.

The Provost's office provides resources and support for assessment activities, including small grants to support departmental assessment activities. The office works in collaboration with Analytical Services & Institutional Research and Enrollment & Student Administration to administer and interpret results of institution-wide surveys.

The Academic Data Warehouse, a business intelligence tool that enables analysis of data related to the recruitment and retention of students, also informs assessment of and changes to the curriculum. Improvements to the Academic Data Warehouse have made it increasingly accessible, and the University is committed to maintaining it as a key source of institutional data from a range of sources to guide decision-making University-wide.

*Undergraduate Enrollment*

While freshman and transfer enrollment targets are expected to stabilize in the coming years, that eventuality depends on the University's ability to ensure that our undergraduate students are well served and successful. This requires close collaboration with colleagues from Analytical Services & Institutional Research to review, and revise when necessary, the regression models used to project undergraduate enrollment. As the competition for admission to BU continues to grow, an annual review of the effectiveness of our predictive models for admission and financial aid is a priority. BU prioritizes the review of competitor and retention data to inform our decision-making.

Participating in surveys, such as the National Survey of Student Engagement, helps the University assess the quality of BU's academic environment, as well as the intellectual and personal engagement of students. Student retention and graduation rates become increasingly important metrics as the student body grows more diverse.

*Graduate Enrollment*

As part of the University's commitment to growing its graduate and professional programs, BU strives to improve services and resources for graduate students. The Assistant Provost for Graduate Enrollment Management, a position that was created in 2014, guides the implementation of enrollment and financial aid analysis, yield forecasting, targeted marketing and recruitment efforts, as well as student retention programs, and also oversees long-range graduate enrollment planning to meet demographic, disciplinary, workplace, and global change.

To support the growth of graduate and professional students, Boston University is taking steps to coordinate resources and support services on a University level. The University has expanded graduate student services, which now include career and support resources for online students; greater support for graduate student mental health; and facilitation of campus-wide conversations about the importance of professional programs to Boston University's overall mission. Schools and colleges have also increased their investment in student support services. BU plans to continue investing in career development for graduate students and to expand support services for our international student population.

*Budget and Finance*

University leadership is committed to ongoing assessment and evaluation of the institution's financial health. The Finance and Budget Committee, a committee of the University's Board of Trustees, reviews and makes recommendations concerning annual University budgets prepared by the administration. The committee monitors the University's financial performance using key financial metrics and enrollment data, and may recommend budget strategies, standards of operation, and budgetary goals for adoption by the board.

To closely monitor cash availability for the University's cash flow needs and support short- and long-term cash management and debt strategies, Treasury and Debt Management, a unit within Financial Affairs, prepares a daily cash update. That report tracks such metrics as the University's available cash balances compared with the 52-week high and low and short-term investment positions and yields. It also provides updates on endowment cash, long-term debt, the current value of debt-related swaps, and, for comparison purposes, key market indicators. It is circulated to senior leadership and managers within Financial Affairs.

The Comptroller's office prepares a monthly "Treasurer's Report" on a GAAP and Fund Accounting basis, which includes comparative balance sheets, cash flows, and detailed fluctuation analyses of assets, liabilities, and revenues and expenses by unit and by natural classification. This report is circulated to managers in Financial Affairs, Budget & Planning, and senior leadership.

In addition to the specific financial reports listed above, Analytical Services & Institutional Research throughout the year collects data both routinely and on an ad hoc basis for the President, University Provost, and other Senior Vice Presidents that touch upon aspects of specific financial reporting.

*Salaries and Benefits*

In 2014, as employee benefit costs continued to grow faster than inflation, an Employee Benefits Task Force (EBTF) was charged with reviewing benefit programs and making recommendations to ensure that they were competitive with our peer institutions; cost effective and sustainable over the long term; and that they supported the ability to recruit and retain high-quality faculty and staff. The EBTF, made up of faculty and staff, focused on the costliest benefits: healthcare, retirement, tuition assistance, and long-term disability.

The Task Force benchmarked programs with peers in higher education and industry and reviewed trends in employee benefits. The Task Force developed guiding principles, including that programs should be compliant with all government regulations (e.g., Affordable Care Act, Employee Retirement Income Security Act), enhance tax benefits for employees while limiting the University's exposure, and promote

greater equity amongst higher- and lower-paid employees. It also made recommendations to the President that were communicated to all faculty and staff with the goal of gathering feedback on the proposed changes. Based on employee feedback, modifications were made to the initial recommendations for healthcare and retirement plans.

The proposed changes to healthcare benefits were implemented in January 2016. Data from the last three fiscal years shows a 13% decrease in the University's healthcare costs. The retirement plan recommendations were successfully implemented in 2018. These benefit programs are competitive with our peers, abide by government regulations, and promote greater equity among employees.

*Technology*

Information Services & Technology (IS&T) measures progress on the Technology Plan as part of the University's overall technology services assessment. An annual technology planning and budgeting process assesses proposed projects based on how well they support the goals of the Technology Plan. IS&T's annual report to the University President tracks the projects completed in each Technology Plan strategic capability area. It also assesses community satisfaction with technology services via TechQual's biannual survey and evaluates critical services at each lifecycle stage through the Service Portfolio Health Charts, which are updated annually. IS&T benchmarks costs relative to peers (e.g., central IT funding as % of institutional expenses, IT funding per FTE) utilizing EDUCAUSE's Core Data Service.

As BU nears the end of its first Technology Plan, IS&T is assessing progress on specific strategic initiatives. The results will be shared with the governance committees and will drive decisions about the direction of the Technology Plan.

*Facilities/Infrastructure*

The University conducts regular studies and analyses to inform and prioritize campus development, sustainability, and facilities maintenance initiatives. These include a review of the University's short- and long-term development potential of its three Boston campuses, deferred and planned maintenance profiles of University properties, and the Climate Action Plan. All University projects are managed on a real time basis by Campus Planning & Operations, working in close consultation with Budget Planning & Business Affairs. Longer-term capital planning and budgeting is managed and monitored by University senior leadership and Budget Planning & Business Affairs on a quarterly, annual, five-year and ten-year basis.

***Projection***

Boston University will continue its adherence to rigorous and systematic data-driven planning. Having been guided since 2007 by the University's first strategic plan, BU will find future direction in a new strategic plan, which will focus on a vision for BU in 2030. President Brown has asked Provost Morrison to lead the effort to develop the new Strategic Plan. As this rolls out over the next couple of years, it will define the priorities, resource shifts and allocations, and organizational changes necessary for Boston University to thrive in an environment that will be shaped by demographic changes.

Over the next five years, the University will invest millions of dollars to upgrade its Student Information System in ways that will improve the student experience. The University will continue to use data and metrics to evaluate the operations of the University and the progress of the Strategic Plan. BU's colleges and departments will continue to utilize data to help leaders make more informed decisions. The Office of the Provost will continue to work with schools and colleges on the Academic Program Review process. The University will also continue to provide resources in measuring student outcomes and success. The University's Budget and Space committees will continue to review short-term and long-term budgetary/financial operating and capital models. All undergraduate and graduate enrollment metrics and targets will be monitored regularly, and the University will maintain careful controls on all discretionary administrative spending and the administrative and faculty head count.

**Standard Three: Organization and Governance**

Boston University has a system of governance, clearly described in its by-laws, that facilitates the accomplishment of its mission by sustaining an environment that encourages teaching, learning, service, scholarship, research, and creative activity and by involving broad participation of all appropriate constituencies and communication among them.

**Governing Board**

***Description***

Boston University was chartered by the Massachusetts legislature in 1869 and is recognized as a nonprofit organization under Massachusetts law and as a tax-exempt organization under section 501(c)(3) of the Internal Revenue Code. The basic framework for University governance is set forth in its by-laws.

The University is governed by a Board of Trustees that meets three times per year and more often as necessary; minutes are maintained for each meeting. The board is responsible for ensuring that the University fulfills its stated mission; for providing strategic direction; for establishing goals, priorities, and strategies; for ensuring integrity, transparency, and accountability; for supporting the organization financially (both directly and by encouraging others to do so); and for hiring, supporting, and overseeing senior management. The board is not responsible for the day-to-day management of the organization. General responsibility for the administration of Boston University is vested in the President, who is selected by the trustees, and in the administrative officers reporting to him.

There are currently 42 members of the board, including three who serve *ex officio*: the President of the University, the chair of the Board of Overseers (a non-fiduciary advisory body elected by the Board of Trustees), and the chair of the Faculty Council. All other trustees are elected by the board (upon the recommendation of its Governance Committee) for terms of from one to three years, and may be re-elected to subsequent terms subject to an overall tenure limit of 14 consecutive years of service. After reaching that limit, an individual may be re-elected to the board after a one-year absence. In exceptional circumstances, an individual may be elected as a non-voting trustee, with specific responsibilities during the one-year absence. Board officers (including the chair and vice chair), as well as committee chairs, are subject to a tenure limit of six consecutive years. They may be reelected following a one-year absence from the position in question. Members of the Board of Trustees who have provided distinguished service to Boston University over a period of years are eligible for election as Trustees Emeriti. With the exceptions of the President and the chair of the Faculty Council, none of the trustees receives compensation from the University for serving on the board.

In the recent merger of Wheelock College and Boston University, steps were taken to provide former Wheelock trustees with an appropriate level of involvement in University governance. Under the terms of the merger agreement, following the June 1, 2018 merger, two individuals who had previously served on the Wheelock Board of Trustees were elected as trustees of Boston University for a minimum of two three-year terms. One of those trustees was nominated by the Wheelock board; the other was selected by the Boston University Board of Trustees.

Members of the Board of Trustees come from many professions and bring a wide range of experience and expertise to the board, ensuring effective oversight of an institution as large and complex as Boston University. Board members' professional backgrounds include service in higher education, finance, technology, medicine, real estate, law, media, and the arts.

The University also has a Board of Overseers which is an advisory—as distinct from fiduciary—body of up to 50 members (currently, there are 31). Overseers are typically elected to two-year terms and may serve for up to 10 consecutive years. The Board of Overseers supports and advances the mission of the University,

primarily through engagement with the schools and colleges; overseers participate directly in the academic program reviews being undertaken by the University Provost and Chief Academic Officer. The overseers meet twice each year, once in conjunction with the December meeting of the trustees and again in May as part of Commencement Weekend.

Each school and college has a nonfiduciary board of visitors, composed of distinguished alumni and friends, which advises and supports the school or college in fulfilling its mission; assists in reviewing and supporting its strategic plans; helps strengthen relationships with alumni; and supports fundraising initiatives.

***Appraisal***

The Board of Trustees has an extensive committee structure through which much of its work is undertaken. The Executive Committee, which (with certain exceptions) exercises the powers of the board between full board meetings, generally holds meetings (for which minutes are kept) during those months when the full board does not meet and otherwise as necessary. The membership of the Executive Committee, which currently stands at 20, consists of the officers of the board (the chair and vice chairs), the chairs of the 12 other standing committees of the board, the President, and up to three at-large members elected annually by the board. The committee is charged with conducting an annual review of the President's performance and sharing the results of the review with the President, the Executive Compensation Committee, and the full Board of Trustees.

Recently, the board was integrally involved in reviewing and approving the merger of Wheelock College and Boston University. As part of this process, the board constituted an ad hoc subcommittee of the Executive Committee, which took responsibility for preliminary review of the proposed terms of the merger and provided prompt feedback on what was a fast-moving process. Massachusetts law requires that a merger agreement be approved by no less than two-thirds of the entire membership of the governing board; this vote was taken at a meeting of the Board of Trustees on December 7, 2017, approving a June 1, 2018, date for the merger.

The Executive Compensation Committee is responsible for reviewing and determining, at least annually, the compensation of the President and other senior employees. In the case of the President (and other senior employees), the committee's determination is subject to the approval of the full Board of Trustees. The committee's responsibilities and procedures are described in the University's Executive Compensation Policy which, together with the committee's charter, is reviewed annually to ensure that it meets applicable state and federal legal standards. The fundamental principles of the policy are the independence of the board and the compensation committee, the duty of reasonable care, and the need for both internal transparency and accuracy in external reporting. In addition, the Executive Compensation Committee reviews and approves the list of strategic peer institutions that are used for benchmarking compensation and all other measures of operations and outcomes.

To ensure the independence of the Executive Compensation Committee, members may not have any business or financial relationship with the University. To fulfill its duty of care, the committee annually reviews comprehensive data concerning the compensation of identified covered persons and an evaluation of their performance. It also retains independent compensation consultants to provide comparable compensation data from peer institutions and other relevant information. The committee and the board document all compensation decisions and provide clear, complete, and accurate executive compensation information to federal and state regulators and the public, as required by law.

The Board of Trustees plays an integral role in the University's commitment to ethical conduct as a core component of a successful academic community. The Audit Committee, which consists of trustees who have no business or financial relationships with the University, administers both the University's Code of Ethical Conduct as well as its Conflict of Interest Policy. The code, which is distributed to all employees each fall, is designed to emphasize the University's commitment to ethical conduct and compliance with the

law and to set forth basic standards of ethical and legal behavior. It also includes a telephone and web-based ethics "hotline" for reporting alleged violations.

Pursuant to the Conflict of Interest Policy, disclosure forms are sent to approximately 1,800 persons, including all trustees, each year. Any proposed business or financial relationship (as defined in the policy) involving a trustee or officer is subject to the prior review and approval of the Audit Committee and will be permitted only if it is determined to be of clear benefit to the University. In all circumstances, a trustee or officer who has disclosed a potential conflict of interest must refrain from participating in University decision-making with respect to any transaction or relationship in which he or she is interested, except to respond to questions or to provide further information. The overwhelming majority of board members have no business or financial relationship with the University, and no such relationship is of a material nature. The Audit Committee also oversees an Investment Conflict of Interest Policy that is specific to members of the Investment Committee as well as to University employees who are responsible for the investment function.

The University has a formal Enterprise Risk Management (ERM) program, implemented by an ERM Steering Committee and overseen by the Audit Committee, through which it has arrived at a consensus on the top-tier risks facing the University. The steering committee has developed Key Performance Indicators (KPIs) for each of these top risks; these allow the board and its committees to determine the current level of risk and whether the University's systems for monitoring and managing the risks are adequate.

The number and roles of board committees continue to evolve to ensure alignment with the strategic priorities of the University. In 2010, the board established a standing Health Affairs Committee to oversee the University's academic, research, and clinical activities in the health sciences; the University's affiliation with Boston Medical Center and other hospitals and clinics; and the faculty medical practice plans. In April 2013, a standing Advisory Committee on Socially Responsible Investing (ACSRI), consisting of representatives from the Board of Trustees, the faculty, and the student body, was formed for the purpose of providing the University community a framework and forum for the consideration of and civil discourse on socially responsible investment policy issues. The board later promulgated a set of principles to guide the ACSRI and the trustees in their consideration of divestment proposals. In September 2013, the board established a Digital Learning Subcommittee of the Academic Affairs Committee to oversee the work of the University's Digital Learning Initiative in addressing challenges and harnessing opportunities associated with the transformation of the higher education landscape through digital learning technologies. The work of this committee was completed in 2017. And in December 2016, a special board Committee on Branding and Marketing was established. The purpose of this committee was to update the strategy for the branding and marketing of Boston University over the next five years. Its work was also completed in 2017.

In response to the Governance Committee's recommendation, the Real Estate Subcommittee of the Finance and Budget Committee was elevated to the status of a free-standing board committee in September 2017.

Most recently, the merger agreement between Boston University and Wheelock College included the establishment of a Wheelock College of Education & Human Development Subcommittee of the board's Academic Affairs Committee (AAC). The purpose of this subcommittee (which will exist for six years) is to review and advise the AAC on the academic progress of the merger and the development of the Wheelock College of Education & Human Development at Boston University. Membership of the subcommittee includes the two former Wheelock trustees who currently serve on the University's board, another former Wheelock trustee, and four members of the Boston University board.

Through regular, in-depth reporting of the University's income statement and balance sheet, the administration ensures that the board has the information it needs to effectively monitor the institution's financial condition. The board's financial oversight includes the review and approval of the University's audited financial statements and Form 990; operating and capital budgets; tuition,

room and board, and fee structure; and endowment spending rate. The board also approves all bond issuances as well as the acquisition and disposition of real property.

Between board meetings, the President ensures that trustees receive timely communications on issues of importance, including advance notice of any sensitive or controversial internal matters that could receive local or national media coverage.

The board is committed to following best practices in the governance of nonprofit, tax-exempt institutions of higher education, and all trustees are expected by the University (and required by Massachusetts law) to fulfill the duties of care and loyalty to the institution. Each year, an orientation session is offered to new trustees and is open to any member of the board. The orientation involves (among many matters) a discussion of the board's fiduciary duties, including in the areas of executive compensation and conflict of interest.

Principles of good governance require periodic reviews of the efficacy of the governing body. Accordingly, beginning in 2003–2004 and approximately every four years thereafter (in 2006–2007, 2011, and 2015), the Board of Trustees has undertaken a comprehensive review and assessment of University governance designed to ensure that the board is effective and engaging in best practices for nonprofit, tax-exempt organizations. The scope of the 2011 and 2015 reviews included, among other areas, board engagement, the terms of board officers and committee chairs, and the board's committee structure.

In 2011, the Governance Committee engaged an independent expert who compared the University's governance policies and practices with those of several peer institutions—and with widely established practices generally—and concluded that the University's governance policies and procedures conformed to broadly accepted practices. In both the 2011 and 2015 governance reviews, a trustee survey was prepared and distributed to the board, and the results were analyzed and shared with the trustees.

As a result of the 2011 review, the Board of Trustees is no longer directly involved in the appointment of individual faculty. Instead, the board's Academic Affairs Committee has put in place new, meaningful mechanisms for ensuring board oversight of faculty quality. These include the review of annual data that provide a complete view of faculty appointments and departures; a summary of individual appointments, highlighting their significance; and a summary of the results of academic program reviews being undertaken by the University Provost and Chief Academic Officer with the active engagement of the Board of Overseers. The trustee membership of this committee is augmented by the addition of two senior faculty members appointed by the University Provost.

The most recent governance review took place in early 2015, again under the auspices of the Governance Committee. Its purpose, as in prior years, was to ensure that the board was optimally effective and engaging in best practices for nonprofit, tax-exempt organizations. The scope of the review included the role of the board; its structure and organization; and the board's effectiveness (including such issues as culture and engagement, focus on issues of strategic importance, and the quality of board meetings, information, and processes). The trustee survey revealed a strong consensus among board members that the University had made enormous strides during the previous decade and that the leadership of the University and the board continued to do a superb job and had maintained a strong commitment to the advancement of the University. Further, a comparison of the board's structure and practices with a profile developed by the Association of Governing Boards of Universities and Colleges confirmed that Boston University's structure and practices are similar to those of its peers in virtually all respects.

The 2015 review yielded updated versions of several board governance documents: (1) the Statement of Commitment and Responsibilities of the Trustees of Boston University; (2) guidelines for the recruitment of new trustees and overseers and for the assessment of incumbent board members who are eligible for re-election; (3) the Trustee Self-Assessment Form; and (4) several committee charters. The board also

approved the establishment of a mentorship program designed to help new trustees develop a better understanding of the University and the board's work by pairing them with experienced, longer-serving trustees.

In spring 2019, the Governance Committee embarked on its most recent governance review, utilizing Nygren Consulting, a nationally-known corporate governance consulting group. In addition to review of governing documents, board and committee structure, and administration of a comprehensive survey, Nygren Consulting Group will interview the majority of trustees and facilitate a discussion of its findings with the full board.

Although the University's by-laws have remained largely unchanged since the last accreditation in 2009, they were amended in 2016 to address the governance of the academic requirements associated with the development and implementation of the first all-University General Education Requirement (GER). These amendments formalized the University's longstanding faculty governance structure (which includes the Faculty Assembly, the Faculty Council, and the University Council) and delegated responsibility for oversight of the GER to the University Council, subject to the approval of the University Provost and President.

At the time of its last accreditation review in 2009, Boston University was just beginning the quiet phase of its first-ever comprehensive campaign, which was formally launched in September 2012 with a $1 billion goal. In 2015, the success of the campaign led the trustees to increase the campaign goal to $1.5 billion and extend its end date to 2019. This effort, which is now approaching a highly successful conclusion, has entailed a significant commitment from the Board of Trustees, including the establishment of a Campaign Executive Committee led by the board chair. Many other trustees have been involved in fundraising efforts throughout the United States and around the world.

**Internal Governance**

***Description***

The President is the Chief Executive Officer of the University, with oversight of all administrative and academic functions. Selected by the Board of Trustees, the President supervises and directs the management of the University, and chairs all University and Administrative Councils. Responsible to the Board of Trustees, the Senior Leadership team comprises the President; University Provost and Chief Academic Officer; Provost of the Medical Campus and Dean of the School of Medicine; Senior Vice President, External Affairs; Vice President, General Counsel, and Secretary of the Board of Trustees; Senior Vice President, Chief Financial Officer, and Treasurer; Chief Investment Officer; Senior Vice President, Development & Alumni Relations; Senior Vice President, Operations; and Vice President, Information Services & Technology and Chief Data Officer. This team supervises academic programs, operations, and long-range planning for the University.

The University Provost and Chief Academic Officer supports BU's intellectual efforts in concert with the deans of the 17 schools and colleges that span the Charles River and Medical Campuses. The Office of the Provost provides resources and leadership for innovative programs, faculty, and students. The Provost's Cabinet comprises the University's senior officers with responsibility for academic programs and support functions, faculty affairs, diversity and inclusion, strategic initiatives, global programs, student academic affairs, University libraries, and the research enterprise. The cabinet is convened weekly by the Provost to discuss and advise on issues affecting the University across the academic portfolio. The cabinet includes 10 associate provosts (some also with vice president titles) and two vice presidents. These positions have all been created or reshaped since 2009. The cabinet members not only work closely with one another, but they are also available for consultations with other Boston University administrators and deans of the colleges.

The Office of the Provost of the Medical Campus is responsible for the operation of the Boston University Medical Campus and the health-related schools located on the Medical Campus. The Provost of the Medical Campus reports directly to the President of the University in her Provost role. She also participates in the Council of Deans as Dean of the School of Medicine. The deans of the School of Dental Medicine and the School of Public Health also participate in the Council of Deans, while they relate directly to the Provost of the Medical Campus for the governance and program development of the Medical Campus itself. This arrangement characterizes other relationships between the Charles River and Medical Campuses, with parallel structures in many areas of governance and program, while also building collaborations and shared plans, creating programmatic and research relationships, and addressing shared issues.

The Council of Deans includes the academic deans of Boston University's 17 schools and colleges on the Charles River and Medical Campuses and the Dean of Marsh Chapel. Chaired by the Provost, the council meets biweekly to discuss and make decisions on academic and administrative issues, policies, and plans that impact the University's students and faculty and advance its strategic goals. The Council of Deans receives reports on major University issues and plans; discusses and makes decisions regarding emerging BU initiatives; responds to those initiatives as they develop through stages; and discusses issues of common concern. The discussions and consultations have covered a wide range of issues, such as the Wheelock merger, the development of General Education, decisions about sexual misconduct prevention trainings, BU branding, and the uses and scheduling of classroom space.

The Faculty Assembly, composed of all faculty members of professorial rank and lecturers who hold at least half-time appointment, meets twice per academic year to consider matters affecting the faculty of two or more schools or colleges. The Faculty Council, which represents the Faculty Assembly when it is not in session, meets monthly during the academic year and consists of a chair, a vice chair or immediate past chair, and a secretary-treasurer elected by the Faculty Assembly, and other faculty representatives elected by the faculty of each school and college. Standing committees of the Faculty Council meet as required.

The creation and approval of proposed courses is the province of the faculty of each school or college. New degree programs, however, undergo University-wide review for academic rigor, financial viability, and appropriateness, in light of other programs at Boston University and competing institutions. All proposals are reviewed by the Faculty Council, the Council of Deans, and the University Council Committees on Undergraduate Academic Programs & Policies (UAPP) or Graduate Academic Programs & Policies (GAPP), as appropriate. The University Council committee then makes a recommendation for review and approval by the University Council.

The University Council, chaired by the President, is the principal forum for discussing and proposing University-wide academic policies. Voting membership in the University Council, which meets monthly throughout the year, consists of all Faculty Council members who are senior or master lecturers, or who hold modified or unmodified professorial titles and administrators with academic responsibilities—the University Provost, Provost of the Medical Campus, associate provosts, and deans. Following a change to the Boston University Council Constitution in 2014, faculty members now outnumber administrators. Likewise, University Council committees are composed of both faculty and administrators, with assignments made based upon expertise, interest, and/or professional role. These are the UAPP, GAPP, Research & Scholarly Activity, Student Life & Policies, and Faculty Policies committees. The University Council committees meet regularly, with faculty members reporting back to Faculty Council on the status of various proposals or reports.

The Faculty Handbook contains a full statement of policies and terms of employment applicable to all faculty members of the University. The Faculty Handbook is updated annually by the University Council Committee on Faculty Policies.

Elected by the undergraduate students at Boston University, the Student Government Association (SGA) consists of an Executive Board, officers chosen by the campus at large, and a Student Senate, whose elected

representatives are proportionally representative of the individual undergraduate schools and colleges. All undergraduates in good academic standing are eligible for office. The Executive Board consists of the President, Executive Vice President, Vice President of Finance, and Vice President of Internal Affairs. The Student Senate, the legislative branch, is composed of senators, led by the Senate Chair and Vice Chair. SGA's role is constituent advocacy. The Student Government Association works with the Office of the Dean of Students, which reports directly to the University Provost. SGA contributes student perspective and direct advocacy for policy and program changes. Student representatives, nominated and selected by SGA Executive Board, serve on a number of University-wide committees.

Graduate student governance representatives and officers are selected at the individual school and college level. Student representatives coordinate across schools and interact directly with the Associate Provost for Graduate Affairs through the Graduate Student Advisory Board. The board enables students to contribute to relevant policies, such as student work and parental leave policies.

***Appraisal***

Since 2009, the University has become more consultative and open to the voices of a greater range of its constituencies. While this shift in culture and process is attributable, in part, to the management style of the current President and University Provost, the changes to the Faculty Handbook and University By-Laws ensure that the changes are likely to be more durable. Coupled with this shift is an emphasis on transparency and deep engagement with all stakeholders across the University, two hallmarks of effective shared governance. For example, information relating to the faculty and academic programs provided to the Board of Trustees is substantively the same as that shared with the Faculty Assembly and Faculty Council. When time-sensitive or proprietary issues preclude open sharing of information with the councils, the Faculty Council Chair is informed.

**Governance Councils** have been increasingly influential on decision-making over the past 10 years. These include: University Council, Council of Deans, Faculty Council, Undergraduate Council, Graduate Council, and the Provost's Cabinet. The University Council is the body that approves curricula and curricular changes (See Standard Four), policies, and items that impact multiple academic units. In 2014, the Board of Trustees approved a revision to the Constitution of the Boston University Council to streamline the membership of the council. This change shifted the balance of faculty and administrators on the council from 50/50 to one that is more heavily weighted toward faculty. The changes were made to strengthen the voice of the faculty in making decisions that affect the academic mission of the University. In 2018, the University Council played a critical role in the review and approval of academic programs for the purposes of teaching our transitioned Wheelock College students. University Council meetings have featured regular reports from the President and/or University Provost, who share information on issues that impact the direction of the University. The Undergraduate and Graduate Councils meet regularly to consider the quality of the undergraduate and graduate experience at BU and to draft academic policy. These bodies are composed of the associate and assistant deans and they are led by their respective associate provosts.

**Two new associate provosts** were appointed in 2016 and 2017, focusing on Digital Learning & Innovation and Diversity & Inclusion, respectively. These new roles address the University's burgeoning capabilities in the digital arena and the importance of enhancing a culture of inclusion at BU. Both associate provosts report directly to the University Provost, serve on the Provost's Cabinet, and are critical to the Strategic Planning process.

**Faculty Assembly** membership expanded dramatically in 2014 to give voice to faculty without unmodified professorial titles. The new definition of faculty includes all professors with unmodified titles and all with clinical, research, and of the practice titles. Also included are lecturers of all ranks. This added 483 members to the Faculty Assembly, and as of 2018–2019, 19 of the 90 Faculty Council members hold lecturer titles. This shift has broadened the issues raised and added new perspectives to the discussions.

The Faculty Assembly membership may expand further. The Faculty Council's Credentials and By-Laws Committee developed a proposal in spring 2019 to amend the Constitution to include instructors in the membership of the Faculty Assembly. This recognizes a difference in practice between the Medical and Charles River Campuses. Instructors on the Medical Campus have roles and responsibilities comparable to those of lecturers on the Charles River Campus. The Faculty Council voted on this proposal at its May 7, 2019, meeting, and an online ballot for its approval would subsequently go to the Faculty Assembly early in fall 2019.

**Standing committees** have become increasingly active and influential. The University Appointments, Promotions, and Tenure Committee has played a central role in making recommendations to the Provost for faculty tenure and promotion. New standing committees have been added, such as the Advising Network, Assessment Working Groups, BU Arts Council, Committee on Academic Program Review, and other advisory bodies. Most of these have been created in the past nine years.

**Student councils** exercise leadership, especially the Provost's Graduate Student Advisory Board and Undergraduate Student Advisory Board. These bodies advise the University about matters related to the student experience. The groups serve as stakeholders in the review of new or revised policies, provide insight into initiatives like the BU Hub, and offer a student perspective in major undertakings such as the strategic planning process. The Undergraduate Student Advisory Board planted the seed that became the BU Hub's Cross-College Challenge.

**Task Forces and Working Groups** provide shorter-term analysis and planning for important issues before the University. Current task forces focus on, among other things: Strategic Planning, Evaluating Teaching, Free Speech, Privacy, LGBTQIA+ Faculty and Staff, and Gender-Based Harassment Prevention. Completed task forces have addressed: Educational Technology and Learning Innovation, Faculty Diversity and Inclusion, Living-Learning Programs Review, General Education, and Non-Faculty Academic Research Positions, and Data Sciences at BU. The standing councils and committees provide overall guidance over time, and the more agile task forces provide focused analysis and planning on immediate issues and needs.

***Projection***

The emphasis on transparency and wide-reaching consultation in strategic planning, policy development and approval, and curricular changes is now deeply embedded in the culture of Boston University. As the University realizes its goals of greater innovation and interdisciplinarity, as encouraged by the President, its governance structure will need to preserve and exploit this consultative culture, while weighing change in the context of Boston University's mission.

The University's governance structure will continue to support the institution through inevitable changes and challenges facing all institutions of higher education, including shifting demographics and enrollment trends, new regulations, and public discourse about the value and purpose of higher education.

## Standard Four: The Academic Program

### Assuring Academic Quality

***Description***

Boston University's strategic planning provides a constant impetus to advance the University's core missions in undergraduate and graduate education. Each of the University's 17 schools and colleges contributes to the implementation of the Strategic Plan through corollary planning for academic programs of sustainable high quality that: 1) strengthen, renew, and cut across traditional and emerging fields of the arts and sciences and the professions; 2) aim to infuse teaching and learning at all levels with faculty research, scholarship, and creative activity; and 3) take advantage of the University's urban environment and international footprint. Increasingly, strategic planning is supplemented by multi-pronged evaluation of the effectiveness of current and potential programs.

Boston University conducts regular, systematic reviews to ensure the cogency and quality of all academic programs. Faculty consideration of individual courses through the schools' and colleges' course approval processes is the most localized method of assuring academic quality. Centralized appraisal coalesces around three processes: Academic Program Review (APR), Program Learning Outcomes Assessment (PLOA), and the review that occurs around curricular actions via the electronic Curriculum Approval Process (eCAP). These three efforts work together to examine the curricula and to assist in the development and evolution of academic degrees.

APR, outlined in Standard Two in more detail, incorporates internal self-examination and external programmatic comparison, and informs all decision-making (academic program content, funding allocations, strategic priorities). The outcomes of APR range from investments in infrastructure, to faculty hiring and promotions, to closures of programs.

Faculty in every academic unit participate in formulating student learning goals (highlighted in greater detail in Standard Eight) for each of the bachelor's, master's, and/or doctoral degrees the unit offers. Goals are published on school, college, and department websites and, centrally, on a dedicated Provost's site. Corresponding degree requirements are spelled out in graduate and undergraduate Bulletin pages, and are reflected in materials and tools, including program handbooks and the auditing tool, Degree Advice. These learning goals are systematically evaluated as part of the APR process and in eCAP reviews.

Faculty and administrative oversight has been buttressed by improved protocols for proposing and modifying degree programs across all locations and through all modalities. The eCAP system, overseen by the Senior Assistant Provost for Academic Affairs, facilitates the robust review of six categories of curricular actions: new degrees or certificates, new undergraduate minors, changes to existing programs, dissolution of existing programs (where faculty positions are not affected), new non-credit-bearing certificates, and new global program activities. A suite of online forms captures all academic, administrative, and budgetary information needed for review in the category of change being proposed.

The eCAP development and review begins at the local level with departmental faculty, who draft proposals to initiate or change academic programs. Although the pathway is specific to the individual academic unit, all proposals are reviewed by the department faculty and chair, full school or college faculty, and the dean. After the appropriate associate provost approves an action for full review, the proposal is sent to standing consultative bodies for vetting. The Faculty Council, Council of Deans, and other specifically identified stakeholders have 10 days to provide comment to the proposers. Barring a significant problem flagged through consultation, proposals proceed to the appropriate University Council committee—Undergraduate Academic Programs & Policies (UAPP) or Graduate Academic Programs & Policies (GAPP), comprised primarily of faculty with the addition of key administrators. Final approval is granted from the University Council, whose role and composition are described in more detail in Standard Three, for actions including: 1) new degrees or credit-bearing certificates; and 2) change in delivery format (e.g., from face-to-face to

distance or blended learning). All new program proposals must identify information technology (IT) needs and must include a Library Impact Statement to ensure that the University's pedagogical infrastructure and digital and print holdings continue to support students' use of information resources and IT as an integral part of their education. This workflow guarantees that curricular actions are sent to and commented on by reviewers who represent many disciplines and areas throughout the University.

In addition to internal review and approval processes, the University regularly seeks input and counsel from outside peer institutions and from the academy at large through engagement with groups including the Association of American Universities (AAU), American Association of Colleges & Universities (AAC&U), Reinvention Collaborative, Council of Graduate Schools, and Colonial Group. This interaction, at both the academic unit and University-wide levels, allows the sharing of practices that have significant impact in developing and evolving undergraduate and graduate programs.

***Appraisal***

eCAP was launched in fall 2011; the first round of APR occurred in spring 2012; and Learning Outcomes Assessment annual reports were first collected in fall 2013. Each process is connected to the others, and premised on the conviction that inclusive, rigorous, and regular evaluation is essential to assuring that Boston University academic offerings are well-conceived, cogent, and effective. All of these efforts are overseen by the Office of the Provost with the engagement of faculty and administration from each of the schools and colleges.

Since the University's Five-Year Interim Report in 2014, there have been 805 curricular actions, with 737 proposals approved, 49 denied or cancelled, and 19 currently under review. Each academic unit has had at least two actions undergo review. The predominant process is the change to an existing degree (not deemed a substantive change per NECHE definition), with 396 such proposals. eCAP submissions for changes require information about learning outcomes, budget, markets, and whether the proposed change is a result of Academic Program Review. The question on the eCAP Academic Component form related to academic program review was introduced in February 2015 as APR was nearing the halfway mark in its first full cycle of reviews. Since that time, 231 of the 375 approved (and pending approval) changes were the direct result of APR.

eCAP forms require proposers to state how the curricular action fits into departmental, school/college, and University strategic plans. Proposers must also outline the capacity of the department and academic unit to undertake the new program or change, with specific information on who will teach new courses and how that impacts existing course loads. Proposals for the dissolution of programs (not affecting faculty positions) must include plans for how the dissolution will be communicated to current students and how those students will complete the program. For closures that impact faculty positions, the Faculty Handbook outlines the specific process of review, communication, and decision-making.

Since BU's interim report in January 2014, there have been nearly 40 academic program reviews representing 10 schools and colleges, 24 of which were department/program level reviews. From the early spring 2012 to fall 2013 cycles, 16 reviews were completed. APR and the resulting reports informed budget hearings, faculty hiring decisions, space allocation, leadership performance evaluations, and institutional strategic priorities. The most impactful consequence of APR was the decision to fold a niche Department of Archaeology into the existing Department of Anthropology. The Department of Archaeology's 2013 APR initially resulted in a probationary status pending progress on the development of a strategic plan, strengthening of internal governance, revision of doctoral curriculum, and review of the undergraduate major. The following year, a moratorium was placed on PhD admissions, and ultimately the program was placed under the umbrella of the Department of Anthropology. APR was very effective in identifying strengths and weaknesses that informed decision-making around a once venerated program that no longer served its faculty or students effectively.

Synergetic with and also integral to the success of academic programs are the quality and availability of the physical or virtual spaces associated with teaching and learning, including brick and mortar classrooms, virtual spaces, and specialized classrooms that bridge the two instructional modalities. The Office of the Provost facilitates space planning with the academic units and establishes priorities for academic space projects. The Assistant Provost for Academic Space Planning co-chairs the Operations Subcommittee of the Space Committee and receives requests from deans or their designated representatives for space renovations or requests for new space to support new or revised academic programs. The Provost's Classroom Renovation Committee works under the umbrella of the Academic Space Planning Committee with a focus on optimizing physical classroom space on the Charles River Campus and ensuring the spaces meet the evolving pedagogical needs of faculty and the learning needs of students. The Assistant Provost for Academic Space Planning serves on this committee, and other members include faculty, the Director of the Center for Teaching & Learning, and staff from Information Services & Technology and the Registrar's office. Many of the members serve on another committee devoted broadly to teaching and learning, which allows for seamless sharing of ideas and goals. The committee is charged with the governance of classroom standards and recommending renovation projects, including technology upgrades, with faculty input. The Digital Learning Initiative ensures that virtual and hybrid classrooms are equipped with the technology needed for faculty to share information seamlessly with participants and for students to participate fully in classes regardless of whether they are physical or virtual classrooms.

***Projection***

The June 2018 Boston University-Wheelock College merger (outlined in the January 2018 Substance Change Report submitted to NEASC), included the adoption of 13 programs for the purposes of teaching out transitioning Wheelock College students. Moving forward, should any academic unit desire to make Wheelock College-based teach-out degrees permanent, the full degree approval process for new programs would be in effect.

There is some current discussion around employing review/approval bodies, such as UAPP and GAPP, to consider post-approval analyses. As eCAP proposals project one to three years of enrollment, the recap analysis could be conducted three years after initial approval and would be a first centralized check on the viability of new programs.

BU has already seen significant progress in developing tools – e.g. PhD profiles (see below) – to document student successes and challenges. To help students discern the particular knowledge, skills, habits of mind, or aptitudes they may acquire in particular majors, the 2019–2020 Bulletin includes learning outcomes for all programs, in addition to the degree requirements.

**Undergraduate Education**

Below, we describe the three areas of Standard Four related to undergraduate education (Undergraduate Degree Programs, General Education, The Major), followed by appraisal and projection of undergraduate education at Boston University as a whole.

**Overview**

In 2010, two years after it was established, the Task Force on Undergraduate Education issued its final report, "One BU: Unlocking the Undergraduate Experience." That document began to articulate a vision for transforming the undergraduate experience at BU, building on the University's considerable strengths of an excellent, large College of Arts & Sciences, an unusual array of strong undergraduate professional programs, an extensive offering of global programs, and the resources of the city of Boston. The vision centered on the 2007 Strategic Plan's call for "One BU" by eliminating the barriers between the University's separate undergraduate schools and colleges so that students could take greater advantage of the full range of programs the University offers. Creating access to, and cohesion among, BU's undergraduate programs is central to the development of undergraduate education under the leadership of a

new University Provost (2011) and a new Associate Provost for Undergraduate Affairs (2012). Those goals have gained further impetus with the need to address rising public concerns over the value of higher education by articulating—and making good on—the opportunities BU offers every undergraduate.

Key accomplishments of the past 10 years, detailed below and elsewhere in this report, include: the establishment of uniform academic policies across the undergraduate schools and colleges, including the Intra-University Transfer Policy which enables students to change their college of enrollment (as more than 800 students did in AY2018–2019); the development of a transparent, uniform process for proposing and reviewing new and revised academic programs (eCAP, see above); the doubling of the budget for the Undergraduate Research Opportunities Program; the establishment (with the University's largest gift to date) of the Kilachand Honors College, open to students in any school or college; increased opportunities for academic leaders and faculty in the schools and colleges to think about and work together on important issues in undergraduate education across the University; the establishment of minors open to all students in any school or college; the formation of the Advising Network, out of which emerged a University-wide initiative to improve academic advising (see Standard Five); and, finally, the launching of BU's first-ever University-wide general education program (the BU Hub), designed to equip students to thrive in our increasingly interconnected world.

Boston University offers six types of undergraduate degree: the Bachelor of Arts, Bachelor of Fine Arts, Bachelor of Music, Bachelor of Liberal Studies, Bachelor of Science, and the Bachelor of Science in Business Administration. Undergraduate degrees are granted by eight schools and colleges offering full-time programs to traditional-age students: College of Arts & Sciences; College of Communication; College of Engineering; College of Fine Arts; College of Health & Rehabilitation Sciences: Sargent College; Wheelock College of Education & Human Development; Questrom School of Business; and School of Hospitality Administration. The Pardee School of Global Studies issues degrees through the College of Arts & Sciences, of which it is a part. The College of General Studies, described more fully below, offers a two-year program to undergraduates who continue on to complete a degree in one of the colleges offering full-time programs. In addition, Metropolitan College runs programs and confers undergraduate degrees for part-time adult students. Typically, students apply to one of the full-time undergraduate schools and colleges through a central admissions process; part-time students apply separately to Metropolitan College. Since 2010, students may move to any other school or college within the University, except Metropolitan College, after a specified period via Intra-University Transfer. The size of the colleges varies considerably, from the School of Hospitality Administration, with a full-time enrollment of 259, to the College of Arts & Sciences, with 6,729. In all, 16,792 undergraduates (16,381 full-time) are enrolled in over 150 programs. All BU undergraduates must earn at least 128 credits for a bachelor's degree. As of fall 2018, all must complete the robust general education requirements of the BU Hub.

The Undergraduate Bulletin, the "source of sources," provides a wealth of relevant information, including official requirements for each major, general education requirements, a list of courses offered, and policies and procedures. The Bulletin functions as the University's "contract" with the student, laying out pathways toward the completion of a degree and learning outcomes, as well as rationales for degrees and programs, and career and employment possibilities once the degree has been awarded.

Boston University's merger with Wheelock College, which transformed BU's School of Education into the Wheelock College of Education & Human Development, took place in June 2018. At that point, 328 Wheelock undergraduate students and 223 graduate students elected to continue their studies at BU. Curriculum maps were created for each of the Wheelock College degrees to enable students to complete their degrees at Boston University, and a set of transition resources was created and published on BU's website. Using the curriculum maps, students moving into Boston University from Wheelock College worked closely with advisors to create individual education plans for completing their degrees. Advisors stayed in close touch with students as they adjusted to life and studies at BU, and faculty and tutors provided

support as needed. One hundred nine of the undergraduates who transitioned from Wheelock College have now graduated from BU, and 152 are currently registered in BU programs.

**Pathways and Special Programs**

The **College of General Studies** grants no degrees, but offers a two-year, team-structured, comprehensive interdisciplinary program for first-year students and sophomores who will complete a degree program at one of the other schools and colleges. As of 2019, all General Studies students matriculate in January, completing their first year in one of the two summer semesters. Most enter the CGS Boston-London program, where teams (about 80–90 students and four faculty) complete their summer semester at Boston University's campus in London, England. In both semesters, learning experiences outside the classroom—whether at museums or heritage sites such as Walden Pond or Stonehenge—are a required and integral part of the program.

**Kilachand Honors College**, a freshman-entry, non-degree-granting program founded in 2010, has been growing steadily, from 66 students in its first year to 167 entrants in 2018, and a current student body of 437. Kilachand has successfully recruited top students to the University with an average high school GPA of 3.92 and two-score SAT of 1482 in fall 2018. These averages are .21 points and 75 points higher, respectively, than the average GPAs and SAT scores of BU's entering class for that year. Focused on bringing together the liberal arts and the professions to address global challenges, Kilachand offers students a distinctive, integrated four-year "spine" of courses and cocurricular activities, culminating in a major project. Students complete the Kilachand program alongside requirements for their degrees in one of the undergraduate schools and colleges. New leadership in January 2017 has brought to Kilachand renewed energy and a refreshed curriculum. The program has experienced higher-than-expected yield on admissions in the past two years and is thriving.

In the past five years, BU has added two **living-learning communities** tailored to BU's varied housing stock: Earth House, which uses a 19th-century brownstone residence hall as the object of its investigation; and Global House, which provides residential language clusters for 10 languages and shared programing within the newly renovated historic Myles Standish Hall (opened fall 2018). Students apply to these experimental programs through BU Housing and are selected by the programs. Both programs consist of coursework as well as residential cocurricular activities.

In 2011, the new University Provost doubled the budget for the **Undergraduate Research Opportunities Program** (**UROP**), to expand the number of students who could participate in significant research projects mentored by a faculty member. In 2017–2018, UROP funded 686 applications for students working with 383 faculty members in 86 departments and programs across the University. UROP provides financial support for summer research fellowships, academic year stipends, research supplies, and travel for research and to professional meetings. UROP also runs a seminar series for students pursuing summer-long research projects (263 in summer 2018) and sponsors an annual research symposium in the fall (281 students in fall 2018). UROP also seeks and manages extramural funding to support undergraduate research, including the prestigious Beckman Scholars program and the Clare Boothe Luce Scholar Award.

Through Boston University's extensive **Study Abroad** programs—over 90 programs in more than 30 cities and 20 countries on six continents—about 40% of BU's undergraduates study abroad for a semester or more, a large percentage for an institution the size and complexity of BU. A distinctive feature of BU Study Abroad is extensive internship opportunities at many of the sites. BU's London site every summer hosts over 500 students in the January-entry College of General Studies program. Study Abroad includes specially designed programs for STEM students and students in such high-requirement programs as engineering, who are ordinarily unable to study abroad for a semester. Students with financial assistance can use their aid for BU programs.

While Boston University has long been an innovator in **online education** through the part-time graduate programs offered through Metropolitan College, the University has defined its undergraduate program as a residential experience that takes advantage of our location in Boston, Washington, DC, Los Angeles, and San Francisco, and other sites in 12 countries. By design, online programs and courses have not been a large part of the undergraduate experience at BU. Through Metropolitan College, however, BU offers an online bachelor's degree completion program that serves approximately 60 students a year. Now, prompted by the recommendations of a 2016 Working Group on Summer School and by the advent of the BU Hub, the University is developing a suite of strategically chosen online summer Hub courses, to be offered in summer 2019. If these are successful, the University will develop two or three new courses a year. These will enable BU students who are not on campus for the summer to take BU courses, rather than online or face-to-face courses at other universities, and earn BU Hub units.

The use of digital technology for residential undergraduate education has advanced significantly over the past 10 years, and is now organized under the Associate Provost for Digital Learning & Innovation, appointed in 2016. In 2014, BU awarded the first Gerald and Deanne Gitner Family Award for Innovation in Teaching with Technology, which carries a $10,000 stipend for the faculty member or team who "best exemplifies innovation in teaching by use, development, or adaptation of technology." For a further discussion of the use of digital technology in advancing student learning, please see Standard Six.

**General Education**

**Overview**

In fall 2018, BU launched its first-ever University-wide general education program, the BU Hub, which applied to 3,600 incoming first-year students. Previously, each of BU's 10 undergraduate schools and colleges had their own general education requirements, intended to ground a student's program in writing and the four broad disciplinary areas of the liberal arts. In November 2014, compelled by the need to articulate the core of a BU undergraduate education for all students, and by the recognition that undergraduate education at BU needed updating to prepare students for a rapidly changing world, the University Provost established the Task Force on General Education. This committee of distinguished faculty was charged with developing a framework for University-wide general education. The Task Force's work was guided by the refreshed 2014 Strategic Plan, which refined and articulated the University's commitment to interdisciplinary research and to "a common and compelling vision for the general education of the upcoming generation of students." Informed by research, discussions with peer institutions, and extensive conversations with stakeholders over 18 months, the Task Force on General Education anchored its vision in the University's mission statement to educate "students to be reflective, resourceful individuals ready to live, adapt, and lead in an interconnected world" and in BU's existing strengths. The vision reaffirmed the founding principles of Boston University's first president, William Fairfield Warren, who was dedicated to global engagement, lifelong learning, uniting the liberal arts and sciences with professional training, and providing education for all genders, religions, and ethnic/racial backgrounds.

Following the University Council's May 2016 vote to approve the report of the Task Force on General Education, including its recommended framework of capacities and areas and a pilot of the Cross-College Challenge (see below), the University Provost formed an Implementation Task Force, made up of 21 faculty and staff. Working in conjunction with 10 satellite committees and several subcommittees involving over 100 faculty and staff, the Task Force developed and vetted learning outcomes and specific requirements, and oversaw the operational aspects of implementation. (See a diagram of the implementation structure and a timeline of the BU Hub's development.)

The BU Hub, which is now integrated with the curriculum of BU's undergraduate schools and colleges, requires all undergraduates to develop six essential capacities that describe the knowledge, skills, and habits of mind that Boston University believes students need to thrive in their professional, civic, and personal lives: **Philosophical, Aesthetic, and Historical Interpretation; Scientific and Social Inquiry**;

**Quantitative Reasoning** ; **Diversity, Civic Engagement, and Global Citizenship**; **Communication; and the Intellectual Toolkit**. Each of the six capacities is composed of constituent areas. Students earn 26 units in the areas, which are woven into courses. Students can fulfill the requirements of the BU Hub in approximately ten to twelve 4-credit courses, although, by the end of their four years, they are likely to have encountered Hub units in significantly more courses. Each area has a set of learning outcomes developed by a cross-college group of faculty, which includes experts and non-experts in the area's related fields. The relevant learning outcomes are published in the Bulletin, on the BU Hub website, and in the syllabus of every course in the BU Hub.

While the BU Hub shares characteristics with general education programs at other universities, a number of features distinguish it from traditional general education programs and from general education programs at our peers:

1. BU Hub units are integrated into courses both in the major and out, across all four years of the curriculum, and on the Charles River Campus and at BU's sites abroad.
2. Courses can combine more than one area, encouraging faculty and students to draw connections among fields of study and ways of thinking.
3. Students can earn a Hub unit in a pre-approved cocurricular experience, drawing on and recognizing the significant educational value of learning experiences outside the classroom.
4. Building on BU's global footprint and its distinguished Writing Program that provides every first-year student a small, topic-based seminar, the BU Hub places strong emphasis on communication skills and diversity, global citizenship, and intercultural literacy.
5. The BU Hub offers students a culminating capstone experience, the Cross-College Challenge, a team-based project in which juniors and seniors from different majors work with a pair of faculty members from different disciplines to address a contemporary problem or enduring human question.

**Major or Concentration**

**Overview**

BU offers over 300 programs of study in a broad array of disciplinary and interdisciplinary fields, maintaining a commitment to its founding vision of nurturing the liberal arts and the professions.
The number of credits required for graduation varies with different majors and has a minimum of 36 and an upper limit set by the program. Some high-credit majors are guided and certified by such professional accreditors as the Engineering Accreditation Commission of ABET. Over the past eight years, BU has made an effort to standardize policies for major programs across the University. All majors now have learning outcomes associated with them, and these are published in the Bulletin and on the University's Learning Outcomes Assessment website. Requirements for each program are described in the Bulletin, along with an explanation of the nature of the field of study and careers students subsequently pursue. Additional information is published on department/program websites. Career data can be found in the First Destination Survey.

***Appraisal***

The past 10 years have demonstrated Boston University's capacity for significant changes in undergraduate education. Those changes involve operational shifts and transformations in self-conception and fundamental working relationships across the University. As the University becomes "One BU," the notion of the schools and colleges as free-standing and autonomous has had to change. As educational technology and new teaching and learning research have changed the classroom, an understanding of excellence in education has had to shift. As University-wide programs like the Kilachand Honors College and, most significantly,

University-wide general education, have evolved, such issues as the staffing of a curriculum shared across the University have required new thinking about the relationships of some departments and schools/colleges with students outside of their fields and about the curricular needs and ideas of colleagues in other parts of the University. The conversion of the College of General Studies to a January-only entry program with an all-new summer second-semester abroad has required creativity, ingenuity, and much challenging curricular work on the part of the faculty, as well as logistical work on the part of the staff in Boston and London. The merger with Wheelock College and the creation of BU's Wheelock College of Education & Human Development have required faculty and staff in that college to rethink themselves. This transformation is a work in progress, and the University has seen remarkable willingness among the faculty and staff to undertake such change. There is widespread support for the direction that BU is headed.

There does remain, however, some faculty resistance to a University-wide general education program, partly around disagreements with elements of the program; partly around reduced individual college/school autonomy that comes with a shared, University-wide curriculum; and partly around new pressures exerted on high-requirement majors. Nonetheless, faculty submitted an unexpectedly large number of courses for inclusion in the Hub in the first year.

The BU Hub launched in fall 2018 with 314 courses and cocurriculars representing 809 sections with 12,708 seats occupied by first-semester freshmen. There are currently over 1,000 courses approved for the BU Hub, with an additional 70 courses in the approval queue. We expect 601 courses to be offered in fall 2019. Some areas of the Hub may be over-represented in the course offerings, and a few are, at this stage, slightly underrepresented. Sustaining the momentum to close the gaps and reach a balanced, steady-state offering of courses is the next challenge.

The Center for Teaching & Learning has extensively supported the revision and development of courses for the BU Hub through information sessions, online guides, workshops, institutes, and individual consultations. Since spring 2017, 312 faculty have participated in these programs. To date, over $500,000 in stipends has been distributed to faculty through the Center for Teaching & Learning for participation in the center's Hub-related programs.

Now beginning its second year in fall 2019, the BU Hub has been transformational in ways both expected and not:

1. The option of combining Hub areas within a single course has led to the revision of over a thousand courses, with the attendant opportunity for faculty to think more intentionally about interdisciplinarity and about how they teach the skills called out in the Hub's "Intellectual Toolkit."
2. The Hub prompted the University to develop a new approach to transfer students and transfer credits: transfer students who will come in under the BU Hub in fall 2020 will follow a special BU Hub transfer curriculum, which recognizes their previous coursework while enabling them to participate in the BU Hub. A corollary is that, while transfer courses will continue to be evaluated and used for major, minor, and elective credits, four-year students will earn their BU Hub units in Boston University courses.
3. The Hub has provided an opportunity to forge closer relationships and coordination between the Charles River Campus and the Study Abroad sites. Staff from the Center for Teaching & Learning have travelled abroad to work with faculty transforming courses, and they have hosted faculty workshops for the Study Abroad faculty and staff on the Charles River Campus. The result is the growing integration of the curriculum across our sites and a greater sense of belonging to a shared enterprise for faculty and staff at BU's international locations.

4. The two successful pilots of the Cross-College Challenge proved that the experience of working across disciplines on a project is demanding and rewarding for both faculty and students, and that scaling, as expected, will be a challenge.

5. The Hub added leverage to the University's initiative to provide truly outstanding academic advising and necessitated an overhaul of the Bulletin.

6. Implementation of the BU Hub exposed weaknesses in past practices and processes and highlighted the limitations of our current, home-grown Student Information System, which is being phased out. It revealed the varied scheduling practices covered by "cross-listing" and has given rise to a new policy and a cleaner, clearer set of expectations which, among other things, clarify the standards for undergraduate–graduate cross–listed courses. Weekly, problems are surfaced, and we devise ways to address them. One result has been a much closer relationship and the growth of mutual understanding between the academic programs and the University's operational units.

The Earth House and Global House Living–Learning Communities are benefitting students and serving as pilots for future growth of such programs. If the Strategic Planning process identifies living-learning communities as an important part of BU in 2030, a vision of the role of such programs in undergraduate education and the development of a highly visible, well-advertised suite of programs will be required to leverage the advantages of living-learning communities as high-impact practices at BU.

At BU and across US higher education, the sciences, computer science, and business have experienced increased enrollments and their attendant pressures, while the humanities and related fields have seen declines. Computer Science, for example, has increased from 120 majors in fall 2009 to 762 majors in fall 2018, while English has declined from 381 to 197 during the same period. This change necessitates the shifting of resources, as well as increased efforts in humanities and the humanistic social sciences to provide concrete evidence of career outcomes for their majors. It also encourages the development of new courses, and more specific descriptions of those fields of study. Faculty in the humanities and such humanistic social sciences as history, where enrollment pressures are not tying them to their home departments, are playing significant roles in such University-wide programs as Kilachand Honors College.

***Projection***

There have been many changes in undergraduate education at Boston University in the past 10 years, and much is unknown about the evolution and long-term success of those initiatives. Ongoing assessment of programs, old and new, and strategic planning are crucial for guiding the way forward.

In addition to Academic Program Review and learning outcomes assessment of programs within departments, the following assessments are underway or planned:

1. An ongoing assessment and governance structure for the BU Hub is newly in place (see the diagram in the NECHE workroom). Department and college-level assessment of Hub learning outcomes will be reported up through existing college and University assessment committees to be considered by the BU Hub Council. The BU Hub Council, made up primarily of faculty, will analyze data on enrollment and course and degree-taking patterns in order to adjust learning outcomes and requirements.

2. The College of General Studies has a robust assessment process for its innovative Boston-London program. This will gauge its effect on student learning and on recruitment, retention, and graduation rates.

3. The progress of students who transitioned from Wheelock College to BU is being carefully monitored, with support provided as needed.

4. The online summer courses currently being developed will be assessed for student learning, enrollment, and access.
5. The increased coordination and collaboration between Study Abroad and the Charles River Campus will be encouraged and may include the development of more formal structures for review and discussion.
6. A structure for reviewing the current living-learning programs is being established to gauge their effectiveness and provide a basis for planning for future programs.

**Graduate Education**

***Description***

With 16,630 (Standard 5.2 Data First Form) students in more than 400 professional degree, master's, and doctoral programs offered in person, online, and in hybrid formats, graduate education is an essential dimension of Boston University's mission. The University trains students for careers in well-established professions like law and in emerging areas like business analytics. It prepares PhD students for careers among the professoriate and for pathways in industry, the nonprofit world, and government.

Recognizing the changing character of white-collar job markets in the United States and beyond and considering the nonlinear career trajectories of early career professionals entering the job market today, the University set out four years ago to extend the reach of our post-baccalaureate programs by developing new programs. Those efforts have resulted in the growth of non-PhD enrollment by nearly 14% over four years, from 11,743 students in fall 2014 to 13,363 in fall 2018. Boston University offers nearly 300 master's degrees and graduate certificate programs across 16 of our 17 schools and colleges. These cover the professional and intellectual landscape, from our MBA program at the Questrom School of Business to our School of Social Work's MSW and a Master of City Planning offered by BU's Metropolitan College. The College of Health & Rehabilitation Sciences: Sargent College bestows graduate degrees, including doctorates, in physical and occupational therapy. Building on its highly respected juris doctor program, BU's School of Law has developed master's programs in American Law, International Business Law, and Banking and Finance Law. And our College of Fine Arts trains students in graduate programs ranging from art education, music theory, and composition, to graphic design and painting.

BU recognizes that not all students can attend full-time or study on our Boston campuses. As career changes become increasingly common, we expect to see growing interest in online and hybrid degree programs among students who are employed, established in communities, and may have family obligations. Boston University currently offers more than 120 online and hybrid degree programs and stand-alone classes (via MOOCs and Micromaster's), including many offered for-credit and not-for-credit. In fall 2018, BU had 2,802 students enrolled in online graduate or professional programs. To reach beyond our residential population, BU also offers degree programs offsite. For example, our MSW program is available to students in Bedford, Fall River, Worcester, and in the Cape Cod region of Massachusetts.

Our master's degree programs are taught at higher levels than our undergraduate degree programs in the same substantive areas. While the typical master's degree requires 32 credits, the specific credit requirement varies by program, reflecting the standards in different professional fields. Programs range from 24 credits—which is the standard in many LLM programs—to 65 credits (e.g., MFA in Screenwriting). In general, master's programs with a higher number of credits at BU either have professional licensing or accreditation requirements (e.g., MA in Mental Health Counseling and Behavioral Medicine), or they represent the terminal degree in a given discipline, such as the MFA.

Our LLM is unusual in credit terms. While nationally, LLMs are typically less than 30 credits, the American Bar Association sets no standard credit count for the degree. Many LLM students are internationally credentialed lawyers, and many intend to take state-level bar examinations after completing their LLM, as

some states permit LLM graduates to qualify for their bar upon completion of the LLM with a specified number of credits (e.g., NY and MA require 24 credits, and CA requires 20).

The reach of our master's programs is global. In fact, our international master's student population has grown from just over 20% of our total master's enrollment in fall 2014, to over 30% in fall 2018, and many BU students study internationally as part of their graduate degree programs. In our School of Public Health, over 40 students participated in practica abroad in the 2016-2017 academic year in countries including Cameroon, Lebanon, and Nicaragua. BU's Goldman School of Dental Medicine offers externships in Guatemala, Mexico, and Nicaragua.

While there is considerable variation across programs, roughly half of the students enrolled in our graduate certificate, master's, or professional doctorate programs are women, and 13.7% are underrepresented minority students. We support these students in various ways, including student-run groups such as the Graduate Women in Science & Engineering (GWISE) organization, which offers programs to support women PhD students in STEM at Boston University in areas ranging from professional development to community service and stress reduction.

Boston University has a broad range of PhD programs. While the heart of professional programs is classroom work and practica in various forms, the essence of PhD education is original research. At BU, 68 PhD programs train students to become scientists and scholars. Of these, 49 are offered on the Charles River Campus, and 19 are on our Medical Campus. In fall 2018, there were 2,310 students enrolled in our PhD programs, and more than 2,000 were on the Charles River Campus.

Our PhD programs are highly competitive. For enrollment in fall 2018, we received more than 8,000 applications and accepted fewer than 1,200 students. More than a third of those accepted came to BU. In 2018, BU awarded 318 PhDs, and our students had a median time to degree of 5.7 years. Many benefitted from a full-funding model that began in fall 2013. Prior to that time, only some of our PhD programs guaranteed all admitted students tuition and stipend support for a specified period of time. Beginning in 2013, on the Charles River Campus, the University required all PhD programs to guarantee all admitted students five years of tuition and stipend support. Programs in fields with significant external research funding typically provide students with 12 months of support annually ($33,600 stipend for the current year), while other programs guarantee support for the academic year ($22,400 this year) and try hard to provide additional funding for the summer. PhD programs on the Medical Campus typically guarantee 12-month stipends for five years. As is the case at research universities across the country, a mixture of internal and external funding supports our PhD students. Those include teaching fellowships, "non-service" fellowships, faculty research grants, and research fellowships awarded to individual students.

One growing consideration for modern PhD education is finding an effective balance of disciplinary and interdisciplinary training. Disciplinary PhD programs, focused on the generation of new knowledge, are still the predominant venue for graduate education. At the same time, Boston University is acutely aware of the growing importance of integrating approaches and perspectives from traditional disciplines to advance knowledge at the cutting edge and address modern societal challenges. At present, BU has two University-level interdisciplinary PhD programs that span schools/colleges and departments. The Graduate Program in Neuroscience and the Bioinformatics PhD program are overseen by the Associate Provost for Graduate Affairs. Each has a program director and affiliated faculty who offer courses and recruit students to work in their labs or with their research groups.

BU continues to expand resources for PhD students. As we describe below, the University will soon launch online PhD program profiles. These profiles will help the University monitor program quality, will offer a window into our programs for prospective students, and will encourage program transparency in ways advocated by the AAU and other organizations. In 2014, BU was selected as one of 17 National Institutes of Health Broadening Experiences in Scientific Training (BEST) programs nationally to support career development and exploration for biomedical PhD students and postdoctoral scholars. In addition, the Office

of the Associate Provost for Graduate Affairs, in collaboration with BU's Center for the Humanities, last summer inaugurated paid internships for PhD students in the humanities at major Boston cultural institutions.

In 2015, the Office of the Provost created a Professional Development & Postdoctoral Affairs office (PDPA), which now provides comprehensive professional development for doctoral students. In addition to our local investment in this work, PDPA has obtained funding from the National Institutes of Health and National Science Foundation to support professional development programs for PhD students and postdoctoral scholars.

In 2017, the Task Force on Graduate Student Professional Development met with key stakeholders to discuss ways to enhance resources for doctoral students. The task force report, issued in February 2018, led to the hiring of a full-time staff member to oversee the development of centralized workshops for students and the restructuring of PDPA to better serve the professional development needs for PhD students in all fields. We also established a PhD Professional Development Advisory Group, which includes faculty, staff, and students, to guide our efforts going forward.

The University encourages PhD students to become responsible members of the research community and of society at large. Responsible Conduct of Research (RCR) training—required for many students on grant funding—consists of online modules as well as live workshops led by volunteer faculty mentors. Discussions are driven by case-based scenarios and include topics such as conflict of interest, peer review, collaborative research, and responsible authorship and publication. In the past 10 years, nearly 2,300 BU graduate students have completed the RCR program.

BU's efforts to build diverse and vibrant PhD programs include collaboration in a $3 million National Science Foundation Alliances in Graduate Education and the Professoriate program. This program is focused on creating more inclusive research climates for URM PhD students and postdocs in fields across the sciences, engineering, and the social sciences. Our research focus is on evidence-based elements of mentoring, academic expectations, and community that affect URM persistence in faculty career pathways. Data from an annual climate survey informs the work that we do in collaboration with 10 STEM and social and behavioral science departments. The University has organized initiatives (e.g., discussions and workshops) to support graduate student and postdoc literacy on bias, as well as strategies for effective peer-to-peer mentoring interactions. We have also provided mini-grants to support faculty development opportunities and will launch a new mentoring award to promote effective mentoring practices. In addition to grant-funded work, BU supports community events for underrepresented graduate students and activities organized by student organizations like Out in STEM and the Underrepresented Graduate Student Organization.

BU is committed to building a pipeline of women in STEM fields and is proud to be a Clare Boothe Luce–designated institution. The Clare Boothe Luce Program aims to increase the participation of women in the sciences and engineering and is the single largest private source of funding aiming to achieve that goal. The program provides resources that enable us to recruit PhD students with outstanding potential and provides funding to support them while they are here. The program also provides resources to support young faculty and undergraduate women in science.

One of BU's most vibrant student organizations is Graduate Women in Science & Engineering. This group creates a supportive community for women in STEM graduate programs and offers programs ranging from athletics and professional development to tutoring of school-aged girls and book groups.

Published learning outcomes for graduate programs ensures transparency and helps us certify that our programs achieve their stated objectives. The publication of learning outcomes by program on individual departmental and school and college websites, as well as on the Provost's website on Learning Outcomes by Programs and on the newly developed graduate education website, helps students select

programs best matched to their educational goals. Students who complete a graduate program must demonstrate that they have acquired the knowledge and developed the skills that are identified as the program's objectives through ongoing learning outcomes assessment. Graduate programs, including credit-bearing certificates, have individual, comprehensive assessment plans that assign measures to each stated learning objective for the program and set a schedule for assessing each over time. Programs report annually on their process, findings, and actions taken in response.

***Appraisal***

Although rankings cannot tell the complete story of our graduate programs, (there are no program rankings for many disciplines) we are proud of the *U.S. News & World Report* assessments of many of our graduate offerings. Our Occupational Therapy program is ranked number one in the country, and BU's physical therapy program is ranked 14. Our Social Work program is ranked number 10, and our law school is ranked 23 among *U.S. News'* best law schools. Among medical schools, our primary care program is ranked 41. Many of our PhD programs are highly regarded nationally, including our Biomedical Engineering Program, which is ranked ninth nationally.

Grant and fellowship funding also document the excellence of research training in our PhD programs, and BU faculty and students have been awarded significant funding. BU has 17 current National Institutes of Health T32 training awards, with 13 based on our Medical Campus and four based on our Charles River Campus. We have two institutional National Science Foundation Research Traineeship programs, one in neurophotonics and one focused on urban environmental challenges. Our PhD students are also competitive in securing funding for their own research. Since 2015, 53 PhD students have been awarded National Science Foundation Graduate Research Fellowships, and 19 students have received honorable mentions.

The quality of our PhD programs is evident in the employment outcomes for our PhD graduates. For the 2007 and 2008 graduating cohorts, 26 (3.93%) are in tenured positions at institutions ranked in the top 100 of *U.S. News & World Report*'s Best Colleges rankings. At five years after graduation for the 2012 and 2013 graduating cohorts, 63 (9.31%) were in tenure or tenure-track positions in the top 100 institutions. Our PhD graduates have also seen great success outside of academia. Among our 2007 and 2008 graduates, at 10 years after graduation, 12 are leading firms they founded; an additional five work in senior leadership roles at firms ranging from Amgen to Bank of America. Among our 2012 and 2013 graduates, 13 are leading organizations they founded; an additional six are working in senior leadership roles, including a Vice President at JP Morgan Chase.

For over 15 years, the Distance Education office has worked with faculty on the development and delivery of high-quality, award-winning online courses that are equivalent to the face-to-face experience in engagement, learning outcomes, and student satisfaction. For the past several years, the office has been helping the online programs implement the University's credit assignment guidelines.

In 2016, leadership team members from Distance Education joined in a Metropolitan College task force to align MET's online teaching methods with the guidelines in the credit hour policy. The task force developed an Excel workbook template to help faculty calculate the total number of contact hours in their courses.

In parallel, the office trained its team of instructional designers to assist faculty in finding ways of increasing engagement and contact hours. Strategies include increasing the frequency and variety of "Live Classroom" sessions and topics, interactive practice quizzes, class surveys, and other opportunities for meaningful asynchronous interaction. A student employee helped calculate the total number of contact hours in all of the MET courses in order to establish a baseline for every course.

In 2018, a new position, Educational Quality Improvement Specialist, was added to Distance Education. This specialist collaborates with the Assistant Director of Educational Technology & Production and advises the College of Fine Arts on the formation of its own task force for contact hours. Live sessions,

conducted with the Zoom web conferencing tool, are a vital component of BU's online courses and have significantly increased the number of contact hours in many online courses. In the coming year, the Educational Quality Improvement Specialist will analyze existing data on Live Classroom adoption over time. Looking ahead, Distance Education plans to work with the Associate Provost for Graduate Affairs on a more thorough implementation of the credit assignment guidelines in several other large non-MET online programs.

***Projection***

In professional degree and PhD programs, BU continues to offer graduate students an excellent education, and the University remains competitive with our peers. With responsibility for graduate education highly decentralized at BU, it is crucial that supportive programming exists at the University-wide level, complementing career and professional development in schools/colleges. While many professional degree programs offer excellent support for students in areas like career advice, schools/colleges and programs have different capacities to do so. Over the past year, the Office of the Associate Provost for Graduate Affairs has undertaken a comprehensive assessment of student services for professional degree programs at BU and has examined practices at universities nationwide. This has led to efforts to extend services offered by our Center for Career Development and our Student Health Services to our professional degree students. Most recently, the Center for Career Development launched a smart resumé platform, VMock, for all students, including graduate and professional degree students. As of 2017–2018, online students have access to central career development resources. The University is now training staff and faculty who work with graduate students through our Terriers Connect program, which helps identify signs of distress, develop effective skills for communicating with and supporting students, and provide accurate information about referrals to mental health professionals.

BU is also developing a "health" monitoring system for our professional degree programs to supplement data from learning outcomes assessment with additional metrics. Using a combination of enrollment, graduation, financial aid, and employment opportunity data, this system will identify for further review programs that run the risk of underserving students. This system will allow us to better examine programs across crucial dimensions, such as course enrollment patterns and completion rates, and to respond quickly to potential concerns.

Our soon-to-be published program profiles will allow similar health assessments for our PhD programs. Beyond the public profiles (described above), additional data will be available to the University community through a password-protected website. Data in this internal section of the profiles will allow us to compare our performance on key indicators with those of our AAU peers. We are also developing a milestone tracking system, which will allow programs to systematically understand and act on the timing of student achievement of key milestones (e.g., passing the qualifying examination) and the extent to which students are achieving markers of scholarly success, such as peer-reviewed publications and awards.

Boston University is committed to offering PhD education for the 21st century. A central piece of that education is professional development programming, including workshops that enable our students to develop skills of use, whether they seek careers in the academy or beyond it. We have set the stage for this work by reorganizing our Professional Development & Postdoctoral Affairs office and hiring a staff member to organize professional development workshops and aid departments in their own professional development efforts.

BU will also increase efforts to encourage diversity and inclusion. In 2017, our 2,000 PhD students included only 43 African American students, and 104 Latinx students. While individual departments and some schools and colleges have already developed recruitment and retention strategies focused on increasing diversity, there has so far been no University-wide coordination of those efforts. In fall 2017, BU welcomed its first Associate Provost for Diversity & Inclusion, and the Associate Provost for Graduate Affairs recruited two faculty members to serve as faculty fellows for

diversity and inclusion. Working with others across BU, they are developing strategies, programming, and initiatives to build a more diverse PhD applicant pool, provide workshops that reduce unconscious bias in the admissions process, and create a more inclusive culture at BU.

The University also plans to improve policies that affect graduate education. Many graduate student academic policies are drawn directly from our comprehensive undergraduate policies and are not appropriate for graduate students. After a systematic assessment of our University-wide graduate policies and a survey of policies at our peer institutions, the University has outlined a strategy for developing and implementing policies in areas ranging from plagiarism to vacation time for PhD students.

Interdisciplinarity will continue to be a major focus of our graduate education agenda. The President has, for example, appointed a Committee on Data Sciences, to explore the future of data science at BU. The primary charge for that committee is to the consideration of how best to develop and implement interdisciplinary data science graduate programs.

**Integrity in the Award of Academic Credit**

***Description***

Faculty and staff at Boston University work energetically and systematically to ensure continued academic integrity. Across the 17 schools and colleges offering educational programs, appropriate discretion is given locally pertaining to the selected content, format, and delivery of coursework. Revisions to academic programs and the implementation of new courses and programs are reviewed and approved through proscribed mechanisms, first locally and then centrally. The Center for Teaching & Learning (CTL) offers faculty support in teaching new material or teaching in varied or new ways. For example, when the Boston University general education program, the BU Hub, was being developed, the CTL offered workshops and seminars for faculty to envision, draft, and implement a range of courses utilizing new methods. Alongside the CTL, the General Education Committee (GEC) reviewed course proposals, offering valuable feedback to the content and expected outcomes. Staff had similar support; the Director of Hub Advising launched a series of committees bringing staff from all undergraduate programs and central services such as the Office of the University Registrar and the Writing Program, to consider, develop, and refine shared policies and practices that buttress the new program. At the graduate level, the Graduate Admissions Working Group was convened to facilitate development of shared practices among graduate program offices and shared central services such as the International Students & Scholars Office and the Office of the University Registrar. In all programs, regardless of campus or geographic location, in brick and mortar or virtual classrooms, faculty and staff working under the academic leadership in the Provost's office maintain a high level of vigilance to ensure there is a consistent application and evaluation of processes, policies, and systems toward the goal of offering programs distinguished by their rigor, quality, and effectiveness in educating students.

Common processes, such as the electronic Curriculum Approval Process (eCAP) enable new academic programs and updates to programs to be reviewed centrally under a standardized workflow supported by OnBase software. eCAP applies to all degree and certificate programs offered by Boston University. Existing coursework and syllabi are reviewed at the department and school level, as well as in regularly scheduled Academic Program Reviews conducted formally by the Provost's office. Additional curriculum development support structures were developed for the BU Hub. The work of the GEC was supported by staff in the Provost's office, Enrollment Services Operation, the Office of the University Registrar, and Analytical Services & Institutional Research, who collaborated to develop a shared database of the courses and the steps to implementation of the discrete BU Hub-approved courses into each undergraduate academic major and minor.

Each academic unit reviews its inventory of courses regularly, as classes are scheduled for the coming semester and/or academic year. A collaborative enrollment planning approach taken with the Office of the

University Registrar aids in detecting courses that are consistently over-enrolled or under-enrolled, identifying those that are degree program requirements and need to be offered regularly, and ensuring a distribution of courses across the hours of the day to allow students to have access to a variety of courses both within their major field of study and outside it. This planning ensures that students can finish their academic programs within the intended periods of time.

Applying common academic policies (and guidelines) wherever possible across the University sets the parameters for program directors to offer programs and for faculty and academic directors to evaluate their effectiveness and ensure consistency and integrity of academic credits. For that reason, the University implemented a common credit hour policy in 2015. The policy ensures that each credit awarded aligns with an equitable amount of work within the graduate or undergraduate classroom, be it online, in blended format, in a brick and mortar classroom in Boston, a virtual classroom in India, or a Study Abroad program in London. The graduate and undergraduate schools and colleges had considerable latitude in implementing the policy. Some schools, such as the School of Law, have additional professional accreditations that dictate a common curriculum and expectation of classroom hours. The College of Arts & Sciences, for example, reviewed each of its 4-credit courses to ensure that the totality of work completed in class, in discussions, and outside of class met the stipulations of the credit hour policy. Other shared policies and practices further support program effectiveness.

The Associate Provost for Undergraduate Affairs has successfully implemented the practice of shared academic policies at the undergraduate level. Policies utilized in all undergraduate programs include the "Academic Conduct Code," "Academic Standing for Undergraduate Students," "Pass/Fail," "Incomplete Grades," "Academic Residency," and "Transfer of Undergraduate Credit from U.S. Institutions." These provide clearly articulated provisions for all undergraduates. Graduate programs have also adopted some standard policies, such as "The Childbirth and Adoption Policy for Full-Time PhD Students," and the programs work together to establish common systems and practices for graduate admissions. The Associate Provost for Graduate Affairs has begun a review of policies for graduate students, and, working with the Graduate Council, is in the process of creating single, unified policies when possible. Graduate and undergraduate program directors, faculty, and staff observe semester-based Satisfactory Academic Progress review for students regardless of their financial aid status. The program is operating in accordance with the compliance requirements for receipt of federal financial aid.

Boston University remains vigilant with respect to integrity in the award of credit, grades, and degrees. All undergraduate degrees exceed the nationally recognized threshold of 120 credits, requiring at least 128 credits. All undergraduate programs can be completed in four years of full-time work. Credits required for master's programs range, in accordance with disciplinary standards, from 32 to 65. Post-bachelor's PhD programs require a minimum of 64 credits, and post-masters require at least 32 credits. Courses and programs offered abroad, via distance learning and for abbreviated time periods such as six-week Summer Terms, are evaluated by the same faculty bodies and subject to the same criteria as on-campus semester-based offerings.

BU offers six types of bachelor degrees, 25 types of master's, 11 varieties of doctorates, and three credit-bearing certificates. As described above, there are several mechanisms in place to ensure each degree program has appropriate course requirements and means of assessment. When planning a new degree, proposals must provide information on comparable programs including degree titles, number of credits, and program requirements to assure that, while the University is able to innovate as new disciplines emerge or existing disciplines meld, there are programs with similar degree designations at peer institutions.

Boston University offers qualified students the opportunity to pursue a number of attractive dual degree programs at the same (undergraduate, master's, or doctoral) or successive levels. Review of policies in place for specific degree combinations will produce a general policy for sharing of credit, to ensure the integrity of each degree.

Academic residency and transfer credit policies stipulate that all undergraduates must complete a minimum of 48 Boston University credits and must meet all specific requirements for upper-level coursework in their chosen field of study. No graduate program accepts more than eight credits in transfer.

University-wide systems and vended and proprietary software support the work of faculty and staff in ensuring student success and progress through their educational programs. All schools and colleges share the Student Information System (SIS), the Academic Data Warehouse, and the Enterprise Resource Planning System. The medical, dental, and law schools have made enhancements to the proprietary SIS that reflect their specialized educational programs. Examples of other systems include:

1. Blackboard, a learning management system, is used across the Charles River Campus, the Medical Campus, and in online programs to enhance faculty to student communication, sharing documents and assessments.

2. Learning Outcomes Assessment software from CampusLabs is used to catalogue the learning outcomes and assessment tools for programs across Boston University.

3. Ellucian Degree Works is integrated with the Student Information System, and offers an invaluable tool for students, advisors, and administrators to plan, to model potential changes to another program or major, and to assess student progress toward graduation. This resource has taken on new importance with the introduction of the BU Hub competency requirements for freshmen in fall 2018. The utility of Degree Advice is also particularly important to graduate students whose relatively shorter academic programs leave little room for error in meeting graduation requirements.

4. The Transfer Evaluation System from College Source provides potential and enrolled students with information about how their external credits may be evaluated by subject matter experts in the schools and colleges, in International Admissions, and in Study Abroad offices.

5. Turnitin is employed by some faculty to allow students to check their papers and projects for unintended plagiarism prior to submitting their work.

6. Kaltura is one of several tools used by faculty designing effective digital tools for student learning.

7. The Digication Portfolio software is used across Boston University by faculty and programs, particularly the undergraduate Writing Program.

8. Adobe's Creative Cloud software is available free of charge to all BU students; faculty, particularly those in the College of Communication, have effectively deployed Creative Cloud software into classes and projects.

The policies, processes and systems employed in all learning milieus, including those away from the Boston campuses, such as Study Abroad programs, aim to ensure the same high-quality academic experiences are enjoyed by all Boston University students regardless of learning platform or location. The work of the Academic Space Planning Committee also supports the quality and optimal growth of academic programs in brick and mortar classrooms, and the Center for Teaching & Learning, Digital Learning Initiative, and Information Services & Technology work together with specialized staff at the school and college level to ensure that blended and online courses are of the highest quality.

***Appraisal***

Over the past 10 years, multiple improvements in policies, processes, and systems have enabled BU to better ensure integrity in the award of credit. Central principles informing these improvements include:

- Increasing diversity and inclusion;
- Creating central platforms to ensure that information, systems, and processes are accessible and communicated;
- Creating a common standard and space for graduate programs while recognizing they may have an additional set of accreditation standards, diverse learning outcomes, and requirements that reflect the historical discipline practices; and
- Continuous monitoring, evaluation, and improvement of systems, practices, and policies.

The range of programs across all the campuses and locations of Boston University requires a strong central infrastructure of systems, faculty, and staff that see the bigger picture and strive for consistency and excellence in program delivery and outcomes.

*Diversity and Inclusion*

The breadth of BU's academic offerings requires us to ensure that all students can access BU's services, and that none are inadvertently excluded. This includes international students, first-generation students, online students, and students who require disability accommodations at all levels. In the classroom, these improvements are seen in more accessible spaces, assistive listening capability in all renovated spaces, software such as Lecture Capture, and common advising principles laid out through the BU Hub (general education) space. Systems such as Simplicity, used by Disability & Access Services, enable the University to better provide accommodation for the needs of all our students. Outside of the classroom, this is represented in more extensive career development and experiential learning options and in an expanded role and updated physical space for the Howard Thurman Center for Common Ground.

The online student population is another area of focus for inclusion. Staff and faculty designing and managing online programs strive to ensure that participants have access to services such as mental health counseling referrals and advising.

Because BU must ensure the same opportunities across learning modalities, Distance Education staff have been committed to finding ways to deliver high-quality online experiences that focus on meaningful interactions and engagements in virtual classrooms. A key goal here is the implementation of the University's credit assignment guidelines. In 2015, Metropolitan College (where Distance Education is housed) created a task force to align MET's online teaching methods to guidelines in the credit hour policy, creating useful tools and better training of instructional designers. Strategies include increasing the frequency and variety of "Live Classroom" sessions and topics, frequent interactive practice quizzes, class surveys, and other opportunities for meaningful asynchronous interaction. The introduction of new software and applications such as the Zoom web conferencing tool has facilitated these live sessions and increased the total number of contact hours in online courses. In 2018, a new position, the Educational Quality Improvement Specialist, was added to the staff of Distance Education, which should help further focus efforts and research data on this issue.

*Centralized Platforms and Spaces for Information Sharing and Communications*

Boston University's academic leadership has supported the addition of vended products as well as systems developed in-house to meet the needs of the learning community. The additional systems have changed the landscape around information sharing, with considerable benefits to the academic experience. In addition to the systems described above, other systems have been employed across all schools and colleges that enhance the experience of students, faculty, and staff.

1. 25Live classroom scheduling software from CollegeNet was implemented for use beginning in the spring 2017 semester at the Charles River Campus and in fall 2017 at the Medical Campus. The Study Abroad Program staff intend to utilize the program. In addition to supporting academic scheduling, the software provides all members of the BU community transparency

into physical and technological accessibility, as well as other information about academic space. The software also produces reports of contact hours and utilization of spaces. While time in the classroom is only one component of the award of academic credit, it is the most visible and can signal a need to review syllabi or add scheduled sections (labs, discussions) that may not carry academic credit, but contribute hours and student effort toward the award of credit.

2. The online Bulletin is a centralized resource of policies, program requirements, and course offerings. Using WordPress and GatherContent, users edit websites. The process is managed centrally by the Provost's office and the Registrar's office, with support from Marketing & Communications and Information Services & Technology. The content and structure of the Bulletin are updated annually, with a focus on accuracy and ease of use. For example, a robust course search was built out for use in 2018 to further support implementation of the BU Hub. The Bulletin is archived each year, and the archives are available to the BU community and the public.

3. The Assistant Provost for Academic Assessment chairs a Task Force on Evaluating Teaching, with representation from faculty and staff in undergraduate and graduate schools, the Registrar's office, Digital Learning & Innovation, the Center for Teaching & Learning, and the Provost's office. The Task Force's work includes revising the current student course evaluation form to reflect innovation in this area by AAU peers and to suggest a multi-factorial means of assessing faculty teaching and student learning, with a focus on faculty development. The Task Force members' work is synergistic with a pilot for online student course evaluation on the Charles River Campus using Campus Labs software.

4. Identity and Access Management systems ensure that students participating in classes are the students who applied and were accepted to these programs, a review that is particularly critical in online courses.

***Projection***

Looking ahead, these same principles are likely to shape our commitment to the integrity of credit at BU across all student populations in all locations and modalities. Some areas already under consideration:

1. **Inclusivity and meeting diverse student needs** will continue to be prioritized, as we consider better support mechanisms. We will continue to improve our classrooms and learning spaces to support better learning through updates that include better furniture, better sightlines, lecture capture, and further ADA compliance. We also expect that more unified policies across campus will continue to clarify and improve the academic experience for all students.

2. As **online and blended programs** grow, we will improve our systems to better communicate the requirements and particularities of blended courses and identify these to students. These courses are subject to close review of content and time with faculty by Distance Education.

3. **Course evaluation systems and processes** will also be improved. As discussed in the Appraisal Section, a Task Force chaired by the Assistant Provost for Academic Assessment will lead the development of a more robust system of course evaluation that includes multiple means of evaluation (peer reviews, midterm evaluations, teaching portfolios) and other feedback mechanisms. The Task Force also seeks a platform to respond to student requests for online information from their peers about the characteristics of classes which they are considering prior to registration. As the approved recommendations are implemented, evaluation and feedback will be sought to ensure that the desired outcomes and evolving needs are met.

4. **Greater oversight and understanding of graduate student programming and practice:** As the higher education landscape changes and we increasingly contemplate such new forms of academic

recognition in the graduate education realm as "stackable credentials" and "badges," Boston University is committed to fortifying review processes, ensuring the meaning and value of credits provided to students who participate in these programs.

5. **Critical evaluation of external credit** presented by transfer students and external credit earned by continuing students during their BU education helps to ensure the integrity of credit awarded for each degree. This evaluation is a collaborative effort among schools and colleges, the Global Programs office, when applicable, and the University Registrar's office for undergraduate students. At the graduate level, the schools and colleges are responsible for ensuring that any accepted transfer credit meets the learning outcomes that are met by Boston University courses and that a reasonably minimal amount of transfer credit is awarded. Over the 2019–2020 academic year, the Undergraduate Council will review the policies and practices of awarding external credit, as well as the intersection of external credit with the residency requirement and the integrity of academic credit.

We expect that the planned new Student Information System will further buttress the efforts articulated above.

**Standard Five: Students**

**Undergraduate Admissions**

***Description***

Boston University employs a centralized undergraduate admissions office to attract, recruit, admit, and enroll 4,500 new undergraduate students throughout the academic year in 10 undergraduate schools and colleges. The University's mission statement anchors Admissions' strategies developed to enroll students who are reflective, resourceful, and ready to live, adapt, and lead in an interconnected world.

Boston University describes characteristics of the students it seeks, as well as undergraduate admissions policies and procedures in print and online. The redesigned Admissions website outlines admissions requirements, and posts application, scholarship, and financial aid deadlines. The on-campus experience for potential students begins at the Alan & Sherry Leventhal Center, which sees over 80,000 campus visitors annually. Elsewhere, Admissions staff visit over 2,000 high schools and 100 community-based organizations (CBOs) and conduct over 350 interviews in 38 states and 47 countries.

Boston University's commitment to diversity and inclusion, articulated in Boston University's Statement on Diversity, dates back to its founding. The University maintains a strong commitment to the enrollment of specifically recruited populations, including student-athletes, artists, ROTC scholars and veterans, international students, and traditionally underserved populations.

International recruitment has kept pace with interest from international students. Admissions visited 24% more countries and 51% more cities in fall 2018 than in fall 2008. Admissions recruits students through various social media channels and increasingly relies on virtual recruitment tools to reach students who are unable to visit campus. Key messages sent through these channels focus on academic excellence through a global education that emphasizes innovation, as well as a commitment to inclusion and affordability. In collaboration with Financial Assistance, Admissions sends financial aid messaging about the BU Scholarship Assurance program, the Richard D. Cohen Scholarship, and all other need and merit-based scholarship opportunities.

Despite receiving nearly 70,000 freshmen and transfer applications for fall 2018, Admissions staff maintains a holistic review process, which ensures that all applicants, including those from nontraditional or underserved backgrounds, receive fair and equitable consideration, and that qualifications are compatible with institutional objectives. Grades, rigor of curriculum, and, in most cases, test scores, as well as qualitative measures gleaned from letters of recommendation, lists of extracurricular activities, and essays all factor into the review. Standardized test scores are not required for transfer applicants; instead, prior performance in college plays a central role in the evaluation. To address access issues of students overseas, Admissions instituted a test-optional policy for overseas students enrolled in an international baccalaureate degree program.

Boston University's Admissions practices are in compliance with the National Association of College Admissions Counselors' "Statement of Principles of Good Practice." Boston University Admissions follows the institution's Equal Opportunity/Affirmative Action Policy and adheres to equal opportunity regulations and principles.

In 2013, Boston University joined the Patriot League, one of only two Division I conferences with an Academic Index. This measure ensures that student-athletes' academic capabilities are consistent with the entire student body. Both Admissions staff and faculty and staff from the College of Fine Arts recruit students interested in pursuing majors in Music, Theatre, or Visual Arts. Standardized test scores are optional for students applying to the College of Fine Arts, as applicants undergo an artistic review by the faculty within each division. Admissions maintains a close relationship with military personnel in three branches of the US Armed Forces and designates a senior staff member to work closely with veterans.

International students benefit from a strong relationship between Enrollment & Student Administration and the University's International Student & Scholars Office, and Admissions offers a gateway to the University's Center for English Language & Orientation Programs to help students meet prescribed English language proficiency standards.

The University has made a significant investment in the recruitment and enrollment efforts of traditionally underrepresented students, including low-income, first-generation, and underrepresented minority students. Admissions partners with national organizations, including The Posse Foundation and Say Yes to Education, and it maintains regional partnerships with school districts, CBOs, or foundations, in addition to our largest partnership with the Boston Public Schools (BPS). To connect recruitment efforts to the student experience, Admissions collaborates with the College Access & Student Success office in the Wheelock College of Education & Human Development. That office provides access to mentorship and coordination with the partners to ensure that students accessing BU through these pipelines succeed and graduate. Boston University is a College Advising Corp (CAC) partner. The CAC supports first generation to college, low-income, and underrepresented students in 34 schools across Boston, including all Boston Public high schools. The organization hires, trains, and matches 33 advisors, all recent Boston area college graduates, with students in these schools.

While Metropolitan College (MET) primarily serves graduate students, approximately 300 part-time, non-traditional students are completing undergraduate degrees, 60 of whom are doing so online through the Undergraduate Degree Completion Program. All Boston University undergraduate students receive advisors who remain with them from the point of admission through graduation. Recruitment efforts include the use of on-campus open houses and information sessions, targeted email campaigns, participation in college nights with local organizations, and leveraging strong relationships with local community colleges. Summer Term serves both currently enrolled BU undergraduates, representing 25% of their enrollment, as well as visiting students, which represent 75% of their enrollment. With the exception of a handful of courses taught online, Summer Term courses are taught in the classroom.

***Appraisal***

Following a 2008 five-year recruitment plan, Admissions adopted a five-year strategic plan beginning during the 2013–2014 admissions cycle.[§] The plan outlined seven areas of strategic focus, including strengthening the quality of engagement with prospective students; attracting, recruiting, and enrolling high-achieving students from a variety of ethnic, cultural, geographic, and socio-economic backgrounds; and committing to regular and continuous assessment. As part of its commitment to assessment, the Admissions office regularly reviews the plan. In addition to monitoring applicant data after each cycle, Admissions evaluates various survey instruments, including an admitted student survey[**], to assess the progress towards meeting its strategic goals.

Boston University experienced significant growth in its applicant pool between 2013 and 2018, particularly from underrepresented minority and international students.

| | Applications | African American | Latino/ Hispanic | Total URM | International |
|---|---|---|---|---|---|
| 2013 | 52,705 | 2,411 | 5,579 | 9,970 | 9,738 |
| 2018 | 64,481 | 3,126 | 7,673 | 13,501 | 13,299 |
| Increase | 22.3% | 29.66% | 37.53% | 35.42% | 36.6% |

[§] See Admissions Strategic Plan in NECHE workroom
[**] See Admit Decline Survey in NECHE workroom

During the same timeframe, Boston University experienced a significant increase in the overall yield rate, as well as the yield rates for all targeted populations.

| | Overall | African American | Latino/ Hispanic | Total URM | International |
|---|---|---|---|---|---|
| 2013 Yield Rate | 19.60% | 18.10% | 18.40% | 18.70% | 32.70% |
| 2018 Yield Rate | 25.40% | 20.80% | 21.10% | 21.00% | 39.20% |

GPA and test scores also increased for all populations. The Vice President for Enrollment & Student Administration, the Associate Vice President for Enrollment and Dean of Admissions, and the Executive Director of Financial Assistance meet with the President and University Provost to set enrollment targets and financial aid strategies. They also meet with the deans of the schools and colleges to receive feedback on the performance of the first-year class. The Vice President for Enrollment & Student Administration and the Analytical Services & Institutional Research office annually review and refine the scales used to assess the competitiveness of applicants in the pool.

Admissions shares undergraduate applications with the schools and colleges upon matriculation. Admissions also collaborates with stakeholders charged with ensuring the success of all students, especially specifically recruited populations. In that effort, Admissions works with the schools and colleges, the University Service Center's First Gen Connect, the College Access & Student Success office, the Division of Military Education, the Dean of Students office, and Athletics. This collaboration ensures that the recruitment messaging delivered to prospective students aligns with the opportunities available to students upon their matriculation to Boston University. The Admissions-led Multicultural Advisory Committee further aligns the work of Admissions in the recruitment of students from underrepresented backgrounds with the student experience. Standard 8 includes a thorough analysis of the retention and graduation rates across the University, including students from specifically recruited populations.

Admissions works closely with Financial Assistance to ensure that funding models meet the both enrollment objectives and the needs of students. Enrollment & Student Administration regularly evaluates trends in student success, retention, and graduation, which informs Admissions practices for both freshmen and transfer admission.

Metropolitan College measures its effectiveness based on outcomes and evaluations conducted through the Office of the Provost. Every other year, MET conducts a student satisfaction survey of all undergraduates enrolled in the program. Summer Term assesses the quality and success of their programs primarily through survey instruments evaluating the classes taught and assessing the students' overall Summer Term experience. Standard 8 includes additional data and analysis of the analysis conducted for these programs.

***Projection***

Because the college age population in the United States is in decline, and the future population of college-bound students will be less white and likely less affluent, BU must establish itself as an institution that promotes access and affordability. The University has increased its commitment to access for lower socioeconomic status students, increasing our Pell-eligible matriculants by four percentage points in the past four years. Consistent with, and affirming that commitment, the University recently signed on as a partner with the American Talent Initiative. Boston University will contribute to meeting the overall goal of member institutions, which is to graduate 50,000 additional high-achieving low- and moderate-income students by 2025. In collaborating with the Financial Assistance office and other departments around the University, BU will identify high-level goals and establish an action plan to meet those goals. The University will continue to increase its partnerships with organizations and schools to build a stronger pipeline of targeted students. BU has eliminated barriers to the Thomas M. Menino Scholarship and

expanded Community Service Award eligibility to include incoming transfer students. BU's relationship with the Boston Public Schools grows stronger as access to the University for BPS graduates is expanded.

To ensure that students from all backgrounds have greater access to Boston University, the University signed on as a member of the Coalition for College Access. Beginning with the September 2020 applicant pool, the University will allow students to submit the Coalition Application. The Coalition for College Access is a membership organization of over 140 colleges and universities dedicated to increasing access to higher education, specifically for underrepresented populations.

Boston University Admissions also joined the pilot of College Board's Environmental Context Dashboard (ECD), one of the newest tools available to the Admissions office. The ECD calculates an overall adversity rating for a student based on the characteristics of the student's high school and neighborhood. The adversity rating will provide Admissions readers additional context about applicants and grant greater reliability in assessing disadvantage in a holistic application review process.

Boston University remains watchful of the geo-political landscape and the impact on international student enrollment. Through targeted outreach and increased recruitment, the University intends to remain a top-choice school for international students

MET continues its important role of serving nontraditional undergraduate students, while Summer Term continues to be frustrated by the limitations placed by the federal government in awarding federal financial aid in their summer classes.

Technology will play an important role in Admissions efforts, and BU has embarked on a University-wide Student Information System (SIS) Renewal Project. A student recruitment customer relationship management (CRM) system, launched in July 2018, and running on the Salesforce platform, was the first piece of the larger plan. The CRM will offer greater opportunities for customization and allow Admissions to streamline and personalize communication to prospective and admitted students throughout their lifecycle. Admissions will also leverage the redesign of its website. The fully mobile responsive and streamlined website, launched in October 2018, is the number-one search tool used by prospective students to learn about a university. The Admissions office has developed virtual programming, including the Virtual Campus Tour, launched in 2014. Through the website, virtual experiences, and social media, Admissions aims to meet students where they are.

Admissions intends to replace its 2013 strategic plan with a new strategic plan in 2019.

**Graduate Admissions**

***Description***

Boston University seeks to admit only the most qualified applicants to its many diverse doctoral, master's, certificate, and nondegree graduate programs. Though graduate enrollment targets are set annually by the schools and colleges, the Office of the Provost, and the Budget office, students apply to, and admission offers are extended by, individual school and colleges. *(For specific enrollment data, please refer to the narrative of Standard Four.)*

Under the guidance of the school or college dean, associate/assistant deans, and directors of graduate admission (or similar), individual graduate programs set their own admission criteria and standards. Though the criteria for each discipline vary, admission committees assess an applicant's readiness for rigorous graduate study through a holistic admission process using a combination of sources and metrics: an online application, undergraduate and graduate transcripts, letters of recommendation, written and/or oral personal statements, writing samples or relevant research/artistic samples, interviews, standardized test scores, and English-language assessments. Each school and college describes its admission requirements on its website.

Graduate admission policies are set at both the University level and the school and college level. The Office of the Provost works in tandem with the graduate admission and enrollment offices via the Graduate Admission Working Group and the Graduate Enrollment Strategy Group. The Assistant Provost for Graduate Enrollment Management leads both groups.

Consistent with our mission, Boston University serves a diverse group of students at the graduate level. All degree-seeking students at the graduate level apply online to Boston University, and each application receives a thorough review. Admission committees for all doctoral programs and most master's programs consist of faculty members from the appropriate discipline, although some master's admission committees are made up of professional staff admission officers.

***Appraisal***

In 2014, Boston University implemented a University-wide graduate admission system for all graduate programs that did not have a national association or common graduate application. The goals of this implementation were three-fold: (1) improve the applicant experience and facilitate more expedient submission of applications; (2) align institutional reporting metrics; and (3) create shared graduate admission practices and policies (where appropriate).

Consistent with the University's goal to increase graduate student enrollment in master's and professional programs, more central resources have been dedicated to the support of graduate admission operations. In addition to the Assistant Provost for Graduate Enrollment Management, we have a graduate enrollment operations director and graduate enrollment manager housed in the Office of the Provost. These three positions, along with three-full time staff members in Information Services & Technology, oversee and manage University-wide graduate admission operations.

Many of the schools and colleges have increased their staffing and resources to support graduate admission. The increased staffing levels have supported the schools and colleges toward their increased enrollment goals for master's programs. Most schools and colleges now recruit students across all degree levels in a much more systematic and coordinated way with the use of customer relationship management systems, digital and personal outreach, faculty and alumni connections, and on-campus and virtual visit days.

All of the previously described initiatives have facilitated a 30.8 % increase in applications to our master's programs between fall 2014 and fall 2018 and a 26.5% increase in enrollment to master's programs between fall 2015 and fall 2018. These results have exceeded the goal of increasing enrollment in master's programs by 5% annually. (Please see Standard 4 for additional data regarding graduate programs.)

***Projection***

BU launched the first phase of a Graduate Education website in September 2018; Phase One's audience is current graduate students. We anticipate launching Phase Two by fall 2019, and that phase will include a website designed primarily for prospective graduate students. This site will be our first central site for all prospective graduate students. It will help us to showcase our strengths, highlight our diverse offerings, and house policies and practices common to our schools and colleges.

The Office of the Provost recently hired two Diversity & Inclusion Faculty Fellows, both of whom will work closely with the Associate Provost for Graduate Affairs and the Associate Provost for Diversity & Inclusion. The fellows are developing a systematic approach and strategy to diversify the PhD application pool, including workshops for admissions panels, pipeline programs, and attention to recruitment.

The Graduate Admission Working Group recently identified a number of policies and practices that will be reviewed and potentially refined centrally. The historically decentralized nature of graduate admission has led to a number of disparate policies and practices. We anticipate aligning policies and practices where appropriate.

**Student Services & Cocurricular Experiences**

Boston University upholds the highest standards of integrity in the programs and services provided to students. In the past 10 years, the University has implemented several assessment tools and data-driven review mechanisms to ensure the quality of our staff and the services delivered to students. Assessments and surveys are undertaken in schools and colleges across campus and from the major departments, both formally and informally. In 2014, the University began participating semi-annually in the National Survey of Student Engagement (NSSE), which gauges the degree of engagement that students feel with their school. The survey results have been an important addition to the University's understanding of the undergraduate student experience and have driven support to improve academic advising and expand student behavioral health resources. They also provide important benchmarking of our efforts to create an inclusive campus community.

Areas of the University tasked with student affairs and student administrative oversight are run by professionals with many years of experience at the University and in higher education administration. The campus culture provides excellent support for continuous professional development, and BU staff are leaders throughout the many professional organizations in higher education that promote professional standards of integrity, transparency, service, and compliance. (A complete list of member associations and affiliations is included in the NECHE workroom).

Student services are well-resourced and promoted through a wide variety of venues and programming for students and their family support units.

**Programming and Services to Promote Student Development and Success, Equal Opportunity, and Inclusion of Diverse Populations**

***Description***

Boston University provides students with opportunities and experiences that encourage educational success through an expanded residence hall Faculty-in-Residence Program; academic honor societies; formal and informal mentoring programs; and disability accommodations and access for classes, programs, and activities. Information and guidance are provided through orientation and transition programs; accurate, updated, and accessible websites and calendars; student press and social media; departmental newsletters; and individual meetings.

Our orientation programs for all new students—their first experience with University life—have been appropriately nimble. We make annual changes to transition programs for new students based on the changing values, interests, and abilities of our students. In addition to incorporating course registration, our transition programs have prioritized information and social interactions where listening, conversation, and hospitality set the tone for communication. There has been an increased emphasis on discussions of societal issues and the way in which general education requirements contribute to the student experience at Boston University. Our centralized transition and formal orientation programs are aimed at undergraduate students. BU First Class is an online program designed for international students to complete before arrival at the University to ease the transition to the American classroom and provide important information targeted to the unique needs of this population. Graduate student transition and orientation programs are planned and implemented within our individual schools, colleges, and departments.

Boston University offers an array of student services appropriate to its mission and the needs and goals of its students. These services include Behavioral Medicine; the Center for Anxiety & Related Disorders; the Center for Psychiatric Rehabilitation; the Albert & Jessie Danielsen Institute; the Sexual Assault Response & Prevention Center; the Marsh Chapel interdenominational chaplaincy; the Educational Resource Center; and, the Center for Career Development. Our services are directed and marketed primarily towards undergraduate students, but they are available to graduate and other students. BU strives to make the same services and academic support available to students studying abroad.

Policies concerning student rights and responsibilities, including student conduct and grievance procedures, are published in the Academic Conduct Code, the Code of Student Responsibilities, the Student LifeBook (which outlines standards for learning and living), and the terms and conditions for living on campus. These student policies can be found online.

Currently, 19 members of the faculty live in student housing as part of the Faculty-in-Residence Program. The Faculty-in-Residence (FIR) Program expands the classroom by providing a residential experience that is interdisciplinary, innovative, and meaningful. FIRs serve as role models, resources, and advocates for the students with whom they live and learn. They cultivate interactions with undergraduates that empower students to grow, develop, and refine their values. FIRs integrate curricular and cocurricular activities across the University's schools and programs. Each FIR is available at least three hours per week in residence to engage students in conversation about academic life and student life. In many cases, open-hours center on a shared experience, such as preparing a meal in a faculty member's kitchen. FIRs plan events for students throughout the year. These events may center on a professor's research interests or simply allow students to enjoy social or recreational time together. Hikes, museum visits, films, and conversations about current events are typical examples.

In addition to participation in a Faculty-in-Residence Program, faculty interact with students outside of classrooms and labs through living-learning communities, specialty communities, Rhett Talks, academic honor societies, and as club and organization advisors. Five times a year, distinguished professors deliver brief lectures in settings outside the classroom as part of a student affairs initiative called Rhett Talks. Each year, more than 500 students attend Rhett Talks, which bridge academic life and student life, as most Rhett Talks are offered in the student residences. Others take place in the student union. Each evening of talks concludes with a reception where students meet the faculty presenters and further explore the topics presented, encouraging meaningful faculty-student exchange. In 2014, the National Association of Student Personnel Administrators—the world's leading professional association for student affairs administrators in higher education—recognized Rhett Talks with the Promising Practices Award for an initiative where student affairs partners with academic affairs. All Rhett Talks are videotaped and uploaded to the Dean of Students' website for public viewing. The University offers several options for living-learning communities, with affinity groups that include Earth House, Global House, Women in Science & Engineering, Kilachand Honors College, the College of Arts & Sciences Core Curriculum, and various language-based programs.

Opportunities for student leadership and participation in campus organizations and governance are available through school, college, residence, and general student government organizations, as well as through student clubs and organizations. Additional channels for leadership and student input are available within departments and centers that address community service, culture, and identity, and through student-generated initiatives.

While many central administrative offices serve the needs of graduate students, most support services for graduate students have been delivered locally by their school, college, or department. As the graduate student population changes, and universities nationwide recognize the need to provide them with more consistent high-quality services, Boston University has begun shifting its model to one that provides targeted programming for populations with specific needs and/or experiences.

Boston University has a significant population of online students. When students enroll in an online program, they have access to personalized support and extensive University resources. Prior to their first semester, students complete an online orientation course and are invited to participate in remote peer mentoring panels and new student webinars.

The Distance Education office employs eight Faculty and Student Support Administrators (FSSAs), who are available during business hours to deliver professional, dedicated, and prompt support for non-academic and technical issues. FSSAs provide students with information and reminders about course textbook requirements, instructions for accessing live classrooms, administrative deadlines, and contact information

for various University offices, such as the office of Disability & Access Services. Distance Education maintains a website dedicated to policies and resources, such as a free virtual tutoring service powered by Smarthinking™, that are available to online students.

***Appraisal***

Regular assessment of the appropriateness and quality of Boston University's student life and student services is done via residential and general climate surveys; consideration of the numbers of students returning to on-campus housing; program attendance; and, frequent, small focus group discussions. Every two years since 2009, Boston University students have been surveyed about their residence experience with a tool developed by ACUHO-I/Benchworks. Survey data provide insight into areas of strength and areas for improvement. The most recent survey data from spring 2017 describe the following areas:

1. Safety and security (e.g., security of possessions in room, feeling safe in room, feeling safe in residence, feeling safe walking on campus at night)
2. Roommates (e.g., degree to which roommates respect study time, sleep time, privacy, and property)
3. Hall/apartment student staff (e.g., student staff availability, efforts to get to know students, helping with a problem, treating everyone fairly, organizing programs/activities, promoting tolerance of others, rules and regulations, enforcing policies)
4. Community environment (e.g., degree to which neighbors respect study time, sleep time, privacy, and property)

Boston University does not have student centers that are exclusively dedicated to race or ethnicity. We have chosen instead a multicultural approach to community. In the wake of student activism at the University of Missouri in 2015, and later on college campuses around the nation, the University has committed to expanding and elevating the presence of the Howard Thurman Center for Common Ground, an existing institution engaged in building inclusive community. The center is about belonging; its goal is to create space for shared humanity and civil discourse centered on listening, conversation, informal interaction, intellectual and cultural exchange, visible interchange, and hospitality. To address current issues of racial tensions, BU is expanding the center's footprint and mission, moving it to a larger and more public space, and expanding its programmatic offerings.

In summer 2017, Boston University undertook a review of many of the services it provides to graduate students. We identified five topics that were consistently discussed across most of our schools and colleges: (1) mental health services, (2) support for international students, (3) career development support, (4) housing, and (5) space. The University is making progress in all of these areas, which are discussed in greater detail elsewhere in the self-study.

The Office of the Provost is working closely with the Behavioral Medicine office to better understand the needs of the diverse graduate populations. We have begun sponsoring University-wide training in suicide prevention, identifying at-risk behaviors, and finding resources for directors of graduate study and PIs. Behavioral Medicine now has a physical presence on the Medical Campus.

The University has taken several steps to better support our international students. These include the creation of First Class, an online, pre-arrival tool that introduces incoming students to life as a graduate student and life in the US. The International Student Services & Scholars Office recently launched a series of advising workshops for faculty and staff so they can better understand the needs of the international student body. Some of our schools and colleges have created pre-arrival and discipline-specific cocurricular programming for international students. For example, the Legal English Program, in collaboration with BU's Center for English Language & Orientation Program, is a one-year primer for international students seeking to enroll in a Master of Law program.

***Projection***

University departments providing student services and advancing student life will continue current efforts and will explore new ways to encourage a sense of belonging and community. Through residence programs, student activities, and orientation for new students, the University will endeavor to make students feel at home and accepted. BU will encourage students to come together around their chosen identities, and to better understand themselves and their relationship to others. The newly expanded Howard Thurman Center for Common Ground will lead several student life departments in efforts to break barriers of divisiveness; help students discover their shared humanity; expand intellectual, social, spiritual growth; and foster meaningful, authentic friendships between students.

The University will nurture student engagement with the BU community through mentoring and transition programs that extend beyond summer and winter orientation programs. We will support transition programs that take a year-long mentoring approach with a focus on traditionally underserved and societally oppressed students, international students, students who transfer to Boston University, first-generation students, and less affluent students. We will also continue to evaluate the need for centralized transition and orientation programs for graduate students.

Boston University will continue its commitment to enrolling and supporting a diverse and changing graduate student body. We must support the varied needs of students across multiple disciplines, some of which are changing and shifting rapidly. We will carefully consider how to best expand our services to graduate and professional students without impacting the undergraduate student experience. The University understands that as some services shift away from the schools and colleges, we must better understand which student support models will best serve the future needs of the entire student community.

**Advising and Academic Support Services**

***Description***

Boston University provides a multifaceted array of advising and academic support services designed to help students achieve their educational and career goals. Academic advising models vary across BU's diverse schools and colleges, with faculty advising predominating in some schools and professional advisors providing general academic advising in others, while faculty focus on course- and discipline-specific advising. All BU faculty maintain office hours, which students are encouraged to attend as needed. Online programs also offer one-on-one faculty advising contact, in addition to providing students with access to full-time staff and faculty coordinators. Students who transitioned to Boston University from Wheelock College after the two schools merged have been given special attention, with advice tailored to their unique situations within the larger University context.

Most undergraduate schools have specialized courses and/or programming for first-year students to facilitate their transition to college and increase their awareness of BU resources. The College of Arts & Sciences instituted its First Year Experience courses in 2011; options include sections targeted to undeclared, transfer, and first-generation students. Many schools also offer some form of peer advising programs.

General academic support is available to both graduate and undergraduate students through the Educational Resource Center (ERC), where services include academic skills workshops and advising, writing support, and free peer tutoring, primarily for first- and second-year STEM courses. Students may also take advantage of school-based academic support resources, such as the College of Engineering Tutoring Center, as well as writing centers at the College of Communication, College of General Studies, College of Arts & Sciences, School of Social Work, and others. The Smarthinking™ platform, which provides free online tutoring, is available to online students.

BU offers career guidance and resources. The Schools of Law, Public Health, and Hospitality Administration, the Colleges of Communication and Engineering, and the Questrom School of Business

each have their own career office, and in some cases have integrated career planning and preparation into the curriculum and advising. The Center for Career Development (CCD) is available to all degree-seeking BU students, and provides a wide range of career services, including online resources that offer instant, customized resume feedback, and allow students to search and apply for thousands of jobs and internships. The CCD also manages the Yawkey Nonprofit Internship Program, funded by a $10 million gift from the Yawkey Foundations, which allows sophomores and juniors to apply for stipends of up to $4,000 for qualified unpaid internships.

***Appraisal***

Significant University resources have been invested in the areas of academic and career support since the 2009 self-study. ERC and CCD visibility received a notable boost in 2012 when they moved into the new Yawkey Center for Student Services, also home to the College of Arts & Sciences Academic Advising and Pre-Professional Advising offices. An institutional review of the ERC and CCD resulted in several changes, including increasing the size of the combined staff by 11. With a current staffing level of 27 full-time professionals, the increase of 11 positions represents a major commitment by the University in this area. Additional funding was provided to revamp and improve the departments' websites, which offer a wealth of information, resources, and online tools on their sites, readily accessible to all.

The impact has been particularly dramatic at the CCD, where the resources and information available on the website, including our new career platform, Handshake, has enabled staff to focus on more substantive career development concerns in one-on-one meetings with students and alumni and to cut the typical meeting time in half, from 60 minutes to 30. Those changes, combined with the increase in staff, have significantly reduced the wait time for individual appointments, which in fall 2011 averaged 20 days and is now about 10 days. The number of unique students/alumni who were served through individual appointments in fall 2018 was 48% higher than the number served during fall 2011.

BU has taken several steps to strengthen the quality of academic advising throughout the institution. The newly created position of Assistant Provost for Undergraduate Advising, reporting to the Associate Provost for Undergraduate Affairs, is charged with "supporting and assuring excellent advising" within BU's new undergraduate general education program. In 2013, the Provost's office established the Advising Network, in recognition of the critical role effective advising plays in student success. Through regular monthly meetings and periodic special events, the Advising Network has created new opportunities for professional development, sharing of best practices, discussion of common concerns, and recognition of the efforts of outstanding faculty and staff advisors. The network has also focused attention on diversity issues and further sensitizing advisors to the significant social and cultural differences of our students.

School-based improvements to advising are also underway. Undeclared students in the College of Arts & Sciences (CAS) have always been assigned an advisor from the professional advising staff, and with the fall 2018 implementation of the new general education curriculum, the BU Hub, CAS increased its staff by three. It now assigns every first-year student a professional advisor who can provide both Hub and general academic advising. At the Wheelock College of Education & Human Development, several former Wheelock College advisors joined the BU staff, including one hired into the vacant Director of Student Services position. The College of Fine Arts, which currently uses a faculty advising model, is exploring a move to a more centralized, professional advising model, complemented by faculty mentorship of students.

All of the efforts described above have led to modest improvements in NSSE survey results, as seen in a comparison of the results from 2014 and 2018.

1. 44% of first-year students gave a "high" rating to their interactions with their advisors, which is an increase of five points from 39% in 2014.
2. 47% of first-year students rated the quality of their interactions with faculty as "high," which is an increase of two points from 45% in 2014.

3. 44% of seniors "frequently" discussed career plans with faculty, up from 42% in 2014.
4. 34% of seniors worked on a research project with a faculty member, up from 30% in 2014.
5. 37% of seniors gave the quality of their interactions with academic advisors a "high" rating, up from 36% in 2014.

Survey results are shared broadly with the schools and colleges disaggregating their student populations. Aggregated data describing trends in students' experiences with advising are shared with the Advising Network, as described above.

In 2014, an Assistant Provost for Graduate Enrollment Management position was created and charged with ensuring the University's success in "recruiting, retaining, and graduating excellent [graduate] students." Accomplishments to date include the creation of a Graduate Student Advisory Board, with representation from all schools and colleges, including online students; the launch of the initial phase of an improved graduate student experience website; and increased collaboration with the Educational Resource Center, which has begun offering new programs focused on the graduate population, such as dissertation-writing support groups and boot camps.

***Projection***

In the 10 years since its last self-study, Boston University has made numerous investments to strengthen the quality and quantity of its academic and career resources. University officials will continue to evaluate—through review of NSSE results, other student surveys, benchmarking against peer institutions, and other means—the efficacy of recent changes to determine where additional resources must be directed. Efforts will also be made to better understand the demographics of student populations taking advantage of services such as academic support, career development, and pre-professional advising to address any disparities in usage.

**Financial Aid**

***Description***

Financial assistance plays a critical role in Boston University's ability to attract qualified applicants and to assist students in making an enrollment decision. Boston University awards financial aid funds to meet specific enrollment goals across the spectrum of programs and student diversity initiatives. Boston University discloses the eligibility criteria to receive financial aid funds as well as information regarding cost, debt, and repayment rates on several websites. (Examples of how this information is disclosed to students is provided in the website links available in NECHE workroom).

Student-specific eligibility information is provided prior to the student making an enrollment decision, as are several planning tools, including planning calculators with costs, debt service obligations, and payment plans. (The websites in NECHE workroom are examples of these planning tools and where costs are disclosed).

The Financial Assistance office (OFA) is the central financial aid office on the Charles River Campus, and Student Financial Services (SFS) is the financial aid office on the Medical Campus. Both offices report to the Executive Director for Financial Assistance and Chief Financial Aid Officer for the University. The Chief Financial Aid Officer reports to the Vice President and Associate Provost for Enrollment & Student Administration.

OFA assists undergraduate students with the financial aid process and works with the Charles River and Fenway Campus graduate schools to process federal financial aid. SFS assists professional and graduate students on the Medical Campus with the financial aid and housing processes. OFA provides regular support for operational and systemic needs for the individual graduate schools. Graduate financial aid staff are trained annually, and the Graduate Aid meetings convene three or four times per year. Additional counseling

and financial aid support are provided to graduate schools from the central Financial Assistance office when necessary.

Financial need is determined once applicants complete the necessary financial aid requirements. Formulas used comply with federal standards, and are sensitive to variations in household situations, geographic location, and extreme low-income populations. Once an award of financial aid has been determined, students are sent an award notification that outlines the cost of attendance, net cost calculation, and financial aid eligibility.

Beginning in 2017, BU implemented Scholarship Assurance, with a promise to renew Boston University scholarship funding for the traditional four years of undergraduate degree program. In addition, many students receive an automatic increase to their need-based award to assist with the increases in the cost of attendance.

The School of Medicine and the School of Law offer similar scholarship renewal policies. Scholarships that are awarded to both MD and JD students during the admissions process are renewed for a student's continuing years for the same amount and are not contingent on a minimum GPA.

In fall 2013, PhD programs on Boston University's Charles River Campus moved to a full-funding model. This system guarantees that all PhD students in good standing receive five years of stipend support and health insurance. The approach reflects BU's commitment to nurturing the next generation of researchers across the humanities, social sciences, sciences, and engineering.

All students have access to individualized counseling regarding finances, financial literacy, required loan counseling, and the information regarding opportunities for additional funding. This includes navigating the application process, budgeting, service scholarships, debt management, and loan repayment options and strategies. Online resources are also available for self-guided learning.

***Appraisal***

The offices of Financial Assistance and Admissions publish several brochures that explain need-based financial aid opportunities. Since 2008, OFA has produced the Four Steps brochure, which allowed OFA to more effectively communicate with students and parents. Information about these programs is also available online (see NECHE workroom). Table 1 below illustrates how Boston University provides guidance regarding general financial aid eligibility without making commitments regarding individual eligibility:

Table 1 — Probability of receiving University scholarship and need-based grants

| Family Income | Middle 50% of Total Aid Award | Percent Awarded Need-Based Scholarships |
|---|---|---|
| Up to $49,999 | **Middle 50% of Total Aid Award: $62,170–$68,186** | **97%** |
| $50,000–$99,999 | **Middle 50% of Total Aid Award: $46,000–$62,770** | **92%** |
| $100,000–$149,999 | **Middle 50% of Total Aid Award: $35,800–$49,125** | **84%** |
| $150,000 or more | **Middle 50% of Total Aid Award: $18,500–$37,700** | **37%** |

Paying for education and graduating with as little debt as possible requires careful planning. To help with that planning, OFA offers new online counseling tools, such as the online calculators and a planning page (see NECHE workroom). While the calculator is designed to help students plan for one academic year,

students are encouraged to develop a multi-year plan – one that will sustain their enrollment through the completion of their degree program.

In Fiscal Year 2018, Boston University provided $245 million in financial assistance to well over half of its undergraduate students. This amount was funded primarily by the University's operating budget, over half of which comes from tuition revenues. Because Boston University's endowment is small in relation to the size of both the operating budget and the student body, less than 5% of financial aid was funded by the endowment.

The School of Medicine has shown steady success in scholarship fundraising. As a result of these and other efforts, the scholarship support for students has increased by 15.7% per year over the past four years. The maximum possible scholarship has increased from a few $5,000 scholarships in 2005 to maximum need of $20,000 in 2018.

Table 2 below illustrates how scholarship funding at the Boston University School of Medicine has increased from 2008 to 2018.

Table 2- School of Medicine Scholarship funding increase

| School of Medicine Scholarship funding increase (in millions) | 2008 | 2018 |
|---|---|---|
| Endowed scholarships market value | 35.1 | 61.0 |
| Total endowed scholarship aid | 1.4 | 2.4 |
| Operating funds for scholarships | 0 | 3.1 |
| Total scholarship aid | 1.4 | 5.5 |

Boston University uses key front-end measures, including various assessments of admit-to-enroll yield and the percentage of calculated need met by University funds, to evaluate its financial aid strategies. Other important measures include persistence and graduation rates of students receiving financial assistance, student debt upon graduation, and loan default rates. Current data suggest that Boston University's policies are effective and reasonable. For example, students receiving need-based assistance graduate at rates equivalent to those who do not receive such assistance. The US Department of Education has published the 2015 three-year cohort default rates for Federal Stafford loans. Boston University's official rate is 1.2%, (69/5541 borrowers). The national rate is 10.8% for all schools and 6.6% for four-year private schools. In addition, the yield on students receiving financial assistance is higher than the non-aided student yield.

Although financial aid strategies change each year to align with budget targets and yield goals, two major shifts have influenced overall strategies: implementing the BU Scholarship Assurance and the Richard D. Cohen Scholarship. These programs were put into place beginning with the class that entered in fall 2017. The BU Scholarship Assurance enables undergraduate students to plan for the cost of their entire degree. The Boston University gift aid offered in their first year is guaranteed for each of their undergraduate years. Beginning in 2017, the Richard D. Cohen Scholarship has been awarded to entering freshmen with financial need qualifying them for a federal Pell Grant and with outstanding academic achievement and promise. The Richard D. Cohen Scholarship meets the students' full financial aid eligibility without loans, as calculated by BU Financial Assistance. A special provision of the Cohen Scholarship ensures that any future year tuition increase will be matched by a corresponding increase in scholarship aid (see NECHE workroom). With the fall freshmen class that entered in 2018, the no-loan initiative was expanded to all Pell Grant-eligible students who met the financial aid priority deadline. In 2017, the percentage of Pell-eligible students in the freshman class increased from 14.6% to 18.2%. The percentage of Pell-eligible students in the

freshman class was consistent in 2018. The retention rate for Pell Grant recipients entering as first-year students in fall 2017 increased from the prior cohort rate of 92.1% (those entering in the fall of 2016) to 95%. The retention rate for Pell-eligible students has been higher than non-Pell-eligible students for the past two entering cohorts.

Beginning in 2016, SFS began directly reporting to Enrollment & Student Administration. This change improved compliance and consistency across both campuses regarding policies, procedures, and operational approaches, and it helped staff offer better services to students.

***Projection***

We believe a BU education should be within reach of all talented students. Continued concerns about loan-reduction and loan-elimination programs at competing universities, coupled with the ambition to maintain a reasonable tuition discount rate, require Boston University to extend its efforts to ensure that a BU education is within the reach of talented students. Consequently, we will continue to monitor and adjust our financial aid strategies and raise private funds to offset the financial aid budget. This will involve continual monitoring and adjustment of our financial aid strategies, as well as raising private funds to offset the financial aid budget. Fundraising for financial assistance is being addressed through planning for a capital campaign.

Increasing financial aid is a high priority at Boston University. In 2017, Trustee Richard D. Cohen made a gift that enabled BU to meet the full need of all Pell-eligible freshman students and allow them to complete their BU education without loans. In 2018, he promised to match new or increased gifts to support undergraduate need-based financial aid dollar-for-dollar up to $1 million.

A recent study involving a Student Information System Renewal Project revealed that financial aid was one of the greatest risk areas in the existing SIS, because of compliance issues with federal financial aid regulations. A new financial aid system is at the top of the road map in the SIS Renewal Project. This new system will provide greater opportunities for customization and will greatly improve the student and parent experience.

**Fitness & Recreation, Club Sports, and Intercollegiate Athletics**

***Description***

The University provides 16 intramural sports activities and numerous instructional and recreational programs in fitness, aquatics, competitive sports, outdoor recreation, and dance. Intramural sports engage more than 4,000 students per year. Roughly 78% of full-time students participate in fitness and recreation programs.

The University sponsors 34 club sport teams (11 for women, nine for men and 14 co-ed.) More than 1,000 students participate each year on a variety of teams of all skill levels. Participation in club sports is open to the entire student body, although some clubs require tryouts.

Boston University sponsors 24 sports (14 for women; 10 for men) all competing at the NCAA Division I level. Twenty teams compete as members of the Patriot League, two in Hockey East, one as a member of the Intercollegiate Rowing Association, and a team that does not compete within a conference. Approximately 550-600 student-athletes per year comprise the department, and the gender ratio (approximately 60% female, 40% male) of the department's participants aligns with that of the University.

BU Athletics tracks team composition as part of the NCAA Sport Sponsorship and Demographics annual report. The department conducts outreach to Pell-eligible student-athletes to tell them about the Student-Athlete Assistance/Opportunity Fund, which would provide a nominal stipend for travel and/or clothing needs. BU also provides this stipend for international student-athletes who are identified by coaches (or students) as in need of assistance.

The student-athletes and coaches regularly attend mandatory training sessions regarding diversity and inclusion. Nationally prominent speakers are frequently brought to BU to raise awareness about and heighten sensitivity to all aspects of diversity.

***Appraisal***

In 2017, an internal self-assessment of recreational sports was conducted, using assessment tools provided by the Council for the Advancement of Standards in Higher Education. While the results of the assessment were favorable, the University developed plans to improve fitness and recreation offerings. One recent study found that the retention of club athletes from the first to the second year of their academic career was slightly higher (95.5%) than non-club-sport students (93.2%).

While the Patriot League aspires to compete at the highest level of intercollegiate athletics, its core principle holds that the student-athlete should be representative of the entire student body from an academic perspective. The Patriot League uses a metric called the Academic Index—a calculation of high school grades and standardized test scores—to measure the comparative student/student-athlete representation and to determine player eligibility. A student below a prescribed "floor" cannot participate in intercollegiate athletics.

The core principles of the Athletics-Admissions process at BU maintain a commitment to integrity and the mission of the University, in alignment with Patriot League principles. The "Varsity Blues" college admissions scandal has triggered reflection upon how we have operationalized these principles. Through a process that is clearly defined and deliberately implemented, the Admissions office evaluates a prospective student-athlete recruited by our coaching staff using a holistic review process designed to identify students who will excel academically and engage in the life of our campus. Boston University coaches are not granted dedicated admissions slots, and Compliance Services, the Senior Associate Director of Athletics for Student-Athlete Development, and the Director of Athletics conduct all communication with Admissions. In light of the issues exposed in the "Varsity Blues" investigation, BU will further strengthen the integrity of our process by including an additional reconciliation process.

The grade point averages of Boston University student-athletes and graduation rates (charts attached) are commensurate with the general student population, and Patriot League institutions regularly rank near the top of all conferences nationally. Student-athletes are immersed in traditional academic life on campus. There are no athletic dorms, training tables, or majors. Coaches have no influence on the selection of a major, and student major selections are largely representative of the University undergraduate population (attached); Metropolitan College is only available as an option for student-athletes pursuing a graduate course of study. A regular audit is conducted twice a year by the Athletics Advisory Board to examine the classes chosen by student-athletes and ensure that class "clustering" is not occurring.

Student-athletes receive additional academic support through Student-Athlete Support Services (SASS). This supplemental service is provided to all student-athletes, regardless of team affiliation, major, or scholarship status. This office provides tutoring and counseling and monitors academic eligibility. Although SASS serves as a specific resource for student-athletes, assistance is also available at the Educational Resource Center.

A thorough audit of the procedures and practices of SASS was conducted by a nationally known firm in 2017. While the audit found no major areas of concern, it recommended that academic certification of student-athletes be undertaken by a campus entity outside of Athletics and that the Athletics department not have sole authority over determining eligibility. In summer 2017, the Office of the Registrar took over this function.

BU Athletics has created a leadership institute (the Bloom Family Leadership Initiative) which promotes leadership development among staff and student-athletes and provides an additional layer of career networking opportunities. Initially, leadership training was outsourced to a company specialized in such

training; the department has since added a full-time director who coordinates with other campus offices to provide the training.

The Faculty/Staff Athletic Advisory Committee interviews student-athletes as they finish their programs at the University, and information from that interview is used to improve the student-athlete experience.

***Projection***

In recent years, the changing landscape of higher education has necessitated the refinement of several practices and policies, including those concerning varsity and recreational sports. Boston University understands that it must continue to provide – and augment – services that directly impact student success and must keep a careful eye out for trends and practices that threaten to undermine academic integrity. The Bloom Family Leadership Initiative, which supports student athlete leadership, will undoubtedly play a major role in that effort.

**Student Academic Record Retention and Safety**

The last several years have seen many changes in the collection and management of student data, as the University has expanded its online and global programs footprint. Students' rights and responsibilities under the Federal Education Record Privacy Act are clearly outlined on the website of the University Registrar. The European Union's General Data Protection Regulation protects the privacy of individuals in the European Economic Area in certain circumstances. BU provides a Privacy Notice for prospective students, applicants, and enrolled students. This document is available for review in the NECHE workroom.

## Standard Six: Teaching, Learning, and Scholarship

### Faculty and Academic Staff

Boston University faculty have primary responsibility for advancing the academic mission of the University through teaching, learning, and scholarship. Excellent faculty and academic staff collectively ensure the quality of instruction and support for student learning. Key central initiatives are designed to promote and support innovation in teaching and learning, and foster inclusion and diversity among the faculty.

#### *Description*

As a large, comprehensive university, Boston University relies on a wide variety of faculty to serve different functions. The attributes of faculty in different tracks and ranks are delineated in the Faculty Handbook, and the numbers of faculty holding each of these titles are included in data form 6.1. We employ un-modified professorial faculty (assistant, associate, and full professors—both tenure stream and contract); professorial faculty with titles modified by "research," "clinical," and "of the practice," (all non-tenured); as well as instructors and lecturers (all non-tenured). "Adjunct" is a rare modifier, referring to individuals whose primary employment is not with our university (or whose primary employment at our university is not in a faculty role); instructors who are paid by the course to teach are referred to as part-time lecturers at Boston University, not "adjuncts," as they might be described at other universities.

All un-modified professorial faculty are expected to do scholarly/creative work, teach, and provide service. The proportion of these different activities varies between individuals. For example, those with highly active research programs or a significant administrative role may have a reduced teaching load. "Clinical" and "of the practice" faculty typically have an expanded teaching role, although many also have research or practice programs. For example, "clinical" professors in Physical Therapy in Sargent College may engage in clinical practice, and "of the practice" faculty in the College of Communication may continue to be active as consultants to advertising or public relations agencies. Many "clinical" and "of the practice" faculty also have an important service role, helping to guide students who seek "practitioner" positions in fields as diverse as education, social work, physical therapy, advertising, ministry, and business. "Research" faculty typically spend most of their efforts on externally funded research, with minor teaching and service roles. Lecturers have a primary role as teachers, and many take a leadership role in disciplines or subsections of departments where these ranks predominate (e.g., foreign language instruction, where a lecturer may serve as the coordinator or convener for instruction in a particular language). Finally, instructor is most often used as a temporary title on the Charles River Campus to denote a faculty member who is expected to be awarded their doctorate within a few months of starting to work at the University. By contrast, on the Medical Campus, instructor is an entry-level rank (post doctorate) that can lead to appointment as an Assistant Professor if grant funding is secured and work is published.

Unlike faculty at many universities, a substantial number of our full-time, un-modified assistant professors, associate professors, and professors (53.6%) have fixed contracts or rolling contracts instead of being in the tenure stream. We do not project any significant change in this proportion. For all practical purposes, we make no distinctions among those with these titles who are tenure stream and those who are on contracts, and we refer to both as "un-modified professorial faculty." The faculty population with un-modified titles on contract includes all professors in the School of Medicine, School of Public Health, School of Dental Medicine, and Metropolitan College, the majority of professors in the College of Communication and the College of Fine Arts, and smaller numbers in almost every school or college.

Contracts for non-tenure stream faculty on the CRC, including non-tenured un-modified professors, "clinical", and "of the practice" faculty, are generally three to five years long, with some as long as 10 years. After two years of service, faculty on fixed contracts must be notified a full year in advance if their contract will not be renewed. Professorial faculty in the School of Medicine, School of Dental Medicine, and School of Public Health have rolling contracts, which provide them with continuing appointments unless they are

notified that their appointment will end one, two, or three years in advance for assistant, associate, and full professors, respectively. "Research" professors typically have appointment durations that are contingent on continued salary support from external research sponsors. Finally, full-time lecturers typically have two- to five-year contracts, although a one-year contract may be used for a temporary situation (e.g., to cover the absence of a faculty member on leave).

Our part-time lecturers who are paid by the course have been part of a union since 2016 in all schools and colleges except the School of Dental Medicine, the School of Public Health, and the clinical departments in the School of Medicine. Our salaried lecturers and instructors in CAS, CFA, CGS, COM, MET, Pardee, SHA, SSW, STH, and Wheelock have been part of a separate union since 2017. Both unions are part of the Service Employees International Union, Local 509, and their contracts are available in the NECHE workroom. Salaried lecturers and instructors in ENG, LAW, Questrom, SAR, BUSM, GSDM, and SPH are not part of a union.

Finally, we have 32 faculty members who were tenured at Wheelock College before joining Boston University in the 2018 merger. One of these, the current dean *ad interim* of the Boston University Wheelock College of Education & Human Development, chose to undergo the full review at Boston University for appointment as a tenured professor, and was successful. The other 31 chose to become clinical associate professors or clinical professors, with "continuing appointments." These novel appointments were constructed to provide these faculty with the job security of tenure (dismissal only for cause) and paid professional leave on the same schedule as sabbatical leave for un-modified professorial faculty, but they did not require the rigorous internal and external review process we employ when hiring a new faculty member with an un-modified title of associate professor or professor. We took this unusual step to maintain the job security of the tenured Wheelock faculty and to avoid creating a two-tier situation for Boston University faculty with un-modified titles, whereby most went through our standard process and met our standards, while another group was granted un-modified titles based on the promotion and tenure standards met at a different institution. We do not anticipate creating additional "continuing appointments."

Boston University puts considerable resources toward supporting the professional development of our faculty, postdoctoral fellows, and graduate students. All members of our community have access to the professional support provided by our Digital Learning & Innovation office, and our Center for Teaching & Learning, which reports jointly to the Associate Provosts of Undergraduate Affairs and Digital Learning & Innovation. All faculty, from lecturers through full professors, are eligible for competitive support for course development, as well as public recognition in the form of our University-wide teaching and advising awards. Since 2018 we have provided a University-wide membership for all faculty, postdocs, and graduate students in the National Center for Faculty Diversity and Development, and we have additional professional development opportunities targeted at more limited groups of faculty (e.g., our part-time lecturers have access to professional development funds set aside for them and administered through our Center for Teaching & Learning).[††] The University sponsors the participation of senior faculty women in the Higher Education Resource Service program every year.

The training of teaching fellows (TFs) varies across schools and colleges, and is an area under active improvement. In the College of Arts & Sciences (CAS), for example, TFs are expected to receive a half-day teaching orientation from the Graduate School of Arts & Sciences and program-specific teacher training prior to the commencement of their work as a teaching fellow. The provision of teaching fellowships to PhD students in a given department is premised upon close supervision of the student by the assigned instructor. The College of Engineering takes a more formal and uniform approach. Doctoral students in that college are expected to teach for one semester in their second year and one semester in their third year. First-time TFs enroll in a 4-credit course (BME/ME/or ECE 801), which includes training specific to the teaching; for

[††] CTL administers up to $75,000 annually in professional development grants to BU's part-time faculty and salaried lecturers.

example, Biomedical Engineering uses selected video segments from the CIRTL MOOC: An Introduction to Evidence-Based Undergraduate STEM Teaching. The Engineering 801 course includes group discussions and provides the opportunity for students to reflect on their teaching practice. Second-time TFs enroll in BME/ME/or ECE 802, also a 4-credit course with tailored content. Engineering students are typically not permitted to enroll in other courses in the semesters in which they teach, in order to assure adequate time for teaching and their ongoing research (see also "Teaching and Learning" below).

The total number of faculty has risen from 3,884 to 3,991 since FY2015, an increase of 2.8%. All of that growth has occurred on the Medical Campus (1,441 to 1,592), while the total number of faculty decreased slightly on the CRC (2,443 to 2,399).[‡‡] The increase in faculty listed for the Medical Campus includes both faculty based in Boston and those at affiliated sites to meet the need of medical student clerkship rotations.

The different categories of faculty are generally integrated into the culture and administrative activities of the departments. For example, two clinical faculty members serve as associate deans in the Wheelock College of Education & Human Development; a master lecturer serves as a department chair in the College of General Studies; and faculty in the lecturer ranks hold multiple leadership positions in language instruction and the Writing Program in CAS. The inclusive definition provided in our Faculty Handbook ensures that all full-time faculty (lecturers through full professors) with at least 50%-time appointments may participate in faculty governance through election to Faculty Council.

The vast majority (2,661/3,008, or 88.5%) of the full-time faculty at Boston University have terminal degrees. The most common is the PhD (53%), but an additional 32% of our full-time faculty have earned a doctorate other than the PhD (e.g., MD, JD, ThD) appropriate to their discipline. We also have a relatively small cohort of full-time faculty, 4%, with a terminal master's degree, the MFA, and the remainder have a non-terminal master's degree (8.3%), a bachelor's degree (1.3%), a certificate or diploma (<1%), or are not known (1.9%). The University includes faculty from the professional fields of theatre, journalism, and advertising, for example, for whom an advanced degree is not expected for professional success, nor is it a requirement to be a good instructor.

The faculty recruitment process is well established across the University. Searches are proposed to fill vacancies, to allow programs to develop in new directions, and to meet shifting student demand. While the Faculty Handbook describes the baseline attributes expected for faculty of different ranks and titles and provides a baseline process for appointing and reappointing faculty, the detailed guidance is provided by the Provost's office on both campuses, where the processes are slightly different. For faculty recruitment on the Charles River Campus, that guidance is online. For the Medical Campus, guidance is provided by the individual deans' offices, but the proposal, recruitment, and appointment processes are far less centralized than they are on the Charles River Campus because the budget model is different. As described elsewhere in the Self-Study, the Schools of Medicine, Public Health, and Dental Medicine are budgeted through a Revenue Centered Model (RCM), while the 14 schools on the Charles River Campus operate under a strong centrally budgeted model, where the biggest annual allocation of *new* funds supports faculty recruitment.

On the CRC, the Office of the Provost sets guidelines for professorial faculty search proposals in which deans must address both strategic and budgetary considerations. Search requests for new professorial faculty are reviewed by the University Provost in the context of the curricular and enrollment needs of the college, the proposed budget (including start-up costs and renovation costs), available space, proposed search committee, and recruitment plan. Professorial faculty search committees consist of full-time faculty, with a balance of male and female faculty members and inclusion of faculty from underrepresented groups where possible. Search committee chairs and their committee members receive annual training in highly effective practices (see NECHE workroom for sample training materials), with particular attention to recruiting from

[‡‡] Note that the single faculty member currently assigned to the National Emerging Infectious Disease Laboratory, or NEIDL, is considered part of the Medical Campus for this analysis. Although many more faculty work at the NEIDL, very few have the NEIDL as their primary "department."

a deep, diverse applicant pool. Promising candidates are identified through a vigorous national search and are interviewed by many constituencies during campus visits. Departments typically discuss the search committee recommendations and ultimately vote to recommend one or more finalists to the dean, who has the responsibility for making the final selection, negotiating with the selected candidate, and initiating the appointment process.

The recruitment process for Lecturers is less centralized, and often less formal. Deans may initiate a search for a lecturer, and for several years some programs, e.g., the Writing Program and foreign language instruction, have conducted national searches for lecturers. These have become highly competitive positions for entry-level, PhD-qualified faculty, especially in the humanities. In other programs (e.g., business, communications, law), we seek highly experienced practitioners, and deans rely on networks of professional contacts and alumni to help identify professionals who might make a successful transition to academia. Finally, part-time faculty who are paid by the course are not usually recruited through a national search process; they are often recruited and supervised by full-time faculty in the departments in which they teach, and their appointments are approved by the deans of the colleges and reviewed by the Office of the Provost. The procedures and expectations for formal faculty appointment and re-appointment are published in the Faculty Handbook. Full-time appointments of un-modified associate professors and professors (with or without tenure) undergo a full review that includes the steps used for an internal promotion and/or tenure case on both campuses. Finally, since our previous re-accreditation review in 2007, we have eliminated Board of Trustee approval for new faculty appointments and promotions. The board is informed of these significant faculty changes at least three times a year at regular meetings, but they no longer need to approve faculty appointments and promotions for them to become effective. This has allowed us to reduce the time it takes to provide a final promotion or senior appointment decision to the faculty.

All faculty receive written documentation of their appointments. For full-time faculty appointments, the offer letter and appointment letter together cover the initial title, status with respect to tenure, tenure review year if relevant, initial term with date for reappointment, starting salary, and other appropriate conditions such as teaching assignment and start-up package of resources. Part-time faculty teaching on a per-course basis receive teaching assignment letters with course assignments, dates, salary, and any additional course information relevant to the unit.

Candidates for non-faculty, academic positions that advise or support students are recruited through a highly competitive process. In many cases, the recruitment of academic staff assigned to a school or college involves a formal search advisory committee in the school or college and candidate interviews on campus, culminating in a report from the search advisory committee to the dean, who reviews the recommendation and ultimately makes the selection. The advisors and academic support personnel who are hired by central offices, such as the Educational Resource Center, go through a rigorous selection process as well.

Our Equal Opportunity Office oversees our equal employment opportunity efforts, consistent with legal requirements. They also prepare the data for our annual Affirmative Action Plan, with the help of an outside vendor. In 2014, we developed and adopted a Boston University Statement on Diversity (see NECHE workroom), which supports our University mission statement. The development of the statement was a full-University effort, involving a committee of faculty, staff, and student leaders. It was extensively discussed throughout the spring semester in 2014 and formally adopted by the Board of Trustees in September of that year.

In 2018, 19% of all undergraduates across the University identified as African American, Hispanic/Latinx, indigenous categories, or two or more categories (considered members of underrepresented racial and ethnic groups, or URG).[§§] At the same time, the percentage of URG faculty across the University was 7.3% (data table 6.5). Since the previous re-accreditation, we have made significant strides in developing processes,

[§§] Our efforts to recruit and support a diverse undergraduate student population and our developing efforts to recruit and support a more diverse population of graduate students are described in detail in Standard Five.

initiatives, activities, and dedicated personnel to help us achieve our goal of increasing the number of underrepresented faculty in our units and fostering a sense of inclusion for all faculty. We hope to continue that progress. A University-wide Task Force on Diversity & Inclusion in 2015-2016 made a number of recommendations which have been adopted in various forms, including, notably, the high-priority recruitment of Professor Crystal Williams (African American female) as our first Associate Provost for Diversity & Inclusion in 2017. The Task Force report is available in the NECHE workroom.

Because Boston University understands that faculty must be appropriately valued for the work they do, the University pays considerable attention to faculty salaries, and to how our salaries compare to those of peer institutions. In the most recent salary data available from AAUP (FY 2019), we ranked 7/17 for the average salary of our full professors ($190.5K), 5/17 for associate professors ($131.3K), and 9/17 for assistant professors ($108.7K) among these peers. With the exception of the associate professor rank, where our average salaries are above the median, our average salaries at these ranks are just slightly below the median for this group, which is dominated by markedly higher salaries at Columbia, NYU, University of Pennsylvania, and Johns Hopkins. President Brown presents this information to the faculty at large each fall at the Faculty Assembly meeting.

For discipline-specific analyses of faculty salaries, several sources are used. On the Charles River Campus, a valuable resource is the AAU Data Exchange (AAUDE). Although membership rules preclude sharing AAUDE data widely, the leadership at Boston University uses the database to annually analyze our faculty salaries in specific disciplines, in relation to salaries at public or private AAU institutions. This analysis is presented each year by the University Provost to the Board of Trustees, and has been used to make significant salary adjustments in several schools, notably the College of Fine Arts and the Questrom School of Business.

We also use available databases of faculty salaries in specific professions when we analyze and adjust faculty salaries. For example, our School of Medicine faculty salaries are benchmarked against the faculty salaries reported in the American Association of Medical Colleges (AAMC) database. Those data are presented by region of the country, by clinical or basic science specialty, and by degree (MD or PhD). We expect midcareer medical faculty to be near the middle of the relevant salary range, and for significant deviations to be related to time in rank and/or performance. Our School of Medicine faculty have access to this database, and they are encouraged to speak with their department chair or the dean if their individual salary seems lower than expected, based on the data provided by the AAMC.

Following the formation of separate unions for part-time and full-time lecturers in 2016 and 2017, both unions negotiated significant pay increases for many of their members. The per-credit minimum for post-probationary part-time lecturers in 2018-2019 is $2,100, or $8,400 for a standard 4-credit course, and the entry-level minimum salary for a full-time lecturer in fall 2019 is $62,000. At Boston University, full-time lecturers have always had the same benefits as other full-time faculty, including health and life insurance, retirement benefits, paid workload reduction for primary caregivers, tuition remission, and participation in faculty governance. Since 2008, they have had a promotion path from lecturer to senior lecturer to master lecturer, with automatic raises upon promotion, as is the case with our professorial faculty. Accurate salary comparisons to other institutions for lecturers are complicated because there is little consistency in the way that institutions use titles, and because lecturer ranks are combined into a single average, even if a school, like Boston University, has multiple ranks.

The salaries for academic staff are largely determined by the schools and colleges, with assistance from Human Resources. The Compensation group in Human Resources recently completed an analysis and reclassification of all staff positions in the University, in an effort to make compensation comparisons possible, both within BU and across the industry in Boston.

Faculty assignments at Boston University reflect the institution’s overall mission and purposes. Our multiple appointment types (e.g., un-modified, clinical, research, of the practice, lecturer) allow for intentional focus

on innovation in education and research, as we work toward fulfilling the goal of our mission statement to "meet the needs of students and an ever-changing world." Faculty assignments are flexible and balanced within a school to ensure that each type of faculty member has the appropriate time to dedicate to the activities that best reflect the intention of their appointment. For instance, in the School of Public Health, faculty typically receive 10% FTE for service with the remaining assignment balanced based on appointment type. A lecturer whose primary focus is teaching might have an assignment comprised of 90% teaching and 10% service, whereas a research-focused faculty member would have a reduced teaching load and an expansion of the research component of their assignment (e.g., 60% teaching, 30% scholarship, and 10% service). In the College of Arts & Sciences, the typical expectation for tenure stream faculty is 40% research, 40% teaching, and 20% service, a pattern that is very common among peer institutions. All of our schools and colleges have flexibility in setting faculty expectations for the distribution of their work.

Faculty assignments across ranks/titles in many of our colleges/schools allow time for service to the broader community, which is consistent with the University's mission and founding principle that "research, scholarship, artistic creation, and professional practice should be conducted in the service of the wider community." For example, faculty at the Wheelock College of Education & Human Development commonly provide service through professional development within the Boston Public Schools. Although schools/colleges at BU are provided autonomy in establishing faculty assignments, each employs a process that ensures these assignments are equitably made. All schools/colleges engage in a regular workload reappraisal process with adjustments made as necessary. These reviews occur regularly at the individual faculty level but also occur more broadly. For example, the College of Arts & Sciences recently conducted a review and determined the need to adjust the teaching component of faculty assignments within the Department of Economics to conform with the accepted norms of peer institutions, almost all of which had increased the proportion of time faculty devoted to research and slightly decreased (by half a course a year) the proportion of time that research-active faculty were expected to teach.

The Faculty Handbook contains the policies for all University instructional personnel, including all full-time faculty regardless of tenure status. This document provides an overview of the expectations of the University with regard to appointment, evaluation, promotion, and tenure. It describes the faculty grievance process and our policies and procedures that govern termination for cause, the conditions under which we may close a department, and the efforts we must take to provide for faculty members who may be displaced in the process. The Faculty Handbook is regularly revised through a robust series of discussions, consultations with stakeholders, and examination through the faculty governance process, culminating in a recommendation to the President from the University Council (see Standard Three for a complete description of the University Council). In spring 2018, the standards for promotion with and without tenure were revised through this consultative process, and a new, expanded appeals process for promotions on both campuses was developed and added to the Handbook.

Our schools and colleges have additional documentation available to their faculty in the form of bylaws or "faculty expectations" that further instruct faculty members on unit-specific responsibilities. For example, the College of Health & Rehabilitation Sciences: Sargent College offers written guidelines for specific groups of faculty depending on track (un-modified, clinical, research, etc.) that reflect the norms and expectations of the disciplines within the college. Similarly, the College of Engineering, the College of Arts & Sciences, and Metropolitan College have their own documents, customized for their faculty (see NECHE workroom).

Boston University has a well-defined grievance procedure for faculty, intended to "provide a means to resolve disputes which have not been resolved through the normal process of reasoned discussion." Faculty grievances are examined by a panel of three faculty, chosen in rotation from a standing committee of at least 12 faculty members. The panel reports the results of their investigation to the University Provost, and in a general way (to protect privacy), to the University Council. Most faculty disputes are resolved through earlier channels of discussion, moving from chair to dean to Provost. In any given year, the number of

disputes that are referred to the grievance process ranges from zero to three. Typical grievances include the unexpected loss of a compensated service role, or allegations of improper non-reappointment for contract faculty. There is also a robust, although rarely used, process for faculty consideration of a recommendation of termination for cause for a faculty member, (see Handbook), as well as statements on academic freedom, our philosophy and requirements for external professional activities, intellectual property, conflicts of interest, and scholarly misconduct, among other topics.[***]

One way that we ensure the high quality and effectiveness of faculty is the annual performance review process. This process allows the faculty member, department chair or other designated body, and dean to review and update the faculty responsibilities, and to determine if the faculty member is demonstratively effective in carrying out their assigned responsibilities. All faculty submit an annual faculty activity report describing their teaching, research, and service accomplishments, along with an external activity report in which they describe any compensated or non-compensated professional activities that were outside their duties for Boston University. These self-reports provide the basis for an annual review by a committee of peers within the department or school, or by the chair. The activities are evaluated using metrics that reflect the priorities and values of the discipline, informed by the expectations for each faculty member, as already described. All of our schools and colleges have some version of this flexible expectations/flexible evaluation process (see the NECHE workroom). The dean uses this analysis of "merit" to make salary raise recommendations, working within a raise pool that is specified by the University Provost and is applied consistently across all Charles River Campus schools and colleges.

With 17 colleges and schools and a wide range of disciplines that includes engineering, medicine, fine arts, education, and business, there is considerable latitude to employ evaluation criteria that align with the mission of the school, the characteristics of the disciplines represented within the school, and the weight that different faculty are expected to place on different activities.

Boston University honors and respects the academic freedom of its faculty. To ensure that the academic freedom extends to all faculty, the Academic Freedom Policy is the first section of the Faculty Handbook. In the event that a faculty member is concerned that this freedom is being curtailed, there are two confidential avenues for exploration or reporting this or any other serious issue: The Office of the Ombuds can confidentially explore with the faculty member whether the issue is related to Academic Freedom, and can help select the appropriate office to report and or consult; Ethics Point is a secure web-based and phone hotline for confidential complaints.

The sufficiency and support of (non-faculty) academic staff is established and maintained by three primary vehicles: (a) individual performance reviews, (b) annual review of programs and University planning/budgeting, and (c) strategic planning:

a) All non-faculty staff at Boston University are evaluated with a standard performance evaluation process for non-represented personnel in the areas of job knowledge, decision making, work quality, dependability, communications, interpersonal relationships, and leadership. Each staff member is reviewed annually by a direct supervisor and the written performance evaluation is approved by the dean (see NECHE workroom for BU Human Resources guidelines). Direct supervisors provide ongoing feedback to staff on their performance throughout the performance period. Depending on the staff member role, feedback is collected from students or other stakeholders (e.g., if performing academic advising). Performance review includes performance against objectives from the prior period and is usually quantified with respect to the appropriate mission (advising, scholarship, service, etc.). The results of the performance review are used to

[***] Many additional policies that apply to the University faculty and staff community are found on our Policies website and are discussed in Standard Three.

make changes as necessary. There are professional development programs available is some specific units (e.g., Questrom) to help improve staff capabilities in each context, and our Human Resources department has developed a suite of courses and other resources for staff who seek to improve their knowledge and performance.

b) Through the annual review and subsequent budgeting process, unit-specific performance metrics are collected and escalated for review by unit leadership, including the dean, with particular attention to how they affect student satisfaction (examples include recruiting performance, advisor satisfaction, service satisfaction, climate and exit surveys). Reviews of overall sufficiency of programs are performed annually and typically facilitated by interaction between program departments and the unit dean resulting in budget requests for the next cycle. These requests are reviewed annually through the University budget process and result in reassignment of funding for academic staff in affected programs.

c) Each unit, by virtue of University mandate, undergoes periodic strategic planning activities that establish needs for new or revised programs. This planning results in unit guidance that generates proposals and resource budget requests for the evolution (creation, retirement, enhancement) of academic programs, including sufficient staffing levels for both faculty and support staff to ensure successful programs.

***Appraisal***

Given Boston University's particular mix of tenure-stream and non-tenure-stream faculty, much of our recent activity has focused on ensuring equitable practices across the faculty. There are currently fewer part-time faculty, increased training and support for faculty, and greater opportunities and job security for part-time faculty.

About 5–7% of the full-time faculty leave the University each year (Data table 6.3). About half of the departures of un-modified professorial faculty are caused by retirement, and the others result from competitive recruitment of our faculty by other universities and moves made for personal reasons (proximity to aging parents, for example). Faculty members also leave to pursue outstanding leadership opportunities at other universities, or because they find strong employment prospects for both members of a couple. A small number of faculty leave because of tenure denial or non-reappointment. Turnover is much higher for part-time faculty, who are often paid by the course and occupy what are, by nature, temporary positions. Despite the popular speculation that a "wave" of faculty retirements is imminent, we have yet to see this on an institutional scale.

Although one might expect that having such a large number of non-tenure stream professorial faculty would create high turnover, in fact, our professorial faculty with contracts have served the University almost as long on average as those in the tenure stream, an average of 13.3 vs. 16.1 years since date of hire for contract and tenure stream faculty, respectively. One reason for this stability may be that all un-modified professorial faculty at Boston University have the same rights, responsibilities, expectations, and benefits, and they share in the same annual raise pool. All also have the same access to sabbaticals and the same appointment and promotion path.

One issue that had been faced by our non-tenure stream professorial faculty is the absence of a rigid timeline for promotion. Although many are happy to avoid the "up-or-out" consequence of the tenure clock, it has not been clear when a non-tenure track assistant professor should expect to be ready for promotion. The situation was even less clear for faculty holding titles modified by "clinical," "research," or "of the practice" because the promotion criteria and the bulk of the process were both left to each school or college to define and disseminate. To address this, in late 2016 the University Provost charged the Faculty Policies Committee of the University Council to draft guidelines, promotion policies, and processes for non-tenure track faculty of all types on our campuses. These new policies and processes were reviewed and approved

through our faculty governance process and were added to the Handbook in spring 2019. The new material describes timeframes for promotion, criteria, process, and appeals and lays out a clear expectation that progress towards promotion should be part of every faculty member's annual conversation about performance and progress with their department chair or supervisor.

Boston University has made a concerted effort in the past four years to reduce the number of part-time faculty positions and replace them with full-time faculty positions. This trend is visible in the data for our campuses. We have made this investment with the expectation that full-time faculty have a greater capacity to provide service to students and the educational enterprise, including student advising, academic planning, participation in policy-making, course and curricular development, research, and institutional governance. We have made the change gradually, but our progress has been significant. On the Charles River Campus (CRC), 1,675/2,399 (69.8%) of our faculty are full-time (FY2019), an increase of 5.1% in the past four years. This was achieved largely through consolidation of part-time teaching positions into full-time positions, most of these involving the lecturer ranks. As a result, the total number of lecturers (full- and part-time together) has decreased from 1,108 to 1,010, while the percentage of lecturers with full-time appointments has increased from 31% to 37% over this period. This shift is particularly noticeable in departments that previously had a heavy reliance on part-time instructors to teach sections of introductory classes. In World Languages & Literatures, for example, the number of part-time faculty has dropped by nearly half in the past four years, with a concomitant increase in the number of full-time faculty (see data table 6.4). On the Boston University Medical Campus (BUMC), 1,333/1,592 (83.7%) of our faculty are full-time (FY2019), an increase of 1.1% in the past four years. Much of this increase is derived from an increase in the number of full-time Instructors, a title used on the BUMC for entry-level full-time faculty more often than "lecturer." Considering both campuses together, our employment of part-time, paid-by-the course lecturers and instructors has declined 14.9% in the past four years, a trend that we project will continue.

Our goal is to become one of the "best in class" with respect to the clarity of our promotion policies and the degree to which our faculty in the tenure stream and outside the tenure stream understand the path to promotion. We see this as a natural evolution of our unusual mix of tenure stream and non-tenure stream faculty, who often work side by side in the same department or school or college. In the course of developing clear promotion paths and promotion policies for faculty with modified titles (clinical, research, etc.) described above, we discovered that there is a difference of opinion and a difference in practice concerning the extent to which faculty with modified titles expect to be evaluated by departmental peers who share those modified titles vs. only being evaluated by faculty with un-modified titles. A current proposal calls for a mixed group of evaluators, with the dean strongly advised to ensure that others on the same modified track as the candidate are included as evaluators. Our hope is that this process will allow all of our faculty to become more familiar with the work and accomplishments of their peers on different tracks, because the contributions of all types of faculty are required for the excellence of our departments and programs.

Despite the existence of guidelines for the development and oversight of TFs, concerns about variation in the quality of training and the feedback received by TFs across departments, schools, and colleges led to the formation of a committee in 2018 to establish teaching training and skills standards, chaired by the Associate Dean of the Graduate School of Arts & Sciences. Programs of study and TF environments differ greatly across such a large university, but having well-trained and well-supervised TFs is a goal shared by all schools and colleges. This is an area where there is widespread commitment to improve.

Faculty recruitment processes in general are well understood and successful; nevertheless, we continually refine our practices. For example, our appointment review for external senior hires follows all the steps of a normal internal promotion and tenure review, even when the faculty member we seek to appoint holds a tenured position at an elite university. We consider it essential to ensure consistent calibration across internal and external standards for our ranks and titles and to ensure that the faculty already in place have the opportunity to study, in detail, the dossiers of the truly outstanding faculty who are joining our ranks. This

practice, which began about 10 years ago, has been instrumental in raising our promotion standards, as well as our appointment standards.

We strive for year-over-year improvement in faculty salaries, with the goal of raising or maintaining faculty salaries at the median or above, compared to those at AAU private institutions or those in our strategic peer group. For several years, our most acute salary deficit relative to our AAU peers has been found for full professors in the Questrom School of Business. To date, over $500,000 in supplemental salary has been built into the budget to increase the salaries of current full professors in Questrom, and we continue to aggressively recruit to fill several endowed professorships with highly distinguished business faculty at highly competitive salaries.

Faculty search proposals that originate in the schools and colleges must include a diversity plan. Schools are encouraged to incorporate diversity indicator language in the advertisement text to signal the importance that the University places on creating a diverse and inclusive environment. Deans regularly provide information about their outreach efforts, and there is a strong effort to provide a balanced representation of gender and race on the search committee itself. Applicants' voluntary, self-reported racial, ethnic, and gender status (separate from individual names, as required by law) is reported in real time to search committee chairs and to deans, who monitor the diversity of the applicant pool.

Several new diversity efforts sponsored by the central administration illustrate the University's progress in this area. Schools and colleges now have flexibility from the University Provost on faculty hiring, allowing deans to leverage upcoming vacancies (e.g., known future retirements) to hire additional faculty who would add diversity, and bridging the funds needed until the vacancy occurs. In place informally since 2012, this practice is now used more formally and has become widely known. It is now standard practice to create postdoctoral positions for spouses or partners of faculty members from under-represented groups when they are too junior to consider for a faculty position, and the costs for such postdoctoral positions have been shared between the dean and the Provost. Since 2015, detailed analysis of diversity metrics for every search has been part of each dean's annual performance evaluation meeting with the Provost. Since 2016, the Provost has committed to discussing our progress on diversity metrics annually at our University Council. BU offers training for search committee chairs and search committee members, a service that has been in place since 2010 and was expanded in 2018 by our Associate Provost for Diversity & Inclusion. We have developed designated administrative positions focused on diversity efforts in almost all schools and colleges. Some schools, e.g., the College of Engineering, were pioneers in this effort, but most schools and colleges created these positions as a result of the Diversity & Inclusion Task Force report in 2016. There are concerted efforts in all executive leadership searches to identify and recruit outstanding leaders from underrepresented groups, including racial and ethnic groups and women who are underrepresented in their respective disciplines. The University understands that it is critical to have diverse perspectives and people from diverse backgrounds in leadership positions, to set an example for the faculty as we work with them to diversify faculty hiring at the departmental level. Since the last re-accreditation, our senior academic leadership appointments have included: Dean of the School of Education, African American male (2008–2017), Dean of the College of Arts and Sciences, white female (2015-2018), Dean of the College of Fine Arts, Hispanic/Latinx male (2010–2015), Dean of the College of Fine Arts, African American male (2018–present), Dean of the School of Social Work, Hispanic/Latinx male (2018–present), Dean of the Law School, African American female (2018–present), Dean of the Questrom School of Business, white female (2018–present), Dean of the College of Communication, white female (2019–present), and University Librarian, African American male (2018–present).

BU confronts several challenges in the area of faculty hiring. Recruiting highly qualified faculty in several disciplines has become challenging in research-intensive institutions, and we are no exception. For example, potential faculty (i.e., recent PhD earners) with analytical skills using large data sets are essential for our growth in Computer Science, the Questrom School of Business, Metropolitan College, and other units. Demand from students is high, and these faculty could develop exciting cross-college synergies for the

research programs. At the same time, it's hard to compete for new PhD earners on a purely monetary level when starting salaries in industry are two or three times those earned by experienced professors at Boston University, or at our peer institutions. Moreover, BU seeks faculty who are oriented toward teaching students and integrating students into their research programs, two predilections that may be at odds with the ambitions of some potential faculty members. Consequently, to help identify, recruit, and support exceptional faculty in the broad area of data science, the Provost created a Data Science Initiative in 2014.

***Projection***

Boston University has planned a University-wide climate survey for 2020. That survey will gauge faculty understanding of, and satisfaction with, a number of aspects of faculty life, including promotion guidelines and processes. The survey results will be used to inform future actions relating to faculty and academic staff.

The University is committed to creating clearer timelines and criteria for promotion of non-tenure stream faculty. We expect to incorporate new guidelines drafted by the Faculty Policies Committee of the Faculty Council into the Faculty Handbook, once they are approved by the President. The new material describes timeframes for promotion, criteria, process, and appeals and lays out a clear expectation that progress toward promotion should be part of every faculty member's annual conversation about performance and progress with their department chair or supervisor.

Boston University will strive for year-over-year improvement in faculty salaries, with the goal to raise or maintain faculty salaries to the median or above compared to salaries at AAU private institutions in our strategic peer group. To address salary deficits and salary compression in particular units, we project continued progress through a combination of selective recruiting and targeted budget supplementation in areas of greatest need.

The training of TFs, which varies across schools and colleges, is an area under active improvement. Once the committee working to establish teaching training and skills standards makes its recommendations, the University Provost and the Associate Provost for Graduate Affairs will lead discussions among the deans about how best to implement these and how to hold appropriate individuals accountable for training and oversight of teaching fellows.

The Associate Provost for Diversity & Inclusion has been transformative for our faculty search and recruitment efforts. She has developed initiatives, catalyzed conversations, improved our training, and has raised expectations around building diversity efforts into our faculty searches and the recruitment process. She has conducted listening sessions and has formed affinity groups to advise the leadership on efforts that will make Boston University a more inclusive community for faculty, staff, and students. The first of these formal groups is focused on the needs of the LGBTQIA+ community. Additional groups will be formed, and we are eager to consider the ideas that they will bring forward. We understand that there is much work to be done to increase the diversity of our community and to support a culture of inclusion. At the same time, it's clear that our "bottom-up" and "top-down" efforts over the past several years have generated a sense of energy about these issues, and many people are engaged in re-aligning our actions to better fit our founding principles and legacy of inclusion. We believe that our most recent decanal appointments suggest we have turned a corner, and we project that the composition of our senior academic leadership will continue to become more diverse.

With the newly strengthened voice of the faculty in the University Council (see Standard Three) and the significant changes we have made to the Faculty Handbook in recent years, we can project a robust engagement of faculty in faculty governance, a refreshing outlook for a university where for many years this was not the case.

Finally, although we queried academic units to gather data for 2018 in data form 6.1, we have not systematically collected data on the numbers of the various categories of academic staff. We will consider ways to collect these data systematically. Some categories are simple, because they map to distinct

"employee subgroups" in our enterprise management system, e.g., librarians and online facilitators. Others do not map as easily. We project using the self-study for this re-accreditation as a baseline, as we start to collect data going forward, allowing us to assess staffing trends over subsequent years.

**Teaching and Learning**

***Description***

At BU, faculty have primary responsibility for the educational excellence that is at the heart of the University. The University's commitment to professional development and our dedication to research-based educational strategies both embrace the use of emerging technologies and digital innovations for teaching and learning.

The faculty review processes described in the previous section (both annual review and tenure and promotion) are primary mechanisms for ensuring that the content and methods of instruction at Boston University meet accepted academic and professional standards. Faculty annual review materials require evidence of teaching effectiveness, including the results of student course evaluations, which are conducted in all courses University-wide, either online or on paper. In some cases, selected results are shared with students, as in the Questrom School of Business and the School of Public Health. Many departments also request syllabi and sample teaching materials, reflective statements, and teaching philosophies, and require systematic peer observation of teaching as part of ongoing faculty review. The tenure and promotion process described in the Faculty Handbook and in school and college guidelines clearly describes how teaching will be reviewed in that context, but some programs need additional information to ensure that effective teaching is taking place on an ongoing basis.

Because student course evaluations are widely seen as inadequate to fully evaluate the content and methods of instruction at the University, the University Provost and the Associate Provosts for Graduate and Undergraduate Affairs recently charged a task force with reviewing the content and delivery of student course evaluations and with considering the place of student feedback in the overall evaluation of teaching, with the goal of providing useful feedback to improve instruction. The process revealed disparities across the University in how teaching effectiveness is measured in departments (see "Appraisal" below).

The curriculum review process (eCAP) overseen by the Graduate and Undergraduate Programs and Policy Committees of the Faculty Council is another means by which faculty collectively review and discuss the content and instructional methods in programs in order to ensure they meet generally accepted standards. The recent adoption of the new general education program (the BU Hub) has also prompted programs to reconsider curricula as well as pedagogy in order to have courses approved by the General Education Committee (see Standard Four).

Program Learning Outcomes Assessment is another means for faculty to determine what and how students are learning in programs, and to report annually on findings and how they are being used to improve instruction (see Standard Eight for elaboration).[†††]

The University works hard to provide a classroom experience that promotes learning and effective teaching with physical surroundings appropriate to a variety of pedagogies and encouraging of pedagogical and technological innovation. During the 2015–2016 academic year, University Provost Morrison appointed a Classroom Renovation Committee charged with developing processes to guide renovation projects affecting classroom space across the CRC, as well as a framework for the ways in which design standards and specifications should be articulated. The initial phase of that work is completed, and the committee carries this mission forward, considering future needs. (See NECHE workroom for schedule of classroom upgrades and renovations.)

[†††] Many of our schools, colleges and programs also maintain specialized accreditations that require periodic review of discipline-specific program content and teaching methods. A list is included in the E-Series forms.

The University provides resources and support for teaching and learning, including training in the use of research-based pedagogies, new and emerging technologies, and digital media. These resources include support for, and, in some cases, funding to encourage teaching transformations and curricular innovations such as active and collaborative learning, student response systems, team teaching, and technology-enhanced learning.

BU's Center for Teaching & Learning (CTL) helps faculty cultivate teaching that is inclusive, centered on student learning, and guided by the latest research on learning, engagement, instructional innovation, and emerging technologies. In addition to providing one-on-one support for instruction, the CTL collaborates with academic departments and divisions across campus to sponsor workshops, seminars, and peer-to-peer collaborations on all aspects of teaching and learning. From its founding in January 2016 to September 2018, the CTL conducted 385 individual consultations. It has facilitated six learning communities and reading groups involving 83 faculty members and has hosted 124 workshops for 1,669 faculty participants and held five campus-wide conferences.

CTL year-long faculty learning communities have focused on blended learning, collaborative learning, and the scholarship of teaching and learning, and they typically consist of a group of 6-15 faculty from across disciplines, schools, and colleges.

Workshop offerings include syllabus and course development, the creation of assignments involving digital/multimedia expression, and the development of cocurricular learning experiences. Custom workshops for specific schools, colleges, and departments have included academic integrity, active learning in large enrollment classes, fostering discussion in larger and smaller classes, best practices in grading and providing feedback to students, and inclusive learning. The annual Educational Innovation Conference (spring) and Teaching with Technology Festival (fall) are opportunities for the CTL to bring together faculty, staff, graduate students, and postdocs from across BU and beyond to showcase excellence in teaching and learning. The CTL is also a founding member of the Colonial Group network of centers for teaching and learning. This consortium of 14 universities formed by their provosts is supported by a close network of centers for teaching and learning.

The University Provost has committed substantial funding for stipends for new course development for the BU Hub, Boston University's first University-wide general education curriculum. The CTL provides extensive support for this course development, as well as revision of current courses and development of cocurriculars for inclusion in the Hub. Since June 2017, the Provost has approved $561,000 in such stipends. To date, 269 faculty representing 57 departments and each of the 10 undergraduate schools and colleges have participated in the following CTL Hub workshops: Course Revision (292), New Course Development (33), Digital/Multimedia Expression (58), Cocurricular Design (27), and Independent Work (21). Total CTL stipended workshop attendance is 431. More than half (55%) of all Hub course proposers have worked directly with the CTL in their courses.

To support graduate student teaching, the CTL offers a semi-annual Graduate Student Teaching Day workshop for incoming and current teaching fellows. The one-day conference, which typically enrolls 80 participants, includes topics such as classroom challenges, teaching personas, class preparation, active learning, and feedback techniques. Throughout the year, the CTL offers teaching fellow-targeted workshops on lecture organization, grading student work, and creating reflective teaching statements. The CTL offers a number of other grant and funding opportunities to support innovative, inclusive and/or research-based teaching and learning projects.

Digital Learning & Innovation's Educational Technology Unit (EdTech) supports BU faculty and academic staff in their use of available and emerging learning-centered technologies, including the University's learning management system, synchronous collaboration platforms, multimedia tools, and electronic portfolios. In close collaboration with the CTL, EdTech provides consultations, individual and group

technology trainings, interdisciplinary communities of practice, and customized documentation and resources.

As part of the 2018 merger with Wheelock College, BU has acquired the Earl Center for Learning & Innovation, which shares the goal of advancing instructional and pedagogical practices to harness creativity and innovation for successful learning. We are still in the process of determining the best way to use and integrate these resources.

BU's online programs are designed and facilitated by a collaboration between Metropolitan College's Distance Education office and faculty members throughout the University's schools and colleges. Distance Education consists of a team of instructional designers, media producers, and support staff who specialize in online education. The office serves as a resource for BU schools and colleges that seek to develop online programs, and it works closely with faculty to ensure the quality of online materials and instruction. Online programs at BU employ technology to create an interactive learning environment that incorporates simulations, video, audio, multimedia, and group activities such as discussion boards. A vital component of all online programs at BU is the availability of student and faculty support. The Distance Education team of support administrators ensures that online students receive prompt and attentive assistance throughout their learning experience, from application and registration to technical support to graduation details. Online programs also participate in program learning outcomes assessment to ensure that they are effective (see Standard Eight).

It has been more than five years since the Council on Educational Technology & Learning Innovation submitted their report to the President. In response to the that report, BU created its Digital Learning Initiative (DLI) to support innovation in teaching and learning on campus. The DLI oversaw the development of BU's first MOOCs in 2014, and offered seed grants to faculty with innovative ideas for online education. Since then, the DLI has grown and expanded its reach. The University has hired an Associate Provost for Digital Learning & Innovation, Professor Chris Dellarocas. The original DLI has been renamed the Digital Education Incubator, and it continues to offer seed grants to support faculty innovation across the University (see NECHE workroom).

Boston University supports student creativity, innovation, and entrepreneurship in the curriculum through Innovate@BU, which provides experiential learning programs through the BUild Lab IDG Capital Student Innovation Center. Innovate@BU engages faculty in focused research to identify practices that support innovation and entrepreneurship. A University-wide Innovation & Entrepreneurship undergraduate minor (see NECHE workroom) has been approved and is intended to provide undergraduates with the frameworks needed to translate their ideas into impact.

When multiple sections of the same course are offered at Boston University, schools and colleges must ensure an appropriate balance between flexibility for individual faculty members' expertise/teaching style and consistency of instruction/learning outcomes. This is accomplished through oversight, generally through consensus among the faculty teaching across course sections, and ultimately at the department or college/school level. For example, departments may have the group of faculty teaching across sections regularly meet as a team to set standard course objectives, create shared slides, establish course assessments, and so forth. In other departments, a faculty course coordinator or a department administrator (e.g., associate dean for academic affairs) coordinates the process through the collection and review of syllabi and learning outcomes across sections. Post-course reviews (e.g., comparisons of grade distributions or course evaluations) are also conducted to ensure similarity. In all of these instances, overall consistency is emphasized while also providing faculty course instructors with autonomy to apply their personal expertise in the examples, content, and delivery of the course.

Boston University's system of academic advising is multifaceted to address the needs of different types of students and their educational programs, which are taught in multiple locations and through several different modalities. To accomplish this, each college and school at Boston University maintains a clear and well-

communicated practice that ensures that undergraduates receive appropriate advising. These policies are guided by Boston University's statement of Mission and Outcomes for Undergraduate Advising and facilitated by the work of the Advising Network. In some schools and colleges, undergraduate advising by faculty and professional staff is enhanced by a first-year course that includes advising. In the College of Engineering, for example, EK100 is required of all students, while in CAS, FY101 is taken voluntarily by about one-third to one-half of all CAS students. Each school/college has a student services office that advises prospective undergraduate students and serves as a safety net for enrolled undergraduates.

The Metropolitan College undergraduate program employs a hybrid model of advising, for both residential and online learning. MET residential undergraduates receive advising from their major's departmental coordinator and have access to the advising resources offered by the staff of the Undergraduate Student Services office. Undergraduate students taking MET online and hybrid courses receive advising from the academic counselor at the Undergraduate Student Services office.

With some exceptions, all graduate programs at Boston University have a clear and well-communicated policy that provides graduate students with appropriate advising either from faculty and/or professional staff (see NECHE workroom for graduate advising policies). Advising is also available from the program's graduate program coordinator and from the school/college's graduate affairs office. Each program, via the school/college graduate affairs office, publishes (online) a handbook and/or a website that outlines the requirements and expectations of satisfactory degree progress for graduate students.

Support for research endeavors is woven through Boston University's fundamental activities, and research is integrated and valued in the activities of both faculty and students.

Undergraduate students may take advantage of two kinds of research opportunities. All undergraduates can participate in the Undergraduate Research Opportunities Program, which facilitates participation in faculty-mentored research projects that are often funded and may involve any academic area University-wide. Undergraduates may also have the option or be required to engage in a research opportunity within their college or school, as outlined at each college or school's website and as supported by faculty and/or staff. All sophomores in CGS complete a capstone project; all students who complete the Kilachand Honors College curriculum complete a Keystone Project; students who graduate from ENG do a senior design project; students who graduate from CFA do a senior recital/show/exhibition; students in the junior year in Questrom do a Cross-Functional Core team project; and CAS students have the option of doing research for honors in their major degree. In the BU Hub, students have the opportunity to complete research in a project-based Cross-College Challenge, often in collaboration with a community partner. In this way, the University ensures that there are ample opportunities for all undergraduates to take part in research through a variety of pathways.

The requirement that graduate students conduct research in addition to completing coursework varies across graduate degrees. At the master's level, most professional degrees do not require research, while most academic master's degrees require the completion of a master's thesis. Boston University's Bulletin and the program's handbook or website outline the nature of the required scholarship and the type and extent of support provided by faculty to graduate students. All PhD students in good standing at Boston University receive five years of stipend support and health insurance, reflecting BU's commitment to nurturing the next generation of researchers across the humanities, social sciences, sciences, and engineering. In addition to the completion of a dissertation as an original piece of scholarly research, PhD students are encouraged to present and publish their research (although the rate of such scholarship varies across schools and colleges); financial support is not universally provided to them to present their research at conferences (see NECHE workroom).

In 2018, affiliated researchers at Boston University, including 3,850 faculty and over 650 non-faculty academic researchers, received 1,734 grant and contract awards, totaling $486.8 million, and they produced over 5,790 publications. This research takes place in 1,681 laboratories and 130+ centers and institutes.

Boston University provides research support to faculty, as overseen by the BU Office of Research, and provides funding to support faculty research, either at the University level (Career Development Awards, Ignition Awards) or at the college or school level (Boston University's Center for the Humanities Faculty Fellowships). The Institutional Review Board and the Responsible Conduct of Research training program ensure that ethical guidelines for research are clearly delineated for the University community.

Boston University's Research Support office provides resources and guidance to help researchers manage the entire lifecycle of their projects, from preparing a proposal to bringing ideas to market to promoting work in the media. BU's Research Computing Services, a unit of the department of Information Services & Technology, provides computing, storage, and visualization resources and services to support research that has specialized or highly intensive computation, storage, bandwidth, or graphics requirements. The group supports a wide range of disciplines, from the physical sciences and engineering to emerging computational communities such as biostatistics, bioinformatics, genomics, neuroscience, machine learning, public and global health, economics, finance, the social sciences, microbiology, and infectious diseases. The primary computing resource is BU's Shared Computing Cluster (SCC), a heterogeneous Linux cluster with an array of storage options located at the Massachusetts Green High Performance Computing Center. SCC offers a broad selection of software for scientific research computing. Research Computing Services is currently exploring ways to expand access to cloud services for research, both through institutionally operated resources and public cloud resources.

***Appraisal***

The University strives continually to assess and improve the quality of teaching. In May 2017, a Task Force on Evaluating Teaching was charged with gathering information about the content of student course evaluations and with considering how this content aligns with current research and national conversations about how best to evaluate University teaching.

The task force first surveyed deans, department chairs, and program directors on the Charles River and Medical Campuses. Because each school and college has its own approach, the task force reviewed all evaluation forms to create a master inventory of current question types and considered how our practices align with current research and national conversations about how best to evaluate teaching. Both the survey results and the inventory of course evaluation questions suggest that the University currently lacks a clear, shared definition of multiple measures of teaching effectiveness. The task force also found that the quality of information about teaching from the instructor, students, and peers has been highly variable across the University, making it difficult to fairly and adequately assess teaching effectiveness and to support improved teaching. (See NECHE workroom for Task Force on Evaluating Teaching charge and final report). The University has begun piloting the new student feedback survey and is taking steps to implement a centralized process for evaluating teaching.

The University continues to increase its commitment to the Undergraduate Research Opportunities Program (UROP), as the number of applications grows. Since 2013, UROP has experienced a 54% increase in applications, and a 48% increase in applications funded. In AY2017/2018, 438 BU students received UROP support. Research conducted under the auspices of UROP is highly regarded and publicized. In each of the past three years, UROP-funded students have been co-authors on more than 250 publications or posters. The program continues to expand its disciplinary horizons. While the majority of UROP students have traditionally worked in STEM fields, we have made efforts to expand into the social sciences and humanities. This is exemplified by 27 awards in the humanities for AY2017/2018, double the number from the previous year. Looking forward, UROP hopes to continue funding students at their current funding level, even as application numbers increase. The program is making efforts to continue increasing the diversity of research topics supported, and it has created a BU Hub cocurricular activity to be offered in 2019.

***Projection***

Our success at Boston University depends on our ability to navigate continuous change, particularly in the area of teaching and learning where new technologies are creating new opportunities to reach students. Part of our challenge as a residential educational establishment lies in how we harness technology and innovate, both on and off campus.

We must also continue to demonstrate the value of a Boston University education through commitment to excellent teaching. In response to the report of the Task Force on Evaluating Teaching, the University will seek better tools to evaluate and improve teaching and will implement these thoughtfully, incorporating multiple measures to evaluate teaching for faculty at all levels and in every department.

The University will also continue to pursue initiatives to offer innovative online education. As a result of recent strategic planning efforts, a new subcommittee on Digital Learning & Resources, co-chaired by Professor Chris Dellarocas, Associate Provost for Digital Learning & Innovation, and Professor Tanya Zlateva, Dean of Metropolitan College, will investigate new opportunities and strategies for digital learning. The group will determine the role of digital learning in undergraduate, graduate, and professional programs at BU and identify the greatest areas of opportunity. It will also set specific goals for digital learning by 2030 and make recommendations about how to organize BU's digital learning resources to meet those goals and priorities.

The University will continue to support research for all students and faculty, and to seek ways to create interdisciplinary opportunities for research, such as the Data Science Initiative (see report of the Task Force on Data Sciences), whose recommendations were made public in April 2019.

## Standard Seven: Institutional Resources

Boston University works hard to ensure that its institutional resources are well maintained and are sufficient to enable the University to fulfill its ambitious mission of teaching and research. The University employs robust systems of evaluation and planning and strives to make forward-looking decisions concerning the allocation and use of all human, financial, physical, technological, and informational resources.

### Human Resources

#### *Description*

Boston University works on several fronts to attract and retain an excellent and diversified workforce necessary to support all University functions. BU currently has more than 10,000 faculty and staff, including 3,008 full-time and 983 part-time faculty. The University provides competitive compensation and benefits, and enables all employees to see the comprehensive picture of their total compensation and benefits through programs such as BU Total Rewards. BU Human Resources provides an array of health, wellness, and financial services, ranging from an annual Fitbit walking challenge to a retirement contribution calculator and related classes. HR strives to make BU an employer of choice in the very competitive Boston labor market.

BU staff is invited to participate in formal training via leadership and management development programs: Terrier eDevelopment (online learning platform) and Choose to Learn Live, sessions that are presented live and streamed for remote participation and captured for future viewing. Staff also have access to programming related to their roles and personal development plans. Two thousand eighty-one employees participated in HR training programs in 2018; 22% of managers have attended a management or leadership program.

Human Resources policies are published on the Boston University website and are accessible to all employees. Human Resources leadership and business partners work collaboratively with schools, colleges, and departments to ensure that staff are treated fairly, equitably, and in accordance with BU policy. Administrative staff may avail themselves of the grievance process through the Employee Grievance Policy (No. 206), and those employees represented by a union can pursue action through the appropriate grievance procedure.

The University's academic, administrative, development, financial, research, and regulatory compliance policies are posted to the University's website and are available to all members of the University community. The University's Compliance Services office maintains the website, and these policies are regularly reviewed and updated by policy owners.

#### *Appraisal*

Human Resources regularly evaluates and develops long-term strategies relating to staffing, salaries, and benefits. In 2018, salaries and benefits accounted for more than 50% of the University's operating expenses, and employee benefit programs represent just under $250 million. Starting in 2014, an Employee Benefits Task Force has benchmarked programs with peers in higher education and industry and reviewed trends in employee benefits. The task force developed guiding principles to ensure that programs are compliant with all government regulations (e.g., Affordable Care Act, Employee Retirement Income Security Act), enhance tax benefits for employees while limiting the University's exposure, and promote equity among higher- and lower-paid employees. The task force gathered feedback on proposed changes via 80 town hall meetings held over four months and reviewed 374 emails. It then modified healthcare and retirement plans based on that feedback. Those changes, implemented in January 2016, resulted in a 13% decrease in the University's healthcare costs over three fiscal years. Retirement plan changes went into effect in 2018.

The University carefully assesses staffing resources through the use of comparative peer data collected via IPEDS. The 2016 staff-to-student ratio ranked BU slightly below the median of 17 schools (.31 FTE per student versus .42).

Administrative staff is rated annually by a University-wide performance review process, and staff who perform according to or above expectations receive a merit increase. All administrative staff compensation (pay and benefits) are benchmarked to external market standards, and enterprise risks related to human resources are identified and managed through the University's Enterprise Risk Management program.

***Projection***

Boston University will continue to promote hiring practices and mentorship programs that will attract and retain a highly skilled, innovative, and diversified staff. To improve our ability to benchmark staff salaries across the University and externally to the market, BU Human Resources is developing a new job-based, rather than specific position-based, compensation structure. This structure will provide standard definitions, allow for comparing jobs internally, improve our ability to externally benchmark salaries for jobs, and provide a clearer structure for developing employee career paths. Approximately 4,000 positions have been mapped to 290 new jobs within job families and sub-families.

**Financial Resources**

***Description***

Boston University's financial resources are dedicated to its educational and research mission, and they are governed by a well-defined system of checks and balances. The Finance & Budget Committee, a committee of the University's Board of Trustees, reviews and recommends to the Board annual University budgets that have been prepared by the administration and vetted through the University Budget and Space Committees. These two committees were formed in 2010 to oversee operating budgeting and capital planning. Committee membership is the same for both groups and consists of the President; University Provost; Senior Vice President for Financial Affairs and Treasurer (Chief Financial Officer); Senior Vice President for Operations; and Vice President for Budget, Planning and Business Affairs. The committees provide strategic direction and guidance for annual budget development and review monthly operating results, quarterly forecasts, and multi-year operating and capital budget models. The Provost's office oversees regular program reviews of all academic and research programs; these reviews are integrated into the annual budget development process.

In April of each year, the Board of Trustees votes on the approval of the University operating budget, and the following month, the University's capital budget and five-year plan is presented for approval to the Executive Committee of the Board of Trustees. Significant new initiatives with an impact on the University's balance sheet, revenue, or expenses (such as the recent merger with Wheelock College) must be reviewed with and approved by the Board.

The Finance & Budget Committee regularly reviews key financial metrics and enrollment data for the University with comparisons to median data for large comprehensive research universities, as well as with a broad population of institutions with the same credit rating. Among the metrics considered is the University's Strategic Indicators report compiled by Analytical Services & Institutional Research, which includes comparative financial, staffing, student, enrollment, sponsored research, and ranking information from other institutions.

The Audit Committee of the Board of Trustees oversees the integrity of the University's financial statements; the adequacy of the University's financial and operational controls; the performance of the University's internal audit function and independent auditors; the independent auditor's qualifications and independence; the University's compliance with legal and regulatory requirements, including generally accepted accounting principles; implementation and enforcement of the University's Conflict of Interest

Policy and Code of Ethical Conduct; and the University's enterprise risk management process (see Audit Committee Charter, updated September 2018).

Each month, the Comptroller's office prepares a "Treasurer's Report" on a GAAP and Modified Budget basis. That includes comparative balance sheets, cash flows, and detailed fluctuation analyses of assets, liabilities, and revenues and expenses by unit and by natural classification. This report is circulated to senior leaders and managers in Financial Affairs, Budget & Planning and to senior leadership. Excerpts from these interim results are regularly reported and reviewed with the Finance & Budget Committee described above.

***Appraisal***

Boston University has generated a modest surplus from operations every year since 2004. In November 2017, the University earned a ratings upgrade from Moody's Investors Service to Aa3 from A1. In August of 2018, Moody's affirmed that rating, citing the University's careful fiscal management and strong culture of continuous improvement and reinvestment; long-term strategic planning incorporating well-articulated goals; good financial modeling and benchmarking; and a seasoned senior leadership team.

The University's operating reserves, along with increased philanthropy, endowment growth through gifts and investment performance, and monetization of real estate net assets have resulted in an increase in net assets in the 10 years since 2008 of $2.8 billion, with over $1 billion of that increase contributed in the past two years.

The University scrupulously maintains both the means—in terms of planning and monitoring procedures and protocols—and the discipline to manage to its financial goals. In accordance with the Strategic Plan, BU has been making efforts to diversify a revenue base that has been weighted toward tuition-dependence. Two-thirds of tuition revenue is generated by undergraduate programs and one-third by graduate and professional school programs. Net tuition revenue from undergraduate enrollment remains extremely important, as research funding and graduate education are subject to economic uncertainty. Progress toward the goal of diversification of revenue is seen in the growth of the University's endowment, up from $1.1 billion in 2008 to $2.1 billion in 2018, with endowment support of operations up 112% over the same period. Contributions (operating and non-operating) increased by 150% during the same period, outpacing the increase in student charges (primarily net tuition, room, and board), which grew 51%. Auxiliary revenues are also uniquely diverse, including significant revenues as a result of the University's campus footprint and urban location.

In January 2016, the University created an internal bank, the Intermediate Working Capital Pool, funded with working capital reserves and other one-time non-recurring transactions (e.g., real estate monetization, savings from debt refinancing, and other operating efficiencies). This fund provides additional focus and discipline for cash management outside of the endowment, with earnings and a portion of the capital supporting a portfolio of internal loans for capital projects and, in the long-term, accumulating reserves for funding institutional priorities and/or reducing external debt.

Substantially all of the University's resources are devoted to instruction, research, and public service mission. In Fiscal 2018, 89% of total spending, before the allocation of institutional support, was directed to these mission-related activities.

The University's strategic enrollment planning process is designed to ensure the academic and financial stability of the institution. Undergraduate enrollment targets are set in close consultation with the President and University Provost, the undergraduate deans, and the leadership team from Enrollment & Student Administration. Responsibility for the development and implementation of BU's undergraduate enrollment strategy rests with the Enrollment Strategy Group, which is chaired by the Vice President and Associate Provost for Enrollment & Student Administration and includes the senior leadership from Admissions, Financial Aid, Enrollment Services Operations, and Analytical Services & Institutional Research.

Development activities include formal and ongoing efforts in areas such as annual giving, foundation relations, planned giving, leadership gifts, a parents' fund, senior class giving, athletics fundraising, and related activities. Support services within Development & Alumni Relations include development communication, events, prospect research, gift recording and gift-record management, and stewardship. The Stewardship & Donor Relations office works closely with those BU offices responsible for financial accountability to ensure that all gifts are reviewed and donor intent is respected. The Executive Committee of the Board of Trustees reviews named gifts, endowed gifts, and any gifts with special stipulations.

***Projection***

BU understands that the future landscape of higher education will be different from today's. The college-age population will decline, and as it does, higher education will see greater numbers of Hispanic students and first-generation students. To better serve those students, the University recently joined the American Talent Initiative, an alliance of colleges and universities with a commitment to improve opportunities for low and moderate income households. BU will continue efforts to expand it financial footing and become less dependent on revenues from tuition, as part of a broad effort to adapt to the changing environment of higher education.

As has been the case in recent years, Fiscal 2018 year-end results exceeded both budget expectations and prior year results. Fiscal 2018 benefitted from disciplined expense control, strategic deployment of resources (which included increased financial aid), healthy endowment income growth, increased graduate professional enrollments and research awards, and the continued success of our capital campaign. Fiscal 2018 year-end operating budget reserves, an internally defined management reporting metric, were $188.2 million. The reserves are ultimately designated for one-time investment in academic, research, or student life programs. These programs include faculty start-up, interdisciplinary research initiatives, and campus development (new and renovated space).

Fiscal 2019 appears to be another strong year. The Fiscal 2019 budget includes specifically designated reserves of $61.8 million and undesignated reserves of $31.0 million. Based on Fiscal 2019 second quarter results, designated reserves for the year are forecasted to be $72.9 million, and undesignated reserves are expected to be $66.7 million. Fiscal 2019 revenue is forecasted to increase to $2.6 billion, or 6.2%, while expenses are projected to increase to $2.46 billion, or 8.9%. The rate of increase in expenses is higher than revenue due primarily to strategic investment in student financial aid and debt service on a new $300 million bond issuance.

The Fiscal 2020 budget, compared to the Fiscal 2019, reflects a 4.3% increase in revenue to $2.65 billion and a 3.8% increase in expenses to $2.54 billion. Reserves are budgeted at $107.6 million, of which $75.6 million is designated and $32.0 million is undesignated. Fiscal 2020 is the third year of a program to fund full need without loans for Pell Grant recipients and includes additional funding for need-based financial aid to middle class families. The Fiscal 2020 budget assumes a freshman financial aid rate of 36.0%. This represents a 5.9% increase compared to a Fiscal 2019 budgeted rate of 34.0%. Over 60% of the University's operating revenue budget is tuition and fee revenue and 12% is from auxiliary operations, such as dining and residential programs. Salaries, wages, and benefits make up over 50% of the University expense budget. Student aid accounts for an additional 20% of budgeted expenses.

All undergraduate and graduate enrollment metrics and targets will continue to be monitored regularly, and we will continue to keep tight controls on all discretionary administrative spending and control of administrative and faculty head count.

The University's out-year forecasts assume that the entering freshman class target will remain at 3,100 and that there will be moderate tuition, fee, room, and board rate increases but dependent on inflation. The University will allocate and re-allocate resources based on the new Strategic Plan.

**Information, Physical, and Technological Resources**

***Description***

**Physical Plant**

Boston University maintains extensive physical, information, and technological resources in support of its academic programs on campuses in Boston, on campuses abroad, and online. The University's three primary campuses (Charles River, Medical, and Fenway) occupy 169 acres in the City of Boston and the Town of Brookline. BU properties, which include two dozen domestic and international facilities, contain more than 336 buildings with 15 million gross square feet of housing. That includes 834 classrooms (705 on Charles River, 120 on Medical, and nine on Fenway), 1,681 laboratories (777 on Charles River and 904 on Medical), 21 libraries, 919 faculty, staff, and graduate apartments, and over 11,000 beds of undergraduate student housing.

***Appraisal***

In the last decade, Boston University has invested $1.513 billion in building construction and renovation, and has expanded its assignable area by 10%, from 8,981,364 to 9,856,962 square feet. This growth has been focused on programmatic needs, such as the School of Law renovation and expansion (Redstone Building); construction of the Goldman School of Dental Medicine addition; construction of the Rajen Kilachand Center for Integrated Life Sciences & Engineering for interdisciplinary research; renovations of undergraduate and graduate classrooms, research, and residential space; visual and performing arts (Booth Theatre and CFA Production Center); student advising, support, and career services (Yawkey Center for Student Services); Howard Thurman Center for Common Ground; Kilachand Honors College offices and residences; and innovation spaces such as the Engineering Product Innovation Center and the BUild Lab IDG Capital Student Innovation Center.

**Libraries**

***Description***

Boston University's main library system on the Charles River Campus comprises six branches—Mugar Memorial Library, Science and Engineering Library, Pardee Management Library, Pickering Educational Resources Library, Stone Science Library, and the Astronomy Library—and two specialized libraries: the Music Library and the African Studies Library. All of these libraries report to the University Librarian under the organizational heading Boston University Libraries ("Libraries"). The University's collections and library resources also include the Howard Gotlieb Archival Research Center, the Alumni Medical Library, the Fineman & Pappas Law Libraries, and the Theology Library, all four of which report to academic units and leadership separate from the Libraries and the University Librarian.

Together, Boston University's library collections total more than 2.4 million physical volumes, over 45,000 current unique serials, and 77,000 media titles. All units within the system provide research tools and services that include library tutorials, library instruction from research basics to graduate-level classes, reference services, access to digital resources, specialist consultations, and librarian-created guides with curated resources.

In July 2018, K. Matthew Dames assumed the role of University Librarian, serving as the chief academic, administrative, and executive officer of the Libraries. The Libraries are governed by an executive team that comprises several individuals, including associate university librarians and the Director of Administration. The Libraries also gain guidance, oversight, strategic direction, and governance from committees and working groups such as the Assessment Committee, the Policy Initiatives Working Group, the Travel Policy Committee, and the Strategic Planning Liaison Committee.

***Appraisal***

The Boston University Libraries 2016 Survey Report, published in February 2017, revealed that faculty (64%), graduate students (68%), and undergraduate students (72%) were satisfied with the Libraries overall. For all groups, these results were increases from previous surveys. The Libraries are commencing another iteration of this survey in 2019.

In fall 2018, a SWOT analysis of libraries performed by the University Librarian reported that the African Studies Library and the Libraries' existing and growing collaborations with the University's Research and Information Services & Technology units are among the Libraries' strengths; facilities and space (especially Mugar Memorial Library) and staffing capacity are among the Libraries' weaknesses.

**Information Technology**

***Description***

Boston University Information Services & Technology (IS&T), in partnership with local technology support organizations in some schools and colleges, provides a full array of infrastructure and services to support teaching, learning, and research. Critical infrastructure includes high bandwidth connections up to 100 Gb/s for large research projects connecting to Internet2 and our research data center, the Massachusetts Green High-Performance Computing Center. Communications infrastructure is contemporary and robust and includes nearly 7,000 wireless access points supporting nearly 14,000 devices in a given two-week period. All classrooms have digital presentation and audio capability. Core administrative functions are provided using SAP software, leveraging their current in-memory database technology for optimal performance. Research administration is supported with several software applications, most implemented within the past 10 years.

***Appraisal***

BU IS&T leadership assesses BU's investment in information technology resources through benchmarking, using the EDUCAUSE 2017 Core Data Survey. Benchmark data are provided in the annual budget submission, which is shared with all BU technology governance committees and the University Budget Committee. BU's IT spending per institutional FTE (students, faculty, staff), at $1,617.02 in FY2017, benchmarks above the median of AAU institutions who responded to the EDUCAUSE Core Data Survey. BU's total central IT spending as a percentage of institutional expenses, at 3.55%, is in the top quartile of responding AAU institutions.

BU Information Services & Technology assesses community satisfaction with technology services with a bi-annual survey. The results indicate that most BU technology services meet or exceed students' minimum expectations, while staff and faculty expectations are more challenging. The greatest areas of dissatisfaction for students are wireless services, while for faculty and staff, they are Finance/HR/Procurement services. IS&T plans service enhancements in response to this data. Recent enhancements include a wireless infrastructure refresh and an outdoor wireless pilot for students, as well as multiple projects to improve the experience of faculty and staff with finance, HR, and procurement. Over the past several years, IS&T has also implemented a new travel and expense system (Concur) and replaced the University's Benefits portal. IS&T is currently replacing BU's procurement system with a next generation service designed to be much more user friendly.

Technology services are increasingly being used in the assessment of BU student progress, academic programs, and research impact. An Academic Data Warehouse has been developed to provide a variety of student enrollment-related analyses and continues to be expanded with functionality related to retention and graduation. A program assessment platform was recently implemented, and adoption of online course evaluations is ongoing.

The security and reliability of BU information systems and the protection of individual privacy are important responsibilities of BU IS&T. Key performance indicators around service reliability, disaster recovery, and security are reviewed annually with the Board of Trustees Audit Committee as part of the University's Enterprise Risk Management process. Enhancements in network security have produced, in recent years, a new network Monitoring & Management policy, as well as a new Access to Electronic Information policy designed to safeguard privacy. IS&T also conducts an annual penetration test of critical systems and recently conducted a comprehensive HIPAA risk assessment and improvement plan.

***Projection***

**Physical Plant**

Targeted investments of the next five years are focused on clinical education spaces such as the renovation and expansion of the Henry M. Goldman School of Dental Medicine, the construction of a new data sciences research office and classroom building, and improvements of undergraduate housing and study spaces.

**Libraries**

The Libraries will be a focus of the University's Academic Strategic Planning process throughout 2019. A newly launched Subcommittee on Scholarly Resources & Services—Libraries, chaired by the University Librarian, will guide the University in envisioning how our Libraries can support faculty and students in a digital, interdisciplinary, and collaborative environment. The committee is charged with exploring the role of libraries in managing and curating research data, capturing and displaying scholarly activities, organizing and preserving contributions to the scholarly record; and determining how the Libraries' physical and virtual space might be reconfigured to allow for new forms of collaboration and experiential learning.

**Information Technology**

The current BU Technology Plan, created for 2015–2020, will be replaced with a new plan following the completion of the University's strategic planning process in 2020. Replacement of the University's legacy Student Information Systems will feature prominently in the plan, as will expanded services in support of data science in both teaching and research.

**Standard Eight: Educational Effectiveness**

***Description***

Since its most recent self-study and re-accreditation site visit in 2009, Boston University has experienced tremendous growth and change. To keep pace with this progress, and to ensure that growth and innovation are responsible, the University has developed measures to assess educational effectiveness across its more than 600 degree programs, as well as for non-degree granting and co-curricular programs, general education, and initiatives such as the Digital Learning Initiative (now renamed the Digital Education Incubator), Academic Advising, and Student Affairs. Boston University regularly uses multiple direct and indirect measures to understand what students have gained as a result of their education and it uses this information for planning and improvement at the program, school and college, and institutional levels and to inform the public. New program development, changes and improvements to programs, and allocation of resources are made based on evidence of student learning and other measures of effectiveness.

This has been accomplished, in part, by increasingly making data available to programs to support decision-making. Since 2014, Boston University's Academic Data Warehouse (ADW) has been used to collect and distribute historical and current lifecycle data on multiple student bodies. The ADW enables analysis of undergraduate, graduate, and professional student recruitment, admissions, registration, course, and retention data in order to improve academic quality by providing greater insights into patterns and trends of enrollment, retention, and student success. Warehouse data is available to individual programs and departments, as well as the schools and colleges, so that relevant data on student populations can be used to improve academic and cocurricular offerings and support student success.

An expansion of enrollment data launched in August 2017 and included all academic programs, majors and minors, and dual degrees for students. The system also supports registration and enrollment, including reports that combine separate datasets (such as admissions and enrollment) to allow for more complex analyses of student enrollment and success drivers. Comparative dashboards for graduate admissions, information about freshman-to-sophomore retention, longitudinal enrollments by school/college and academic program of study, student demographics, areas of study pursued by major, and individual student detail reports are also available. ADW resources, weekly trainings, and users' groups are available to faculty and staff to ensure the information in the ADW is accessible to all users. Since its initial implementation, the ADW tool has been steadily improved based on user input and feedback, and it is now an essential University-wide planning and assessment tool.

On the Charles River Campus, in the College of Arts & Sciences (CAS), the ADW has been leveraged for various program-level assessments over the past year. The undergraduate Neuroscience program used ADW to track the significant increases in its numbers of majors, aiding planning for equipment ordering, instructional staffing, and space management. The Economics department tapped ADW to better understand the potential effects of gender on student progress through its core courses. CAS tracked comparative data in the ADW to better understand the course selection decisions of first-year students during the implementation of the University's first campus-wide general education curriculum. On the Medical Campus, Graduate Medical Sciences (GMS) uses the ADW and Degree Advice to track matriculating students, along with the Burning Glass platform, a new tool being used by GMS and other academic units to examine market trends and career opportunities for graduates.

BU is also creating new opportunities for advanced data analytics with the introduction of Microsoft's Power BI visualization tool to staff and faculty. This tool provides a platform for the creation of flexible dashboards and other visualizations to better present and analyze information needed for strategic decision-making. It is used extensively in the course development and approval process supporting the implementation of the new general education experience, the BU Hub. Data are drawn from the course development database, CourseLeaf, with information on historical enrollment patterns to help predict demand for courses to meet Hub requirements.

The University makes use of several regularly administered institution-wide and local surveys to gather information about educational effectiveness for different student populations, including the BSSE (2018), NSSE (2014, 2016, and 2018), and First-Destination surveys for undergraduate students and an AAU PhD exit survey to understand graduate student experiences. (See the NECHE workroom) These national surveys allow BU to make peer comparisons. In addition, several schools and colleges, including the College of Communication and the College of Fine Arts, have their own exit surveys for their graduates. Metropolitan College regularly conducts an alumni survey that helps it understand the success of its graduates and provides important data for improving programs (see NECHE workroom). At CAS, the Student Leadership Programs office used the *Your First College Year* Survey, offered by the Higher Education Research Institute, to compare the college adjustment of students taking the First-Year 101 course (FY101), and non-FY101 students, to students at peer institutions. Boston University Athletics conducts an annual exit survey that includes questions about academics. Boston University's First Destination Report is an annual alumni survey providing information about paths after graduation, including employment, graduate school, military service, and volunteer and service activities. In spring 2019, Development & Alumni Relations launched a more comprehensive all-alumni census and directory project that includes additional data collection relating to pathways following graduation and an attitudinal survey (results will be available summer/fall 2019).

Results of these surveys are shared with appropriate populations and presented across the University. For example, NSSE results are shared with stakeholders on the Analytical Services & Institutional Research website and also disseminated for discussion through the Undergraduate Council and the Advising Network.

Boston University's most recent NSSE results indicate that students believe that BU helped develop their abilities to think critically and analytically, work effectively with others, and write and speak clearly and effectively. In general, NSSE scores indicate that BU is performing as well as or better than comparison group peers in engagement indicators and high-impact practices. They show that 85% of first-year undergraduate students and 84% of students rated their entire educational experience as "excellent" or "good." Students assigned relatively lower scores to "solving complex real-world problems," "developing and clarifying a personal code of ethics," and "being an active and informed citizen." These are areas specifically targeted in BU's new general education curriculum, the BU Hub, which has clearly articulated goals for global citizenship, ethical reasoning, and civic engagement.

In the 2018 results, BU performed lower than its comparison group in its course offerings that include community-based projects (service learning) and culminating senior experiences, and in the number of courses that assign more than 50 pages of writing. The BU Hub's writing-intensive courses and its cocurricular offerings are designed to address these areas. Fourth-year students reported significantly lower numbers of culminating senior experiences than those at institutions in the comparison group. Proposals have been approved in the eCAP system for program revisions to include capstone projects or other culminating experiences. "Campus Environment" and "Conversations with Diverse Others" are also shown to be areas where BU can improve. The results of the topical module administered in 2018, "Inclusiveness-Engagement with Diversity," indicate that this should also be an area of focus, with BU scoring lower than its comparison group on categories of questions relating to "How much does your institution provide a supportive environment for diversity (racial/ethnic, gender, economic background, political affiliation, sexual orientation, and disability)?" BU additionally scored lower on questions relating to how much the institution emphasizes demonstrating a commitment to diversity, providing students with resources for success in a multiracial world, creating an overall sense of community, ensuring students are not stigmatized based on their identity, providing information about anti-discrimination, and helping students develop skills to confront discrimination and harassment. The University has taken steps to address all of these areas of concern. A 2016 faculty Task Force on Diversity & Inclusion made several recommendations, including the establishment of an Associate Provost for Diversity & Inclusion, a position that was filled in October 2017. Recent efforts include mandatory sexual harassment prevention training on campus, and newly convened task forces on free speech and on LGBTQIA+ faculty and staff. In February 2019, BU was awarded one of three inaugural AAAS Sea Change Bronze Awards for "commitment to diversity, equity, and inclusion in

STEM," acknowledging a comprehensive multi-year plan to implement and assess measures to improve the campus environment University-wide in STEM.

BU has administered the NSSE Advising Module to collect information to improve academic advising on campus, and those results are regularly shared with academic advisors through the Advising Network. In the 2018 survey, 44% of first-year students and 37% of seniors gave their academic advisors a "high" rating, indicating that this is an area where improvement is needed, either by better communicating available resources to students or by improving the quality of advising itself. A subcommittee of the Advising Network to assess advising is working to interpret NSSE results by school/college to recommend resources where needed. (See NECHE workroom) This year, for the first time, BU administered the BSSE survey for incoming freshman as a tool to improve advising and provide baseline information about the preparation and expectations of incoming freshmen, which will inform the implementation and assessment of the BU Hub and first-year programming.

PhD exit survey results have been compiled for programs where the numbers meet the minimum reporting requirements. Given the small size of most PhD programs on campus and the fact that not all graduates complete the survey, it has been difficult to share results with programs. The survey results, which cover demographics, satisfaction with the program, program training, support, faculty mentoring, professional development, scholarly presentations and publications, obstacles to success, and postgraduate plans, are important to communicate so that programs can use the results for improvement and make comparisons with AAU peers. BU will continue to collect exit survey data and find ways to responsibly share this information for program improvement. The Provost's office works in close collaboration with Analytical Services & Institutional Research and Enrollment & Student Administration to administer and interpret results of institution-wide surveys. The Academic Data Warehouse also provides crucial data and information for programs to inform assessment of and changes to the curriculum.

All degree programs at Boston University have published learning outcomes that articulate what students are expected to gain from their education**.** These are centrally published on the Provost's website for Program Learning Outcomes Assessment (PLOA) and the Graduate Education website. Statements about what students are expected to gain from their education academically and across other dimensions are also available on individual department and school or college websites, and they are included in the University Bulletin (bu.edu/academics/bulletin/) if departments choose to publish them there. For example, the College of Arts & Sciences publishes its academic goals for students on both its website (bu.edu/cas) and in the official University Bulletin. These goals pertain to the college at large, but also to each individual major and minor offered to undergraduates. Going forward, all graduate and undergraduate programs will include learning outcomes statements in their Bulletin entries. Learning outcomes for each program are carefully designed by faculty to reflect what students demonstrably know and what they are able to do upon completion of the course of study. Faculty submit learning outcomes for review as part of the curriculum review process for new programs or changes to existing programs, and these are considered and approved by the Undergraduate and Graduate Programs & Policies Committees, which are part of the faculty governance structure of the University. Learning outcomes for advising were developed by the faculty and professional advisors that make up the Advising Network, and are published on the Advising Network website.

The BU Hub, the institution's first University-wide general education program, articulates what all undergraduate students will know and be able to do upon completing a degree at Boston University. The Hub identifies six essential capacities: Scientific and Social Inquiry; Diversity, Civic Engagement and Global Citizenship; Philosophical, Aesthetic, and Historical Interpretation; Quantitative Reasoning; Communication; and the Intellectual Toolkit, which includes Critical Thinking, Research and Information Literacy, Teamwork/Collaboration, Creativity/Innovation, and Life Skills. Committees comprised of faculty from across the University (including graduate-only schools) worked to establish student learning outcomes for the 21 areas that make up these capacities.

Courses for the BU Hub are approved by a faculty subcommittee of the Undergraduate Academic Programs & Policies Committee of the University Council, the General Education Committee, based on a review of syllabi and assignments to determine whether the courses will enable students to meet the specific learning outcomes for each area. The first class of BU freshmen to participate in the BU Hub matriculated in fall 2018.

Other public statements about what students are expected to gain from their education are geared to specific populations. One example on the College of Engineering website provides information about the college, its strategic vision, and the overarching goal of creating Societal Engineers through its educational programs at all levels. Department websites and divisions include descriptions of all degree programs and program learning outcomes, as well as career outcomes of graduates. In Graduate Medical Sciences, assessment of learning is based on statements of what students are expected to gain, achieve, demonstrate, or know by the time they complete their academic program. These statements are made during orientation and reinforced on websites, in brochures, and student handbooks. Expectations for learning are outlined in the Graduate Medical Sciences and Mental Health Counseling & Behavioral Medicine student handbook, which is reviewed and signed by every student.

In the Questrom School of Business, program descriptions and learning goals are informed by each program development committee and are posted on the external-facing web page for each program. For example, the learning goals for the undergraduate program are published on Questrom's website.

The School of Law is accredited by the American Bar Association (ABA). In accordance with ABA guidelines, the BU Law faculty has established and published on its website learning outcomes for its JD degree program, LLM degree programs, Legal English Certificate Program, and its JD concentrations. Faculty serving on the JD and LLM outcomes committees conduct annual assessments of these programs, following the University-wide guidelines for Program Learning Outcomes Assessment.

The University centrally documents student learning through program-level learning outcomes assessment. Since 2013, Boston University has engaged faculty and leaders in the schools and colleges in a robust process of assessing learning outcomes at the program level to ensure the quality of academic programs and to ensure that Boston University is realizing its educational objectives. The University created a full-time position in the Provost's office to oversee Program Learning Outcomes Assessment as a process guided by the deans and led by faculty. The process gives the faculty tools to evaluate and revise curricula, plan and design new programs, and, as appropriate, eliminate programs that are no longer needed. Many cocurricular programs, including Mugar Library, Residence Life, the Howard Thurman Center, the Career Development Center, and Athletics, also have articulated goals for student learning and are engaged in outcomes assessment. In 2015, the University's Advising Network developed learning outcomes for advising. BU administered the National Survey of Student Engagement's Advising Module in 2014, 2016, and 2018 to gather additional information about the effectiveness of its advising program. It is now embarking on a University-wide project to assess the quality of its advising programs (see charge to the Advising Network's Subcommittee on Assessing Advising in NECHE workroom).

University Graduate and Undergraduate Assessment Working Groups made up of faculty representatives guide the planning and implementation of the assessment process, including the review of results and recommendations for necessary resources. These groups meet monthly during the academic year with the Assistant Provost for Academic Assessment. In addition to establishing a process for designing assessment plans and submitting annual reports in each of the schools and colleges, including some non-degree-granting programs, faculty on the Assessment Working Groups have provided key input on professional development needs for faculty. These include assessment mini grants, development of the Program Learning Outcomes Assessment website, and the choice of the Campus Labs Planning tool as an assessment management system for centrally collecting and documenting assessment plans, practices, and results for all programs. The system makes it possible to share assessment information across the University, and provides continuity in the assessment process from year to year.

Most recently, the Assessment Working Groups collaborated on an Inventory of Practice website that documents useful assessment practices in each school and college for others to adapt and adopt as needed.

In addition to the Working Groups, the assessment process involves key staff members who assist in communicating expectations and in collecting annual reports. Several schools have staff members dedicated to assessment, including the Questrom School of Business, the School of Public Health, the Goldman School of Dental Medicine, and Metropolitan College. In schools and colleges without dedicated staff, assistant and associate deans provide hands-on support for outcomes assessment. Two staff members from the Digital Learning Initiative support the Campus Labs Assessment Management System.

To engage faculty in a planning process at the program level, each program submits an assessment plan, identifying learning outcomes and assigning direct and indirect measures to assess each over time. These expectations are articulated on the Provost's website. The program assessment plans ask departments to identify who will review results, how and when results will be discussed with faculty, and who will ensure that recommended actions are taken. Programs report annually on their assessment activities by submitting an annual report via a roles-based assessment management system. The system makes it possible to share assessment plans, annual reports, evidence, and results across the University so that it can be used to inform decision-making. Programs also share results and useful approaches at an annual BU Assessment Symposium and in an Inventory of Practice on the Provost's Program Learning Outcomes Assessment website, a central repository for information about and approaches to assessment.

Providing an exceptional education for all students is a priority for Boston University programs. A review of assessment measures reported in the assessment management system conducted by the Provost's office indicates that programs are using qualitative and quantitative and direct and indirect measures to assess student learning and are employing external perspectives and benchmarks where appropriate. For example, the Questrom School of Business relies on direct, course-embedded measurements such as course assignments and item-analysis of specific exam questions mapped to particular learning outcomes or competencies to provide an overall perspective on learning beyond the individual course level. For some competencies, rubrics are used to measure students' proficiency. A Team Learning Assistant tool is used to assess teamwork. Questrom also uses indirect measures such as student and employer focus groups, an annual exit survey of all students, engagement with student government and leaders, and mid-program feedback and check-ins. The results of direct and indirect assessments are regularly used to improve student learning and the student experience at Questrom. For example, in the BSBA program, survey data, course evaluations, focus groups, and employer feedback showed that written communication was an area of weakness. A subsequent Management Communications course was launched at full scale in spring 2017 to address this need. In the EMBA program, direct measures show that student performance in primarily quantitative disciplines, such as Accounting and Data Analysis, is not as strong as it is in other core disciplines. Under the current curriculum, executive students, many of whom have not been in a classroom in twenty years, dive immediately into four subjects, including two that are quantitatively rigorous. The new curriculum includes a foundational quantitative course (Quantitative Toolkit) prior to the first module to ensure that all students have the quantitative knowledge and skills to proceed through the curriculum. In the MBA program, student survey results showed frustration with the career curriculum, so the curriculum was redesigned to make classes more interactive, adding pre-reading so that course time can be more participatory. Assignments were added to ensure that students complete at least one informational interview before the end of September.

As another example, in the College of Arts and Sciences, learning outcomes assessment revealed that in the Linguistics Department, students were having trouble applying skills learned in small assignments to real-world data collection, and needed opportunities to undertake large-scale projects of their own devising and to construct and present scholarly arguments. The Department is making changes to course offerings in several degree programs and improving existing assignments as a result of these findings.

Specific direct and indirect measures used by each program on campus are documented in the E-1-A forms included with this report. Nearly all academic programs on campus use direct evidence of student learning as part of their assessment plans. Assessment of University-wide initiatives, such as advising and general education, are similarly based on a combination of direct and indirect measures (see BU Hub assessment plan and Charge to the Assessing Advising Subcommittee).

The Provost's office provides resources and support for these assessment activities. The University's Program Learning Outcomes Assessment website is a central collection of information and professional development resources, including an inventory of assessment practice across the University, arranged by school/college and searchable by type.

The Office of the Provost has supported day-long annual assessment workshops for the University community with nationally recognized assessment experts as invited speakers. Recent speakers have included Barbara Wolvoord (2014), Charles Blaich and Kathy Wise (2015), Richard Light (2016), Judith Eaton of CHEA (2017), and Natasha Jankowski of NILOA (2018). These events have been well attended by faculty representing all of BU's 17 schools and colleges, and survey feedback on the workshops suggests that they have provided a helpful overview of the reasons for conducting outcomes assessment. Perhaps more importantly, the workshops have given faculty practical tools and approaches to adopt in their own program assessments, such as Richard Light's demonstration of how to conduct student interviews or Charlie Blaich and Kathy Wise's modeling of how to conduct a productive review of direct and indirect evidence at a department faculty meeting to "close the loop." The Provost's office has sponsored additional teaching talks on curriculum mapping, rubric development, writing learning outcomes, and other topics to support the assessment process.

Beginning in 2016, the Provost's office started to provide small assessment grants to support faculty-led departmental assessment activities. Titles and descriptions of these projects are published online. To date, 47 individual grants have been given to faculty and staff in undergraduate and graduate programs in 15 schools and colleges and in Global Programs, for a total of $93,270 in funding from the Provost's office, and the same amount in matching funds from the schools and colleges. Projects address a wide variety of student populations and instructional modalities. Recent projects include the development of methods for assessing learning outcomes for skills-based graduate certificates delivered both online and on campus that can be used across multiple programs, a project to study student retention of critical concepts as they move through the undergraduate chemistry curriculum, and a project to hire Boston University College of Fine Arts actors to use simulation to assess clinical skills in Graduate Medical Sciences in the Genetic Counseling program. Recipients share their findings with the University community at an Assessment Symposium, held annually since 2015. This event is open for faculty at all stages of knowledge and experience with assessment to attend and is designed for faculty to share practices and ideas for useful assessment of student learning. All of Boston University's schools and colleges have presented projects at the Assessment Symposium. Cocurricular Areas such as Athletics, Freshman Orientation (FY 101), Residence Life, and the Library have also presented assessment projects. Programs of past symposia and presentation materials are available online.

In all of its schools and colleges, Boston University closely monitors measures of student success that are appropriate to different student populations, including licensure passage rates. For example, the Boston University School of Social Work offers programs in multiple locations and offers three different instructional models: online, face-to-face, and hybrid. In all locations and modalities, the School of Social Work (SSW) prepares MSW-level social work practitioners, leaders, and scholars to address complex and interconnected social problems such as poverty, inequity, addiction, homelessness and trauma recovery. The School of Social Work is accredited by the Council on Social Work Education (CSWE). Nine specific learning competencies are identified by CSWE. The competencies are listed in the table below. The educational program (curricula, syllabi) is guided by these competencies. Program assessment focused on student learning measures student achievement in these areas.

CSWE requires two measures of each competency. One is the evaluation of student in-field performance by their field instructor. These evaluations are completed at mid-year and final in both the foundation year of education and the advanced year of education. The second measure is collected from a series of embedded assignments from students' coursework. Faculty determined the appropriate course assignments providing best measures of these nine competencies (in both the foundation and advanced year). Students' grades on embedded assignments are reported by faculty to the associate dean's office for purposes of program assessments. These are tabulated and reported back to faculty for review and discussion.

Program assessment activities are led by the associate dean for academic affairs. A Program Assessment Committee (comprised of the ADAA, MSW program manager, member of Field Education Department, and Curriculum Committee chair) meets regularly to discuss program assessment processes and policies, review preliminary data, and consider additional methods of data collection and review processes. Formal program assessment reports are produced once a year. These are shared with faculty, the Curriculum Committee, and appropriate administrators for reviews, reflection, and decision-making.

When possible (and meaningful), learning outcomes are presented separately for different student populations (e.g., FT/PT, advanced standing, dual degree, campus). In addition to these learning outcomes, other indirect measures are used for purposes of program assessment. These measures routinely include: national licensing pass rates, survey of alumni (regarding employment and professional development), graduating student survey (regarding self-perception of competency and satisfaction with program), and retention and graduation rates. Licensure pass rates in SSW have been consistently high (97% in 2018) and above the national average (81%). This external measure provides solid evidence of the program's effort to produce competent social work graduates. Graduation and retention rates are consistently high. SSW compares students at its different locations and has found that students are consistently meeting learning outcomes at all of its locations (see table below).

**Field Evaluation Results**

**Clinical Majors x Campus (2017-2018)**

| | Charles River (n=64) | Bedford (n=9) | Fall River (n=5) | Cape Cod (n=1) | Online (n=83) | TOTAL (n=99) |
|---|---|---|---|---|---|---|
| Demonstrate Ethical and Professional Behavior | 3.66 | 3.38 | 4.00 | 3.00 | 3.76 | **3.56** |
| Engage Diversity and Difference in Practice | 3.38 | 3.13 | 3.80 | 3.00 | 3.62 | **3.39** |
| Advance Human Rights and Social/Economic/Environmental Justice | 3.36 | 3.38 | 3.80 | 4.00 | 3.51 | **3.61** |
| Engage in Practice-Informed Research/Research-Informed Practice | 3.17 | 2.75 | 3.00 | 3.00 | 3.32 | **3.05** |
| Engage in Policy Practice | 3.09 | 2.75 | 3.60 | 2.00 | 3.39 | **2.97** |
| Engage w/Individuals, Families, Groups, Organizations, Communities | 3.70 | 3.75 | 3.80 | 2.00 | 3.79 | **3.41** |
| Assess Individuals, Families, Groups, Organizations, Communities | 3.48 | 3.50 | 3.60 | 3.00 | 3.65 | **3.45** |
| Intervene w/Individuals, Families Groups, Organizations, Communities | 3.39 | 3.50 | 3.40 | 2.00 | 3.61 | **3.18** |
| Evaluate Practice w/Individuals, Families, Groups | 3.20 | 3.38 | 3.20 | 3.00 | 3.42 | **3.24** |

The Questrom School of Business measures career outcomes for students in all its programs and has a dedicated staff member in the Feld Center for Industry Alliances to track and report on these data. This includes outcomes such as employment, pursuing additional education, or engaging in a family business. These outcomes are very competitive, reaching 96% employed within six months of graduation for undergraduates and 91% employed within three months of graduation for full-time MBA students. Completion and retention rates are monitored in each of these programs to ensure they remain high. Questrom maintains outcomes data on its part-time and evening MBA program students and administers its surveys across all populations.

The School of Law also measures student success, and reports its data to the ABA and on its website. These include data on student retention, transfer and graduation, licensure passage rates, and employment. The law school also requires every full- and part-time faculty member to list learning outcomes on every course syllabus and asks students as part of the course evaluation process each semester to assess their skill level on each relevant outcome.

In order to understand the success of its graduates in employment and other measures, the University collects information on its recent graduates. The Center for Career Development leads the Boston University First Destination annual survey, data collection, and reporting processes. The survey and report respond to widespread institutional, national, and global interest in identifying and understanding the activities of new graduates and how their undergraduate education, training, and experiences affect these outcomes. Data collection and reporting align with national guidelines and protocols recommended by the National Association of Colleges and Employers (NACE). NACE is a leading source of information and guidance on career development and the employment of bachelor's degree graduates. The organization forecasts employment rates and workforce trends, conducts employer surveys (starting salaries, recruiting, and hiring practices), and identifies best practices and benchmarks utilized by hundreds of colleges and universities across the country. Using data collected from multiple sources, the annual report is the culmination of a University-wide collaborative effort to understand and publish the post-graduation plans of bachelor's degree recipients. (A copy of the 2017 First Destination Report is available in the NECHE workroom.) A detailed annual report is widely distributed on campus to college deans, department chairs, and senior administration. The Center for Career Development publishes a Public Summary of the 2017 First Destination Report. The Public Summary is intended to provide information about BU alumni for the entire BU community which includes students, faculty, alumni, prospective students and families, and employers.

The BU report includes comparative information generated and provided by NACE for the purposes of benchmarking, especially in the category of starting salary. As a contributor to that nationwide data, BU participates in NACE's collection of first destination data in.

Graduating seniors and recent graduates are surveyed each year on their confirmed plans for employment, graduate school, volunteering, service endeavors, or a possible ongoing search for their first destination. They are also asked about their compensation, if employed. In an effort to gain more information related to their career development experiences, students are also surveyed about their interactions with career centers on the BU campus, the extent to which they participated in internships or other experiential learning opportunities, and how those experiences may have affected their first destination upon graduation**.**

The annual First Destination survey concludes on December 31 in the year during which the vast majority of students will graduate. For example, the Class of 2017 First Destination survey closed on December 31, 2017, even though many students may have concluded their studies as early as January of that year or as late as August of that same year. Boston University consistently achieves a knowledge rate above the 65% recommended by NACE.

NACE further encourages higher education institutions to pursue longer-term studies of the career progression of their graduates to better assess career outcomes over time. To that end, the Center for Career Development and the Alumni Relations office conduct an annual survey of Boston University bachelor's

degree recipients who graduated 10 years prior and five years prior to ask them about their current employment and educational activities. The most recent surveys of the graduating Classes of 2008 and 2013 were conducted June–September 2018 with an average survey return rate of 18%.

Boston University's Metropolitan College conducts an annual survey of its recent graduates. The survey was developed to measure both learning outcomes and career outcomes of graduates for the purpose of collecting information that would be beneficial for internal review and learning outcomes assessment.

The Office of Development & Alumni Relations also tracks the success of BU graduates. The most recent BUAA strategic plan, "Forward Together," articulates the goal of forging stronger connections between alumni and the day-to-day affairs of the University, including support for students and academic programs. The spring 2019 survey asks graduates about their educational experiences and their perceptions of the usefulness of their Boston University degrees.

The learning outcomes assessment process is integrated into the Academic Program Review and Curriculum Planning & Approval processes. Programs are asked to include information about the results of learning outcomes assessment in their self-study reports for Academic Program Review and to include evidence from learning outcomes assessment as a rationale for changes to degree programs when those proposals are considered by the University Council's Undergraduate Programs & Policies and Graduate Programs & Policies Committees, with feedback from stakeholders from the University community. The University has nearly completed its first cycle of Academic Program Reviews and is preparing to begin the second cycle, incorporating changes to the process based on findings from the first cycle.

***Appraisal and Projection***

Overall, Boston University has made excellent progress in putting into place processes for planning and evaluation for academic programs. At the time of our interim report, these systems had just been started, with few results to show. Now, Program Learning Outcomes Assessment, Academic Program Review, the Curriculum Proposal & Approval Process, and the Academic Data Warehouse are all well-established systems that provide crucial information to guide planning and evaluation of academic programs and educational effectiveness at Boston University. Curriculum proposals frequently document that results of outcomes assessment inform changes to the curriculum, and annual assessment reports summarize findings that show that it is a tool that results in important improvements. The process of Academic Program Review has positively impacted the quality of academic programs. This past November, the Provost's office collected, reviewed, and provided feedback on nearly 500 annual reports and associated assessment plans from degree programs, many of which document meaningful changes as a result of Program Learning Outcomes Assessment, from revisions to learning outcomes and changes to pedagogy and the assessment process itself, to significant changes in course content, course offerings, and program delivery as a result of curriculum mapping and direct and indirect assessment of student learning. An evaluation of assessment reports submitted by programs in 2018 indicates that 70% of programs are actively collecting direct and indirect evidence of student learning, and 40% of programs made curricular improvements based on evidence of student learning in 2017-2018. Overall, both the number of participating programs and the quality of the work documented in assessment reports and plans have markedly improved since 2015, when we first began categorizing assessment reports. In 2015, 36% of programs did not participate in learning outcomes assessment or submit an annual report, and 28% of programs were beginning to develop assessment plans and "defining and designing" their approaches to assessment. Only about 9% of programs had made improvements based on evidence of student learning. There was a notable improvement in 2016, when 389 out of 564 reports were received, and a large number of programs moved from "defining and designing," having adopted useful and sustainable assessment plans. This progress is documented on individual program dashboards and available to the University community in our assessment management system. Individual changes and improvements to programs made as a result of learning outcomes assessment are documented in the E-1-A forms.

| School/College | Number of Reports Expected | 2018 Annual Report Received | Defining & Designing | Collecting & Analyzing | Using Evidence to Guide Change |
|---|---|---|---|---|---|
| CAS & GRS | 148 | 132 | 24 | 55 | 53 |
| COM | 23 | 21 | 16 | 3 | 2 |
| ENG | 21 | 21 | | 10 | 11 |
| CFA | 56 | 54 | 13 | 12 | 29 |
| CGS | 1 | 1 | | | 1 |
| Sargent | 18 | 17 | 1 | 8 | 8 |
| MET | 97 | 93 | 6 | 20 | 67 |
| Questrom | 6 | 6 | | | 6 |
| Dental | 29 | 29 | | 7 | 22 |
| Wheelock | 84 | 77 | | 61 | 16 |
| Pardee | 21 | 7 | 7 | | |
| SHA | 3 | 3 | | 2 | 1 |
| LAW | 11 | 11 | 1 | 3 | 7 |
| BUSM | 1 | 0 | | | |
| GMS | 31 | 31 | 1 | 27 | 3 |
| SPH | 12 | 12 | | 10 | 2 |
| SSW | 2 | 1 | | | 1 |
| STH | 6 | 6 | | 1 | 5 |
| Global | 23 | 12 | | 6 | 6 |
| Kilachand | 1 | 1 | | | 1 |
| | 604 | 524 | 69 | 215 | 240 |

In 2014, the Provost's office began assisting programs in developing assessment plans that identify direct and indirect measures for each program learning outcome, and also assign responsibility and a schedule for reviewing evidence, discussing results, and implementing changes. (See NECHE workroom for sample assessment plans). Most degree programs now have assessment plans on file, making it possible for us to understand the types of measures being used and to monitor results. We are now making plans to include additional data and tagging in the system to improve our ability to share and make use of results.

We are pleased by these successes. We also know that there is still progress to be made to integrate these tools so that faculty experience them as part of a seamless process of planning and evaluation, where information from one area connects with and can easily inform another. We have confidence that essential

tools are in place to provide evidence of student learning and other outcomes to inform decision-making at the departmental, school/college, and institutional level, and that these are being used to improve programs.

Because of its size, the College of Arts & Sciences continues to present challenges for learning outcomes assessment, both in terms of the quality of assessment work in some programs and in terms of the sustaining structure in the college for leading productive assessment. It is important to note that the demands of the BU Hub on CAS faculty are partly responsible for slowing progress, as approximately 700 new Hub courses have been proposed and approved in the college. Now that CAS has a new, permanent dean, stable college leadership provides an excellent opportunity to consider faculty needs and create additional support for meaningful assessment.

Boston University has worked to achieve a high response rate on NSSE surveys (63% in 2014, 56% in 2016, and 48% in 2018) through a coordinated campaign with Enrollment & Student Affairs. Results are widely shared and discussed among University leadership. We have improved the dissemination and discussion of these results (see NECHE workroom for presentations of NSSE results to campus stakeholders), but efforts to fully communicate results and make them available to guide decision-making for individual schools and colleges remain a challenge. The same is true for PhD exit survey results. However, the University's commitment to making this information available and usable is clear, and we will continue to address these challenges using our existing governance and committee structures. We began administering the BSSE survey in fall 2018 as part of an effort to assess general education outcomes and to provide better information to advisors to inform advising, and we will now be able to correlate BSSE responses with NSSE responses for future administrations of the survey. Going forward, we will continue to assess how best to distribute and make use of these results and the overall utility of the survey data in our efforts to determine educational effectiveness.

In order to streamline its approach to assessment, Boston University will continue to integrate the Curriculum Proposal and Approval Process with Program Learning Outcomes Assessment and Academic Program Review, the University's central mechanism for academic assessment. The more these processes "speak" to each other, the more faculty will see the connection between designing and assessing academic programs and then considering student learning in conjunction with other measures, outcomes, and resources in the holistic APR process. APR will be entering a second cycle under the leadership of Daniel Kleinman, Associate Provost for Graduate Affairs.

Ongoing improvements to the Academic Data Warehouse have made it increasingly accessible to users, and it will continue to be a key source of institutional data to guide decision-making. The creation of a new Analytical Services & Institutional Research department, headed by Linette Decarie, Assistant Vice President for Data Governance & Institutional Research, will provide key support for the University's efforts to collect, integrate, and use data from a range of sources to guide decision-making and ensure the quality of academic offerings.

Over the past 10 years, Boston University has proven its capacity for responsible growth and change. Recent examples include the development of the BU Hub; the shift in the College of General Studies to a January freshman start model; and the merger with Wheelock College to form Boston University's Wheelock College of Education & Human Development.

With the BU Hub, Boston University now has articulated institutional-level learning outcomes for all undergraduate students. The development of the Hub and these learning outcomes resulted from extensive assessment within the University, including focus groups with students, faculty, alumni, and parents; analysis of enrollment and intra-University transfer and course-taking patterns; and analysis of NSSE data. Now that the initial stages of implementation are complete, the University is poised to begin rigorous assessment of the program, with a particular focus on student learning and on how well students are meeting the outcomes prescribed for them. A subcommittee of the BU Hub Implementation Task Force devised an assessment plan for the Hub that will involve faculty teaching in the Hub and the Undergraduate

Assessment Working Group in reviewing student work. A central BU Hub assessment and oversight committee reporting to Associate Provost for Undergraduate Affairs Beth Loizeaux will review the results of these direct assessments in the context of other pertinent data to make recommendations about necessary changes. A student focus group will continue to provide feedback on the success of advising and on experiences with the new general education program (see experience room for BU Hub assessment plan).

Data on the College of General Studies January freshman cohort and the results of program assessment comparing this cohort to the traditional CGS fall-entering cohorts suggest that the intentional design and careful curriculum development in the January program are leading to excellent student outcomes. The University will continue to monitor the success of this cohort when the college moves to an all-January start in fall 2019.

The merger with Wheelock College has introduced a new group of students to campus with varied needs, and Boston University is committed to their success. Students have entered different schools and colleges based on a program mapping exercise to find the most appropriate pathway for each student in a highly individualized approach. Twice monthly, advisors and representatives from Enrollment & Student Administration and the Provost's office meet to identify and resolve issues with these students as they complete their transition to Boston University. Through advising in the schools and colleges and continued close monitoring of individual student success in the Provost's office, we will continue to monitor the progress of these students.

Another area where the University would like to improve its use of data to monitor and promote program quality relates to its graduate enrollment initiative. BU has experienced steady growth in enrollment in its graduate programs, particularly in its professional master's degrees. While these programs participate in regular Program Learning Outcomes Assessment, we are in the process of developing data dashboards that would provide comprehensive information to indicate the "health" of the program and allow for specific intervention and monitoring where needed. Boston University is committed to maintaining the highest educational quality in all of its programs. We recognize the current lack of easily-available and reliable data on master's students and programs and commit to remedying this in the short-term. We have developed PhD program profiles to provide information to prospective students and to the public, but have not yet centrally collected the same level of information about the wide range of master's programs that the University offers.

BU would also like to better understand the pathways and outcomes for its many international students. This is the case particularly with professional master's degrees, as many of them enroll large populations of international students, such as the School of Law's LLM programs. Many programs are currently in place to support these students, but we would like a more systematic assessment of their success at Boston University and the paths they follow upon graduation.

Finally, while Program Learning Outcomes Assessment and Academic Program Review both provide valuable information about program quality and tools for program improvement, we hope to better integrate those two processes. Now that all programs are participating in outcomes assessment and a first round of academic program review is complete, we will consider how to improve these so that they yield information that is useful for planning at all levels.

Arguably, BU was late to adopt many of the broad-based measures used to determine educational effectiveness across the University for all students, in all locations, and for all types of instruction. The University issued an initial statement on the purpose and process of assessment for academic programs in 2013, partly in response to comments from the Commission at the time of our interim report. We have since worked hard and have come a long way in building a culture of assessment and evidence-based decision-making at Boston University.

## Standard Nine: Integrity, Transparency, and Public Disclosure

**Integrity**

***Description***

Boston University maintains a deep commitment to ethical conduct. Each year, the President writes to all faculty, staff, and students emphasizing the need for ethical behavior in all endeavors and highlighting the University's Code of Ethical Conduct.

The University is dedicated to an organizational structure and culture that demands integrity and ethical conduct. The Audit Committee of the Board of Trustees is responsible for overseeing the University's financial systems and accounting practices, as well as the activities of the University's independent auditor, internal auditor, and University management, and for the administration of the University's Code of Ethical Conduct. The Board is subject to the University's Conflict of Interest policy, and the Audit Committee reviews all relevant disclosures from trustees and officers. The University's Internal Audit & Advisory Services (IA&AS) reports functionally to the Audit Committee of the Board of Trustees and administratively to the Chief Financial Officer. IA&AS assists the University's leadership in maintaining and improving the overall control environment, including the policies described above. IA&AS performs routine and special audits of University offices, and is authorized to have full, free, and unrestricted access to all University functions, records, properties, manual and automated systems, and personnel. The University encourages the community to report concerns, including anonymously, through its EthicsPoint reporting hotline, and it addresses legitimate concerns responsibly. The Audit Committee reviews summaries of all EthicsPoint complaints, and our policies provide protection for whistleblowers through strict prohibitions on retaliation against complainants.

***Appraisal***

The University is committed to honest, transparent and fair dealing both within its community and with those outside of the University, as described more fully in the sections on Transparency and Public Disclosure below. This long-standing commitment was evidenced recently in the University's merger with Wheelock College. Any merger involves enormous uncertainty and anxiety for those involved, and those challenges are particularly acute when the merger brings the eventual closing of a 130-year-old college with loyal students, faculty, staff, and alumni. The University's communications within its community, with the Wheelock College community, with regulators and accreditors, and with the public were honest, clear, and fair, even when the subjects of those communications—such as layoffs—were difficult.

The University's commitment to integrity also permeates its academic pursuits. The University requires academic honesty of both students and faculty. It regularly assesses and codifies policies that ensure fair dealing, as it did with recent revisions to the policies on Intellectual Property, Faculty Involvement in University Digital Courses, External Professional Activities, Investigator Financial Conflicts of Interest, Research Misconduct and Sexual Misconduct. BU has developed significant infrastructure, including a wide range of committees, to plan and regularly assess its core academic activities.

The University is committed to academic freedom, and to "disseminating the fruits of its research and scholarship as widely as possible." The University's Open Access Policy formalizes this commitment, and is reviewed by the faculty every three years, most recently in 2015. In 2017, BU faculty authored nearly 6,000 publications. As the University has focused on opportunities for increased interactions with industry for both faculty and students, it has taken care to preserve the core academic values of freedom of inquiry and dissemination of knowledge, particularly in the classroom. The University Council's Research & Scholarly Activities Committee regularly considers policies and guidelines to help ensure that students and researchers can and will share the results of their academic work. The University's Responsible Conduct of Research training program emphasizes these core values and provides practical advice and resources for

students and research trainees grappling with challenging issues in these areas. For example, a member of the Ombuds office often attends the in-person workshops required of doctoral and postdoctoral researchers.

Most importantly, BU's senior leadership thinks deeply and communicates regularly about the University's commitment to fundamental research, free speech, diversity and inclusiveness in both words and deeds.

Boston University's commitment to diversity is reaffirmed in its Strategic Plan. BU's efforts to succeed in that commitment include a Task Force on Diversity & Inclusion that led to the hiring of the University's inaugural Associate Provost for Diversity & Inclusion; a focused effort to Advance, Recruit, Retain & Organize Women in STEM; a commitment to recruit diverse candidates for faculty and staff positions; and a pledge to recruit a diverse (including socioeconomically diverse) student body and foster a community that supports these values. The University publishes on its policy website non-discrimination policies for faculty and staff that provide equal opportunity for all individuals. The policies focus on ensuring that decisions on hiring, promotion and all other terms of employment are based on merit and qualifications. Faculty and staff may avail themselves of the Complaint Procedures of the Equal Opportunity Office to bring forward concerns of unlawful discrimination, which are thoroughly and fairly investigated. The University reviews its employment policies annually with careful consideration of its affirmative action plan.

The University is committed to reducing and addressing harassment and all forms of sex-based discrimination. It recently updated its Sexual Misconduct Policy and now requires all members of the community to participate in online sexual misconduct prevention training, using state-of-the-art training materials from EverFi, a nationally recognized vendor. The consequences for not completing the required online training are considerable: Students who have not completed the training within one semester of beginning at BU are blocked from registering for classes in the following semester; and faculty and staff are blocked from receiving salary increases until the training is completed. The online training provides a baseline level of information which is supplemented by in-person, tailored discussions for specific groups: undergraduates and graduate students, student athletes, faculty in the context of their departments, and staff business units. In-person training is led by members of our Equal Opportunity Office.

To ensure that students, in particular, have multiple ways to bring forward complaints about sexual misconduct, the University has designated more than 50 individuals throughout its schools and colleges (as well as in Residence Life and other student-facing organizations) as deputy Title IX coordinators. The University strives to make it as easy as possible for students to find someone in their school, college or community with whom they would be comfortable raising concerns. In addition, the University prescribes the limits of appropriate romantic or sexual relationships with students in its Consensual Relationships with Students Policy. Recognizing the importance of these issues, in July 2016, oversight of the University's Equal Opportunity Office was moved to the Provost's office, and EOO recently hired additional Title IX investigators. Judicial Affairs also recently hired an assistant director to investigate sexual misconduct complaints. The University fully understands that it has not "solved" these complex issues. In 2015, it conducted its first University-wide Student Climate Survey regarding sexual misconduct on campus to gain a better understanding of the concerns of students and areas for improvement. In spring 2019, the University will conduct the second such survey, this time joining 33 other institutions in a survey sponsored by the Association of American Universities. The University will continue to assess these efforts and make improvements, as necessary.

The University makes many efforts to foster an inclusive, supportive climate within the academic sphere. BU aims to create a campus culture that promotes civility and rejects gender-based and other forms of harassment that can, even unintentionally, limit participation in particular fields. Building on the insights from the National Academies report *Sexual Harassment of Women: Climate, Culture, and Consequences in Academic Sciences, Engineering, and Medicine*, the University is part of an "action collaborative" that will deploy evidence-based strategies for eliminating harassment within academia. Components may include: creating tools that empower bystanders to prevent or report harassment; diffusing the hierarchy between

faculty and trainees; sharing best practices with peer institutions; and measuring progress through surveys, interviews, or focus groups.

BU has developed processes and devoted resources to ensure that issues that arise in the workplace, the classroom, or the dorm room are appropriately investigated and addressed. Student conduct is governed by the Code of Student Responsibilities, which specifies the process for adjudicating allegations of wrongdoing and authorizing disciplinary action against students. BU has grievance procedures for faculty, staff and students (academic and otherwise) and specialized procedures for sexual misconduct, discrimination or harassment, or concerns about accommodations for disabilities by employees or students. Faculty and staff covered under the University's nine collective bargaining agreements also have access to a grievance procedure. Each of these venues provides multiple escalation steps if the individual is not satisfied with the initial response. The University Ombuds is an independent, confidential resource where members of the community can raise concerns. The Ombuds reports to the Audit Committee of the Board of Trustees at least annually.

The University observes both the spirit and the letter of its legal obligations and operates within the scope of its authority. Boston University was established by an Act of the Massachusetts legislature in 1869 and is governed by its By-Laws, which are reviewed and revised regularly, as necessary. BU is ever-mindful of its obligations to accreditors and government overseers as it makes critical strategic decisions. The University recently revised its By-Laws to address its first-ever University-wide general education requirements for undergraduates. Within the past year, the University submitted a Notice of Substantive Change and received NEASC's approval for the merger with Wheelock College. It also assisted Wheelock College in the closure process, which was subject to the jurisdiction of the Massachusetts Board of Higher Education, and it worked closely with the US Department of Education in connection with transfer of Title IV funds and other issues. Recognizing the value of external standards for best practices, BU actively seeks separate accreditation for a range of its schools, colleges and programs.[‡‡‡] In addition, the University works diligently to assess its programs throughout the United States and the world and obtain state authorization and other approval as necessary to conduct those programs.

In 2015, the University launched a central Compliance Services office to establish a comprehensive framework for its approach to compliance, including clarifying those responsible for significant obligations and developing a comprehensive policies website. Through that effort, the University has formalized its process for responding to concerns, including anonymous complaints, and its assessment of conflicts of interest. Compliance Services also assists in developing and delivering training and works closely with IA&AS to monitor ongoing compliance efforts. The University supports a significant number of compliance roles and activities across the institution, including in Financial Affairs, Human Resources, Research Compliance, Sponsored Programs, Equal Opportunity, and Athletics. Universities have tried a variety of approaches to ensure that their wide-ranging, global activities meet the myriad legal requirements that apply (intended or not) to academic endeavors. BU's approach—based on an assessment of the best practices of our peers—of creating Global Programs as a centralized service office has strengthened our compliance with current and emerging legal obligations. We will continue to assess best practices in this area.

The University is committed to the integrity of its data and recently created the first Analytical Services & Institutional Research department to ensure central oversight of data used both for internal purposes and external reporting. The privacy and security of data is a priority for the University. In recent years, the University has hired individuals dedicated to HIPPA privacy and security. It has also adopted a policy to address access to electronic information, developed a more formal protocol to address data breaches, and updated and developed a range of privacy notices to address the European Union's General Data Protection

[‡‡‡] The College of Fine Arts, School of Medicine, and School of Theology are only a few examples of separately accredited academic programs. The University often seeks accreditation for its administrative organizations and programs as well, including its Police Department and Institutional Review Board.

Regulations. A Privacy Coordinating Committee has been formed to facilitate compliance with both existing and emerging regulations and best practices in a way that is consistent with BU's mission and strategic goals, as well as the approach of other institutions of higher education. Activities of this group will include tracking of changes in the privacy area broadly, assessment of the University's compliance status as regulations are established or clarified, inventory of applicable data with the appropriate University data trustees, and proposal of new policies, guidelines, information technology capabilities, and training materials as appropriate.

BU has implemented significant University-wide controls to ensure that it understands and is responsible for the scope of its activities, and that the activities are consistent with the University's mission. The University's centralized budget process, with substantial involvement of the President and University Provost, is critical. In parallel, the University maintains central Accounts Payable and Payroll departments to ensure oversight over the expenditure of University funds. With respect to academic activities, the University Provost's detailed process for creating and modifying academic programs and curricula, and the systematic Academic Program Review process ensure appropriate oversight over academic activities. The University's Global Programs office, launched in 2009, helps to ensure that BU's varied activities around the world are known and managed. The University's IA&AS group helps ensure that significant activities are known and connected to centrally managed controls.

Boston University is committed to creating and sustaining a culture of data-driven decision-making and continuous improvement. It has a robust Enterprise Risk Management process co-chaired by the Vice President, General Counsel, and Board Secretary and Associate Vice President of Internal Audit & Advisory Services. That effort identifies and assesses risks across the University and supports risk owners in the development of risk mitigation efforts. The results of those efforts are reported to the Board of Trustees at least annually. In addition, the University Provost's Academic Program Review is a systematic and recurring review of academic programs at BU, and the Program Learning Outcomes Assessment provide faculty with a means to assess student learning. Several administrative departments have undertaken training in operational excellence and have piloted initiatives to improve processes throughout the University. IA&AS, for example, launched a program in February 2019 called "Lean Leaders" that will educate high-performing staff on Lean Six Sigma methodologies. As Moody's recognized recently, continuous improvement is a critical part of BU's culture.

***Projection***

In the next five years, Boston University will improve and enhance its policies website to make it more comprehensive and easier to search. IA&AS has invested in its data analytics department to enhance and broaden the continuous auditing program at the University. The continuous audit program will allow IA&AS to monitor financial transactions and potential policy violations in real time with 100% of the data. This will provide greater coverage and oversight to the University. In February 2019, University Provost Jean Morrison created a working group of faculty, students, and staff tasked with developing recommendations for how BU can create a working and learning environment that is free of gender-based harassment. Keying off the National Academies report on *Sexual Harassment of Women: Climate, Culture, and Consequences in Academic Sciences, Engineering, and Medicine*, the group is identifying best practices in the field with the goal of recommending action steps by September 30, 2019.

**Transparency and Public Disclosure**

***Description***

The University has implemented policies and practices designed to support its goals, articulated in both our 2009 and 2014 self-study documents, of organizational transparency, public disclosure, and institutional accountability. These policies help ensure an open and free flow of information about the BU community and issues relevant to it, our stakeholders, and the public at large.

***Appraisal***

Key to implementing these policies and practices is a comprehensive, accessible, and easy-to-use communications network of print and digital channels that regularly, reliably, and credibly report BU news and information that is relevant to current and prospective students, faculty and staff, and the public at large.

The University has accomplished this by centralizing efforts under the direction of the Senior Vice President for External Affairs, building a team of content providers (reporters, editors, and multi-media specialists) and creating high-quality, credible communication channels (*BU Today*, *Bostonia*, bu.edu, etc.) to distribute their work and inform the public. We have maintained this combination, along with a responsive media affairs office, since our last accreditation in 2009.

Since that time, we have enhanced a number of critical websites to make information readily available to current and prospective students at all instructional locations, including our Boston campuses, Global Programs, and distance learning. We have updated such strategic websites as Admissions, Dean of Students, the Registrar, Human Resources, and Graduate Education to provide greater transparency, public disclosure, and access to information about the application process, employment, student discipline, student resources as well as all active programs of study. We have updated many of our school and college publications and websites to make them more relevant, disclosive, and accessible to community stakeholders as well as the public, including those for the Questrom School of Business, the College of Fine Arts, and the College of Communication.

BU updates the University Bulletin annually to ensure accuracy and provide the public and University community with the most current information about our academic mission, requirements, course and degree offerings, student resources and groups associated with programs. The Bulletin publicly posts and regularly updates University policies relating to academics, including registration and attendance; courses, grades, and degrees; records; student conduct; equal opportunity and non-discrimination; and technology. In the interest of reporting student successes and fulfilling our institutional strategy, the University combined two departments and created Analytical Services & Institutional Research, which publishes statistical reports on their website with assessments of the University's educational and societal goals and academic success rates.

Our Study Abroad website is continually updated and provides a comprehensive list of locations, programs, and internship opportunities. Internship and student employment opportunities are available to BU students through a secure link on the webpages of the Center for Career Development and Student Employment. The University provides all required consumer disclosures to applicants and students and their families, including information about campus safety, financial aid, and learning outcomes. To provide easy access to this information, we have made it accessible through a single page on the University's main website. Our individual school and college websites provide yet another layer of access and information, including faculty listings. BU websites provide the public disclosure and transparency necessary for faculty, staff, students, alumni, and members of the public-at-large to access all necessary and relevant information about Boston University. The University ensures the accuracy and comprehensiveness of all websites by subjecting them to a rigorous editorial, fact-checking, and compliance process.

Information about research conducted at Boston University is accessible to stakeholders and the public through an online magazine focused exclusively on research. The University maintains an ongoing series of communication skills workshops for investigators at all stages of their career to better enable them to make their work accessible, disclosive and transparent to the public.

In 2018, the University launched the website for the BU Hub, which provides a comprehensive explanation of the new University-wide general education program and gives all undergraduates the information and tools they need to make informed decisions about this critical part of their education. We have also improved several key University websites, including Admissions, Dining, and the School of Hospitality

Administration, making them more accessible to a greater number of people and digital devices. We did that by using responsive web design, User Experience Design, User Interface Design, as well as updates to our web accessibility standards. The University has also established a Technology Accessibility Working Group charged with, among other things, making classroom and University videos more accessible.

The University made these improvements with the understanding that the public's expectations about disclosure and transparency have risen significantly as digital communications and hand-held devices have empowered people to ask more questions, find more comprehensive answers, and engage with universities more directly and thoroughly. The University has doubled the size of its Interactive Design Group so that the institution can build comprehensive, well-designed websites more quickly and better convey information and promote disclosure and transparency through the public's preferred medium. The benefits of that investment were seen during the merger of Wheelock and Boston University, when the University created a one-stop Wheelock transition website where Wheelock students (as well as faculty and staff) could find information about all aspects of the merger, including plans for mapping undergraduate and graduate Wheelock programs to Boston University programs, answers to frequently asked questions, academic advising and housing information, and a financial aid calculator.

BU has greatly expanded its social media presence to include apps and websites used by the public more frequently for news and information. The University now has a substantial presence on YouTube, Reddit, Medium, Twitter, Snapchat, and Facebook, other popular apps. Because, like many universities, BU attracts a significant number of Chinese students, the University uses several social media channels in China (Weibo, RenRen, Youku, Tencent, WeChat, and Guokr) to deliver news and respond to information inquiries from students and other BU stakeholders in that country. BU has also invested in online monitoring systems, data analytics, search engine optimization, and search engine marketing, all of which help us engage stakeholders and enhance our public disclosure and transparency.

The University has stepped up government relations in ways that make BU more transparent, accountable, disclosive, and relevant to the public. Locally, we facilitated new partnerships between faculty and public policymakers so that our expertise could support their efforts around climate change and resiliency, gun control, gender pay equity, etc. In Washington, D.C., we initiated a program to bring new research knowledge to key policymakers on subjects such as cybersecurity, brain concussions, and other timely and important topics.

***Projection***

Looking ahead to the next five years, the University envisions continued investment in the kind of organizational transparency and public disclosure that assure public accountability. BU understands that as the volume of information available to the public continues to grow and the channels delivering that information continue to proliferate, efforts to maintain public accountability will involve new technologies and practices.

The University intends to build on its excellent and diversified communications foundation:

1. All of the initiatives launched since our 2009 and 2014 submissions will continue and be fine-tuned based on new technologies and improved best practices;
2. A major upgrade of our content management and WordPress systems will launch in summer 2019; this will make information about BU more transparent and searchable;
3. BU will expand search engine optimization and search engine marketing programs to create a more effective "push and pull" content strategy, which will make it easier to find information;
4. BU will conduct new and rigorous website user experience testing and apply the findings to website design and functionality;

5. BU plans to migrate to a new email platform that will help match audience segments with news and information that is relevant to them; and
6. BU will implement a web-based service to monitor BU's most-visited websites in order to identify and address accessibility issues.

On a separate note, the University's development of its next Strategic Plan (2020–2030) will have a profound impact on the institution and its stakeholders. To ensure the process is transparent and accountable to the community, the Strategic Planning Task Force convened multiple listening sessions across the University in fall 2018 and spring 2019 at which faculty, staff, and students participated in the process and made their perspectives heard. This concerted effort to involve the broader University community in establishing strategic priorities is the foundation of University's ongoing commitment to integrity and transparency.