# Exhibit 33

BOSTON UNIVERSITY

# Choosing to be Great

A VISION OF **BOSTON UNIVERSITY**—PAST, PRESENT, AND FUTURE—
THE UNIVERSITY'S STRATEGIC PLAN



NOVEMBER 19, 2007

# Contents

Foreword by President Robert A. Brown . . . . . 3

Our Plan . . . . . 5

What We're Proud Of . . . . . 7

Where We Are Today . . . . . 14

The Point of Departure . . . . . 21

What Remains to be Done . . . . . 25

Choosing to be Great . . . . . 31



## Foreword

I'm pleased to provide some introductory thoughts to this document, which arrives at an important turning point in the history of Boston University.

In the winter of 2005, about three months into my term as BU's president, I set in motion a strategic planning process, aimed at establishing our institutional priorities and enabling us to make wise resource-allocation choices in the months and years to come. That process started with the deans of our 17 schools and colleges asking their respective departments and centers to come up with 15-page descriptions of their places in the world today, and their aspirations for tomorrow. (To avoid boring my readers, I'll simplify the overall process here.) The deans, in turn, used these collections of mini-strategic plans to create 15-page school-wide strategic plans—a major feat of distillation, for which I commend them and remain grateful.

These plans were presented at a University leadership retreat held in April 2006. Several weeks later, after Commencement, I asked a group of faculty members and administrators to serve as a formal strategic planning task force. They were charged, specifically, with thinking about the needs of the University *as a whole.* They sat down with the deans' reports—as well as volumes of additional material, and also the fruits of numerous briefing sessions—and set to work. Their report, entitled "One BU," was submitted to me on December 1, 2006, and was posted on the BU website for feedback.

Stated simply, the report articulated a set of "commitments," which in turn translated into a number of general goals. Using this document as a foundation, members of the committee and I met with faculty members in almost all of our schools and colleges. After this process, and in consultation with the University leadership, I developed a much more specific strategic plan, which was also posted on our website *(www.bu.edu/strategicreport).* That plan, entitled "Forging Our Future by Choosing to be Great," was presented in outline form.

Throughout this process, we have received *lots* of feedback. Much of that feedback has been very positive, some less so. Some people have wondered, for example, if we are proceeding too fast. I have responded that we need to move quickly to seize the opportunities that lie just ahead of us. Some have asked for more explicit statements about our institutional strengths; I have responded that those strengths *should* be celebrated—and, indeed, the attached document does precisely that—but that those celebrations need to occur in the context of a broader strategy that acknowledges the choices we have in front of us.



BOSTON UNIVERSITY

So what is *this* document? It is no more or less than a vision of what Boston University is, and what it can be. It draws on the work of our task force and the subsequent strategic plan, on interviews recently conducted with faculty leaders, deans, and members of our leadership team, and on our collective memory. It moves the strategic plan into its next logical incarnation: a clear and, I hope, compelling statement of what we're all about and where we intend to go next.

As friends of this great University take it to heart, I'm sure they will suggest ways to make our case even more compelling. The strategy outlined here has been well vetted and is strongly supported by all our constituencies, including, most importantly, the faculty and our Trustees. I'm convinced that it's time for us to agree on a clear statement of the genius and vision of Boston University, as well as a road map for moving forward.

A personal observation: I was stunned to discover that for at least seven decades, since the long-ago presidency of Daniel L. Marsh, almost nothing has been written *by us, about us,* on the fundamental level of values, vision, and a plan to achieve our goals.

With this document, and with the community-defined commitments that lie behind it, we're fixing that. I look forward to your responses.

**Robert A. Brown**
*President, Boston University*



BOSTON UNIVERSITY

## Our Plan

The founders and early builders of Boston University quickly made real their vision of a university that created opportunities for people of every race and religion and both sexes. The first president, William Fairfield Warren, presciently said that "the doctrine that a university should exist for the benefit of a single class or sex will soon belong to the realm of pedagogical paleontology." This founding principle of inclusiveness was accompanied by a practice of engagement in the community.

The early Methodist traditions of inclusion and direct engagement have endured across generations. Because the University is home to both a College of Arts and Sciences (CAS) and myriad professional schools, it can offer students a wide variety of undergraduate and graduate educational possibilities—always rooted in strong liberal arts preparation, but with many options for professional training that lead to specific careers.

To survive and prosper despite resource limits and challenging urban geography, Boston University early on developed a spirit of enterprise and adaptiveness. From this enterprising spirit grew a legacy of energy and pragmatic readiness to confront challenges of geography and limited resources. And, in the early part of the 20th century, from a commuter institution with a smattering of buildings around the city, emerged the Boston University we know today—a major private, residential, research university with two campuses in Boston and operations throughout the world.

After almost two years of discussion we have devised a plan that calls for choices—choices that will reinforce Boston University as a great, private, urban, research university. The plan sets eight concrete goals, each resting on the base of a set of ten commitments we have discussed as a community; commitments we make to each other and to our constituencies—students, faculty, alumni, friends.

Our commitments and goals are intertwined:

1. To support and enhance a world-class faculty whose members are dedicated to teaching and engaged in research, scholarship, and their professions.
2. To continue to develop the special undergraduate educational environment that combines our commitment to a liberal arts and sciences education with professional opportunities, while creating flexible educational opportunities to leverage the depth of CAS and our other schools and colleges. To continue our commitment to inclusiveness based on merit for all students, irrespective of race, religion, or economic status, and to raise the financial aid needed to do this.
3. To expand and enhance the College of Arts and Sciences as the core of the University and our undergraduate programs. We are committed to increasing the number of CAS faculty members and expanding and renewing the College's facilities.



BOSTON UNIVERSITY

4. To enhance the residential campus and student life experience for our undergraduate students in the special urban environment of Boston.
5. To strengthen scholarship and research throughout the University by support of key disciplinary graduate programs.
6. To enhance our nationally recognized professional schools and colleges, including Medicine, Management, Law, and Fine Arts. Our commitments to Medicine, Law, and Management are key to our prominence as a major urban research university. The College of Fine Arts offers a special opportunity for projecting Boston University on campus, in the city, and around the world.
7. To increase our emphasis on interdisciplinary research and graduate education in order to expand our leadership in important fields and the collaborative atmosphere across our campuses.
8. To continue to foster the engagement of Boston University in the city and the world, through public service and by extending the reach of our educational programs, including both study-abroad opportunities for Boston-based students and the creation of new opportunities for students from around the world to experience a BU education.

Realizing the vision of our future will not be simple. Our plan calls for an investment of $1.8 billion over the next decade with our annual incremental commitments to these goals growing to $225 million per year in this time frame. We are prepared to make this happen. We will fund almost 60 percent of the plan from operations and by debt financing. We will ask our friends and alumni to help us by supporting critical elements of the plan, such as professorships for our most distinguished faculty, scholarships that ensure access to Boston University for the very best students, programmatic funding for all our schools and colleges, and funding for new facilities and renovations of our existing buildings.

Throughout its history Boston University has made the choices necessary to thrive and grow. Today, we are dedicating ourselves to the next phase of our history and our evolution.





BOSTON UNIVERSITY

## What We're Proud Of

Boston University is long on history and short on memory.

There are several good reasons. First, although our roots go back more than a century and a half—to well before the Civil War—we share our corner of the world with institutions (some of them *excellent* institutions) that look back to colonial days.

Second, for much of our history, we were a commuter school, rather than a residential college. We were less about the traditional New England college experience—ancient trees shading quiet quads defined by brick and stone buildings, undergraduate hijinks, and the sipping of sherry—and more about meeting the practical needs of ambitious young people getting on streetcars and getting on with their lives.

**The celebrated BU/Framingham Heart Study—now in its second half-century—has yielded more information on how to prevent heart attacks than any other research program in the world. Today, its data are being mined to explore genetic approaches to personalized medicine.**

BU has always been an urban experience. Cities change, especially those as dynamic as Boston has been in recent decades. We change along with Boston. If the physical past is largely gone, why look back?

Third, we have effectively remade ourselves, especially during the tenures of Presidents John Silber, Jon Westling, and Aram Chobanian, which collectively spanned more than a third of a century. We are *so different* today from what we were in 1971, at the beginning of John Silber's presidency, that it sometimes feels as if looking back and taking stock must be a pointless exercise. Isn't what we are today mostly a recent invention?



Finally, there's an indisputable restlessness in our psychological make-up. Where some schools are slow-moving and complacent, we are eager to *get on with it.* It's sometimes said that we have sharp elbows. We pushed our way into the top ranks of universities in the United States in recent decades because we wanted to *be where the action was*—and because we wanted to help define where the action would go next.

In fact, we specialize in looking forward. The Photonics Center, launched a decade ago, is only one example at the nexus of research and education. The National Emerging Infectious Diseases Laboratory (NEIDL), now nearing completion, is the most contemporary of examples.



BOSTON UNIVERSITY

**Perhaps the most remarkable poetry workshop in American history kicked off in 1958, when Sylvia Plath, Anne Sexton, and George Starbuck gathered for instruction by poet Robert Lowell, who began teaching at BU in 1954.**

If you're good at looking forward, why look back?

Again, there are several answers. First, the past is always there with us, whether we appreciate it or not. Also, it's easier to build on strong foundations if you understand those foundations. Conversely, if you choose to go against the grain, it's a very good thing to know which way the grain actually runs.

Just as important, more than ever before, Boston University needs to cohere and pull together as a whole. Moving into the top ranks of U.S. universities in a short span of time was an incredibly difficult task; moving up within those ranks is likely to prove even more difficult. Meanwhile, we're simply far bigger and more complex than we were even a decade ago. Cohesion can't necessarily be taken for granted; it has to be planned and nurtured. For Boston University to succeed, its whole must be greater than the sum of its parts.

In the face of these kinds of challenges, it's important to describe our shared traditions—the kinds of things that we take for granted about Boston University, but which in fact distinguish us from anyplace else. And it's equally important to define the values that lie behind those traditions.

Asking ourselves *what we're proud of* is a good place to start.



MARSH CHAPEL, FLANKED BY THE ORIGINAL MAIN BUILDINGS ALONG COMMONWEALTH AVENUE.



BOSTON UNIVERSITY

## Our tradition of inclusiveness

We owe an enormous debt to abolitionists, Methodists, and merchants: our distinctive cast of founding fathers.

LaRoy Sunderland, an ardent abolitionist and leading figure in Boston's Bromfield Street Church, in 1839 persuaded his fellow church members to found the United Methodist Church's first seminary. Their collective goal, we should note, was to provide a higher quality of training to their ministers than was then available.

---

**The first black woman physician in the United States, Dr. Rebecca Lee Crumpler, was a graduate of the New England Female Medical College. The first African-American psychiatrist in the United States, Dr. Solomon Carter Fuller, was an 1897 graduate of our School of Medicine.**

---

The school was founded in Vermont and relocated several times, in 1867 reopening on 30 acres in nearby Brookline as the "Boston School of Theology." The president of that school, William Fairfield Warren, persuaded three of the school's trustees—all wealthy Boston merchants—to petition the Massachusetts legislature in 1869 to charter "Boston University." The petition was granted, and today's BU was born.

"No instructor in said University shall ever be required by the Trustees to profess any particular religious opinions as a test of office," the new University's brief charter read, in part.

Thanks to the Methodists' strong belief in social equality, the new University would be accessible to all members of society, without regard to race, class, sex, or creed. Warren also laid out what may have been the first "need-blind" admissions policy in the United States: Thanks to the school's generous scholarship policies, any admitted student would be able to attend. Unfortunately, financial realities made it impossible to continue this policy for very long.

---

**BU faculty member Elizabeth Stuart Phelps was a prolific and widely read writer in the 19th century. She published more than 50 works of fiction and poetry, many concerned with the role of women in society, and served as a lecturer in Modern Literature.**

---

These values—quality of thought, openness, inclusiveness—recur time and again throughout our history. Our School of Medicine was founded in 1873 through a merger with the New England Female Medical College, the first medical college for women in the world.

Today, we talk a great deal about "inclusiveness." Although it's a modern word, it represents one of our oldest and proudest traditions.

## Our tradition of practical engagement and service

The farsighted President Warren also set us on our track of productive and practical engagement with the world—literally. He initiated the first international exchange program, which opened the doors for BU graduates to study at the National University in Athens and the Royal University in Rome.

During World War I, the School of Medicine established Base Hospital 44 in Pougues-les-Eaux, France, for the Red Cross. More than $30,000 was raised locally for this effort, and 32 BU doctors served at the hospital.

**In 1995, the School of Medicine received the Award for Outstanding Community Service from the Association of American Medical Colleges for its work in Boston.**

Meanwhile, of course, we were deeply engaged in our home city (as we still are today). In 1875, our physicians and medical students created the "Home Medical Service," the first such program in the U.S. (It's still active today, and we are still active in it.) Our students helped establish Epworth Settlement in the late 19th century, combining charitable work with religious services for the urban poor.

One of our School of Theology graduates, the Reverend Edgar J. Helms, used his Boston base to found Goodwill Industries in 1902 and Morgan Memorial in 1905. Helms's personal motto—*a chance, not a charity*—soon resounded in charitable "franchises" across the country.

Helms dreamed his dreams on the grand scale. In 1934, he approached the Roosevelt administration with a sweeping proposal: If the federal government would make a $5 million grant to Goodwill, his organization would put every unemployed American to work. (The government did not take him up on his offer.)

**Mickey Cochrane, Class of 1924, played five sports at BU before going on to win the American League's MVP award in both 1931 and 1934. He had a lifetime .320 batting average, and was elected to the National Baseball Hall of Fame in 1947.**



Since 1989, we've worked with Chelsea, Massachusetts, to rebuild that city's public school system, with the goal of establishing a model for urban school reform nationwide. The contract between BU and Chelsea was extended twice (to 2008) at the unanimous request of both the Chelsea School Committee and the Chelsea City Council.



BOSTON UNIVERSITY

## Our entrepreneurial streak

Boston University likes to *venture.* It likes to tinker, push, explore, and build stuff.

Even our losing ventures like to venture. The short-lived School of Oratory, which folded in 1879 after only seven years of operation, nevertheless managed to invest in the experiments of a young professor of Vocal Physiology and Elocution: Alexander Graham Bell. In 1875, the School advanced Bell a year's salary; in the following year, the young professor introduced the telephone.

---

**At the request of the FBI, the School of Medicine recently created a two-year master's program in crime-scene investigation.**

---

In the aftermath of World War II, when the NATO commanders in Brussels sought an educational partner to train officers among the occupying forces in Germany, BU bid on the contract and won it—initiating a relationship that continued for decades.

One reason we're entrepreneurial is that we *have* to be. Lacking a substantial endowment, we have to make money through investments and operations. The closing of fiscal year 2007 marks the 36th year in a row in which we've registered positive financial returns from our financial operations.

Bringing this story up to the present, we can point to BioSquare, the $350 million business park being developed jointly by Boston University and the Boston Medical Center Hospital to support innovation in science and business.

Even our archivists are entrepreneurial. Dr. Howard Gotlieb, founding curator of BU's Special Collections, spent 42 years acquiring the papers and personal effects of some 2,000 public figures. Perhaps more than any other individual, Gotlieb pursued papers, manuscripts, and artifacts to help define 20th-century American history.

As with most entrepreneurs, it's about drive and desire, as much as the outcome.

## Our unique portfolio

From our Methodist and theological roots, Boston University has grown in multiple directions—some fundamental and others highly practical. The result is a university that blends the best of the New England tradition of liberal arts and sciences with professional education at the undergraduate and graduate levels. And the result is a university that has both a deep commitment to general education and a substantial portfolio of professional educational offerings.

---

**"In this action," President Marsh wrote in 1947 of BU's decision to create the School of Public Relations and Communications, "the University is maintaining its reputation for pioneering; for this is the first school of its kind established anywhere."**

---



BOSTON UNIVERSITY

Our School of Music—founded in 1872, and today one of the three schools in our distinctive College of Fine Arts—is the oldest degree-granting music program in the United States. A year later, the College of Liberal Arts (today's College of Arts and Sciences) was organized around the kernel of the School of Music.

Sargent College—founded in 1881 as the Sargent School of Physical Training—came into the BU fold in 1929. Today, it offers basic and advanced professional degree programs in more than 15 specialized areas, ranging from speech pathology to nutrition to physical therapy.

**During World War II, more female students and graduates from BU joined the Women's Army Corps (WAC) and the Women Accepted for Volunteer Emergency Service (WAVES) than from any other educational institution.**



As far back as 1906, Boston University's leaders invented ways to help teachers who were working full time continue their own educations. The School of Education (founded in 1918) grew directly out of this effort. Meanwhile, we continued to explore ways to help working professionals advance themselves. Metropolitan College, founded in 1966, not only meets the needs of large numbers of adult learners and working professionals in the Boston area—with enrollments increasing by 30 percent between 2002 and 2004—but also is emerging as an international leader in interactive online distance education programs.

Our College of Business Administration was founded in 1913, in part to attract more young men to BU. (Inclusiveness was important.) Evolving into the modern School of Management, it has continually served as an incubator for an expanding palette of distinctive programs.

Our School of Social Work (originally a department in the School of Religious Education and Social Work) grew out of a 1939 decision by the American Association of the Schools of Social Work to put professional social work training on a strictly graduate basis. Our School was formed a year later.

**BU received its first research grant in 1933: a payment of $275 from the National Academy of Sciences to the School of Medicine.**



BOSTON UNIVERSITY

Our College of Communication began offering professional education in public relations, journalism, broadcasting, and film in 1947—only six years after standards for education in that field were first drawn up.

Many more schools and departments could be mentioned here. But these illustrations serve to make the point: BU has always looked for ways to offer a quality education, mixed with practical, hands-on training, to talented students of all ages. We have responded quickly, and opportunistically, as new fields of professional training have emerged. We have helped professions elevate themselves.

## Our ambition

Our ambition is expressed in countless ways, most importantly in our *high standards.*

The earliest discussions about founding the institution that would become BU were about quality: Where could Methodist ministers get a better education than was available to them in the late 1830s in Boston?

When newly elected President John Silber articulated his dreams for BU back in the early 1970s, one of the first things he said was that he intended to ensure that the University was an “institution of excellence” in its every endeavor—both in research and teaching.

**In 2003, BU’s School of Medicine received an $8.4 million grant from the NIH to create the “BU Autism Research Center of Excellence,” and mount one of the largest autism research efforts ever undertaken.**

In fact, this was far from a new conception of BU. We have always been demanding. Our School of Law was the first to establish a three-year curriculum, and the first to introduce mandatory, written, graded final examinations. Our School of Medicine was the first to demand examinations from applicants who were not college graduates. It was also the first to offer a four-year course of study (1878) and to make the four years compulsory (1890).

Our ambition also reveals itself in our determination to be on the *frontier* of every field in which we involve ourselves, and to have that stature validated by the accolades our faculty members earn and by a robust and growing stream of research support from outside granting agencies.

## Our flexibility

Boston University learned early on about dealing with adversity and making tough choices. We learned to be *flexible.*

Take our campus, for example: One of the original three BU trustees was Boston fish merchant and Methodist layman Isaac Rich, who died in January 1872, leaving his vast fortune—mostly in the form of downtown Boston real estate—to the University he had helped found. His will stipulated that for the first ten years after his death, his estate would grow in a trust to benefit BU. It would have been the largest donation ever made to an American college or university, up to that point.

**Between 1952 and 1967, nearly half of all doctorates earned by black students in the United States in religion and philosophy were awarded at BU. Martin Luther King, Jr., was one of those students.**

But fate intervened. In November, less than a year after Rich's death, the Great Boston Fire destroyed all but one of the buildings in Rich's estate—and bankrupted all the insurance companies who supposedly stood behind them. BU's plans for a central campus on Aspinwall Hill in Brookline had to be abandoned. Instead, the University dispersed across Beacon Hill, and subsequently into Back Bay and Copley Square.

In the 1920s, we tried again, buying and improving 15 prime acres of riverfront property between (the relatively slow-moving) Commonwealth Avenue and the Charles River. Then the state took away the land along the river by eminent domain for the construction of Storrow Drive.

**Today Boston University houses almost 12,000 undergraduate students in residences ranging from brownstones to high-rise apartment buildings.**

We built our first building in 1939—coincidentally, almost exactly a century after our founders first committed themselves to creating the institution that would become Boston University. We would no longer be hermit crabs (to cite President Marsh's analogy); henceforth, we would have a permanent home in which to pursue our destiny.

That home continues to take shape, and at an accelerating rate.

Great things are worth the wait—and the work—they require.

## Where We Are Today

Today, Boston University is a unique collection of relative strengths, and also of relative weaknesses.



Our strengths include the kinds of traditions detailed in previous pages, deep reservoirs of excellence among our 17 schools and colleges, outstanding faculty and students, committed and energized administrators, friendly alumni, a powerful business model, and a degree of cooperation and collaboration across disciplinary boundaries that is highly unusual in academia.

Many of our weaknesses can be traced back to a relative lack of resources, and—over the long term—a relative lack of institutional focus on outreach to alumni, effective communication with key constituencies, and fundraising.

These strengths and weaknesses deserve some individual scrutiny.

## Our strengths

The irreducible core of a leading research university is its faculty. Boston University has a committed and talented faculty, composed of excellent teachers, scholars, researchers, and professionals. Their commitment to winning grants and conducting transforming research has put BU in the top ranks of research universities today. These faculty work in disciplines and programs ranging from high energy physics to creative writing, from archaeology to biomedical engineering, and from performance music and voice to physical and occupational therapy. Boston University faculty truly embrace the teaching mission of this University, serving as mentors for our undergraduate and graduate students.




**BOSTON UNIVERSITY RESEARCH EXPENDITURES ($000's) OVER THE LAST 10 YEARS.**

The quantity of funded research is an important measure of our research intensity and productivity, and has the great advantage of being concrete. (It makes for compelling bar charts.) But our faculty excel by other, less easily charted measures, as well. We have deep wells of expertise in the humanities, social sciences, the "hard" sciences and math, and in professions, like dentistry, physical and occupational therapy, and performance music and theatre—the list is nearly endless. It is the blending of education, research, scholarship, and professional accomplishment that makes BU's faculty unique.

---

**Four of the last ten U.S. Poets Laureate studied or taught at BU.**

---

Another reason to celebrate our faculty is that it attracts wonderful students. By and large, they are young people (and also older people) who want to be educated at a great urban university. They love having a diverse and challenging peer group. They love Boston.

Boston deserves a special word. For many of our applicants, Boston University *is* Boston, and vice versa. Our host city is a powerful draw. And when students enroll here, they are not disappointed. More than any other university, we are woven into the fabric of Boston, and Boston is woven into our fabric. In almost every field of intellectual and artistic endeavor—from biotech to Bach—Boston is a great place to be. In his inaugural address, President Brown referred to BU as "Boston's University." We are fortunate to be synonymous with one of the country's (and the world's) great cities.

And one reason is that Boston is a strong jumping-off point to the rest of the world. International students want to come here. Organizations around the world want to build ties with Boston, and BU. They welcome our students and faculty. Again, "Boston" is a great blessing for BU.



As for our curricular strengths, we offer a rigorous undergraduate education, mixing liberal arts and professional training. No matter what school or college through which our students enter BU, they will receive a deep liberal arts training. They will have to read—a lot. They will learn to write. They will learn to speak languages (including English).

At the same time, we offer high-quality graduate professional programs. Again, this is a unique and potent blend of offerings.

Because of our relatively small endowment (see below), we have been compelled to be both entrepreneurial and businesslike. Our business model is both simple and highly effective. We work extremely hard to run the "internals" of BU like a business. We are student-oriented. We provide high-quality services in a high-quality environment, in an effort to produce successful and satisfied graduates and generate higher revenues. We reinvest the net revenues from our operations (approximately $50 million annually) to enhance our facilities and increase the quality and reputation of our core programs.

**In 2006, BU received 34,000 applications for 4,200 undergraduate "seats"—an all-time high.**



BOSTON UNIVERSITY

BU has always been centralized. The "center" coordinates programmatic and budgetary decisions. Our lean resource base has not given us the luxury of independent, decentralized decision-making by academic units. The leadership has had the obligation to seek economies and efficiencies, which can be gained by coordination, in order to gain new opportunities. Our central coordination has given us the tactical advantage of agility. It explains, in part, why we made dramatic progress in the Silber era. We have placed large bets, and leaped forward, using our agility to overcome barriers.

**Our College of Engineering didn't have a PhD program until 1991. Today, it is ranked 41st in the country—a remarkable rise after less than two decades of operation.**

Our opportunity is to hold on to this tactical agility and its strategic advantage, while achieving broad consensus about our vision for the future of the University and how to realize this vision for our community.

This raises another strength that deserves emphasis. Our deans and vice presidents are committed to the success of this University. They are proud of BU, and want it to keep moving forward. They are wonderfully collaborative—even to the extent of "waiting their turn" if some other school or department is currently higher on the University's overall priority list.

Last but not least are our alumni. A survey of our 258,000 alumni generated 84,000 responses—an extraordinary response rate. Their responses are summarized in the chart below:




**RESULTS FROM 2007 SURVEY OF BOSTON UNIVERSITY ALUMNI ON THEIR ATTITUDE TOWARD THEIR EXPERIENCE HERE AND TOWARD THE UNIVERSITY NOW.**

Clearly, our alumni have very positive feelings about their experiences at BU. They have strongly positive feelings about BU today, and they rate BU's reputation highly. This is especially true for our alumni who attended BU after we became a largely residential college. Their ties to the University are particularly strong.

This is a very strong foundation on which to build BU's future.



BOSTON UNIVERSITY

## Our weaknesses

Let's look first at our infrastructural weaknesses; the physical and financial underpinnings of BU.

Despite being organizationally coherent, we have spent a century or more being physically scattered, or—since the 1940s—squeezed in between our River and our Avenue (Commonwealth). We have made enormous progress at the Charles River Campus in recent years, reworking available space and judiciously extending our geographic footprint. Our campus is much improved, especially in the realm of direct student services, but more remains to be done.

Our current master planning, which looks out over the next quarter-century, calls for the creation of a major regional transportation hub roughly at our end of the BU Bridge, including the rationalization of the various roads, light rails, and railroads that traverse this very busy intersection. It also calls for a reinforcement of the "short axis" of our campus, with the thoughtful use of air rights over the Mass Pike giving us more room for concentrated growth and—just as important—physical *cohesion.*

These are exciting prospects. Until we can realize them, however, our curious geography remains an institutional weakness.

Many of our current weaknesses grow out of an inadequate financial base. When we measure ourselves against a representative peer group, our endowment is relatively small, and our endowment income as a percentage of our operating budget is correspondingly low. Similarly, our fundraising income as a percentage of the annual operating budget is uncomfortably low. The table below tells this story.

| | FY06 Operating Budget (OpB) | FY06 Endowment | FY06 Fundraising | Endowment Return (as % of OpB) | Fundraising (as % of OpB) |
|---|---|---|---|---|---|
| Boston University | 1,296 | 916 | 95 | 4% | 7% |
| George Washington University | 777 | 964 | 53 | 6% | 7% |
| New York University | 2,402 | 1,775 | 280 | 4% | 12% |
| Northwestern University | 1,245 | 5,141 | 253 | 21% | 20% |
| University of Pennsylvania | 2,390 | 5,313 | 409 | 11% | 17% |
| U. of Southern California | 1,745 | 3,066 | 406 | 9% | 23% |
| Tufts University | 539 | 1,215 | 205 | 11% | 38% |

FY06 OPERATING BUDGET, ENDOWMENT, AND FUNDRAISING COMPARED WITH SEVERAL PEER INSTITUTIONS. FIGURES LISTED ARE IN MILLIONS OF DOLLARS, UNLESS OTHERWISE NOTED. ENDOWMENT RETURN IS ESTIMATED AS 5% OF ENDOWMENT VALUE.

Another way to look at endowment is in terms of endowment per full-time equivalent (FTE) student:




**ENDOWMENT PER FULL-TIME STUDENT IN FISCAL YEAR 2006 IN $000's.**

Why is this important? One answer is that our small endowment constrains our financial aid resources and impacts our students through the availability of financial aid. For many people, making BU accessible to all academically qualified students, regardless of their economic circumstances, is the strongest argument for increasing our endowment. The vision for student access to education, irrespective of financial means, expressed by our first president, William Fairfield Warren, was clear and compelling. We must raise the funds to move closer to this ideal.

Another way to measure our endowment is by the number of endowed professorships we have. Professorships are not only an important form of endowment that take pressure off operating budgets; they are also a powerful tool for faculty recruiting and retention. Relative to our peer universities, BU has a small number of endowed professorships, and this needs to change.

One fundamental challenge that the University must address is our low faculty salary scale, relative to peer institutions. The brightest young scholars and teachers *want* to join us, but if we can't pay at competitive levels, many won't. We can't allow this discrepancy to continue if we are to compete for the very best minds. Increasing our faculty salaries to the median of our peer group will cost roughly $20 million a year in 2007 dollars. This is a significant investment, but it's one that we have to make, as we steadily increase the quality of our faculty.

For these reasons and others, we need to increase our endowment substantially. This means two things: growing our existing endowment through effective management, and procuring new permanent capital.



BOSTON UNIVERSITY

At the same time, we need to dramatically increase the level of annual support that comes to BU. We are currently raising about $90 million annually through our development efforts—a small number, in terms of our large base of alumni and their relatively positive feelings toward BU. The charts below summarize our rates of individual giving and the percentage of alumni currently giving to BU:







**PERCENTAGE OF ALUMNI PARTICIPATION AND TOTAL INDIVIDUAL GIVING TO THE UNIVERSITY COMPARED WITH SEVERAL PEER INSTITUTIONS IN FISCAL YEAR 2006.**

These efforts have been hampered until recently by a number of factors, including institutional turbulence at senior levels, unenergetic fundraising, and inadequate external communications. All three have been addressed in recent years, but we have much ground to make up.

Finally, our reputation and ranking need some selective shoring up. In undergraduate education ranking we have placed between 50th and 60th among all U.S. universities in recent years. This is a ranking that we can improve in the near term by increasing support focused on academic excellence, improving overall financial resources, and increasing rates of alumni giving. Several of our world-class professional schools—including Law, Management, Engineering, Social Work, and Medicine—rank substantially higher than our undergraduate programs. We owe it to these professional schools (as well as to our alumni and our current students) to bring our undergraduate rankings up to their level.

Obviously, institutional reputation, levels of institutional support, faculty recruitment and retention, student “yield,” and many other key indicators are all bound up together. When we break into this virtuous cycle at any point, we enhance our opportunities in many other realms.

This is what we are determined to do in the coming months and years.



BOSTON UNIVERSITY

## The Point of Departure

The point of departure for Boston University's journey into the future is the set of ten "commitments" that were recently embraced through the University's 2005–2007 strategic planning process. They grow directly out of our traditions and our values. They reflect our strengths and weaknesses. And—in general and aspirational ways—they point to tomorrow's opportunities.

They include:

**1. A commitment to hiring, promoting, and retaining faculty members who are excellent teachers, as well as leaders in research, scholarship, and professional accomplishment.**

As a great, 21st-century research university, we are committed to the highest standards of teaching, research, scholarship, and professional accomplishment—a level of excellence which must be reflected in our faculty. We are committed to hiring and retaining a faculty in every school and college that is the equal of any university's, across all the disciplines where we choose to have emphasis, and to paying competitive, market-based salaries and benefits.

Boston University has strived to find the balance between teaching, on the one hand, and research and scholarship on the other. (At a great university, these tend to be highly complementary, and often inseparable.) And to achieve these and other goals, we support an environment of excellence in graduate education and research, especially in disciplines where we can excel at an international standard. Through this commitment we fulfill the responsibility of a great university to grow the next generation of teachers and scholars. We accept this responsibility.

**2. A commitment to strengthening and enhancing rigorous, well-taught undergraduate education, founded on principles of the liberal arts and professional preparation.**

This commitment grows out of the first, listed above. We strive to create an environment of study and accomplishment. We seek to provide a core undergraduate experience that exemplifies the educational mission of the University. Simply put, we emphasize a rigorous immersion in the liberal arts and the sciences, combined with practical and powerful professional education. This is the educational paradigm that we helped invent, and which we always keep before us.



Again, we value an inclusiveness that is based on merit, rather than quotas driven by race, gender, religion, or economic status. This has major implications for how we allocate financial aid, to ensure that our student body can remain diverse. It also compels us to recruit aggressively, to ensure that our pool of applicants is deep enough to ensure a diversity based on merit.



BOSTON UNIVERSITY

**3. A commitment to create unprecedented opportunities for all undergraduates by leveraging the strengths of our schools and colleges.**

We are determined to provide excellent professional undergraduate programs through our schools and colleges. We will insist upon exceptional levels of collaboration across departmental boundaries. And finally, we seek to prepare our graduates for effective citizenship in the 21st century, even as they achieve personal and professional fulfillment.

**4. A commitment to enhancing our professional schools and colleges, building on the pillars of law, medicine, and management.**

We believe in building on strengths, as we pursue excellence. Our Schools of Law, Medicine, and Management are already considered outstanding in their respective fields; we need to enhance their positions even further—and at the same time, hold our other professional schools and colleges to demanding standards.

**5. A commitment to promoting research and scholarship within and across traditional disciplinary boundaries.**

We intend to raise the quality of graduate doctoral education by enhancing our existing discipline-based strengths, in part through recruiting and supporting the very best graduate students. We also mean to build on existing interdisciplinary momentum within the University by supporting the schools and departments that break down boundaries and looking for opportunities with the greatest potential impact.

Some have argued that interdisciplinary progress comes at the expense of the "pure" disciplines. We believe the opposite: that progress at the boundaries of two disciplines strengthens and creates new opportunities for each.



ARTIST'S RENDITION OF THE NEW NATIONAL EMERGING INFECTIOUS DISEASES LABORATORY ON THE MEDICAL CAMPUS OF BOSTON UNIVERSITY. THIS STATE-OF-THE-ART FACILITY AND THE GROWING FACULTY COMMITMENT TO INFECTIOUS DISEASE RESEARCH WILL MAKE THE UNIVERSITY AN INTERNATIONAL LEADER IN THIS CRITICAL AREA OF HUMAN HEALTH RESEARCH.

**6. A commitment to strengthening and expanding the University's connections to Boston and the world.**

We intend to continue our long and proud tradition of service-based and professional learning in the city of Boston. This commits us to leading in areas of community engagement such as K–12 education, health-care outreach, and public service. By accomplishing these goals, we will give our students invaluable experiences for contextualizing their classroom education and for service-based learning.

It also commits us to bringing the rich cultural life of this University to our city, including exhibits, lectures, and performances that are open to the community. In recent years we have built or renovated outstanding performance venues, and we are determined to welcome our neighbors onto our campus and into those facilities.

Today, the landscape for our students and programs is more than Boston; it is the world. We also are determined to engage productively and strategically with the broader world, searching out and establishing partnerships and programs that are rich with potential. The map below shows the location of ongoing Boston University programs around the world. Through these and new study-abroad programs we will continue to create innovative opportunities for future cohorts of students to experience a BU global education.



SITES AROUND THE WORLD FOR BOSTON UNIVERSITY EDUCATIONAL AND RESEARCH PROGRAMS. THESE RANGE FROM MAJOR FACILITIES IN LOS ANGELES, WASHINGTON, DC, LONDON, AND SYDNEY, AUSTRALIA, TO RESEARCH SITES IN ECUADOR AND MENORCA, SPAIN.




We will continue to reinforce our international engagements with a strong Boston-based curriculum that includes an expanding focus on foreign language instruction, as well as a solid grounding in world culture, history, literature, and religion. There is the opportunity to focus on-campus and international efforts on critical societal issues, such as global health and human development; we will take advantage of the opportunity.

Our international students play a key role in this exchange—greatly enriching both our University and the larger Boston community—and we therefore seek to educate an ever more diverse group of students from other countries.



BOSTON UNIVERSITY

Just as we strive to give our students the context and experiences to function in our truly global society as responsible citizens, the University will continue to work to be institutionally responsible as a steward of our environment by putting in place programs of infrastructure renovation and usage that will conserve energy and minimize our emission of greenhouse gases. Much of this effort will be transparent as we renew our buildings.

7. **A commitment to expanding and enriching the residential campus and programmatic experiences for our students.**

We intend to provide the infrastructure that is needed to deliver on the commitments outlined above. This translates into bricks and mortar: things like outstanding residential facilities, technology-rich classrooms, and both formal and informal community spaces.

But it also has clear programmatic implications. We are determined to provide meaningful mentoring and career-counseling opportunities to our students. Equally, we are committed to providing a wide variety of extracurricular and cocurricular opportunities, including the opportunity for students to participate in a wide variety of interscholastic and intramural sports.

Clearly, this is a competitive necessity because students enroll where they believe that they will have the most satisfying experience. But it also presents powerful educational opportunities, which we are determined to pursue.

8. **A commitment to aligning our policies, processes, services, operations, and the development of our campus with our values.**

Boston University is an incredibly complex institution. But complexity can't be allowed to push our values to the background. We are, first and foremost, a *service* organization, and we have to act accordingly. We must deliver transparent and student-oriented processes across all of our campuses, schools, and colleges. We must control costs to protect the range and quality of our services, and at the same time ensure access to BU.

Even as our campus grows upward and outward, we will decrease our environmental "footprint." We intend to focus on conserving energy and decreasing greenhouse-gas emissions in all of our operations.

Many universities just "happen." The experience of this University is that things can be *made* to happen, in the right directions, when values point the way.





BOSTON UNIVERSITY

**9. A commitment to aligning operating budgets, capital plans, and fundraising with the academic mission and the strategic plan.**

We can and will be systematic and proactive when it comes to budgeting, planning, and seeking outside support. Our annual budgeting must reflect our overriding institutional priorities, while leaving room for new initiatives. Our capital planning also must reflect those priorities, and allow not only for the sustainable renewal of our existing campus, but also for the gradual implementation of our long-term campus master plan.

Our vision and values come with a price tag. For a university of this scale and scope, we have only a modest endowment. Until recently, our fundraising efforts have been relatively unsystematic. The time has come to approach our alumni and other friends with a clear financial plan—including our own contributions to that plan—and ask for an increased level of support.

**10. A commitment to communicating with and engaging all constituencies of Boston University.**

This commitment grows in part—but only in part—out of the commitment just above. In recent years, our external communications have improved significantly. We must continue to become more outward-looking, and more clear about what we're doing, and why.

In particular, we are committed to communicating more often, and more effectively, with our 258,000 alumni. Recent surveys suggest that they are more than willing to participate in a new kind of conversation with their alma mater. The time has come to deepen that conversation.

We also intend to reinforce and build upon the ties we've built with individuals and institutions over the decades—starting in Boston and New England, but extending around the globe. We are fortunate to have many friends, not necessarily graduates, who believe as strongly as we do in the mission of Boston University.

## What Remains to be Done

As noted, the ten commitments described in the preceding pages grew directly out of the strategic planning process conducted by the University between 2005 and 2007. While these commitments are both general and aspirational, the strategic planning process has continued through to the next logical step: translating these commitments into a number of specific, actionable, and realizable goals, which reflect key institutional choices.

The eight goals include:

**1. Strengthening the quality of the faculty.**

One way that we'll meet this goal is by ensuring that our hiring, promotion, and tenure criteria and processes, as well as our annual reviews, are closely aligned with our goals.

But more needs to be done, as well. As we continually increase the profile of our faculty in research and scholarship, we will have to increase faculty compensation and benefits to remain competitive with our peer institutions. Housing



BOSTON UNIVERSITY

costs in the Boston area have risen to uncomfortably high levels; we have to find ways to help our young teachers and scholars (especially those with families) put down roots in New England.

Implementing a long-term plan for increasing faculty compensation through enhanced operational efficiencies and fundraising is one of the most important components of our plan.

**2. Strengthening the excellence of our undergraduate education.**

To achieve the needed level of integration and coherence in a Boston University undergraduate education will require an unprecedented degree of collaboration and coordination across our schools and colleges. A new position—the Associate Provost for Undergraduate Education—has already been created, and Professor Victor Coelho is now responsible for coordinating the general University requirements across our undergraduate schools and colleges. When combined with input from a faculty-led Council for Boston University Undergraduate Education, this should move us to a uniform articulation and implementation of the core elements of a Boston University undergraduate experience.

**3. Strengthening the College of Arts and Sciences as central to the quality of our academic programs.**

The largest commitment of new resources proposed as a result of the strategic planning process will support the growth of the faculty in the College of Arts and Sciences (CAS): as many as 100 new faculty members within a decade. In an era when many other universities are backing away from their commitment to the humanities and social sciences, we are recommitting ourselves to this institutional priority, as well as continuing to build on our strengths in the basic sciences.

This allocation grows not only out of our commitment to a broad-based undergraduate education, but also out of an analysis of the College's current size, compared to the contributions to undergraduate education and the weight the College has in BU's reputation in research and scholarship.






BOSTON UNIVERSITY

It also arises from comparisons with undergraduate student/faculty ratios at a number of peer universities, as shown below. The College of Arts and Sciences is home to over 40 percent of the faculty at the Charles River Campus. These faculty members teach over half of all credits earned by undergraduates and are the host college for over 40 percent of all undergraduate majors. CAS is the center of Boston University and deserves this renewed emphasis.




**UNDERGRADUATE STUDENT TO FACULTY RATIOS FOR BOSTON UNIVERSITY AND PEER INSTITUTIONS IN FY 2006. DATA PROVIDED BY *U.S. NEWS & WORLD REPORT.* WE PLAN TO LOWER THIS RATIO BY ADDING 100 NEW FACULTY MEMBERS TO THE COLLEGE OF ARTS AND SCIENCES WITHIN A DECADE.**

For the same reasons, we need to increase faculty support for quality graduate research and education, and expand and renovate CAS's teaching and research facilities.

Increasing the faculty in CAS gives us the opportunity to strengthen key disciplines. At the same time, it helps pave the way for the creation of clusters of interdisciplinary excellence (see below).

### 4. Strengthening the student residential community and the student experience.

As noted in the related "commitment," this translates into bricks and mortar (outstanding student housing and dining facilities, technology-rich classrooms, and both formal and informal gathering places) and also programs (mentoring and career-counseling opportunities, extracurricular and cocurricular programs, and so on).

In recent years, we have focused more attention on improving the student experience and made significant investments, such as the Fitness and Recreation Center, in the John Hancock Student Village pictured below. We need to get better still, and make still more investments, such as the second student residence that is being constructed as part of the Village; the steel skeleton of this building is shown below.



BOSTON UNIVERSITY



THE JOHN HANCOCK STUDENT VILLAGE, SHOWING THE AGGANIS ARENA (LEFT), THE FITNESS AND RECREATION CENTER (FRONT RIGHT), AND THE FIRST STUDENT RESIDENCE (BACK RIGHT). THE NEW RESIDENCE SHOWN BELOW IS POSITIONED BEHIND THE AGGANIS AREA.



THE NEW STUDENT RESIDENCE WILL BE PART OF THE JOHN HANCOCK STUDENT VILLAGE.

A superb student experience helps us attract better students, improve our rankings, and—over the long run—create more loyal and involved alumni.

**5. Strengthening targeted programs in graduate research and education.**

Even as we focus significant new resources on the undergraduate experience, we also have to improve key aspects of our graduate programs. Here we start from a position of strength, with strong graduate programs and faculty-led research and scholarship in many disciplines and interdisciplinary areas.

The fact remains, however, that we lack the resources to compete for the very best students across all disciplines. This argues that we should evaluate the impact and quality of all of our existing doctoral programs, determine which are or might become the *very best of their kind* in the country—and even the world—and then invest heavily in those specific programs.

Once we have identified those leading-edge programs, we will need to invest not only in their direct activities, but in the infrastructure that supports them, such as library resources and laboratory facilities.



BOSTON UNIVERSITY

### 6. Strengthening four key professional Schools: Law, Medicine, Management, and Fine Arts.

Here we have already made significant progress. But both the School of Law and the School of Medicine have major facilities needs that must be met. Meanwhile, the faculty in the School of Management must grow, if that School is to move still further along its established trajectory of excellence.

All three of these objectives have been identified as the core components of major fundraising efforts, and the University has made a commitment to support the School of Law's renovation and expansion with a matching financial commitment.



A PERFORMANCE AT JORDAN HALL BY THE ORCHESTRA AND CHORUS OF BOSTON BAROQUE, A RESIDENTIAL PROFESSIONAL ENSEMBLE AT THE SCHOOL OF MUSIC.

BU is fortunate to be home to a world-class conservatory for the performing and visual arts. We are one of the few major research universities in the United States able to make this claim, and we make it proudly, since we believe that the College of Fine Arts (CFA) lends us distinction and recognition. CFA can be much more for Boston University. CFA can connect students across the University with the arts through curricular opportunities for all students and through opportunities for participation outside the classroom. CFA can be a platform for building community within the University, making stronger connections between BU and the Boston area, and for creating strong ties between the University and its alumni.

The major investment needed to advance CFA's reach and impact is the renovation and expansion of its facilities at 855 Commonwealth Avenue, for which the College has started a fundraising campaign backed by a matching commitment from the University. Although many of the planned improvements will be in the interior of the facility, the exterior transformation depicted in the figure below will change the face of CFA along Commonwealth Avenue.

We also have made plans to increase University support for performances and exhibitions—both within and beyond the immediate BU community—and to make fundraising for programs to connect CFA to the University and Boston a priority.



BOSTON UNIVERSITY





EXTERIOR VIEWS OF THE EXISTING (LEFT) AND PROPOSED RENOVATION (RIGHT) OF THE COLLEGE OF FINE ARTS AT 855 COMMONWEALTH AVENUE.

**7. Strengthening our commitment to interdisciplinary programs in research, education, and outreach.**

Again, one of the commitments speaks directly to this goal. We already operate at world-class standards—indeed, we *set* the standards—in many interdisciplinary realms. These range from, for example, research efforts in infectious diseases, neuroscience, bioinformatics, and biomedical engineering (at both our Charles River and Medical Campuses) to path-breaking work in language, literature, history, religion, culture, and the politics of critical regions of the world.

As in our graduate and doctoral programs, our goal here must be to *achieve critical mass* in the most promising areas of endeavor. We need to assess our current interdisciplinary or cross-departmental initiatives and entities, and reorganize them as necessary to include larger numbers of faculty and students.

Because we also intend to move into new areas—such as environmental studies and energy technology—these efforts at agenda-setting and reorganization will need to be complemented by new hiring. We will need to recruit between 20 and 30 faculty who will bridge important areas of research and scholarship, thereby forming (or reinforcing) clusters of strength. We anticipate intensive fundraising activities aimed at supporting these clusters.

**8. Strengthening our leadership as an urban and global research university.**

This goal seeks to bring together many strands at once, including our strong traditions of research, our enviable position in the heart of Boston, the large contingent of international students on our campus, and our long-standing commitment to international learning opportunities.

As part of this effort, we need to leverage our existing internationally oriented programs in Boston, including foreign languages, international relations, history, literature, culture, area studies, and cocurricular studies. We also need to create more offerings in Boston for students from up-and-coming parts of the world, including Asia.



BOSTON UNIVERSITY

We also need to enhance programmatic opportunities for our students who choose to pursue their academic interests abroad and international internships for students who are on a professional track.

Finally, we need to support our faculty in ways that will enhance the BU "footprint" in international higher education.

## Choosing to be Great

This phrase defines Boston University in the past, present, and future. Boston University has *chosen to be great,* even when resources were constrained and the path forward was not easy or obvious.

The most important interpretation is for the future. We are at a point in our institutional evolution where we must *make the kinds of choices* that will move the University forward. In other words, if we can't do everything brilliantly at once—and we can't—then we must make smart, difficult choices. We must make selective investments that will give us the biggest impact *and* which will do the most to improve the University's overall standing in the years to come.

It is the academic equivalent of the rising tide that will float all boats.

So how will we choose to be great? The answer is relatively simple:

We will make major investments in our faculty to attract and retain the very best faculty. As explained in earlier sections, this is a competitive necessity—and it is also the right thing to do.

We will continue to make substantial investments in improving the quality of the educational and residential experiences of our undergraduates. We've done a lot of catching up in recent years, but more work remains to be done to create the urban, residential experience that can be unique to Boston University. Moreover, we will seize the opportunity to truly integrate the liberal arts and sciences with professional education to take advantage of the academic diversity of our programs.





BOSTON UNIVERSITY

We will invest heavily in the College of Arts and Sciences. CAS is the foundation of our undergraduate experience, and its reputation is the bedrock of the University. We will support additional faculty positions and new classrooms, laboratories, and offices.

Similarly, we will invest in the College of Fine Arts. This is a true jewel in our crown, and one that pays us back handsomely, in reputational terms, for every investment that we make in it. We will support new performing arts practice and teaching spaces, as well as off-campus outreach, and transform CFA's core facility on Commonwealth Avenue to present a welcoming face to Boston.

We will invest heavily in the Schools of Law, Management, and Medicine. These Schools are already recognized as strong players in their respective fields; our investments in them can only enhance their standing—a case of "good money after good." We will support classroom and office spaces at the School of Law, graduate student housing at the School of Medicine, and an expansion of the School of Management faculty.

The chart below shows the projected incremental annual *operational* costs associated with the goals of the Plan:




INCREMENTAL ANNUAL EXPENDITURES PROPOSED TO FUND INITIATIVES IN THE STRATEGIC PLAN. THE PROPOSED ANNUAL BUDGET OF $225 MILLION PER YEAR WILL BE GROWN OVER A DECADE BY DEPLOYING OPERATING REVENUE, INCOME FROM ENDOWMENT, AND INCREASED GIFT SUPPORT.

We will build these budgets over the next decade and in this process implement our plans. When we are finished, the annual cost of our improvements will be approximately $225 million per year.



BOSTON UNIVERSITY

How will we fund these changes? The answer is threefold: through careful deployment of our revenues from operations, gifts, and increased income from endowment. Over the next decade, the cost of the Plan will be nearly $1.8 billion dollars as we ramp up our commitment; the chart below estimates the sources of funding for these expenditures. It also illustrates the point that BU intends to ask alumni and other donors for *less than half* of the projected capital dollars that will be needed. In keeping with our tradition of energy and enterprise in the face of difficult choices, we will fund almost sixty percent of these initiatives from the operating budget and debt financing; we will use the operating model that has worked so well for decades to move us forward. Still, we will need the help of our friends and alumni if the vision for our future is going to come to reality.




THE PLAN CALLS FOR TOTAL FUNDING OF $1.8 BILLION OVER A DECADE. THIS PIE CHART SHOWS THE PROPOSED SOURCES OF THIS FUNDING AMONG OPERATIONS, DEBT, INCOME FROM ENDOWMENT, AND GIFTS.

As it has at regular intervals in the past, Boston University is choosing to be great. We invite you to join us in this historic enterprise, as we advance "Boston's University."



BOSTON UNIVERSITY