# Exhibit 34

# **One BU**: A Connected University
# Framework of a Strategic Plan: 2006–2016

Report of the Strategic Planning Coordinating Task Force to President Brown
Boston University
December 1, 2006

**Contents**

**Past as Prologue and Present Profile** ........ 2
**A Change in Culture and Philosophy: One BU** ........ 3
**Commitments** ........ 4
**Undergraduate Education** ........ 6
**Graduate Education** ........ 8
**Research** ........ 9
**Faculty** ........ 10
**Student Life** ........ 12
**Administrative Staffing, Services, and Systems** ........ 14
**Benchmarks** ........ 15
**Metrics** ........ 16
**Accountability** ........ 17
**Conclusion: Achieving One BU** ........ 17
**Acknowledgments** ........ 17
**Strategic Planning Coordinating Task Force** ........ 18

*This report for the consideration of the Boston University community is a living document that reflects months of thoughtful and sometimes spirited discussion. The Strategic Planning Coordinating Task Force hopes that this report will be useful in initiating a broader conversation among all members of the University community to produce a set of objectives and strategies that are seen as shared, compelling, and effective in building a better BU.*

## PAST AS PROLOGUE

For over a century Boston University has been a leading and truly distinctive institution of higher learning in the United States. Chartered by three Methodist abolitionists in 1869, it embraced two principles that define American higher education today. First, higher education should be accessible to all. Second, the pursuit of learning is enhanced by direct engagement with surrounding communities and the larger world.

Since the day of its opening, the University has admitted students of both sexes and every race, offering them the opportunity to receive college, graduate, and professional degrees. Boston University was the first university in the United States to admit women to its medical school, to graduate an African-American psychiatrist, to grant a doctorate in medicine to a Native American, to award a Ph.D. to a woman, and to graduate a woman admitted to the Massachusetts bar. When Dr. Martin Luther King, Jr. received his doctorate from the Graduate School of Arts and Sciences in 1955, he was taking his place in a long line of alumni whose inclusive and engaged educational experience prepared them to serve, shape, and improve the world.

## PRESENT PROFILE

- We are one of the world's prominent large, urban research universities—a rapidly evolving, remarkably diverse, exceptionally engaged, and broad institution that encompasses the liberal arts, sciences and engineering, the fine arts, and the professions. We have a long history of developing outstanding academic, civic, cultural, scientific, and technological programs and enterprises. At present, however, our stature is not commensurate with what it should be, and what it can be within a decade if we harness our resources more cooperatively and efficiently, improve the delivery of education to our students, raise our intellectual standards, and share our strengths with the outside world.

- We are a research university with many individual faculty members whose research and scholarship are acknowledged as preeminent by the academic community, as well as many graduate degree programs with recognized quality and impact. In the last quarter of a century, Boston University rose dramatically to prominence as a research university, as did the national stature of our largest and most visible professional schools—medicine, health professions, law, and management. We must continue our drive toward excellence in research, scholarship, and graduate and professional education.

- We are an inclusive institution with a high percentage of international students and exceptional global reach. We enroll a significant part (10.7 percent) of the international student population in New England, thanks to imaginative and prescient recruitment strategies initiated in the 1980s. In the 2005–2006 academic year, 39 percent of undergraduates at BU participated in our study abroad programs. We need, however, to increasingly prepare our faculty and students for global shifts in economics, politics, and research, as well as for changes in global and national demography. Moreover, as we move to educate an ever more socio-economically and culturally diverse student body, we must focus on creating the diverse academic community needed to ensure the success of these students.

- Excellence in teaching is fundamental to the University's mission and is taken extremely seriously. Direct instruction by faculty is an important part of the educational experience at BU, which is distinguished by the centrality of the College of Arts and Sciences (CAS) and the College

of General Studies (CGS), and by the number and diversity of our graduate and professional schools: in arts and sciences, communication, dentistry, education, engineering, fine arts, health sciences, hospitality, law, management, medicine, public health, social work, theology, and extended education. About 20 percent of our undergraduates complete an intensive, two-year program of core requirements in CGS before transferring to another College to complete their degree. These students compete well with the remaining undergraduate cohort. Seventy percent of our undergraduates are enrolled in CAS, and those enrolled in the professional schools take between 25 and 69 percent of their courses in CAS. Thus CAS plays a fundamental role in setting intellectual standards of excellence in undergraduate education. In the next decade we have the opportunity to make the BU educational experience unique by developing a new integrative model of undergraduate education. We can offer all BU students an unparalleled range of choices and challenges by providing them with a liberal arts foundation and access to basic research in science, cutting-edge ideas in the professions, advanced technology, and exposure to the fine arts, social sciences, and humanities. Few institutions can aspire to this breadth and this level of disciplinary integration.

- We are a residential urban university for our approximately 30,000 undergraduate and graduate students. We have invested heavily in expanding and updating residential housing and recreation centers and will soon have the highest percentage of undergraduates living on campus in our history (85 percent). Our challenge is to build on this foundation to strengthen the student experience at Boston University.

- BU is exceptionally engaged with local communities and the wider world. We are affiliated with Boston’s largest safety-net hospital and top-ranked trauma unit, administer the Chelsea Public Schools, and sponsor the Huntington Theatre, the Tanglewood Institute, numerous exhibitions and performances, WBUR, the Framingham Heart Study, and Boston University Academy, a premier private high school. We support AIDS research in Africa, archaeological excavations in Belize, campuses in Brussels and London, an extensive array of overseas programs and internships throughout the world, and a center for remote sensing and monitoring of the Earth’s surface.

## A CHANGE IN CULTURE AND PHILOSOPHY: ONE BU

We should adopt a new, inclusive, integrated, and interconnected view of Boston University and its academic mission: a culture and philosophy of “**One BU**.” The aim is to cultivate

- constructive debate and creative intellectual engagement at all levels;

- cooperative work across departments, Colleges and Schools, and administrative boundaries in order to eliminate disconnected pockets of activity and bureaucratic barriers to broad interdisciplinary study and research by students and faculty;

- transparent decision making that is predicated on access to information, open consultation, communication, and objective measures of performance; and

- accountability, implemented through open discussion, solicited feedback, external assessments, systematic evaluations of performance, and deliberative processes, administrative structures, and information systems that lend themselves to self-correction and improvement.

Boston University has made great progress in recent decades, but much work remains to be done. The greatest challenge is one of mobilizing all members of the University—students, faculty, staff, and alumni—to achieve **One BU**. Mobilizing for **One BU** will require connecting the disconnected parts of our University to leverage our individual expertise across our faculties, to share increasing levels of knowledge about the University, and to share in transparent decision making so as to become nimble,

interactive, and receptive to new ideas. We must extend this connectivity outside of BU to our interactions with the community and the world.

Through this cultural change we can articulate a shared confidence in our potential, foster creative synergies between our best elements, and learn from objective external reviews of our performance. We should adopt a culture of continuous improvement whereby processes, programs, and organizational structures are evaluated regularly and held to high standards of effectiveness and efficiency. Through credible, systematic, realistic, and intelligent goal-setting and communication, we should create an institutional and intellectual culture that is connected, committed, and capable of achieving new levels of accomplishment. BU should become an intellectually integrated university where people work enthusiastically and effectively, supported by administrative processes and a well-designed information infrastructure that work in concert to propel the institution forward.

## COMMITMENTS

The core of the strategic plan for Boston University is embodied in twelve commitments:

1. *We will realize fully the potential inherent in the combination of liberal arts and sciences in CAS and CGS with professional training and advanced research in the professional Schools and Colleges.* Pathways through the core curricula in CGS and CAS should be refined and more clearly articulated to enhance the BU undergraduate experience there and in the professional Schools. To prepare our undergraduates for the demands they will face in the 21st century, we must improve the curricula, academic support services, and multidisciplinary relationships within and among our Schools and Colleges. **One BU** entails breaking down walls between our best elements in order to encourage the fruitful exchange of ideas and to bring about clear improvements in our students' verbal and mathematical skills, critical reasoning, knowledge of basic science, and understanding of cultural and religious diversity in the world. We will improve BU's reputation as evidenced by the excellence of our students and our undergraduate and graduate yields (ratio of offers to acceptances).

2. *We will sustain and enhance our commitment to excellence in faculty research, scholarship, and teaching*. It is our dedication to excellence in the scholarship of the faculty that ensures the quality of our academic programs and a Boston University education.

3. *We will continue to focus on the excellence of our academic programs*, in order to increase BU's position as one of the very best research universities in the world.

4. *We will expand, initiate, and promote research and academic programs that have a multidisciplinary significance and have the greatest intellectual merit and potential for public good.* BU should become known for the extent to which enriching intellectual collaboration across departments, Schools, and campus boundaries is invited and achieved with minimal duplication. The nature of research is increasingly interdisciplinary, and given our breadth and depth BU is well positioned to make significant contributions in many fields. We must create new synergies between CAS and its sister professional and graduate schools on the Charles River and Medical Campuses.

5. *We will refine and strengthen our conception of our global commitments.* We must do more to engage with a variety of communities in the city of Boston; to internationalize our students, faculty, and studies; and to carefully and strategically extend the BU presence in select countries around the world. Partnerships with the city, corporate relationships, internships, creative professional development for our staff, and technology and knowledge transfer will secure the global and local future of our University. BU should come to represent the very best of Boston to the world and to bring the world to Boston.

6. *We will actively expand and enrich the on-campus residential and quality-of-life experiences of our students, faculty, and staff*. By offering students more time and opportunities for reflection, study, cultural exposure, debate, and service, we can promote their ability to form meaningful connections with other members of the community, to articulate and define their plans for careers and life beyond BU with faculty and professional advisors, and to gain an understanding of the ways research and knowledge may be used on behalf of an improved global society.

7. *We will pursue changes in our built environment to better serve students, staff, and faculty.* Changes will help to define and integrate the campuses, facilitate informal gatherings and study sessions, make the campuses pedestrian- and neighborhood-friendly, and demonstrate bold yet thoughtful architectural ideals to make BU a destination.

8. *We will work continually to remove unnecessary bureaucratic hurdles and transactional frustrations,* so that each encounter between a student and the University is successful and personalized.

9. *We will engage our alumni broadly, involving them in the life, mission, and growth of the University.* We view the student experience as a foundation for valued individual and institutional relationships, and we recognize our alumni as potential supplemental teachers, resources, and counselors for each current generation of students. We must ask alumni for their help in strengthening BU and assure them that their input will be taken seriously and used to make a difference. We must also keep alumni informed about our progress and provide them with lifelong institutional, professional, and academic opportunities that will allow them to remain connected to one another, the University, and the world.

10. *We will make BU one of the best places in Boston to work and learn, by providing recognition and rewards for excellent contributions and advancement opportunities for dedicated and able staff.* We should make BU a destination for talented staff who are valued for their service to the University's educational mission and the faculty and students who work and study here. We should offer our staff and administration the opportunity to continue their education, and provide opportunities for professional advancement to retain qualified staff. BU shall be equitable and inclusive of people of all genders, cultures, orientations, ethnicities, histories, and nationalities as well as socio-economic circumstances.

11. *We will create a financial plan for excellence.* An open conversation among the BU community to articulate our key priorities will be followed by considered financial and capital planning that supports the University's mission and aims. We are convinced that successful fund-raising campaigns result from successful academic planning, and our first priority is to produce a compelling and shared set of strategies and objectives for building a better BU. Then we can continue to prioritize our ongoing spending in order to unlock resources, fund a greater portion of student financial assistance with non-operating revenue, and reduce our dependence on tuition and outside financial assistance. We will communicate the state and outcome of resource shifts to all members of the University community.

12. *We will communicate the values of the University and our plans for enhancing Boston University.* The communication will be to all our constituencies, especially our students, prospective students, and parents, our alumni and friends, and the city of Boston.

We identified six key priorities which together cover the many aspects of life, learning, and work at Boston University:

(1) Undergraduate Education
(2) Graduate Education
(3) Research
(4) Faculty
(5) Student Life
(6) Administrative Staffing, Services, and Systems

In the sections that follow, our aspirations and concerns for each area are outlined briefly in a few paragraphs of introductory text, followed by a list of general and specific recommendations.

## UNDERGRADUATE EDUCATION

A well-articulated and coherent curriculum for undergraduates, updated to meet 21st-century needs, is essential for the University to fulfill its academic aspirations. We have the opportunity to implement a new model of education in the near term and should act on it immediately.

BU has yet to fully capitalize on the mixture of liberal arts and professional programs available to our undergraduates and to exploit and support the central role that CGS and CAS play in our undergraduate curricula. We must find ways to convert programmatic diversity, complexity, and size into distinctive strengths for our students. We need to forge stronger, creative, and more seamless ties between CAS/CGS and the professional Schools. We must also develop the means for effective large-scale education that combines personalized teaching with the use of technology. We need to study the curriculum models used by other universities, on campus and online, and adapt them to BU. We must articulate specific tracks and pathways through the undergraduate curriculum, with CAS and CGS clearly at the core of the undergraduate experience. A Task Force on Undergraduate Education will be instrumental in implementing these ideas.

We are educating students for life and work in a world that requires them to think within a global context. It is a world where societal change is rapid, and science and technology infuse most aspects of life and pose new dilemmas. Our students must learn to understand and adapt to the global nature of economic, social, and cultural developments and complexities. They must be prepared to interact meaningfully and fruitfully with individuals from a variety of cultures. As competition becomes increasingly global, we must recognize that levels of literacy, mathematical skill, scientific understanding, and reasoning ability are declining in American higher education. We need to reverse this trend. Fundamental knowledge of basic science and technology is essential for our undergraduates. We must also instill in students a grasp of history, social science, the humanities, ethics, and a sense of individual purpose. With these objectives in mind, we should develop an exemplary, forward-looking, and distinctive model of undergraduate education for the 21st century.

Undergraduates at all colleges and universities face certain challenges: lack of direction, feelings of disconnectedness and not belonging, early pressure to specialize and achieve in areas that turn out not to be of lasting interest, and confusion about how to handle new choices and dilemmas they encounter. We must be sure to offer the support and attention that undergraduates need to overcome these challenges, especially in their first two years. We can help new students by more clearly articulating the various pathways open to first-year undergraduates and by committing to personalized, effective mentoring and advising throughout students’ time at BU to ensure that they receive accurate and insightful guidance when needed. Advising should cover everything from the mechanics of scheduling and registration to guidance on intellectual avenues.

*Recommendations:*

- **Recruit, retain, and graduate an undergraduate student body of the highest caliber that reflects BU's historic commitment to inclusion; anticipate and prepare for demographic and socio-economic changes in the traditional college-age population.**

  - Increase the diversity of the undergraduate student body.

  - Optimize student recruitment and the use of full- and half-tuition merit scholarships and need-based grants to enhance the quality, ethnic diversity, and socio-economic diversity of the undergraduate student body.

  - Actively promote collaboration among enrollment staff, student affairs staff, faculty members, current students, and alumni to meet enrollment goals and to ensure the ultimate success of our students.

  - Support undergraduates in pursuing research opportunities, recognition for academic achievement, and professional preparation; devote resources to improving academic advising, educational support services, and career counseling and placement services.

  - Expand and improve orientation programs to facilitate more peer-to-peer and faculty connections and to make use of appropriate technology.

  - Further develop study- and internship-abroad programs; enhance student choice, experience, and the quality of the intellectual experiences of all BU undergraduates.

- **Define and refine the first two years of undergraduate education so that the liberal arts and sciences in CAS and CGS are at the core, with strong reciprocal connections between CAS/ CGS and the professional Schools.**

  - Revitalize undergraduate education in the core liberal arts by reviewing curricula in undergraduate programs, CAS, and CGS and by identifying core needs in professional Schools.

  - Examine student-faculty ratios to determine how best to accomplish key recommendations for enhancing undergraduate education.

  - Expose students early and often to challenging and broadening courses. Ensure that undergraduates are intellectually engaged in their first two years at BU and are not merely fulfilling requirements. Help students acquire new knowledge and determine which methods of teaching and learning work best for them. Provide advising to help students develop a larger plan for their future.

  - Provide all first-year students with small (10 students or fewer), faculty-led, staff-assisted, multidisciplinary seminars. Utilize educational technologies effectively and efficiently to help faculty maximize the value, impact, and interest of class time and discussion.

  - Ensure that general education requirements among the Schools/Colleges are sufficiently alike and flexible enough to enable informed students to change direction or add a major or minor without incurring additional cost or a delay in graduation.

  - Offer students up to two "GPA-free" courses during their first two years, to encourage those who seek intellectual challenges; urge and enable bold choices of coursework across Schools.

  - Identify the specific capabilities that every graduating student should have. Core capabilities in writing, speaking, reasoning, and presentation should be updated to meet the needs of today's

and tomorrow's graduates. Expectations in basic science, quantitative analysis, knowledge of global developments, and languages should be defined clearly and pursued energetically.

- **Enable students to more easily navigate and manage their academic and co-curricular activities.**

  - Establish higher, more personalized standards for student advising services and advising across the University; build training and feedback mechanisms into processes to ensure that these standards are met.

  - Make better use of online course tools and technology to manage the business of being a student.

  - Create guides, referral directories, self-service tools, help centers, and other effective mechanisms to smooth the everyday interactions of students, staff, and faculty.

- **Make the development of life and learning tools a central tenet of undergraduate education.**

  - Encourage all students to participate in an internship, research or scholarly project, or substantial community service opportunity; and continue to develop and maintain partnerships in the city of Boston and around the world with corporations, councils, research laboratories, academic seminars, etc. to increase potential opportunities for BU student involvement.

  - Connect academic and extracurricular activities where possible.

  - Develop multidisciplinary, cross-School "learning for life" courses that involve alumni, students, faculty, and staff.

  - Instill in students a sense of engaged citizenship and global perspective as well as the capacity for continuous intellectual growth.

- **Establish a Task Force on Undergraduate Education to make more detailed recommendations and to test and implement the strategic recommendations stated above.**

  - The Task Force will be convened immediately and propose changes in the near term; annual reports will be submitted to assess progress toward our objectives.

## GRADUATE EDUCATION

Graduate students in Boston University's research and professional programs pursue a wide variety of advanced degrees. An energetic, committed, and well-trained population of students at the graduate level is an essential component of the University's mission to excel in all areas. The engagement of students in research energizes faculty-scholars who in turn serve as magnets for the recruitment of outstanding faculty and students from around the world. Strong professional programs enhance the University's reputation beyond the academy and contribute to the advancement of knowledge about economic, legal, political, social, and cultural institutions as well as the health of individuals and communities. Students at the graduate level learn to teach, mentor, and otherwise assist undergraduates, and in the process acquire useful skills for their future careers as scholars, scientists, educators, and professionals. Through their placement after graduation in academe, government, industry, and diverse professional settings, students with advanced degrees extend the global and intellectual reach of our programs. As a crucial means of connecting different generations and a variety of intellectual institutions and cultures, graduate and graduate-level professional students must be supported in their quest for academic excellence, intellectual initiative, and professional growth.

*Recommendation:*

➢ **Strengthen programs at the graduate level and attract the best and brightest students; train graduate students in both research and professional disciplines who become known for their intellectual caliber and employability.**

- Increase financial support for graduate students across the University so that stipends and benefits will be competitive with peer institutions, and provide suitable levels of financial support for graduate-level professional students.

- Recruit and retain a diverse cohort of graduate and graduate-level professional students to reflect and enhance the diversity of our local and global engagements; further develop content-based language instruction across the curriculum for graduate and professional students who are not fluent in English and those who plan to conduct research in a foreign language.

- Encourage all graduate-level programs to aim for quality and take rankings seriously. Institute external reviews on a regular basis, beginning with a review of all doctoral programs.

- Justify the size of master's and doctoral programs. Determine an appropriate strategy for departments and Schools by field.

- Review and augment placement seminars and counseling for graduate and graduate-level professional students at the University; track data on outcomes, remain connected to students after graduation, and solicit feedback on what might be improved.

- Keep placement officers informed, supported, and competitive with their top colleagues in the field.

- Provide incentives and support for multidisciplinary and interdisciplinary research among students at the graduate level; create administrative structures and policies that promote intellectual cross-fertilization among disciplines, departments, Schools, and campuses.

- Create a center for graduate and graduate-level professional students to meet informally and in study groups and to enhance delivery of excellent advising and other services.

## RESEARCH

Through research the University should commit to elevating its current global standing to membership in the top tier of research universities in the world. Research is an integral part of the University's mission and is necessary if BU is to augment and sustain the quality of its undergraduate, graduate, and professional education. Our challenge is one facing all major research universities: to create an open process that produces a dynamic balance between supporting individual creativity and strategic research initiatives. We seek to reduce impediments to the interactions and free flow of ideas that lead to new discoveries while also developing a process that identifies the most promising researchers and research directions.

*Recommendation:*

➢ **Create conditions and incentives to promote and support the pursuit of new knowledge that expands our understanding of the world, including research that can lead to solutions for pressing and anticipated problems.**

- Nurture new investigators, individual creativity, and the pursuit of bright new ideas through a well-funded, peer-reviewed University-wide grant program for seeding research efforts.

- Develop an open, collegial, and collaborative University-wide process to identify promising thematic areas for future strategic initiatives. It is essential that this mechanism rely fundamentally on the input of scholars and researchers.
- Enhance support for undergraduate research-based service learning opportunities; significantly expand the Undergraduate Research Opportunities Program (UROP); and provide mentoring and funding support for interested undergraduates to participate in research.
- Support and expand the BU Humanities Foundation to provide seed money for books, library acquisitions, conferences, research, course development, sabbatical time, and the development of creative programs in the arts and humanities.
- Encourage faculty whose interdisciplinary work crosses departmental, College, School, and campus boundaries.
- Create incentives to enhance the diversity of faculty engaged in research.
- Foster faculty and post-doctoral exchange programs with universities around the globe, in consultation with departments, institutes, and programs.
- Reward and recognize the mentoring efforts of senior faculty in guiding the career development of younger faculty scholars and students.
- Inform the BU community through University publications and electronic media about the contributions to research and scholarship of members of different faculties and Schools.

## FACULTY

The University should recruit and retain an increasingly adaptable and diverse professoriate of intellectually outstanding and internationally recognized teachers and scholars, and support their research and educational efforts. Uncompromising intellectual standards must be applied in research and scholarship. Diversity among faculty must be promoted and increased to enrich our scholarly, educational, and global objectives. Staff and administrative structures should facilitate the highest level of faculty research, teaching, and service activities. These steps are crucial if we are to ensure that BU students attain the highest standards of intellectual and professional exchange, and graduate with proven knowledge, ability, and confidence.

*Recommendations:*

➢ **Focus on recruitment and retention of an outstanding and diverse faculty.**

- Create incentives for departments and Schools to engage actively in strategic recruiting and hiring of the most accomplished faculty to improve BU's overall quality and reputation.
- Encourage deans and department chairs to take a broad perspective on hiring to promote the best interests of the University as a whole.
- Facilitate joint appointments across departments or Schools in order to hire faculty who are adept in interdisciplinary research or are likely to become leaders in emerging fields.
- Conduct energetic, targeted, professional, and thoroughly researched recruiting efforts to enhance faculty diversity and quality; publicize case studies on how this is successfully done and train faculty in the best strategies.

- Assure merit-based compensation levels that are equitable across the University within reasonable margins and competitive with peer institutions in the particular field.
- Establish a housing support program for faculty.
- Offer attractive start-up packages for junior faculty comparable to those offered at top-flight research universities, including guaranteed junior leave time and research support for the period before tenure.
- Develop opportunities and networks for spousal employment where possible.
- Expand the availability of high-quality child-care services that could positively draw on and enhance the expertise of our professional Schools and their students.

➢ **Enhance the professional expectations and visibility of faculty and the caliber of their involvement in teaching and scholarly activities.**

- Improve the administrative infrastructure at all levels to aid faculty in the delivery of excellent advising, teaching, research, and service, informed by the latest knowledge and highest professional standards.
- Commit to continuing support of research infrastructure including professional staffing and operational costs for multi-user facilities that serve a wide cross section of our faculty and students.
- Streamline and improve the quality and accountability of the various offices relating to research and grant support to create a maximally efficient administrative structure that facilitates faculty research and external funding. Continually train and update staff in the latest trends in funding of research. Arrange for systematic feedback mechanisms to administrators from faculty.
- Continue to encourage and support scholars and post-doctoral fellows who visit and collaborate with our faculty.
- Foster faculty exchange programs with universities around the globe, in consultation with departments, Schools and Colleges, institutes, and programs. Encourage BU faculty to become known internationally and to invite prestigious counterparts, post-doctoral fellows, and research collaborators from abroad for short-term visits here.
- Increase the visibility of the faculty and their research trainees through participation in seminars of general interest to students, other faculty, alumni, and members of the community, and publicize their recognized accomplishments and election to honorary positions.
- Involve faculty in recruiting their outstanding alumni to contact an expanded population of other alumni to remain engaged with the University.

➢ **Sharpen the promotion and tenure system.**

- Review and apply promotion and tenure standards University-wide to ensure transparency, uniformity to the extent reasonable, timeliness, and recognition of professionally accepted norms of intellectual accomplishment. Where appropriate, uniformly apply current requirements that tenure-track faculty have national recognition to receive tenure and that associate professors have an international reputation to receive promotion to full professor.
- Ensure that every tenure-track faculty member has clear notice throughout their pre-tenure years of the applicable tenure standards, the tenure process, the history of tenure cases in the department or School, and the relevant guidelines for preparing a tenure dossier.

- Create a mentoring system in which informed senior faculty are expected to assist new faculty regularly with teaching, scholarly publication, and grant proposals, with the goal of crafting and launching an intellectual and professional trajectory that is realistic, informed, and likely to achieve intellectual and professional success.

- Ask departments and Schools to establish and regularly review, as appropriate, the relevant guidelines for expected workloads and service at each rank of appointment of faculty members and to record the results and report them to the Provost.

➢ **Create optimal conditions for teaching and research across disciplines, departments, Schools, and Colleges.**

- Remove administrative barriers that make it difficult to engage in interdisciplinary, interdepartmental, and collaborative teaching and research.

- Streamline access to information across departments, Schools, and Colleges.

➢ **Further the University's core commitment to teaching excellence.**

- Encourage and reward pedagogical innovation, sharing information with the University about success stories.

- Allocate resources to improve, encourage, and update the faculty's interface with student evaluation reports, using technology-based, real-time, interactive models.

- Ensure that teaching responsibilities are distributed optimally among senior and junior faculty to achieve the best possible educational outcomes in all departments and Schools.

- Reduce reliance on part-time and adjunct faculty.

## STUDENT LIFE

Intellectual and personal development is rooted in the face-to-face exchange of ideas among individuals, both within and outside the curricular context. We believe that the more BU students engage with one another, and the more our academic services are delivered to them with a thoughtful, personalized touch, the more they will learn. BU students should be helped to develop a sense of connectedness to individuals (through clubs, discussion groups, debating teams, internships, volunteer or research work, athletics, and recreation) and to Boston University itself (through the quality of education and the services we offer). We should strive to provide students with educational, social, intellectual, and athletic experiences that will last them a lifetime.

With 74 percent of qualified undergraduates currently in University housing—a number that will soon rise to 85 percent—BU is growing as a large urban university with a distinctive and deliberate residential character. A current challenge is to build a stronger sense of community and connectedness around our residential and academic centers by offering our students (including those who live off campus) a wealth of opportunities for social, intellectual, and civic involvement. The student life experience is already shaped by a large and growing base of student organizations that plan and implement more than 5,000 programs and activities each year. In addition, BU has an active group of cultural, ethnic, and international organizations and populations that contribute to the community in many ways by challenging all its members to explore and engage global, cultural, and ethnic themes. We need to support our students' activities, both recreational and intellectual, to enhance their BU experience.

Internships, local projects, research, work experiences, and cultural interactions with Boston and its residents can unite students' intellectual lives and make these activities even more meaningful. Engagement with the city of Boston and surrounding neighborhoods helps us to realize what BU's third

president, Lemuel Murlin, envisioned: a University "in the heart of the city, in the service of the city." Each year large numbers of BU students already contribute their time to enhancing the city by volunteering and participating in community service activities. We should support these activities. A sense of dual citizenship in BU and the surrounding community should inform and enrich students' time here, ensuring that they have meaningful, engaged experiences while realizing the University's responsibility to contribute to society through the application and development of useful intellectual ideas.

*Recommendations:*

- **Build on the strong traditions of service and engagement in ways that make this a distinctive component of student life at Boston University.**

  - Create a network of opportunities for direct engagement in the broader community so that a majority of the student body participates in at least one structured, intellectually challenging, and genuinely contributory activity.

  - Expand the First-Year Student Outreach Project (FYSOP) and the Community Service Center (CSC).

  - Increase support for student organizations to plan and implement campus programs, especially those that explore global, cultural, and ethnic themes.

- **Develop and maintain student living and learning spaces that reflect commitments to intellectual development, community engagement, the environment, and personal health and wellness; make investments in our built environment that better define and integrate the campuses, facilitate informal gatherings, and make the campus neighborhoods pedestrian-friendly.**

  - Establish distinctive, forward-looking, and aesthetically meaningful architectural guidelines for new academic buildings and renovations; emphasize energy efficiency and sustainability, as well as the human scale in thinking about our campuses.

  - Enable students to study and socialize with one another in unstructured spaces in residence halls and elsewhere on campus. (Note: Additional recommendations relating to space may be found on page 15 of this report, under Administrative Staffing, Services, and Systems.)

- **Establish a University-wide commitment to excellence in service to students, faculty, and colleagues and a culture of continuous improvement for transactional services.**

  - Create service structures—organizational, physical, and technical—that reflect the perspectives and needs of those being served.

  - Co-locate services that are similar in mission or serve similar populations in order to ensure prompt, appropriate service for students and to enable smooth referrals and follow-up.

  - Make strategic use of educational technology to maximize faculty-student contact and to accommodate multiple learning and pedagogical styles.

  - Help reduce student anxiety about the University experience, particularly in the first year.

- **Enhance, foster, and build upon alumni connections; reach out for input on how to improve student life at BU.**
    - Instill in students and alumni a sense of pride in the achievements of the University community.
    - Allow every student to keep the same e-mail address for life that is given upon entrance to BU.
    - Ask each alumnus and alumna to mentor a current undergraduate in person or via e-mail.
    - Develop a "class council" system to help alumni organize, stay in touch, and give feedback to the University about how it might improve.
- **Establish a Student Life Task Force to make more detailed recommendations and to test and implement the strategic recommendations stated above.**

## ADMINISTRATIVE STAFFING, SERVICES, AND SYSTEMS

The success of the University requires a skilled, dedicated, highly qualified, knowledgeable, and accountable staff. The changes we envision in **One BU** must therefore include the staff whose work supports the University's core academic and research mission. In addition to managing the University's infrastructure and finances, staff provide services that are vital to the success of the faculty's research, teaching, and educational objectives, as well as students' educational, residential, and recreational experiences. Their professional knowledge and awareness of the University's mission and priorities are an important element of BU's intellectual capital. Recognizing staff members' ideas and contributions requires a change in current University culture. **One BU** should be a place that attracts and sustains the most able staff members because it is known as an excellent place to work.

Strategic investments in and rational restructuring of administrative systems and information technology are prerequisites for achieving success in initiatives relating to academics, research, and student life, as well as in expanding and managing our financial resources. These investments will position Boston University as a sought-after place to work and learn. To that end, we envision an efficient and transparent administrative structure that supports the academic mission, offers opportunities for professional development and advancement, provides high-quality facilities and resources, and uses information technology to increase efficiency and facilitate communication throughout the University. We must also develop a plan to renovate and expand classroom space and key buildings.

*Recommendations:*

- **Improve the effectiveness and efficiency of management systems.**
    - Clearly articulate a University-wide commitment that the central mission of administrative services is to assist students, faculty, and other colleagues in fulfilling the core objectives of Boston University in teaching and research.
    - Prioritize investment in and improvement of student services, sponsored research functions, and information technology.
    - Take a comprehensive view of program development, ensuring that duplication is avoided and all relevant resources are identified and all affected offices are consulted before initiating implementation.
    - Implement regular strategic reviews of major administrative units to help identify best practices, areas for growth and improvement, and new directions.

- Develop and improve mechanisms for raising problems and suggesting process improvements, and ensure adequate follow-up and accountability for resolving matters raised.

- Implement information systems that facilitate informed decision making and assure quality.

- Institute a formal evaluation system for administrative services for feedback by students, faculty, and other staff members who rely on these services.

➢ **Commit to a University-wide system of staff development, career development, and cross-training across units.**

- Ensure that ambitious employees are able to find a pathway through the institution that allows them to advance and relate to the University as a whole; eliminate operational and organizational constraints that inhibit staff members from fully using their skills and knowledge.

- Establish equitable and competitive compensation rates.

- Reexamine human resources staffing with a goal to develop a user-friendly system that is effective and efficient.

➢ **Use technology to improve access to information, streamline business processes, enhance communication, and supplement educational programs.**

- Commit to simplifying policies, processes, and procedures before implementing new technologies.

- Invest in tools, such as data warehouses and business intelligence software, to expand access to secure, reliable, and accurate information and to evaluate trends early in order to advance the University's financial position and delivery of academic excellence.

- Increase the number of technology support personnel.

➢ **Put in place a plan for the renovation and renewal of key academic space.**

- Begin with a review of spaces for the College of Fine Arts and the School of Law.

- Renovate and modernize our library spaces to accommodate and enhance student interactions.

- Undertake a substantial classroom and public space renovation and expansion program, adding seating to existing indoor and outdoor spaces to create personalized and inviting places for students and visitors.

- Increase the number of spaces in or near academic units where undergraduate, graduate, and professional students can meet and study in an informal setting.

## BENCHMARKS

**One BU** invites a sea change in involvement, caliber of performance, and conversation among all members of the University community. In order to assess our effectiveness in reaching the goals outlined in this document, the Task Force urges the collection, analysis, development, and publication of appropriate metrics, including but not limited to those identified below.

We urge the use of a vibrant, involved, cross-functional, and respected committee structure to further develop BU's strategic plan and to monitor and report on progress at regular intervals over the next decade. We recognize that the University Council committees have been recently restructured and

revitalized, and expect that they will be useful in developing, monitoring, and testing the implementation of BU's strategic plan over time. We encourage these committees, as well as those of the Faculty Council, to solicit feedback from faculty and our staff and administrators, and, if appropriate, from students or recent graduates. Deans should be asked to reply to findings in the proposed reports, and also to serve as resources. We recommend that reports be written by the deans after one, five, and ten years, speaking to the implementation of our recommendations, and that those reports be disseminated to the University community.

## METRICS

### Undergraduate Education

- Selectivity
  - Acceptance and yield
  - Quality of applicant pool
  - Diversity of applicant pool
- Retention and completion rates, including measures of internal transfer and changes of major
- Post-graduate scholarships and placement rates
  - Fulbright, Rhodes, Marshall Scholarships
  - Graduate school admissions
  - Employment
  - Internships/externships (i.e., internships leading to post-graduate employment)
  - Service, such as Teach America and Peace Corps
- Alumni surveys and participation in philanthropic support of the University
- Faculty/student ratios

### Graduate and Professional Education and Research

- Sponsored research awards
- Rankings
  - Number of top-ten departments and Schools
  - Number of top-twenty departments and Schools
- Job placement of doctoral students
- Job placement of professional students and student success in passing professional entrance examinations
- Undergraduate research participation
  - Number of students who complete senior/honors theses
- Library volumes (hard copy and electronic as well as available services and infrastructure)

### Faculty

- Vacancy rates and completed searches; promotion and tenure rates
- Diversity
- External recognition of faculty quality
- Teaching: new courses, use of educational technology
- Multi-department hires, cross-School and cross-departmental course development
- International presence

### Student Life

- Student satisfaction surveys
- Client surveys (service offices)
- Participation rates: student activities, athletics, leadership opportunities

**Administrative Staffing, Services, and Systems**

- Facility condition index
- Deferred maintenance
- Technology user survey
- Staff vacancy rates, internal promotions, and completed hires
- Staff "quality of life" measures
- Endowment size and market performance
- Success of a capital campaign
- Tuition: discount rate and increases
- Operating and non-operating revenue
- Staffing levels

## ACCOUNTABILITY

Measures to ensure the institutionalization of rigorous planning, reporting, and assessment processes include, but are not limited to, the following actions:

- Establish a review process whereby academic and administrative units undergo regular assessment of their purposes, effectiveness, and plans for the future. The process should include periodic external review, and funds should be committed to implement the most pressing changes arising from reviews.

- Require that proposals for new programs or initiatives include metrics by which success will be measured over time.

- Require that all units provide an articulation and assessment of major five-year goals as part of the annual planning process.

- Establish a budgeting and budget review process that begins after the planning cycle is complete.

## CONCLUSION: ACHIEVING ONE BU

Boston University is distinguished by a remarkable breadth of programs rooted in the humanities, sciences, and the professions, and by a tradition of engagement locally and around the globe. Our challenge is to build a more inclusive and integrated university by uniting our efforts on BU's core mission of teaching and research, and in the process foster meaningful connections among students, faculty, staff, and alumni; promote the free exchange of ideas across departments and Schools; and share our research and scholarship with the community and the world. A strong liberal arts core, outstanding professional schools, living traditions of service, and excellence in teaching, research, and scholarship will form the foundation for **One BU**.

## ACKNOWLEDGMENTS

We are grateful to Associate Provost and Assistant to the President Douglas Sears for providing a forum in which our frank ideas and opinions were invited, presented, debated, and developed, and to Dr. Laurie Pohl for providing valuable data and for her help in organizing our conception of strategic planning. Professor Juliet Floyd worked especially hard to refine our thoughts and craft the language of this report. We would also like to thank Susan Giovino in the Office of the President for facilitating our discussions since June, and Cassandra Nelson in the Office of the Provost for helping revise and edit this report. We are, finally, most deeply indebted to the many students, faculty and staff members, and deans who helped us by providing informed, informal feedback along the way.

## STRATEGIC PLANNING COORDINATING TASK FORCE

**Dr. Douglas Sears, Chair**
Associate Provost and Assistant to the President for Outreach and Special Initiatives

**Dr. Helen Barbas**
Professor of Health Sciences, Sargent College of Health and Rehabilitation Sciences
Department of Anatomy and Neurobiology, School of Medicine

**Professor Robert G. Bone**
Professor of Law and Robert L. Godfrey Faculty Research Scholar, School of Law

**Mr. Stephen P. Burgay**
Vice President for Marketing and Communications

**Ms. Barbara Cole**
Associate Vice President for Research Administration

**Mr. Kenneth G. Condon**
Vice President for Financial Affairs and Treasurer

**Dean Kenneth Elmore**
Dean of Students

**Dr. Juliet Floyd**
Professor of Philosophy, College of Arts and Sciences

**Dr. Raul I. Garcia**
Professor and Chair, Department of Health Policy and Health Services Research, Goldman School of Dental Medicine

**Dr. Rosina Georgiadis**
Professor of Chemistry, College of Arts and Sciences

**Dr. Kenneth J. Hatten**
Professor and Chair, Department of Strategy and Policy, School of Management

**Dr. Laurence Kotlikoff**
Professor of Economics, College of Arts and Sciences

**Dr. Thomas J. Moore**
Associate Provost, Boston University Medical Center

**Dr. Scott G. Nichols**
Vice President for Development and Alumni Relations

**Mr. Gary W. Nicksa**
Vice President for Operations

**Dr. Laurie Pohl**
Associate Vice President for Enrollment and Student Affairs

**Mr. Joel Seligman**
Assistant Vice President for Strategic Communications

**Dr. H. Eugene Stanley**
Professor of Physics, College of Arts and Sciences
University Professor, University Professors Program