# Exhibit 40



BACK TO ALL CUSTOMER STORIES

REGIS UNIVERSITY + QUALTRICS

# Driving student enrollment with deeper insight

REGIS UNIVERSITY ACHIEVED

**7** Key enrollment drivers uncovered

**2** New student segments identified

**800+** Research responses collected

## Overview

In the midst of monumental shifts affecting the world of higher education, Regis University's Anderson College of Business and Computing worked with Qualtrics to better understand and segment its student market, and to prioritize new programming and marketing initiatives.



## How do you drive enrollment in the changing education landscape?

### Nuanced student insights

Regis University's Anderson College of Business and Computing combines an innovative business education with the technological foundation necessary to succeed in today's global marketplace. To drive enrollment for its marketing and MBA programs, the college worked with Qualtrics to develop a more nuanced understanding of its regional market, including both traditional and nontraditional students from the Western and Midwestern United States.

### Complex studies made easy

Anderson College leveraged Qualtrics' modern insights platform to easily develop multiple studies focused on its prospective student market. Robust attitudes, awareness & usage research helped the college uncover the features prospective students value most in an MBA program. And in a follow-up Conjoint study, administrators were able to understand the relative importance of those features in driving enrollment, which made it easy to prioritize changes and initiatives.

Anderson College took advantage of Qualtrics' advanced survey logic and powerful Conjoint tool to simplify complex programming requirements and analyses. What's more, the college partnered with Qualtrics Research Services to implement each study. Working with a Qualtrics sampling expert, Anderson College was able to easily and confidently reach its target regional demographic and ensure robust samples of specific populations of interest. Qualtrics managed the data collection from start to finish, thus allowing Anderson College's internal team to remain focused on interpreting incoming results and setting the strategic direction for its marketing and MBA programs.

### Clear view, focused strategy

From this research, Anderson College was able to develop more meaningful market segments, describe key drivers of enrollment, and identify specific areas for improvement. The college leveraged these findings to optimize its marketing and MBA program offerings for target student segments, and re-center its enrollment marketing strategy to meet their unique expectations and needs.

Qualtrics makes complex studies easy.



**ABIGAIL SCHNEIDER**

Marketing and MBA Department Chair,
Anderson College of Business and Computing

> Conjoint analysis can be pretty complicated, but as with Qualtrics' other products, the conjoint package was intuitive and really simplified things.

As a Jesuit Catholic university, Regis seeks to build a more just and humane world through transformative education at the frontiers of faith, reason and culture. The University offers over 120 degrees and programs to 6,900 enrolled students, and was named as one of the 2021-2022 Colleges of Distinction in the US.

REGIS.EDU

Share

**Industry**
Higher Education

**Region**
North America

**Company Size**
Small


## Get deeper insights, faster, with Qualtrics

REQUEST DEMO

## Get the latest news on XM events, research, and product launches

Business Email *

Country *
United States

By providing this information, you agree that we may process your personal data in accordance with our Privacy Statement

SUBMIT





© 2023 Qualtrics
Terms of Service
Privacy Statement
Security Statement
Sitemap
Manage cookie settings

qualtrics XM



‹ BACK TO ALL CUSTOMER STORIES

REGIS UNIVERSITY + QUALTRICS

# Driving student enrollment with deeper insight

REGIS UNIVERSITY ACHIEVED

**7** Key enrollment drivers uncovered

**2** New student segments identified

**300+** Research responses collected

Feedback

## Overview

In the midst of monumental shifts affecting the world of higl
education, Regis University's Anderson College of Business and

Computing worked with Qualtrics to better understand and segment its student market, and to prioritize new programming and marketing initiatives.



Feedback

## How do you drive enrollment in the changing education landscape?

## Nuanced student insights

Regis University's Anderson College of Business and Computing combines an innovative business education with the technological foundation necessary to succeed in today's global marketplace. To drive enrollment for its marketing and MBA programs, the college worked with Qualtrics to develop a more nuanced understanding of its regional market, including both traditional and nontraditional students from the Western and Midwestern United States.

## Complex studies made easy

Anderson College leveraged Qualtrics' modern insights platform to easily develop multiple studies focused on its prospective student market. Robust attitudes, awareness & usage research helped the college uncover the features prospective students value most in an MBA program. And in a follow-up Conjoint study, administrators were able to understand the relative importance of those features in driving enrollment, which made it easy to prioritize changes and initiatives.

Anderson College took advantage of Qualtrics' advanced survey logic and powerful Conjoint tool to simplify complex programming requirements and analyses. What's more, the college partnered with Qualtrics Research Services to implement each study. Working with a Qualtrics sampling expert, Anderson College was able to easily and confidently reach its target regional demographic and ensure robust samples of specific populations of interest. Qualtrics managed the data collection from start to finish, thus allowing Anderson College's internal team to remain focused on interpreting incoming results and setting the strategic direction for its marketing and MBA programs.

Feedback

## lear view, focused strategy

From this research, Anderson College was able to develop more meaningful market segments, describe key drivers of enrollment, and identify specific areas for improvement. The college leveraged these findings to optimize its marketing and MBA program offerings for target student segments, and re-center its enrollment marketing strategy to meet their unique expectations and needs.

Feedback

Qualtrics makes complex studies easy.



**ABIGAIL SCHNEIDER**

Marketing and MBA Department Chair,
Anderson College of Business and Computing

> Conjoint analysis can be pretty complicated, but as with Qualtrics' other products, the conjoint package was intuitive and really simplified things.

Feedback

As a Jesuit Catholic university, Regis seeks to build a more just and humane world through transformative education at the frontiers of faith, reason and culture. The University offers over 120 degrees and programs to 6,900 enrolled students, and was named as one of the 2021-2022 Colleges of Distinction in the US.

REGIS.EDU

Share

**Industry**

Higher Education

**Region**

North America

**Company Size**

Small

Feedback

## Get deeper insights, faster, with Qualtrics

REQUEST DEMO

# Get the latest news on XM events, research, and product launches

Business Email *

Country *

United States

By providing this information, you agree that we may process your personal data in accordance with our Privacy Statement

SUBMIT

Feedback

**SUPPORT**

Submit a Ticket

Online Help

Qualtrics Community

Professional Services

Product Roadmap

Status

**COMPANY**

About Us
Investors
X4 Summit
Careers
Partnerships
Contact Us
Newsroom

**RESOURCES**

Customers
Integrations
Blog
Events
Training & Certification
Resource Library
XM Basecamp

**POPULAR USE CASES**

NPS Software
Employee Engagement Software
Online Survey Software
360 Development
Contact Center
Voice of Customer Software
Employee Pulse Surveys
Reputation Management Software
Text Analysis Software
Customer Feedback
Customer Analytics
People Analytics
Customer Retention
Digital CX

Feedback

**MORE FROM QUALTRICS**

---

© 2023 Qualtrics

Terms of Service

Privacy Statement

Security Statement

Sitemap

Manage cookie settings

Feedback