UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Julia Dutra, et al

    Plaintiff

    v.                                   Civil Action No. 1:20-10827-RGS

Trustees of Boston University

    Defendant

## JUDGMENT

STEARNS, D.J.

In accordance with the court's Memorandum and Order [Dkt. # 152] issued on April 7, 2023, granting defendant's Motion to Dismiss, it is hereby ORDERED:

Judgment for defendant Trustees of Boston University.

By the court,

April 7, 2023                                                                     /s/ Haley Currie
Date                                                                              Deputy Clerk