IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: BOSTON UNIVERSITY COVID-19 REFUND LITIGATION | MASTER FILE NO. 1:20-cv-10827-RGS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**PLAINTIFFS' NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs JULIA DUTRA, GABRIELLA DUBE, SHAKURA COX, VALAAUINA SILULU, NATALIE SILULU, OLIVIA BORNSTEIN, and VENUS TRAN, by and through their attorneys, individually and on behalf of all others similarly situated, hereby appeal to the United States Court of Appeals for the First Circuit from Judgment entered April 7, 2023 [ECF 153].

1

Respectfully submitted,
Date: April 24, 2023

BERGER MONTAGUE PC
Patrick F. Madden*
pmadden@bm.net
1818 Market Street, Suite 3600
Philadelphia, PA 19103
T. 215.875.3000

E. Michelle Drake*
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
(612) 594-5933
emdrake@bm.net

HAGENS BERMAN SOBOL SHAPIRO LLP
Steve W. Berman*
steve@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, WA 98101
T. 206.623.7292

Daniel J. Kurowski*
Whitney K. Siehl*
455 N Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
T. 708.628.4949
dank@hbsslaw.com
whitneys@hbsslaw.com

STANZLER LEVINE, LLC
Richard E. Levine
rlevine@stanzlerlevine.com
65 William Street, Suite 205
Wellesley, MA 02481
T. 617.482.3198

LICHTEN & LISS-RIORDAN, P.C.
Harold L. Lichten
hlichten@llrlaw.com
729 Boylston St., Suite 2000
Boston, MA 02116
T. 617.994.5800

/s/Conor McDonough
HECHT PARTNERS LLP
Conor B. McDonough
cmcdonough@hechtpartners.com
Kathryn Lee Boyd*
lboyd@hechtpartners.com
125 Park Avenue, 25th Floor
New York, NY 10017
T. 212.851.6821

POULIN | WILLEY | ANASTOPOULO, LLC
Blake G. Abbott*
blake@akimlawfirm.com
Paul Doolittle*
pauld@akimlawfirm.com
Roy T. Willey IV*
roy@akimlawfirm.com
Eric M. Poulin*
eric@akimlawfirm.com
32 Ann Street
Charleston, SC 29403
T. 843.614.8888

BURSOR & FISHER, P.A.
L. Timothy Fisher*
ltfisher@bursor.com
1990 N California Blvd, Ste 940
Walnut Creek, CA 94596
T. 925.300.4455

Joseph I. Marchese*
jmarchese@bursor.com
888 Seventh Ave.
New York, NY 10019
T. 646.837.7150

Sarah N. Westcot*
701 Brickell Ave., Suite 1420
Miami FL 33121
T.305.330.5512

*COUNSEL FOR PLAINTIFFS*
*pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed today through the Court's CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Date: April 24, 2023                             /s/Conor McDonough
                                                 Conor McDonough