# United States Court of Appeals
## For the First Circuit

No. 23-1385

JULIA DUTRA, individually and on behalf of all others similarly situated; GABRIELLA DUBE, individually and on behalf of all others similarly situated; SHAKURA COX, individually and on behalf of all others similarly situated; VALAAUINA SILULU, individually and on behalf of all others similarly situated; NATALIE SILULU, individually and on behalf of all others similarly situated; OLIVIA BORNSTEIN, individually and on behalf of all others similarly situated; VENUS TRAN, individually and on behalf of all others similarly situated,

Plaintiffs, Appellants,

v.

TRUSTEES OF BOSTON UNIVERSITY,

Defendant, Appellee.

**JUDGMENT**

Entered: March 13, 2024

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's grant of summary judgment in favor of the Trustees of Boston University is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc: Richard E. Levine, Blake G. Abbott, Paul Doolittle, Conor B. McDonough, Patrick F. Madden, Kathryn Lee Boyd, Steve W. Berman, Kristie A. LaSalle, Daniel John Kurowski, Rachel Ann Downey, Whitney K. Siehl, Harold L. Lichten, Shanon Jude Carson, Eleanor Michelle Drake, Michael C. Forrest, Joseph I. Marchese, Sarah N. Westcot, Christine S. Collins, Harvey J. Wolkoff, Kathleen M. Sullivan, Lisa A. Tenerowicz, Shon Morgan, Alexander Hale Loomis, Crystal Nix-Hines, Marina Eudjienii Lev