# United States Court of Appeals
## For the First Circuit

No. 23-1385

IN RE: BOSTON UNIVERSITY COVID 19 REFUND LITIGATION

---------------------------------------

JULIA DUTRA, individually and on behalf of all others similarly situated; GABRIELLA DUBE, individually and on behalf of all others similarly situated; SHAKURA COX, individually and on behalf of all others similarly situated; VALAAUINA SILULU, individually and on behalf of all others similarly situated; NATALIE SILULU, individually and on behalf of all others similarly situated; OLIVIA BORNSTEIN, individually and on behalf of all others similarly situated; VENUS TRAN, individually and on behalf of all others similarly situated,

Plaintiffs - Appellants,

v.

TRUSTEES OF BOSTON UNIVERSITY,

Defendant - Appellee.

**MANDATE**

Entered: May 30, 2024

In accordance with the judgment of March 13, 2024, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Blake G. Abbott, Steve W. Berman, Kathryn Lee Boyd, Shanon Jude Carson, Christine S. Collins, Paul Doolittle, Rachel Ann Downey, Eleanor Michelle Drake, Michael C. Forrest, Yvette Golan, Daniel John Kurowski, Kristie A. LaSalle, Marina Eudjienii Lev, Richard E. Levine, Harold L. Lichten, Alexander Hale Loomis, Patrick F. Madden, Joseph I. Marchese, Conor B. McDonough, Shon Morgan, Crystal Nix-Hines, Whitney K. Siehl, Kathleen M. Sullivan, Lisa A. Tenerowicz, Sarah N. Westcot, Harvey J. Wolkoff